E-commerce Store

adidas-originalssuperstar.us.com













Enter search keywords here | Search | US Dollar

Home | Log In | Shopping Cart | Contact

Categories

- Adidas Yeezy
- Adidas Ultra Boost
- Adidas Superstar
- Adidas ZX
- Adidas 4DFWD
- Adidas EQ21 RUN
- Adidas EQT
- Adidas NMD
- Adidas Questar
- Adidas Retropy E5
- Adidas Samba
- Adidas Slides
- Adidas Other

## New Products

Adidas Ultra Boost 4.0 Game Of Thrones White Walkers EE3708

$112.00

Adidas 4DFWD Black Solar Red FY3963

$138.00

## New Products For January

adidas Ultra Boost PB 'Black Gold Metallic' EG0430

$112.00

Adidas Ultra Boost PB 'Black White' EG0428

$112.00

Adidas Ultra Boost 21 GV7726

$112.00

Adidas Ultraboost 22 White Black GW1915

$112.00

Adidas X9000L4 'Black Pulse Aqua' S23665

$107.00

Adidas X9000L4 S23664

$107.00

Adidas X9000L4 Crystal White/Cloud White-Screaming Green FZ3918

$107.00

Adidas ZX 500 RM Sand Brown BD7859

$105.00

Adidas ZX 2K Boost White Iridescent Boost FV2928

$105.00

Adidas ZX 2K Boost White Solar Red Blue FV9996

$105.00

Adidas ZX 2K Boost Black Gradient FV9997

$105.00

Adidas ZX 2K Boost Cloud White FX8834

$105.00

**QUICK LINKS**

- Privacy Notice
- Shipping & Returns
- Conditions of Use
- Contact Us

**CUSTOMERS**

- Home
- My Account
- Shopping Cart
- Log In

Copyright © 2023 Adidas Originals Superstar

GET | 301 | 1s 338 ms | Apache Doc
GET | 200 | 715 ms | Apache

Case 0:23-cv-62185-RS Document 8-5 Entered on FLSD Docket 11/27/2023 Page 3 of 356

adidas

Enter search keywords here | Search | US Dollar

Categories

Home | Log In | Shopping Cart | Contact

Adidas Yeezy
- Adidas Yeezy 350
- Adidas Yeezy 350 V2
- Adidas Yeezy 380
- Adidas Yeezy 400
- Adidas Yeezy 450
- Adidas Yeezy 500
- Adidas Yeezy 700
- Adidas Yeezy 750
- Adidas Yeezy Bad Bunny
- Adidas Yeezy Foam
- Adidas Yeezy QNTM
- Adidas Yeezy Slides
- Adidas Kids Shoes

Adidas Ultra Boost
Adidas Superstar
Adidas ZX
Adidas 4DFWD
Adidas EQ21 RUN
Adidas EQT
Adidas NMD
Adidas Questar
Adidas Retropy E5
Adidas Samba
Adidas Slides
Adidas Other

Adidas Yeezy / Adidas Yeezy Bad Bunny / Adidas Yeezy Bad Bunny x Forum Buckle Low 'The First Cafe' GW0264

**Adidas Yeezy Bad Bunny x Forum Buckle Low 'The First Cafe' GW0264**

Adidas-224468

141 Units in Stock

$147.00

Size: Men: US7.5=UK7=EUR40 2/3

Qty: 1 | Add to Cart

Description

**Style:** GW0264
**Colorway:** Brown/Dark Brown
**Release Date:** 03/17/2021

SHOPPERS WHO VIEWED THIS ITEM ALSO LOVED

Adidas Yeezy Bad Bunny x Forum Buckle Low 'Easter Egg' GW0265

$147.00

New Products

Adidas Yeezy Boost 350 V2 MX Rock GW3774

$131.00

Adidas 4DFWD Black Solar Red FY3963

$138.00

**QUICK LINKS**
- Privacy Notice
- Shipping & Returns
- Conditions of Use
- Contact Us

**CUSTOMERS**
- Home
- My Account
- Shopping Cart
- Log In

Copyright © 2023 Adidas Originals Superstar

Enter search keywords here | Search | US Dollar

Categories

- Adidas Yeezy
- Adidas Ultra Boost
- Adidas Superstar
- Adidas ZX
- Adidas 4DFWD
- Adidas EQ21 RUN
- Adidas EQT
- Adidas NMD
- Adidas Questar
- Adidas Retropy E5
- Adidas Samba
- Adidas Slides
- Adidas Other

Home | Log In | Checkout | Shopping Cart | Contact

/ The Shopping Cart

Your Shopping Cart Contents

Total Items: 1 Amount: $147.00

| | |
|---|---|
|  Adidas Yeezy Bad Bunny x Forum Buckle Low 'The First Cafe' GW0264<br>Size - Men: US7.5=UK7=EUR40 2/3 | 1<br>$147.00<br>Delete<br>Udpate |

**Sub-Total: $147.00**

Continue Shopping | Checkout

New Products

Adidas Yeezy Slides 'Soot' G55495

$87.00

Adidas Yeezy Boost 350 V2 'Yeshaya Reflective' FX4349

$131.00

QUICK LINKS

- Privacy Notice
- Shipping & Returns
- Conditions of Use
- Contact Us

CUSTOMERS

- Home
- My Account
- Shopping Cart
- Log In

Copyright © 2023 Adidas Originals Superstar

POST | 302 | 1s 657 ms | Apache
GET | 200 | 563 ms | Apache











Enter search keywords here | Search

Home | Log Out | My Account | Checkout | Shopping Cart | Contact

Categories

- Adidas Yeezy
- Adidas Ultra Boost
- Adidas Superstar
- Adidas ZX
- Adidas 4DFWD
- Adidas EQ21 RUN
- Adidas EQT
- Adidas NMD
- Adidas Questar
- Adidas Retropy E5
- Adidas Samba
- Adidas Slides
- Adidas Other

Checkout / Shipping Method

Step 1 of 3 - Delivery Information

Shipping Information:

[redacted]
Coral Gables, FL 33146
United States

Change Address

Shipping Method:

This is currently the only shipping method available to use on this order.

**Best Way** $12.00

Special Instructions or Comments About Your Order

Continue

**Continue to Step 2**- choose your payment method.

New Products

Adidas Ultra Boost PB Glory Blue White Solar Red EF0893

$112.00

Adidas 4DFWD Pulse Core Black White Q46450

$138.00

QUICK LINKS

- Privacy Notice
- Shipping & Returns
- Conditions of Use
- Contact Us

CUSTOMERS

- Home
- My Account
- Shopping Cart
- Log In

Copyright © 2023 Adidas Originals Superstar

POST | 302 | 1s 596 ms | Apache
GET | 302 | 486 ms | Apache
GET | 200 | 569 ms | Apache

adidas

Enter search keywords here | Search

Categories

- Adidas Yeezy
- Adidas Ultra Boost
- Adidas Superstar
- Adidas ZX
- Adidas 4DFWD
- Adidas EQ21 RUN
- Adidas EQT
- Adidas NMD
- Adidas Questar
- Adidas Retropy E5
- Adidas Samba
- Adidas Slides
- Adidas Other

New Products

Adidas 4DFWD Black Solar Red FY3963

$138.00

Adidas Ultra Boost 4.0 Game Of Thrones White Walkers EE3708

$112.00

Home | Log Out | My Account | Checkout | Shopping Cart | Contact

Checkout - Step 1 / Payment Method - Step 2

Step 2 of 3 - Payment Information

Billing Address:

[redacted]
Coral Gables, FL 33146
United States

Change Address

Your Total

Sub-Total: $147.00
Flat Rate (Best Way): $12.00
Total: $159.00

Discount Coupon

Please type your coupon code into the box next to Redemption Code. Your coupon will be applied to the total and reflected in your cart after you click continue.

Please note: you may only use one coupon per order.

**Redemption Code**

Payment Method

If the payment fails, please check if the information is correct or try another card. Please feel free to **Contact us** with any questions.

**PayPal**

PayPal
VISA MasterCard AMERICAN EXPRESS

How to pay with a credit card without a PayPal account?

Pay Now

Special Instructions or Order Comments

Continue

**Continue to Step 3** - to confirm your order.

**QUICK LINKS**

- Privacy Notice
- Shipping & Returns
- Conditions of Use
- Contact Us

**CUSTOMERS**

- Home
- My Account
- Shopping Cart
- Log In

Copyright © 2023 Adidas Originals Superstar

Enter search keywords here Search US Dollar

Categories

- Adidas Yeezy
- Adidas Ultra Boost
- Adidas Superstar
- Adidas ZX
- Adidas 4DFWD
- Adidas EQ21 RUN
- Adidas EQT
- Adidas NMD
- Adidas Questar
- Adidas Retropy E5
- Adidas Samba
- Adidas Slides
- Adidas Other

New Products

Adidas Yeezy Boost 350 V2 'Black Reflective' FU9007

$131.00

Adidas Yeezy Boost 350 V2 MX Rock GW3774

$131.00

Home Log Out My Account Checkout Shopping Cart Contact

My Account

## My Account Information

(show all orders)

## Previous Orders

| Date | No. | Ship To | Status | Total | View |
| --- | --- | --- | --- | --- | --- |
| 01/04/2023 | [redacted] | [redacted] United States | Pending | $159.00 | View |

## My Account

- View or change my account information.
- View or change entries in my address book.
- Change my account password.

## Email Notifications

- View or change my product notification list.

**QUICK LINKS**

Privacy Notice
Shipping & Returns
Conditions of Use
Contact Us

**CUSTOMERS**

Home
My Account
Shopping Cart
Log In

Copyright © 2023 Adidas Originals Superstar

**Report this link**

E-commerce Store

homeshsportos.shop



## Featured Products



24 Promotional Port and
Company PC90Y Youth
Crewneck Sweatshirt - Orange -
S
$ 80.00



24 Customized Port and
Company PC90Y Youth
Crewneck Sweatshirt - Lime -
Xs
$ 80.00



24 Branded Port and Company
PC90Y Youth Crewneck
Sweatshirt - Athletic Heather -
S
$ 80.00



Saint Laurent VHS Sunset T-
Shirt - Black - Men - M
$ 80.00



The Flannel Shirt Bungee X-
Large
$ 63.99



National Zippered Hooded
Sweatshirt XL
$ 62.70



National Zippered Hooded
Sweatshirt SM
$ 62.70



Ralph Lauren Men&s Classic
Fit Chambray Shirt - Size M in
Spring Lime
$ 62.64

View More



all5webs

We Free Shipping Worldwide.

### Blind box

It's time to spell luck, see who is the lucky star, willing to open the heart

Show more



### Subscribe to our newsletter

A short sentence describing what someone will receive by subscribing

Email    Subscribe



**Service Center**
Shipping policy
Return policy
Terms of service
Privacy policy

**Company Info**
About Us
Contact Us
Customer Reviews

**Quick Links**
Search
Login
Register
Tracking Order
Blog

**Social media**
Show a newsletter sign up and social icons.

Email

**About our store**
Use this text area to tell your customers about your brand and vision. You can change it in the theme editor

USD

© 2023 Ambianimaless

We Free Shipping Worldwide.

all5webs

# Search

Search - adidas - all5webs



[ adidas ]    **SEARCH**

846 results found for "**adidas**"

Sort by    [ Featured ]






Adidas Copa 20.1 FG - Black
$ 80.00

Adidas Ultra Boost Black/Bronze
$ 80.00

Adidas Originals Women's
Cropped Length Track Jacket Red-
white Dh2726
$ 63.96

Adidas Sensebounce+ Shoes Glow
Pink 9 - Womens Running Shoes
$ 63.96






Adidas Campus ADV Shoes - Core
Black/Cloud White/Gum 4
$ 63.96

Adidas Busenitz OG Skate Shoes
Savannah Yellow 9
$ 63.96

Adidas Samba ADV Suede Shoes
Black White 8.5
$ 63.96

Adidas Golf Adicross Slim Five-
Pocket Pants
$ 63.96






Adidas X_plr Sneakers Casual -
Grey - Mens
$ 63.88

Adidas VL Court 2.0 11 Women&s
Black
$ 63.34

Adidas VCL LT Nylon Track Top
for Men in Green - Size M
$ 63.20

Adidas Men&s Fluidflow 2.0
Running Shoes, Legend Ink/White
$ 63.02

‹  1  2  3  4  …  71  ›



We Free Shipping Worldwide.

all5webs

# Search

adidas shoes                                    SEARCH

200 results found for "adidas shoes"

Sort by    Featured



Adidas | F99823 | Mat Hog 2.0 |
Grey u0026 Black | Wrestling
Shoes 8
**$ 53.90**



Adidas X_PLR Shoes - Men's -
Light Brown / Brown / Simple
Brown - 9.5
**$ 53.60**



Adidas Duramo SL Shoes Core
Black 7 Kids - Training Shoes
**$ 53.37**



Adidas Busenitz Vulc II Shoes
Core Black 7 - Mens
Skateboarding Shoes
**$ 52.80**



Adidas Originals X_plr F34037
Mens Trainers Navy Gym Running
Shoes
**$ 52.80**



Adidas HVC 2 Youth
White/Red/Royal Wrestling Shoes
**$ 52.01**



Adidas Men&s Lite Racer Adapt
4.0 Running Shoes, Black
**$ 52.01**



Adidas Skateboarding Adi-Ease
(Core Black/Footwear White/Gum
4) Skate Shoes
**$ 52.00**



Adidas Mens Lite Racer Adapt
Shoes - Black
**$ 51.99**



Adidas x Ghosted.3 Indoor Shoes
Solar Yellow 13K - Soccer Shoes
**$ 51.98**



Adidas MarathonX5923 Shoes
Black 5 - Mens Originals Shoes
**$ 51.96**



Adidas Delpala Shoes Collegiate
Navy M 10 / W 11 - Mens Originals
Shoes
**$ 51.96**

‹    1    2    3    4    5    6    7    …    17    ›



8/8/23, 2:36 PM                                    Search - adidas clothes – all5webs



We Free Shipping Worldwide.

all5webs

# Search

adidas clothes

SEARCH

3 results found for "**adidas clothes**"

Sort by    Featured



Adidas Originals Big Trefoil
Blocked Tee Men&s Clothing : XL
**$ 54.45**

Adidas Originals Plus Size
Oversized Sweatshirt Women&s
Clothing Black : 2x
**$ 40.22**

Adidas Golf Racerback Polo Shirt
Women&s Clothing Tech Indigo :
XL
**$ 39.10**

 1 >



**Service Center**

Shipping policy

Return policy

Terms of service

Privacy policy

**Company Info**

About Us

Contact Us

Customer Reviews

**Quick Links**

Search

Login

Register

Tracking Order

Blog

**Social media**

Show a newsletter sign up and social icons.

Email

**About our store**

Use this text area to tell your customers about your
brand and vision. You can change it in the theme
editor

USD

© 2023 Ambianimaless



We Free Shipping Worldwide.

all5webs

# Search

adidas sneakers | SEARCH

46 results found for "**adidas sneakers**"

Sort by | Featured |



**Adidas X_plr Sneakers Casual - Grey - Mens**
$ 63.88



**Adidas Originals Yellow Campus 80s Sneakers**
$ 60.76



**Adidas Mens Busenitz Vulc II Sneakers Shoes Casual - Black**
$ 60.68



**Adidas U_Path Run Sneakers Casual Shoes Black- Mens- Size 9 M**
$ 60.30



**Adidas Samba Og Sneakers Casual - White - Mens**
$ 59.96



**Men&s Adidas Hoops 2.0 Mid Sneaker - Black - Size 8**
$ 56.13



**Adidas Lite Racer RBN Men&s Sneakers, Size: 12, Black**
$ 55.99



**Adidas Originals - Superstar Sneakers, Women , White**
$ 60.00



**Adidas qt Racer Sport Women&s Sneakers, Size: 7.5, White**
$ 52.87



**Adidas Stan Smith W - White - Low-top Sneakers**
$ 51.98



**Adidas Grand Court SE Men&s Sneakers, Size: 9.5, White**
$ 51.22

**Adidas Lite Racer Adapt Men&s Sneakers, Size: 13, Med Red**
$ 50.66

‹  1  2  3  4  ›



We Free Shipping Worldwide.

≡ **all5webs** 🔍 👤 🛒

Home / Adidas Womens Grand Court Base Tennis Shoes Sneakers - Cloud White/Black - 5.5

### Adidas Womens Grand Court Base Tennis Shoes Sneakers - Cloud White/Black - 5.5

**$ 43.48**

Quantity

− 1 +

ADD TO CART

BUY IT NOW

Detail —

A mash-up of celebrated court styles. These 70s-inspired shoes have a smooth leather-like upper. They flash perforated 3-Stripes on one side and stitched contrast 3-Stripes on the other. Ultra-soft cushioning ensures a smooth ride. egular fit. Lace closure. Synthetic leather upper. Rubber outsole. Textile lining. Lightweight EVA sockliner.

Customer Reviews +







ALL5WEBS

🛒 Show order summary ⌄                                                           $ 43.48

Cart > Information > Shipping > **Payment**

| Email | ▮▮▮▮▮▮▮▮▮▮ | |
| Ship to | ▮▮▮▮▮▮▮▮▮▮  Boynton Beach, Florida, 33426, United States | Change |
| Method | Free | Change |

## Payment Method

⦿ Paypal                                                    AMEX  MasterCard  VISA  Apple Pay

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

AMEX  MasterCard  VISA  Apple Pay

## Billing Address

Select the address that matches your card or payment method.

⦿ Same as shipping address

◯ Use a different billing address

**Continue to Payment**

‹ Return to shipping

Terms of service    Shipping policy    Return policy    Privacy policy



```
hidden"><button class="button" href="#">Log in with a one-time code</button></div><div id="tryAnotherWayLinkContainer"
class="tryAnotherWayLinkContainer hide hide" data-hide-on-pass=""><a href='#' id="tryAnotherWayLink">Try another way</a></div><div
id="signupContainer" class="signupContainer " data-hide-on-email="" data-hide-on-pass=""><div class="loginSignUpSeparator "><span
class="textInSeparator">or</span></div><button type="button" href="/webapps/hermes?
token=4PV620435R494340T&amp;ssrt=1691521423670&amp;rcache=1&amp;useraction=CONTINUE&amp;cookieBannerVariant=hidden&amp;country.x=US&amp;locale
.x=en_US&amp;ulOnboardRedirect=true" class="button secondary scTrack:unifiedlogin-click-signup-button" id="createAccount">Pay with Debit or
Credit Card</button></div><div id="tpdButtonContainer" class="signupContainer hide"><div class="loginSignUpSeparator"><span
class="textInSeparator">or</span></div><div class="actions"><button class="button secondary" id= "tpdButton" type="submit" value="Approve
login using mobile device">Approve login using mobile device</button></div></div><div class="intentFooter "><div class="cancelUrl "><a
href="https://www.jdxstoreb.shop/paypal_webshop_field/orderpay_online_abolish.php?token=4PV620435R494340T" data-
url="https://www.jdxstoreb.shop/paypal_webshop_field/orderpay_online_abolish.php?token=4PV620435R494340T" class="scTrack:unifiedlogin-click-
cancel-and-return cancelLink" id="cancelLink" aria-hidden="false">Cancel and return to robert purcell</a></div><div class="localeSelector ">
<span class="picker country-selector hide"><span class="hide" id="countryPickerLink">United States</span><button type="button" aria-
labelledby="countryPickerLink" class="country US"></button></span><ul class="localeLink"><li><a class="selected scTrack:unifiedlogin-footer-
language_en_US" href="/signin?intent=checkout&amp;ctxId=xo_ctx_4PV620435R494340T&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4PV620435R494340T%26ssrt%3D1691521423670%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp
;flowId=4PV620435R494340T&country.x=US&locale.x=en_US&langTgl=en"  lang="en" data-locale="en_US" aria-current="true">English</a></li><li><a
class=" scTrack:unifiedlogin-footer-language_fr_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_4PV620435R494340T&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4PV620435R494340T%26ssrt%3D1691521423670%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp
;flowId=4PV620435R494340T&country.x=US&locale.x=fr_XC&langTgl=fr"  lang="fr" data-locale="fr_XC" >Français</a></li><li><a class="
scTrack:unifiedlogin-footer-language_es_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_4PV620435R494340T&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4PV620435R494340T%26ssrt%3D1691521423670%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp
;flowId=4PV620435R494340T&country.x=US&locale.x=es_XC&langTgl=es"  lang="es" data-locale="es_XC" >Español</a></li><li><a class="
scTrack:unifiedlogin-footer-language_zh_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_4PV620435R494340T&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4PV620435R494340T%26ssrt%3D1691521423670%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp
;flowId=4PV620435R494340T&country.x=US&locale.x=zh_XC&langTgl=zh"  lang="zh" data-locale="zh_XC" >中文</a></li></ul></div></div></div></div>
<div id="tryAnotherWayModal" class="tryAnotherWayModal hide"><div class="modal-content"><div class='modal-content-header'><div class='modal-
header-text'>Try another way</div><div><button id="closeModal" type="button" class="dialog-close" aria-label="dialog-close-btn"></button>
</div></div><ul class='modal-content-body'><li class="hide"><a aria-label="Login with Touch ID or Face ID" id='loginWithWebauthn' href='#'>
<div>Log in with face, fingerprint or PIN</div><button class="chevron-right" aria-label="webauthn-chevron"></button></a></li><li class="hide">
<a aria-label="Login with phone one-time code"  id='loginWithOtp' href='#'><div>Text a one-time code</div><button class="chevron-right" aria-
label="phone-otc-chevron"></button></a></li><li class='hide'><a aria-label="Login with email one-time code" id='loginWithEmailOtp'  href='#'>
<div>Email a one-time code</div><button class="chevron-right" aria-label="email-otc-chevron"></button></a></li><li class=''><a aria-
label="Login with password" id='loginWithPassword' href='#'><div>Log in with your password</div><button class="chevron-right" aria-label="pwd-
chevron"></button></a></li></ul></div></div></section><section id="verification" class="verification hide" data-role="page" data-title="Login
Confirmation - PayPal"><div class="corral"><div class="contentContainer contentContainerLean"><div id="pending"
class="verificationSubSection"><h1 class="headerText">Open the PayPal app</h1><p id="uncookiedMessage" class="verification-message hide">Open
the PayPal app, tap Yes on the prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p
id="cookiedMessage" class="verification-message hide">Open the PayPal app and tap Yes on the prompt to log in.</p><div  class="notifications">
</div><div class="accountArea"><span class="account"></span><span class="verificationNotYou"><a data-href="#" href="#"
class="scTrack:unifiedlogin-verification-click-notYou" id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p
class="pin"></p><div class="mobileScreen"><img src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div></div><p
class="tryAnotherMsg"><a id="tryPasswordLink" data-href="#" href="" class="inlineLink scTrack:try-password">Use password instead</a></p><p
class="resendMsg"><a class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="" id="resend">Resend</a><span
class="sentMessage hide">Sent</span></p></div><div id="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal
Logo" class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's
you</h1><p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton"
class="button actionsSpaced">Try Again</button></div><div id="denied" class="denied hide verificationSubSection"><img alt=""
src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we
couldn't confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can help</a>.
</p></div></div></div></section><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a
target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-full">Privacy</a>
</li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/upcoming-
policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-worldwide">Worldwide</a></li></ul></div></footer>
</div><div class="transitioning  hide "><p class="welcomeMessage hide">Welcome, !</p><p class="checkingInfo hide">Checking your info…</p><p
class="oneSecond hide">Just a second…</p><p class="secureMessage hide">Securely logging you in...</p><p class="oneTouchMessage hide"></p><p
class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs hide">This may take a few seconds...</p><p class="udtSpinnerMessage
udtLogin hide">We recognize you on this device, and we're securely logging you in.</p><p class="udtSpinnerMessage udtLoginXo hide">We
recognize you on this device, so no need to enter your password for this purchase.</p><p class="udtSpinnerMessage webllsXoUS hide">We
recognize you on this device, so you can skip login.<br><br>Manage this setting in your profile.</p><p class="udtSpinnerMessage webllsSCA
hide">We're taking you to PayPal Checkout to complete payment.</p><p class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin
hide">Updating your login settings...</p><p class="webAuthnLogin hide">Logging you in...</p><div class="keychain spinner-content uiExp hide">
</div></div><script nonce="8xf+A6NW5hwq0C2mjPNTgsMP4hwUfCnSh4N41WWU12OB2Ng7">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb.js",fnSessionId: "4PV620435R494340T",sourceId: "" || "UL_CHECKOUT_INPUT_PASSWORD",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD00UFY2MjA0MzVSNDk0MzQwVCZpPTcwLjE2Mi45Mi4yMTQmdD0xNjkxNTIxNDIzLjk4NCZhPTIxJnM9VU5JRklFRF9MT0dJTizyEnIAnLdvoYDOPeDjRy1QpFQS",enableSpeedTyp
ing: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength:
0,fingerprintProceed: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?
f=4PV620435R494340T&s=UL_CHECKOUT_INPUT_PASSWORD&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script
nonce="8xf+A6NW5hwq0C2mjPNTgsMP4hwUfCnSh4N41WWU12OB2Ng7" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId:
'4PV620435R494340T',sourceId: 'UL_CHECKOUT_INPUT_PASSWORD',fname: 'fn_sync_data'};</script><!-- build:js inline --><!-- build:[src] js/lib/ --
><script nonce="8xf+A6NW5hwq0C2mjPNTgsMP4hwUfCnSh4N41WWU12OB2Ng7"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!--
/build --><script nonce="8xf+A6NW5hwq0C2mjPNTgsMP4hwUfCnSh4N41WWU12OB2Ng7">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {"version": "","noBridge": "","env": "","icstage": "","targetCancelUrl":
"https://www.jdxstoreb.shop/paypal_webshop_field/orderpay_online_abolish.php?token=4PV620435R494340T","paymentAction": "sale","paymentToken":
"4PV620435R494340T","merchantID": "RKYTYBKJ82948"};</script><!-- build:js inline --><!-- build:[src] js/ --><script
nonce="8xf+A6NW5hwq0C2mjPNTgsMP4hwUfCnSh4N41WWU12OB2Ng7"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/checkout-split.js"></script><!-- /build --><!-- /build -->
<script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="8xf+A6NW5hwq0C2mjPNTgsMP4hwUfCnSh4N41WWU12OB2Ng7">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1691521423943&calc=f14403892cc9e&nsid=9sY3v
84sUu6zNglcltZF81tgaTAmIWnf&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=40f223d765cb4c83986fbae9309a1e56&comp=unifiedloginnodeweb&tsrce=
unifiedloginnodeweb&cu=1&gacook=571133191.1691435070&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_
prepare_pwd&userRedirected=true&fltk=4PV620435R494340T&flid=4PV620435R494340T&xe=101736%2C101216%2C101270%2C104200%2C100644%2C106275%2C106057%
2C102208%2C101817&xt=105858%2C103864%2C106407%2C127485%2C101702%2C128706%2C127561%2C108106%2C112756&ctx_login_ot_content=0&obex=checkout&landi
ng_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=4PV620435R494340T&ctx_login
_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2F
hermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions = {...fptiOptions,trackLazyData:
```



[redacted] $43.48

Ship to [redacted]
[redacted], Boynton Beach, FL 33426

Change

☐ Make this my preferred shipping address

Pay with

Split

◉ Visa
Credit ••••[redacted] PREFERRED
$43.48

○ [redacted]

○ [redacted]

○ PayPal Credit
Get $20 off your purchase of $43.48. Subject to credit approval. See terms

See More

+ Add debit or credit card

Pay Later

○ Pay in 4
4 interest-free payments of $10.87. No late fees. Learn more

**Continue to Review Order**

Payment method rights

On your way back to robert purcell, we'll temporarily authorize $43.48 USD on your card to help ensure your payment's success. **More Info**

Cancel and return to robert purcell

ALL5WEBS

🛒 Show order summary ⌄                                                                    $ 43.48

Order: ▮▮▮▮▮▮
## Thank you ▮▮▮▮▮▮ !

⚠ **Your order has been received, but your payment has not yet been processed.**
Please be patient, thank you for your understanding.

✉ **Order updates**
Updates will be send to ▮▮▮▮▮▮

### Customer information

**Shipping Method**
Free

**Payment Method**
Paypal

**Shipping Address**
▮▮▮▮▮▮

Boynton Beach Florida 33426
United States
▮▮▮▮

**Billing Address**
▮▮▮▮▮▮

Boynton Beach Florida 33426
United States
▮▮▮▮

**Continue Shopping**

Terms of service     Shipping policy     Return policy     Privacy policy



[redacted]

< Back

## Transaction details

Print

Payment sent to robert purcell

August 8, 2023 at 12:05:09 PM PDT | Transaction ID: [redacted]

Gross amount

-$43.48 USD

Payment Status: COMPLETED

Payment Type: Checkout

**Shipping address**

[redacted]

Boynton Beach, FL 33426
UNITED STATES
Confirmed ?

**Tracking Information**

Add the tracking info for your physical packages to keep things organized and help you benefit from seller protection. It is a win-win.

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| | 1 | $43.48 USD | $43.48 USD |
| | | Purchase Total | $43.48 USD |

Your Payment

| | |
|---|---|
| Purchase Total | -$43.48 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | $0.00 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$43.48 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$43.48 USD |

Contact info

robert purcell
The receiver of this payment is **Non-US - Unverified**
Abigail5642013@gmail.com

Payment Sent to

Abigail5642013@gmail.com

Funding details

Funding Type: Credit Card
Funding Source: -$43.48 USD - VISA ending in x[redacted]
This transaction will appear on your bill as PAYPAL *ROBERTPURCE

Need help?

Complete Your Purchase

From: all5webs (noreply@notice.zhcartapps.com)
To: ███████████
Date: Tuesday, August 8, 2023 at 12:03 PM MST



**ALL5WEBS**                                        2023-08-08 14:03:40

## Complete Your Purchase

───

███████████
You added items to your shopping cart and haven't completed your purchase. You can complete it
now while they're still available.

[ View Your Order ]    OR    [Visit Our Store]

**Order Number.** ███████████

Adidas Womens Grand Court Base Tennis Shoes Sneaker
$ 43.48 * 1 = $ 43.48

Subtotal:                                              $ 43.48
Shipping Cost:                                         $ 0.00

Total Price:                                           $ 43.48

### Customer information

**Shipping method**                    **Payment method**
Free                                   Paypal

**Shipping address**                   **Billing address**
███████████                            ███████████
Boynton Beach Florida 33426            Boynton Beach Florida 33426
United States                          United States
███████████                            ███████████

If you have any questions, reply to this email contact us at hszbananas@gmail.com.

©2023 all5webs



We Free Shipping Worldwide.

all5webs

# Contact Us

Thank you for visiting All5webs Shop. If you have any questions or comments, please contact us using the information below.

Phone: 912-334-1507 Email: hszsbananas@gmail.com Address: All5webs Shop 807 Womble st. Claxton,GA,30417,United States US

Our customer service team is available to assist you Monday through Friday, 9:00am to 5:00pm.

If you have a question or concern about an order you have placed, please include your order number in your message so that we can assist you more quickly.

We look forward to hearing from you.



**Service Center**

Shipping policy

Return policy

Terms of service

Privacy policy

**Company Info**

About Us

Contact Us

Customer Reviews

**Quick Links**

Search

Login

Register

Tracking Order

Blog

**Social media**

Show a newsletter sign up and social icons.

Email

**About our store**

Use this text area to tell your customers about your brand and vision. You can change it in the theme editor

USD ⌄

© 2023 Ambianimaless

E-commerce Store

cheapsneaker.club



We Ship Worldwide.

☰ CheapSneakers 🛒




## Jordans




Union x Air 4's Off Noir
**$ 68.00** ~~$ 160.00~~

62% OFF





Union LA x 2's " Grey Fog "
**$ 58.00** ~~$ 160.00~~

69% OFF




Solefly 1's Low Carnivore
**$ 52.00** ~~$ 168.00~~

62% OFF



Retro Military Black
**$ 68.00** ~~$ 160.00~~
⭐⭐⭐⭐⭐ (5.0)


CheapSneaker...



Retro Green Bean (2022)
**$ 68.00**  ~~$ 180.00~~

Retro 1's High Royal Toe
**$ 48.00**  ~~$ 139.00~~

Retro 1's High OG "Court Purple"
**$ 48.00**  ~~$ 139.00~~

Off-White™ x 4's "sail 3M
**$ 68.00**  ~~$ 180.00~~

View More

## Dunks



Concepts SB Dunk 'Orange Lobster'
**$ 59.00**  ~~$ 148.00~~

Dunk Low Off-White Lot 38
**$ 59.00**  ~~$ 148.00~~

Dunk Low SE Lottery Pack Malachite Green
**$ 59.00**  ~~$ 139.00~~

View More

## Yeezys



Ash Stone
**$ 55.00**  ~~$ 145.00~~

500 Granite
**$ 55.00**  ~~$ 135.00~~

350 Turtledove
**$ 55.00**  ~~$ 145.00~~

700 Hi-Res Blue
**$ 55.00**  ~~$ 135.00~~

MX Sand Grey
**$ 44.00**  ~~$ 74.00~~

700 V2 Tephra
**$ 55.00**  ~~$ 135.00~~

700 Teal Blue
**$ 55.00**  ~~$ 135.00~~

700 V3 Alvah
**$ 55.00**  ~~$ 135.00~~

View More

## Subscribe to our newsletter

Join our Friends and Family Mailing List

Email

Subscribe

**Company Info**

About Us

Contact Us

Customer Reviews

**Service Center**

Shipping policy

Return policy

Terms of service

Privacy policy

**Quick Links**

Search

Login

Register

Tracking Order

Blog

SHOP INC. All Rights Reserved.



We Ship Worldwide.

## CheapSneakers

Home    Nike ▾    Adidas ▾    Designers ▾    USD ▾    🔍    👤    🛒

# Yeezy 500

9 Products

Sort by    Featured ▾



**500 Granite**
$ 55.00   $ 138.00

**500 Salt**
$ 55.00   $ 138.00

**500 Soft Vision**
$ 55.00   $ 138.00

**500 Blush**
$ 55.00   $ 138.00

**500 Ash Grey**
$ 55.00   $ 138.00

**500 Utility Black**
$ 55.00   $ 138.00

**500 Bone White**
$ 55.00   $ 138.00

**500 Enflame**
$ 55.00   $ 138.00

**500 Super Moon Yellow**
$ 55.00   $ 138.00

‹    1    ›

### Company Info
About Us
Contact Us
Customer Reviews

### Service Center
Shipping policy
Return policy
Terms of service
Privacy policy

### Quick Links
Search
Login
Register
Tracking Order
Blog

SHOP INC. All Rights Reserved.



We Ship Worldwide.

## CheapSneakers

Home    Nike ▾    Adidas ▾    Designers ▾    USD ▾    🔍    👤    🛒

# Yeezy 500

9 Products                                                                    Sort by    Featured ▾



**500 Salt**
$ 55.00   $ 138.00

**500 Soft Vision**
$ 55.00   $ 138.00

**500 Blush**
$ 55.00   $ 139.00

**500 Granite**
$ 55.00   $ 139.00

**500 Ash Grey**
$ 55.00   $ 138.00

**500 Utility Black**
$ 55.00   $ 135.00

**500 Bone White**
$ 55.00   $ 138.00

**500 Enflame**
$ 55.00   $ 138.00

**500 Super Moon Yellow**
$ 55.00   $ 139.00

‹   1   ›

---

**Company Info**

About Us

Contact Us

Customer Reviews

**Service Center**

Shipping policy

Return policy

Terms of service

Privacy policy

**Quick Links**

Search

Login

Register

Tracking Order

Blog

SHOP INC. All Rights Reserved.



We Ship Worldwide.

## CheapSneakers

Home    Nike ▾    Adidas ▾    Designers ▾    USD ▾    🔍    👤    🛒

Home / Yeezy / 500 Granite



### 500 Granite

Style
GW6373

Colorway
GRANITE/GRANITE/GRANITE

Retail Price
$210

Release Date
05/14/2022

$ 55.00  $138.00

Size

US4-UK3.5-FR36-JP215-CHN210 ▾

Quantity

−    1    +

ADD TO CART        BUY IT NOW

**Detail**    Customer Reviews

Composed of tonal grey mesh, suede, and leather, the adidas Yeezy 500 Granite offers a monochromatic styling similar to the early Yeezy 500s of 2018. Woven lace loops on the tongue nod to the tooling of 1990s hiking boots. From there, a sculptural sole with adiPrene cushioning provides comfort and support.

The adidas Yeezy 500 Granite released in May of 2022 and retailed for $210.

f    🐦    📌    💬    🅥    in    LINE    t    ⓦ

### Company Info

About Us

Contact Us

Customer Reviews

### Service Center

Shipping policy

Return policy

Terms of service

Privacy policy

### Quick Links

Search

Login

Register

Tracking Order

Blog

SHOP INC. All Rights Reserved.









# CHEAPSNEAKERS

Cart > **Information** > Shipping > Payment

## Email

Already have an account? Log in

Email
█████████████

☑ Email me with news and offers

## Shipping Address

First name
Ned

Last name
Williams

Address
123 W Main St

Apartment, suite, etc.

Country
United States

State
Florida

Postal code
33411

City
West Palm Beach

Phone
954-859-7440                                              ?

‹ Return to cart                          **Continue to Shipping**

| Terms of service | Shipping policy | Return policy | Privacy policy |
| Terms of service | Shipping policy | Return policy | Privacy policy |



500 Granite                                          $ 55.00
Size: US4-UK3.5-FR36-JP215-
CHN210

Coupon Code                              APPLY

Subtotal                                          $ 55.00

Shipping Cost                        Calculated at next step

Total Price                                      $ 55.00

# CHEAPSNEAKERS

Cart > Information > **Shipping** > Payment

| Email | ■■■■■■■■■ |
|---|---|
| Ship to | 123 W Main St , West Palm Beach , Florida , 33411 , United States | Change |

## Shipping Method

| ⊙ Priority | $ 15.00 |
|---|---|

‹ Return to information          **Continue to Payment**

| Terms of service | Shipping policy | Return policy | Privacy policy |
|---|---|---|---|
| Terms of service | Shipping policy | Return policy | Privacy policy |





| | 500 Granite | $ 55.00 |
|---|---|---|
| | Size: US4-UK3.5-FR36-JP215-CHN210 | |

| Coupon Code | APPLY |
|---|---|

| Subtotal | $ 55.00 |
|---|---|
| Shipping Cost | $ 15.00 |

| Total Price | **$ 70.00** |
|---|---|

# CHEAPSNEAKERS

Cart > Information > Shipping > **Payment**

| | |
|---|---|
| Email | ███████ |
| Ship to | 123 W Main St, West Palm Beach, Florida, 33411, United States — Change |
| Method | Priority — Change |

## Payment Method

**Paypal Off-Line**
Send payment to Paypal: zypbox@126.com And send a screenshot to our customer service.

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

○ Credit Card    VISA  ●  Pay  ···

○ Credit Card    VISA  ●  AMEX

## Billing Address

Select the address that matches your card or payment method.

● Same as shipping address

○ Use a different billing address

‹ Return to shipping          **Continue to Payment**

| | | | |
|---|---|---|---|
| Terms of service | Shipping policy | Return policy | Privacy policy |
| Terms of service | Shipping policy | Return policy | Privacy policy |



**500 Granite**    $ 55.00
Size: US4-UK3.5-FR36-JP215-CHN210

| Coupon Code | APPLY |
|---|---|

| | |
|---|---|
| Subtotal | $ 55.00 |
| Shipping Cost | $ 15.00 |
| **Total Price** | **$ 70.00** |



**CHEAPSNEAKERS**

Cart > Information > Shipping > **Payment**

| Order | ███████████ |
| --- | --- |
| Payment | Paypal Off-Line    Change |

Send payment to Paypal: zypbox@126.com

And send a payment screenshot to customer service.

We'll confirm your order as soon as possible.

Thank you.

| Terms of service | Shipping policy | Return policy | Privacy policy |
| --- | --- | --- | --- |
| Terms of service | Shipping policy | Return policy | Privacy policy |



|  | 500 Granite | $ 55.00 |
| --- | --- | --- |
|  | Size: US4-UK3.5-FR36-JP215-CHN210 |  |

| Subtotal | $ 55.00 |
| --- | --- |
| Shipping Cost | $ 15.00 |

| **Total Price** | **$ 70.00** |
| --- | --- |



## Contact Us

If you have any questions or concerns, please do not hesitate to contact us.
We would love to hear from you, contact us on:
Email:
Phone Number:

Address:

**Company Info**

About Us
Contact Us
Customer Reviews

**Service Center**

Shipping policy
Return policy
Terms of service
Privacy policy

**Quick Links**

Search
Login
Register
Tracking Order
Blog

SHOP INC. All Rights Reserved.

E-commerce Store


enjoyraces.com





 14 Days Easy-Return & Exchange

 SSL Encript & PayPal Safe Checkout Support

 Worldwide Orders With FedEx 7-15 Days Delivered

## NEW COLLECTION



## NFL COLLECTION



Nate Gilliam Cincinnati Bengals Nike Game Player Jer
**$64.99**

Derek Carr New Orleans Saints Nike Youth Game Jer
**$64.99**

Steelers Ryan Shazier Limited Jersey Black 2020 Salu
**$64.99**

Justin Herbert Los Angeles Chargers Nike Wome
**$64.99**

## 2023 LATEST COLLECTIONS



Kansas City Chiefs Mecole Hardman White 60th Anniversary Vapor
**$64.99**



Kennedy Brooks Philadelphia Eagles Nike Women's Game Player Jer
**$64.99**



Ray Allen Milwaukee Bucks Mitchell & Ness Hardwood Classics 200
**$64.99**



Trey Lance San Francisco 49ers Nike Alternate Legend Jersey – Whi
**$64.99**



Tennessee Titans Custom Light Blue 100th Season Vapor Limited Je
**$64.99**

Men's Philadelphia 76ers #3 Allen Iverson Golden Edition Jersey – V
**$64.99**



Nike SB Dunk High "Dog Walker" Multicolor BQ6827-300
**$174.99**

Custom Nike Dunk Low 'Multiple Swooshes' Black White
**$174.99**

## HOT SELLS

When searching only need to enter a word and do not use symbols



Search...



San Francisco Giants Nike Youth Alternate Replica Team Jersey – B
**$64.99**



Dalton Keene Philadelphia Eagles Nike Game Player Jersey – Midni
**$64.99**



Detroit Tigers Nike Youth Home Replica Custom Jersey – White
**$64.99**



Rams Van Jefferson Golden Edition Black Vapor Elite Jersey
**$64.99**



Number 1 Mom Buffalo Bills Nike Women's Game Jersey – Royal
**$64.99**



Jameis Winston Tampa Bay Buccaneers Nike Youth Color Rush Gam
**$64.99**



#1 Missouri Tigers ProSphere Baseball Jersey – White
**$64.99**



Youth Indiana Pacers #9 T.J. McConnell Statement Swingman Jerse
**$64.99**

**NEW MORE** 🛍

## CONTACT US

### WORKING HOUR

**Monday—Friday**
09:00AM – 07:00PM

**Saturday**
10:00AM – 05:00PM

**Sunday**
Closed

### STAY IN TOUCH

Don't miss any updates or promotions by signing up to our newsletter.

Email: support@enjoyraces.com

Your Email (required)

SIGN UP

---

**STORE INFORMATION**



Customer Service: +1(770)-284-4699 (SMS)
Email: support@enjoyraces.com

**QUICK LINKS**

About Us

Contact Us

Track Your Order

FAQs

**SERVICE**

Term of service

Privacy Policy

Shipping Policy

Refund &Return Policy

**SUBSCRIBE**

Sign up to get the latest on sales, new releases and more ...

Your Email (required)

SIGN UP



Copyright 2023 © Enjoyraces



HOME / NHL

Default sorting



Anaheim Ducks adidas 2023 St. Patrick's
**$74.99**



Anaheim Ducks adidas St. Patrick's Day Au
**$74.99**



Arizona Coyotes adidas 2023 St. Patrick's
**$74.99**



Arizona Coyotes adidas Alternate Authenti
**$74.99**



Arizona Coyotes adidas St. Patrick's Day A
**$74.99**



Boston Bruins Fanatics Branded Youth Bre
**$74.99**



Calgary Flames adidas 2023 St. Patrick's I
**$74.99**



Calgary Flames adidas St. Patrick's Day Au
**$74.99**



Carolina Hurricanes Fanatics Branded You
**$74.99**



Chicago Blackhawks adidas 2023 St. Patri
**$74.99**



Chicago Blackhawks adidas St. Patrick's D
**$74.99**



Columbus Blue Jackets adidas 2023 St. Pa
**$74.99**

| **1** | 2 | 3 | 4 | … | 205 | 206 | 207 | > |

---

## STORE INFORMATION

**ENJOY RACES**

Customer Service: +1(770)-284-4699 (SMS)

Email: support@enjoyraces.com

## QUICK LINKS

About Us

Contact Us

Track Your Order

FAQs

## SERVICE

Term of service

Privacy Policy

Shipping Policy

Refund &Return Policy

## SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your Email (required)

**SIGN UP**



Copyright 2023 © Enjoyraces







HOME / NHL

# Arizona Coyotes Adidas Home Authentic Blank Jersey – Maroon

**$74.99**

Gender/Age:* Men

- [x] Men
- ( ) Women
- ( ) Youth

Men Jersey:* S          **SIZE GUIDE**

- [x] S
- ( ) M
- ( ) L
- ( ) XL
- ( ) 2XL
- ( ) 3XL

Customize your name, number

No ▼

**$74.99**

Quantity

−          1          +

**» ADD TO CART**

SKU: FAN997690

Categories: Fanatics, NHL

Tag: NHL



✈ We will ship within 48-72 hours after getting payment.

🚚 Usually it needs 10-15 days to ship to your country.

💲 All data are encrypted with SSL, PayPal support.

👥 Any questions please keep in touch with our service.

**GUARANTEED SAFE CHECKOUT**

PayPal  VISA  MasterCard  American Express  DISCOVER

| 5% OFF | **2 items get 5% OFF** on cart total | Buy 2 |
| 10% OFF | **3 items get 10% OFF** on cart total | Buy 3 |
| 15% OFF | **4 items get 15% OFF** on cart total | Buy 4 |



**BUY NOW**

## Frequently Bought Together:



☑ **This item:** Arizona Coyotes adidas Home Authentic Blank Jersey - Maroon
$74.99

Select Options

☑ Las Vegas Raiders Nike Custom Game Jersey - Black
$64.99

Select Options

☑ Justin Jefferson Minnesota Vikings Nike Classic Vapor F.U.S.E. Limited Jersey - Purple
$64.99

Select Options

Total Price: $184.47    You saved $20.50

**ADD ALL TO CART**

⌃ Description

## Product Description

You may not prep for Arizona Coyotes game days exactly like your favorite player, but your game day routines can have one awesome thing in common-proudly putting on this Arizona Coyotes Home Authentic Blank Jersey from adidas.

⌄ Return & Warranty

⌄ Reviews (0)

DESCRIPTION    RETURN & WARRANTY    REVIEWS (0)

## Product Description

You may not prep for Arizona Coyotes game days exactly like your favorite player, but your game day routines can have one awesome thing in common-proudly putting on this Arizona Coyotes Home Authentic Blank Jersey from adidas.

## RELATED PRODUCTS

9/20/23, 3:08 PM                    Arizona Coyotes Adidas Home Authentic Blank Jersey - Maroon - Enjoyraces

Justin Jefferson Minnesota Vikings Nike Classic Legend Player
**$64.99**

Aaron Rodgers New York Jets Nike Legacy Vapor F.U.S.E. Limite
**$64.99**

Jalen Hurts Philadelphia Eagles Nike Youth Alternate Player Ga
**$64.99**

## STORE INFORMATION

Customer Service: +1(770)-284-4699 (SMS)
Email: support@enjoyraces.com

## QUICK LINKS

About Us

Contact Us

Track Your Order

FAQs

## SERVICE

Term of service

Privacy Policy

Shipping Policy

Refund &Return Policy

## SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your Email (required)

**SIGN UP**



Copyright 2023 © Enjoyraces











ENJOYRACES SHOP NFL NCAA NBA NHL MLS MLB SNEAKER HELP $74.99 1

① SHOPPING CART > ② CHECKOUT DETAILS > ③ ORDER COMPLETE

Have a coupon? Click here to enter your code

## BILLING DETAILS

**Email address ***
[redacted]

**First name ***
[redacted]

**Last name ***
[redacted]

**Company name (optional)**

**Country / Region ***
United States (US)

**Street address ***
[redacted]
Apartment, suite, unit, etc. (optional)

**Town / City ***
Boynton Beach

**State ***
Florida

**ZIP Code ***
33427

**Phone ***
[redacted]

☐ Ship to a different address?

**Order notes (optional)**
Notes about your order, e.g. special notes for delivery.

## YOUR ORDER

| PRODUCT | SUBTOTAL |
|---|---|
|  Arizona Coyotes adidas Home Authentic Blank Jersey - Maroon × 1<br>GENDER/AGE:: MEN ($0.00)<br>MEN JERSEY:: M ($0.00)<br>CUSTOMIZE YOUR NAME, NUMBER: NO | $74.99 |
| Subtotal | $74.99 |
| Shipping | Standard Shipping: $8.99 |
| Total | $83.98 |

PayPal & Cards JCB Diners Club DISCOVER AMERICAN EXPRESS MasterCard VISA PayPal

PayPal

Pay Later

Debit or Credit Card

Powered by PayPal

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

## STORE INFORMATION

ENJOYRACES
Customer Service: +1(770)-284-4699 (SMS)
Email: support@enjoyraces.com

## QUICK LINKS

About Us
Contact Us
Track Your Order
FAQs

## SERVICE

Term of service
Privacy Policy
Shipping Policy
Refund &Return Policy

## SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your Email (required)

SIGN UP

Copyright 2023 © Enjoyraces

VISA PayPal stripe MasterCard CASH ON DELIVERY

```html
action%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWUyVUNFNXMwU1NhTFBpRjl0aE8yNTF0Ym5TQVNKcndXa0ZFRjNvVmtjd01adXZzUXdyT3dEbHRXaWstR0VDTWhUSi0ydGtNalBSZUktMXgmY3VycmVuY3k9VVNEJmludGVudD1jYXB0dXJlIiwiYXR0cnMiOnsiZGF0YS11aWQiOiJ1aWRfbWFvem5xa3pubXNyenBuaXNtYWlnbmhpcWV3cmZpIn19&amp;flowId=4HP35321ST192850E&country.x=US&locale.x=zh_XC&langTgl=zh"  lang="zh" data-locale="zh_XC" >中文</a></li></ul></div></div></div></div><div id="tryAnotherWayModal" class="tryAnotherWayModal hide"><div class="modal-content"><div class='modal-content-header'><div class='modal-header-text'>Try another way</div><div><button id="closeModal" type="button" class="dialog-close" aria-label="dialog-close-btn"></button></div></div><ul class='modal-content-body'><li class="hide"><a aria-label="Login with Touch ID or Face ID" id='loginWithWebauthn' href='#'><div>Log in with face, fingerprint or PIN</div><button class="chevron-right" aria-label="webauthn-chevron"></button></a></li><li class=""><a aria-label="Login with phone one-time code"  id='loginWithOtp' href='#'><div>Text a one-time code</div><button class="chevron-right" aria-label="phone-otc-chevron"></button></a></li><li class='hide'><a aria-label="Login with email one-time code" id='loginWithEmailOtp'  href='#'><div>Email a one-time code</div><button class="chevron-right" aria-label="email-otc-chevron"></button></a></li><li class=''><a aria-label="Login with password" id='loginWithPassword' href='#'><div>Log in with your password</div><button class="chevron-right" aria-label="pwd-chevron"></button></a></li></ul></div></div></section><section id="verification" class="verification hide" data-role="page" data-title="Login Confirmation - PayPal"><div class="corral"><div class="contentContainer contentContainerLean"><div id="pending" class="verificationSubSection"><h1 class="headerText">Open the PayPal app</h1><p id="uncookiedMessage" class="verification-message hide">Open the PayPal app, tap Yes on the prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the PayPal app and tap Yes on the prompt to log in.</p><div  class="notifications"></div><div class="accountArea"><span class="account"></span><span class="verificationNotYou"><a data-href="#" href="#" class="scTrack:unifiedlogin-verification-click-notYou" id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p class="pin"></p><div class="mobileScreen"><img src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div></div><p class="tryAnotherMsg"><a id="tryPasswordLink" data-href="#" href="" class="inlineLink scTrack:try-password">Use password instead</a></p><p class="resendMsg"><a class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="" id="resend">Resend</a><span class="sentMessage hide">Sent</span></p></div><div id="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal Logo" class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1><p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button actionsSpaced">Try Again</button></div><div id="denied" class="denied hide verificationSubSection"><img alt="" src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we couldn't confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can help</a>.</p></div></div></div></section><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-worldwide">Worldwide</a></li></ul></div></footer></div><div class="transitioning  hide "><p class="welcomeMessage hide">Welcome, !</p><p class="checkingInfo hide">Checking your info…</p><p class="oneSecond hide">Just a second…</p><p class="secureMessage hide">Securely logging you in...</p><p class="oneTouchMessage hide"></p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs hide">This may take a few seconds...</p><p class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we’re securely logging you in.</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need to enter your password for this purchase.</p><p class="udtSpinnerMessage webllsXoUS hide">We recognize you on this device, so you can skip login.<br><br>Manage this setting in your profile.</p><p class="udtSpinnerMessage webllsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your login settings...</p><p class="webAuthnLogin hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div><script nonce="0LZRXUSubuT7l0tFANs6J/EByaWRoFSCGcBoyvnPHheps0o4">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" || "https://c.paypal.com/da/r/fb.js",fnSessionId: "4HP35321ST192850E",sourceId: "UL_CHECKOUT_INPUT_PASSWORD",beaconUrl: "https://b.stats.paypal.com/v1/counter.cgi?r=cD00SFAzNTMyMVNUMTkyODUwRSZpPTcwLjE2Mi45Mi4yMTQmdD0xNjk1MjU1MDQ4LjgxOSZhPTIxJnM9VU5JRklFRF9MT0dJTpYMEmGlcgCCm-aIThTceZH_Zagp",enableSpeedTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength: 0,fingerprintProceed: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?f=4HP35321ST192850E&s=UL_CHECKOUT_INPUT_PASSWORD&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script nonce="0LZRXUSubuT7l0tFANs6J/EByaWRoFSCGcBoyvnPHheps0o4" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId: '4HP35321ST192850E',sourceId: 'UL_CHECKOUT_INPUT_PASSWORD',fname: 'fn_sync_data'};</script><!-- build:js inline --><!-- build:[src] js/lib/ --><script nonce="0LZRXUSubuT7l0tFANs6J/EByaWRoFSCGcBoyvnPHheps0o4" src="https://www.paypalobjects.com/web/res/75b/207f36cf0d90ac80fe68956fb3ea6/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!-- /build --><script nonce="0LZRXUSubuT7l0tFANs6J/EByaWRoFSCGcBoyvnPHheps0o4">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData || {};PAYPAL.ulData.incontextData = {"version": "5.0.397","noBridge": "","env": "production","icstage": "","targetCancelUrl": "","paymentAction": "sale","paymentToken": "4HP35321ST192850E","merchantID": "SEXUHESFDARR8"};</script><!-- build:js inline --><!-- build:[src] js/ --><script nonce="0LZRXUSubuT7l0tFANs6J/EByaWRoFSCGcBoyvnPHheps0o4" src="https://www.paypalobjects.com/web/res/75b/207f36cf0d90ac80fe68956fb3ea6/js/checkout-split.js"></script><!-- /build --><!-- /build --><script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="0LZRXUSubuT7l0tFANs6J/EByaWRoFSCGcBoyvnPHheps0o4">var fptiOptions = {data:'pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1695255048763&calc=f2014881eefa6&nsid=2t7S51QHlDPzjPV7RSv-dg7aLWyIhyz_&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=43d0c179adba41eba1efdb2468c9d9db&comp=unifiedloginnodeweb&tsrce=unifiedloginnodeweb&cu=1&gacook=672039317.1695254531&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_pwd&userRedirected=true&fltk=4HP35321ST192850E&flid=4HP35321ST192850E&xe=101090%2C101736%2C101216%2C101270%2C104200%2C100644%2C106275%2C106057%2C108141%2C102208%2C101817%2C108076&xt=103240%2C105858%2C103864%2C106407%2C127485%2C101702%2C128706%2C127561%2C138360%2C108106%2C112756%2C138090&ctx_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_lang_footer=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=4HP35321ST192850E&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&securityContext_status=success&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions = {...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core = PAYPAL.core || {}; PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);                        }}());</script><noscript><img src="https://t.paypal.com/ts?nojs=1&pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1695255048763&calc=f2014881eefa6&nsid=2t7S51QHlDPzjPV7RSv-dg7aLWyIhyz_&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=43d0c179adba41eba1efdb2468c9d9db&comp=unifiedloginnodeweb&tsrce=unifiedloginnodeweb&cu=1&gacook=672039317.1695254531&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_pwd&userRedirected=true&fltk=4HP35321ST192850E&flid=4HP35321ST192850E&xe=101090%2C101736%2C101216%2C101270%2C104200%2C100644%2C106275%2C106057%2C108141%2C102208%2C101817%2C108076&xt=103240%2C105858%2C103864%2C106407%2C127485%2C101702%2C128706%2C127561%2C138360%2C108106%2C112756%2C138090&ctx_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_lang_footer=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=4HP35321ST192850E&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&securityContext_status=success&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="0LZRXUSubuT7l0tFANs6J&#x2F;EByaWRoFSCGcBoyvnPHheps0o4" src="https:&#x2F;&#x2F;www.paypal.com&#x2F;sdk&#x2F;js?client-id=Ae2UCE5s0SSaLPiF9thO251tbnSASJrwWkFEF3oVkcwMZuvsQwrOwDltWik-GECMhTJ-2tkMjPReI-1x&amp;currency=USD&amp;intent=capture" data-uid="uid_maoznqkznmsrzpnismaignhiqewrfi"></script><script async id="grcv3enterpriseframetag" data-key=6LdCCOUUAAAAAHTE-Snr6hi4HJGtJk_d1_ce-gWB data-action=unifiedloginnodeweb data-sessionId=_sessionID=2t7S51QHlDPzjPV7RSv-dg7aLWyIhyz_ data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-submitURL=/auth/verifygrcenterprise data-csrf=zQPfSD9HX6ZlNr3sW9fKFQ9c+OaqkcQxzEx8M= data-f="4HP35321ST192850E" src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.js></script></body>
</html>
```

[redacted] $83.98

Ship to [redacted] Change
[redacted] Boynton Beach 33426

Make this my preferred shipping address

Pay with Split

[redacted] Preferred $83.98

[redacted]

[redacted]

PayPal Credit
Get $40 off your purchase of $83.98 for a limited time. Subject to credit approval. See terms

See More

Add debit or credit card

Pay Later

Pay in 4
4 interest-free payments of $21.00. No late fees. Learn more

Complete Purchase

Payment method rights

Cancel and return to merchant

SHOPPING CART  ›  CHECKOUT DETAILS  ›  ORDER COMPLETE

## Order details

| PRODUCT | TOTAL |
|---|---|
| Arizona Coyotes adidas Home Authentic Blank Jersey - Maroon × 1 | |
| Gender/Age:: Men ($0.00) | |
| Men Jersey: M ($0.00) | $74.99 |
| Customize your name, number: No ($0.00) | |
| **Subtotal:** | $74.99 |
| **Shipping:** via Standard Shipping | $8.99 |
| **Payment method:** | PayPal & Cards |
| **Total:** | $83.98 |

Thank you. Your order has been received.

- Order number: [redacted]
- Date: **September 21, 2023**
- Total: **$83.98**
- Payment method: **PayPal & Cards**

### STORE INFORMATION



Customer Service: +1(770)-284-4699 (SMS)
Email: support@enjoyraces.com

### QUICK LINKS

About Us
Contact Us
Track Your Order
FAQs

### SERVICE

Term of service
Privacy Policy
Shipping Policy
Refund &Return Policy

### SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your Email (required)

SIGN UP

Copyright 2023 © **Enjoyraces**





ENJOY RACES    SHOP    NFL    NCAA    NBA    NHL    MLS    MLB    SNEAKER ⌄    HELP ⌄         $0.00    0

Have any questions?

Reach out to us via our email support@enjoyraces.com

Your satisfaction is our #1 priority.

**Email:** support@enjoyraces.com

**Business Address** 174/33 Dang Van Ngu St, Ward 14, Phu Nhuan District, Ho Chi Minh City, 700000 Viet Nam

If you have a question about your receiving, your tracking number, please be sure it has been 2-5 days after you've ordered as that is the general processing time.

If you have a question about switching items, please provide us with an order number and message us.

Thank you

**STORE INFORMATION**

ENJOY RACES

Customer Service: +1(770)-284-4699 (SMS)

Email: support@enjoyraces.com

**QUICK LINKS**

About Us

Contact Us

Track Your Order

FAQs

**SERVICE**

Term of service

Privacy Policy

Shipping Policy

Refund &Return Policy

**SUBSCRIBE**

Sign up to get the latest on sales, new releases and more ...

Your Email (required)

SIGN UP

Copyright 2023 © Enjoyraces



**Hi** ▮▮▮▮ **, Your order** ▮▮▮▮ **has been received!**

From: "admin" <support@enjoyraces.com>
To: ▮▮▮▮
Date: Sep 20, 2023 5:11:52 PM



Transaction details

September 20, 2023 at 5:11:49 PM PDT  |  Transaction ID: ██████████

Payment sent to Nguyen Tan Hoang

Payment Status: **Completed**

Payment Type: Checkout

Gross amount

-$83.98 USD

**Shipping address**

██████████

██████████
Boynton Beach 33426
UNITED STATES
Confirmed

**Tracking Information**

Add the tracking info for your physical packages to keep things organized and
help you benefit from seller protection. It is a win-win.

| Order details | | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # 1 | ENJOY- | 1 | $74.99 USD | $74.99 USD |
| | | | Purchase Total | $74.99 USD |

| Your Payment | |
|---|---|
| Purchase Total | -$74.99 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | -$8.99 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$83.98 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$83.98 USD |

| Invoice ID | ██████████ |
|---|---|
| Contact info | Nguyen Tan Hoang |
| | The receiver of this payment is **Non-US - Verified** |
| | payment@looaz.shop |
| Payment Sent to | payment@looaz.shop |
| Funding details | Funding Type: Credit Card |
| | Funding Source: -$83.98 USD - ██████████ |
| | This transaction will appear on your bill as PAYPAL *NGUYENTANHO |

Need help?

Go to the **Resolution Center** for help with this transaction, to settle a dispute or to open a claim.

E-commerce Store

fivefingersshoes.us



Welcome to OFF WHITE.

Home | Log In/Register

US Dollar

Your Account | Cart:( 0 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

Men
-- Accessories
--- Hats
--- Wallets & Cardholders
-- Bags
--- Backpacks
--- Keyring & Chains
-- Clothing
--- Bermuda Shorts
--- Biker Jackets
--- Bomber Jackets
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Hooded Jackets
--- Hoodies
--- Jumpers
--- Leather Jackets
--- Lightweight Jackets
--- Military Jackets
--- Oversized Coats
--- Parka & Duffle Coats
--- Polo Shirts
--- Regular & Straight-Leg Jeans
--- Shirt Jackets
--- Shirts
--- Skinny Jeans
--- Slim-Fit Jeans
--- Socks
--- Sport Jackets & Wind Breakers
--- Sweatshirts
--- T-Shirts
--- Track & Running Shorts
--- Track Pants
--- Trench & Raincoats
--- Vests & Tanks
-- Lifestyle

**New Products For July**

Off-White camouflage parka 9901 CAMUFLAGE Men Clothing & Duffle Coats
~~$799.20~~
Sale: $119.88
Save: 85% off

Off-White floral embroidered stripe shirt BLUE Women Clothing Shirts
~~$799.20~~
Sale: $119.88
Save: 85% off

Off-White long-sleeve logo T-shirt Black/White Men Clothing T-Shirts
~~$217.12~~
Sale: $32.57
Save: 85% off

Off-White painting print T-shirt 0199 Men Clothing T-Shirts
~~$420.00~~
Sale: $63.00
Save: 85% off

Off-White plaid shirt Discount Save up to 74% BLUE ALL OVER WHITE Women Clothing Shirts
~~$609.52~~
Sale: $91.43
Save: 85% off

Off-White polo shirt WHITE&SILVER Men Clothing Shirts
~~$506.56~~
Sale: $75.98
Save: 85% off

Off-White 'Diagonal Spray' slim-fit jeans 7101 BLEACH WHITE Men Clothing
~~$346.16~~
Sale: $51.92
Save: 85% off

Off-White Arrows socks 0110 WHITE Men Clothing
~~$48.40~~
Sale: $7.26
Save: 85% off

Off-White drawstring track pants 1088 BLACK Men Clothing
~~$511.68~~
Sale: $76.75
Save: 85% off

Off-White bird embroidered bomber jacket BLACK Women Clothing Jackets
~~$799.20~~
Sale: $119.88
Save: 85% off

Off-White fringed embroidery denim shorts 7820-BLACK CLAYS WASH Men Clothing
~~$353.68~~
Sale: $53.05
Save: 85% off

Retailmenot Coupon OFF WHITE x Nike Air Max 2017 White Black Noir Blanc 619745 100 Running Shoe For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

Off-White camouflage print backapck 9901 Men Bags Backpacks
~~$511.68~~

Off-White camouflage print T-shirt All over Men Clothing T-Shirts
~~$219.28~~

Off-White Hands Off iPhone 6 case Hottest New Styles BLACK Women Lifestyle Phone Computer & Gadgets

Off-White scorpion print sweatshirt 1008 BLACK Men Clothing Sweatshirts
~~$334.32~~

- -- Phone, Computer & Gadgets
- -- Shoes
- --- Boots
- --- Shoes
- --- Trainers
- OFF WHITE x adidas
- OFF WHITE x Balenciaga
- OFF WHITE x Converse
- OFF WHITE x Nike
- OFF WHITE x Vans
- Women
- -- Accessories
- --- Wallets & Purses
- -- Bags
- --- Backpacks
- -- Clothing
- --- Biker Jackets
- --- Blouses
- --- Bomber Jackets
- --- Bootcut Jeans
- --- Cocktail & Party Dresses
- --- Cropped Jeans
- --- Denim Jackets
- --- Denim Shorts
- --- Flared Jeans
- --- Hoodies
- --- Jumpers
- --- Military Jackets
- --- Oversized Coats
- --- Oversized Jackets
- --- Puffer Jackets
- --- Shirts
- --- Short Shorts
- --- Single Breasted Coats
- --- Skinny Jeans
- --- Socks
- --- Straight-Leg Jeans
- --- Sweatshirts
- --- T-shirts & Jerseys
- --- Track Pants
- --- Vests & Tank Tops
- -- Lifestyle
- --- Phone, Computer & Gadgets
- --- Shoes
- --- Boots
- --- Flip Flops

**New Products  [more]**



Off-White roses patch T-shirt reliable supplier BIANCO Women Clothing T-shirts & Jerseys
~~$353.68~~
Sale: $53.05
Save: 85% off

---

Sale: $76.75
Save: 85% off

Sale: $32.89
Save: 85% off

~~$42.96~~
Sale: $6.44
Save: 85% off

Sale: $50.15
Save: 85% off



Off-White denim jacket 7101 Men Clothing Jackets
~~$511.68~~
Sale: $76.75
Save: 85% off

OFF WHITE x Vans Old Skool Crystal Blue White Beige VN0D3HB99 Skate Shoe Vans For Sale
~~$264.99~~
Sale: $39.60
Save: 85% off

OFF-WHITE x Vans Old Skool Black White Low DT F18 Vans For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

Off-White 'mirror mirror' print T-shirt Cheap BIANCO Women Clothing T-shirts & Jerseys
~~$188.08~~
Sale: $28.21
Save: 85% off

   

Off-White plaid shirt All over Men Clothing Shirts
~~$383.73~~
Sale: $57.41
Save: 85% off

OFF White Virgil Ablob x The Ten Nike Blazer Studio Mid White Black Muslin AA3832 100 Shoe For Sale
~~$264.99~~
Sale: $39.60
Save: 85% off

Off-White logo patch cap 1088 BLACK Men Accessories Hats
~~$97.84~~
Sale: $14.68
Save: 85% off

Off-White velvet patch jeans 7100 LEACH Women Clothing Straight-Leg
~~$799.20~~
Sale: $119.88
Save: 85% off

   

OFF WHITE x Nike Air Jordan 1 Part 2 North Carolina Blue AQ0818 148 Basketball Shoe.jpeg
~~$264.00~~
Sale: $39.60
Save: 85% off

OFF White embroidered rose shorts 0188 WHITE Women Clothing Short
~~$305.28~~
Sale: $45.79
Save: 85% off

Off-White spray detail T-shirt 0110 WHITE Men Clothing T-Shirts
~~$209.60~~
Sale: $31.44
Save: 85% off

Retailmenot Coupon OFF WHITE x Nike Air Max Zero Qs Orange White Running Shoe For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

   

Off-White embroidered denim shorts 8588 DARK BLUE Women Clothing
~~$305.28~~
Sale: $45.79
Save: 85% off

Off-White Death and Jill T-shirt 0108 WHITE Men Clothing T-Shirts
~~$202.08~~
Sale: $30.31
Save: 85% off

Off-White eagle print sweatshirt 0199 Men Clothing Sweatshirts
~~$301.04~~
Sale: $45.16
Save: 85% off

OFF White x Nike Air Force 1 Custom AO4297 001 Shoe For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

  

Off-White distressed straight leg jeans Men Clothing Regular & Straight-Leg
~~$778.72~~
Sale: $116.81
Save: 85% off

Off-White logo print sweatshirt 0110 Women Clothing Sweatshirts
~~$292.40~~
Sale: $43.86
Save: 85% off

OFF White x Nike HyperDunk High Top Basketball Shoe For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

Off-White Diagonal Spray sweatshirt BLACK Men Clothing Sweatshirts
~~$311.76~~
Sale: $46.76
Save: 85% off

   

Off-White face print sheer T-shirt WHITE MULTICOLOR Men Clothing T-shirts

Off-White plaid shirt 9901 Men Clothing Shirts
~~$382.72~~

Off-White scorpion print sweatshirt BLACK Men Clothing Jumpers

Off-White rose embroidery tank 100% high Quality Guarantee 1088 BLACK



Off-White ruffle T-shirt 0310 Women
Clothing T-shirts & Jerseys
$546.64
Sale: $82.00
Save: 85% off



$292.40
Sale: $43.86
Save: 85% off

Sale: $57.41
Save: 85% off

$234.33
Sale: $35.15
Save: 85% off



Women Clothing Vests &
Tops
$336.48
Sale: $50.47
Save: 85% off



Off-White Auction House
rose print jeans DENIM
Women Clothing Skinny
$799.20
Sale: $119.88
Save: 85% off

Off-White multiple stickers
0188 WHITE Men Bags
Keyring & Chains
$61.28
Sale: $9.19
Save: 85% off



VILLA x Alexander John OFF
White x Nike Air More
Uptempo Big Air Basketball
Shoe For Sale
$264.00
Sale: $39.60
Save: 85% off



Off-White Rock jeans BLACK
CLAY WASH Men Clothing
Slim-Fit
$426.73
Sale: $64.01
Save: 85% off



Off-White roses patch T-shirt
Clearance Sale NERO Women
Clothing T-shirts & Jerseys
$353.68
Sale: $53.05
Save: 85% off



Off-White sequined dress
BLACK Women Clothing
Cocktail & Party Dresses
$799.20
Sale: $119.88
Save: 85% off



Off-White plaid shirt The
Most Fashion Designs 9901
ALL OVER Women Clothing
Shirts
$609.52
Sale: $91.43
Save: 85% off



Off-White printed bomber
jacket BLACK Men Clothing
Jackets
$799.20
Sale: $119.88
Save: 85% off

About Us  |  Shipping Policy  |  Return Policy  |  Privacy Policy  |  FAQ  |  Contact Us  |  Site Map

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us

    





Welcome to OFF WHITE.

Home | Log In/Register

US Dollar

Your Account | Cart:( 0 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

Men
-- Accessories
--- Hats
--- Wallets & Cardholders
-- Bags
--- Backpacks
--- Keyring & Chains
-- Clothing
--- Bermuda Shorts
--- Biker Jackets
--- Bomber Jackets
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Hooded Jackets
--- Hoodies
--- Jumpers
--- Leather Jackets
--- Lightweight Jackets
--- Military Jackets
--- Oversized Coats
--- Parka & Duffle Coats
--- Polo Shirts
--- Regular & Straight-Leg Jeans
--- Shirt Jackets
--- Shirts
--- Skinny Jeans
--- Slim-Fit Jeans
--- Socks
--- Sport Jackets & Wind Breakers
--- Sweatshirts
--- T-Shirts
--- Track & Running Shorts
--- Track Pants
--- Trench & Raincoats
--- Vests & Tanks
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
--- Boots
--- Shoes
--- Trainers
OFF WHITE x adidas
OFF WHITE x Balenciaga
OFF WHITE x Converse
OFF WHITE x Nike
OFF WHITE x Vans
Women
-- Accessories
--- Wallets & Purses
-- Bags

Home > Advanced Search > **Search Results**

**Advanced Search**

Displaying **1** to **4** (of **4** products)

OFF White X adidas NMD City Sock adidas NMD Boost For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

OFF WHITE x adidas Ultra Boost UB3.0 Bright White BA8841 4057253824775 adidas Running Boost For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

Retailmenot Coupon OFF WHITE x adidas Yeezy 350 Boost Herzogenaurach Germany adidas For Sale
~~$264.00~~
Sale: $39.60
Save: 85% off

Displaying **1** to **4** (of **4** products)

back

--- Backpacks
-- Clothing
--- Biker Jackets
--- Blouses
--- Bomber Jackets
--- Bootcut Jeans
--- Cocktail & Party Dresses
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Flared Jeans
--- Hoodies
--- Jumpers
--- Military Jackets
--- Oversized Coats
--- Oversized Jackets
--- Puffer Jackets
--- Shirts
--- Short Shorts
--- Single Breasted Coats
--- Skinny Jeans
--- Socks
--- Straight-Leg Jeans
--- Sweatshirts
--- T-shirts & Jerseys
--- Track Pants
--- Vests & Tank Tops
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
--- Boots
--- Flip Flops

**New Products  [more]**

Off-White velvet patch jeans 7100 LEACH Women Clothing Straight-Leg
$799.20
Sale: $119.88
Save: 85% off

Off-White 'woman' print denim jacket BLEACH WHITE Women Clothing Jackets
$511.68
Sale: $76.75
Save: 85% off

About Us  |  Shipping Policy  |  Return Policy  |  Privacy Policy  |  FAQ  |  Contact Us  |  Site Map

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us



Welcome to OFF WHITE.

Home | Log In/Register

US Dollar

Your Account | Cart:( 0 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

- Men
- -- Accessories
- --- Hats
- --- Wallets & Cardholders
- -- Bags
- --- Backpacks
- --- Keyring & Chains
- -- Clothing
- --- Bermuda Shorts
- --- Biker Jackets
- --- Bomber Jackets
- --- Cropped Jeans
- --- Denim Jackets
- --- Denim Shorts
- --- Hooded Jackets
- --- Hoodies
- --- Jumpers
- --- Leather Jackets
- --- Lightweight Jackets
- --- Military Jackets
- --- Oversized Coats
- --- Parka & Duffle Coats
- --- Polo Shirts
- --- Regular & Straight-Leg Jeans
- --- Shirt Jackets
- --- Shirts
- --- Skinny Jeans
- --- Slim-Fit Jeans
- --- Socks
- --- Sport Jackets & Wind Breakers
- --- Sweatshirts
- --- T-Shirts
- --- Track & Running Shorts
- --- Track Pants
- --- Trench & Raincoats
- --- Vests & Tanks
- -- Lifestyle
- --- Phone, Computer & Gadgets
- -- Shoes
- --- Boots
- --- Shoes
- --- Trainers
- OFF WHITE x adidas
- OFF WHITE x Balenciaga
- OFF WHITE x Converse
- OFF WHITE x Nike
- OFF WHITE x Vans
- Women
- -- Accessories
- --- Wallets & Purses
- -- Bags

Home > OFF WHITE x adidas > **OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale**

# OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale

Availability: ✓ In stock

~~$264.00~~

**Sale: $39.60**

**Save: 85% off**

Model: BA272

110 Units in Stock

Size MENS EUR40=UK6=US7

Add to Cart: 1

ADD TO SHOPPING BAG

Product 2/4

prev | listing | next

Product Detail

Engineered mesh provides ventilation for your forefoot while supporting your midfoot. The partial mesh inner sleeve enhances breathability while offering and a sock-like fit. OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale. Plush foam and mesh tongue for breathable comfort and Midsole flex grooves provide greater forefoot flexibility OFF WHITE x adidas Waffle outsole for durability and great multi-surface traction.

**You May Also Be Interested In:**

**OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale**

~~$264.00~~

**Sale: $39.60**

**Save: 85% off**

**OFF WHITE x adidas Ultra Boost UB3.0 Bright White BA8841 4057253824775 adidas Running Boost For Sale**

~~$264.00~~

**Sale: $39.60**

**Save: 85% off**

**Retailmenot Coupon OFF WHITE x adidas Yeezy 350 Boost Herzogenaurach Germany adidas For Sale**

~~$264.00~~

**Sale: $39.60**

**Save: 85% off**

**OFF White X adidas NMD City Sock adidas NMD Boost For Sale**

~~$264.00~~

**Sale: $39.60**

**Save: 85% off**

Off-White x adidas Originals NMD City Sock ba7208 adidas Running Boost For Sale | White Clothing For...

--- Backpacks

-- Clothing

--- Biker Jackets

--- Blouses

--- Bomber Jackets

--- Bootcut Jeans

--- Cocktail & Party Dresses

--- Cropped Jeans

--- Denim Jackets

--- Denim Shorts

--- Flared Jeans

--- Hoodies

--- Jumpers

--- Military Jackets

--- Oversized Coats

--- Oversized Jackets

--- Puffer Jackets

--- Shirts

--- Short Shorts

--- Single Breasted Coats

--- Skinny Jeans

--- Socks

--- Straight-Leg Jeans

--- Sweatshirts

--- T-shirts & Jerseys

--- Track Pants

--- Vests & Tank Tops

-- Lifestyle

--- Phone, Computer & Gadgets

-- Shoes

--- Boots

--- Flip Flops

**New Products  [more]**



Off-White Mirror T-shirt LIGHT BLUE
Men Clothing T-Shirts

$202.08

Sale: $30.31

Save: 85% off

Off-White Othelo's Scorpion T-shirt
BLACK Men Clothing T-Shirts

$204.24

Sale: $30.64

Save: 85% off

About Us  |  Shipping Policy  |  Return Policy  |  Privacy Policy  |  FAQ  |  Contact Us  |  Site Map

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us













Welcome to OFF WHITE.

Home | Log In/Register

US Dollar

Your Account | Cart:( 1 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

Men
-- Accessories
--- Hats
--- Wallets & Cardholders
-- Bags
--- Backpacks
--- Keyring & Chains
-- Clothing
--- Bermuda Shorts
--- Biker Jackets
--- Bomber Jackets
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Hooded Jackets
--- Hoodies
--- Jumpers
--- Leather Jackets
--- Lightweight Jackets
--- Military Jackets
--- Oversized Coats
--- Parka & Duffle Coats
--- Polo Shirts
--- Regular & Straight-Leg Jeans
--- Shirt Jackets
--- Shirts
--- Skinny Jeans
--- Slim-Fit Jeans
--- Socks
--- Sport Jackets & Wind Breakers
--- Sweatshirts
--- T-Shirts
--- Track & Running Shorts
--- Track Pants
--- Trench & Raincoats
--- Vests & Tanks
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
--- Boots
--- Shoes
--- Trainers
OFF WHITE x adidas
OFF WHITE x Balenciaga
OFF WHITE x Converse
OFF WHITE x Nike
OFF WHITE x Vans
Women
-- Accessories
--- Wallets & Purses
-- Bags

Home > **The Shopping Cart**

**Your Shopping Cart Contents** [help (?)]

**Total Items: 1 Amount: $39.60**

| Qty. | | Item Name | Unit | Total |
|---|---|---|---|---|
| 1 | update cart | OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale<br>Size - MENS EUR40=UK6=US7 | $39.60 | $39.60 |

**Sub-Total: $39.60**

back to shopping | update cart | go to checkout

--- Backpacks
-- Clothing
--- Biker Jackets
--- Blouses
--- Bomber Jackets
--- Bootcut Jeans
--- Cocktail & Party Dresses
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Flared Jeans
--- Hoodies
--- Jumpers
--- Military Jackets
--- Oversized Coats
--- Oversized Jackets
--- Puffer Jackets
--- Shirts
--- Short Shorts
--- Single Breasted Coats
--- Skinny Jeans
--- Socks
--- Straight-Leg Jeans
--- Sweatshirts
--- T-shirts & Jerseys
--- Track Pants
--- Vests & Tank Tops
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
--- Boots
--- Flip Flops

New Products [more]

Off-White sleeveless mid-lentgh coat CAMEL Women Clothing Single Breasted Coats
~~$799.20~~
Sale: $119.88
Save: 85% off

Off-White camouflage print robe GREEN Women Clothing Oversized Jackets
~~$799.20~~
Sale: $119.88
Save: 85% off

About Us | Shipping Policy | Return Policy | Privacy Policy | FAQ | Contact Us | Site Map |

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us

Welcome to OFF WHITE.

Home | Log In/Register

US Dollar

Your Account | Cart:( 1 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

- Men
- -- Accessories
- --- Hats
- --- Wallets & Cardholders
- -- Bags
- --- Backpacks
- --- Keyring & Chains
- -- Clothing
- --- Bermuda Shorts
- --- Biker Jackets
- --- Bomber Jackets
- --- Cropped Jeans
- --- Denim Jackets
- --- Denim Shorts
- --- Hooded Jackets
- --- Hoodies
- --- Jumpers
- --- Leather Jackets
- --- Lightweight Jackets
- --- Military Jackets
- --- Oversized Coats
- --- Parka & Duffle Coats
- --- Polo Shirts
- --- Regular & Straight-Leg Jeans
- --- Shirt Jackets
- --- Shirts
- --- Skinny Jeans
- --- Slim-Fit Jeans
- --- Socks
- --- Sport Jackets & Wind Breakers
- --- Sweatshirts
- --- T-Shirts
- --- Track & Running Shorts
- --- Track Pants
- --- Trench & Raincoats
- --- Vests & Tanks
- -- Lifestyle
- --- Phone, Computer & Gadgets
- -- Shoes
- --- Boots
- --- Shoes
- --- Trainers
- OFF WHITE x adidas
- OFF WHITE x Balenciaga
- OFF WHITE x Converse
- OFF WHITE x Nike
- OFF WHITE x Vans
- Women
- -- Accessories
- --- Wallets & Purses
- -- Bags

Home > **Login**

**New Customer? Please enter your checkout information here**

To begin the checkout procedure, please enter your billing information as it appears on your credit card statement.

* Required information

**Privacy Statement**

Please acknowledge you agree with our privacy statement by ticking the following box. The privacy statement can be read here.

☑ I have read and agreed to your privacy statement.

**Billing Address**

◉ Mr. ○ Ms. *

First Name: [redacted] *

Last Name: [redacted] *

Street Address: [redacted] *

Address Line 2:

City: Coral Springs *

Country: United States *

State/Province: Florida *

Post/Zip Code: 33065 *

☑ Same Address for Shipping/Billing

**Additional Contact Details**

Telephone: [redacted] *

**Login Details**

Email Address: [redacted] *

Password: •••••••••• * (at least 7 characters)

Confirm Password: •••••••••• *

**Newsletter and Email Details**

○ HTML ◉ TEXT-Only

submit

**Returning Customers**

**OFF WHITE** account holders may login below.

Email Address:

Password:

log in

Forgot your password?

--- Backpacks
-- Clothing
--- Biker Jackets
--- Blouses
--- Bomber Jackets
--- Bootcut Jeans
--- Cocktail & Party Dresses
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Flared Jeans
--- Hoodies
--- Jumpers
--- Military Jackets
--- Oversized Coats
--- Oversized Jackets
--- Puffer Jackets
--- Shirts
--- Short Shorts
--- Single Breasted Coats
--- Skinny Jeans
--- Socks
--- Straight-Leg Jeans
--- Sweatshirts
--- T-shirts & Jerseys
--- Track Pants
--- Vests & Tank Tops
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
--- Boots
--- Flip Flops

New Products [more]

Off-White camouflage print T-shirt All over Men Clothing T-Shirts
~~$219.28~~
Sale: $32.89
Save: 85% off

Off-White leaf embroidered T-shirt 1088 BLACK Men Clothing T-Shirts
~~$220.32~~
Sale: $33.05
Save: 85% off

About Us | Shipping Policy | Return Policy | Privacy Policy | FAQ | Contact Us | Site Map |

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us

Welcome to OFF WHITE.

Home | Log Out | Account

US Dollar

Your Account | Cart:( 1 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

- Men
- -- Accessories
- --- Hats
- --- Wallets & Cardholders
- -- Bags
- --- Backpacks
- --- Keyring & Chains
- -- Clothing
- --- Bermuda Shorts
- --- Biker Jackets
- --- Bomber Jackets
- --- Cropped Jeans
- --- Denim Jackets
- --- Denim Shorts
- --- Hooded Jackets
- --- Hoodies
- --- Jumpers
- --- Leather Jackets
- --- Lightweight Jackets
- --- Military Jackets
- --- Oversized Coats
- --- Parka & Duffle Coats
- --- Polo Shirts
- --- Regular & Straight-Leg Jeans
- --- Shirt Jackets
- --- Shirts
- --- Skinny Jeans
- --- Slim-Fit Jeans
- --- Socks
- --- Sport Jackets & Wind Breakers
- --- Sweatshirts
- --- T-Shirts
- --- Track & Running Shorts
- --- Track Pants
- --- Trench & Raincoats
- --- Vests & Tanks
- -- Lifestyle
- --- Phone, Computer & Gadgets

Home > **Checkout**

**Your Order Total:**

## Shopping Cart Contents

edit

| Qty. | | Item Name | Total |
|---|---|---|---|
| 1 x |  | **OFF WHITE x adidas Originals NMD City Sock BA7208 adidas Running Boost For Sale**<br>Size: MENS EUR40=UK6=US7 | $39.60 |

| | |
|---|---|
| Sub-Total: | $39.60 |
| Flat Rate (Best Way): | $12.00 |
| Total: | $51.60 |

**Discount Coupon**

Please type your coupon code into the box next to Redemption Code. Your coupon will be applied to the total and reflected in your cart after you click continue.

Please note: you may only use one coupon per order.

Redemption Code  UPDATE

**Step 1 - Delivery Information**

## Shipping Method

### Shipping Address

**Steven Taylor**
**10126 NW 32nd Pl**
**Coral Springs, FL 33065**
**United States**

change your address

**This is currently the only shipping method available to use on this order.**

### Flat Rate

Best Way $12.00

**Step 2 - Payment Information**

## Payment Method

### Billing Address

**Steven Taylor**
**10126 NW 32nd Pl**
**Coral Springs, FL 33065**
**United States**

change your address

PayPal VISA

## Special Instructions or Order Comments

**Confirm Your Order**
- and proceed to processing

confirm the order

-- Shoes
--- Boots
--- Shoes
--- Trainers
OFF WHITE x adidas
OFF WHITE x Balenciaga
OFF WHITE x Converse
OFF WHITE x Nike
OFF WHITE x Vans
Women
-- Accessories
--- Wallets & Purses
-- Bags
--- Backpacks
-- Clothing
--- Biker Jackets
--- Blouses
--- Bomber Jackets
--- Bootcut Jeans
--- Cocktail & Party Dresses
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Flared Jeans
--- Hoodies
--- Jumpers
--- Military Jackets
--- Oversized Coats
--- Oversized Jackets
--- Puffer Jackets
--- Shirts
--- Short Shorts
--- Single Breasted Coats
--- Skinny Jeans
--- Socks
--- Straight-Leg Jeans
--- Sweatshirts
--- T-shirts & Jerseys
--- Track Pants
--- Vests & Tank Tops
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
--- Boots

--- Flip Flops

**New Products  [more]**



Off-White zipped ankle boots LIGHT
BROWN Women Shoes

~~$799.20~~

Sale: $119.88

Save: 85% off



Retailmenot Coupon OFF WHITE x
adidas Yeezy 350 Boost
Herzogenaurach Germany adidas
For Sale

~~$264.00~~

Sale: $39.60

Save: 85% off

About Us | Shipping Policy | Return Policy | Privacy Policy | FAQ | Contact Us | Site Map |

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us

     



    





Welcome to OFF WHITE.

Home | Log In/Register

US Dollar

Your Account | Cart:( 0 items )

OFF WHITE | Contact Us | Privacy Notice | Site Map | Register

**Categories**

- Men
- -- Accessories
- --- Hats
- --- Wallets & Cardholders
- -- Bags
- --- Backpacks
- --- Keyring & Chains
- -- Clothing
- --- Bermuda Shorts
- --- Biker Jackets
- --- Bomber Jackets
- --- Cropped Jeans
- --- Denim Jackets
- --- Denim Shorts
- --- Hooded Jackets
- --- Hoodies
- --- Jumpers
- --- Leather Jackets
- --- Lightweight Jackets
- --- Military Jackets
- --- Oversized Coats
- --- Parka & Duffle Coats
- --- Polo Shirts
- --- Regular & Straight-Leg Jeans
- --- Shirt Jackets
- --- Shirts
- --- Skinny Jeans
- --- Slim-Fit Jeans
- --- Socks
- --- Sport Jackets & Wind Breakers
- --- Sweatshirts
- --- T-Shirts
- --- Track & Running Shorts
- --- Track Pants
- --- Trench & Raincoats
- --- Vests & Tanks
- -- Lifestyle
- --- Phone, Computer & Gadgets
- -- Shoes
- --- Boots
- --- Shoes
- --- Trainers
- OFF WHITE x adidas
- OFF WHITE x Balenciaga
- OFF WHITE x Converse
- OFF WHITE x Nike
- OFF WHITE x Vans
- Women
- -- Accessories
- --- Wallets & Purses
- -- Bags
- --- Backpacks
- -- Clothing
- --- Biker Jackets
- --- Blouses
- --- Bomber Jackets
- --- Bootcut Jeans

Home > **Contact Us**

**Contact Us**

* Required information

Full Name: *

Email Address: *

Message: *

back | send

--- Cocktail & Party Dresses
--- Cropped Jeans
--- Denim Jackets
--- Denim Shorts
--- Flared Jeans
--- Hoodies
--- Jumpers
--- Military Jackets
--- Oversized Coats
--- Oversized Jackets
--- Puffer Jackets
--- Shirts
--- Short Shorts
--- Single Breasted Coats
--- Skinny Jeans
--- Socks
--- Straight-Leg Jeans
--- Sweatshirts
--- T-shirts & Jerseys
--- Track Pants
--- Vests & Tank Tops
-- Lifestyle
--- Phone, Computer & Gadgets
-- Shoes
-- Boots
--- Flip Flops

**New Products [more]**



Off-White logo print biker jacket
BLACK OFF WHITE Women
Clothing Jackets
$799.20
Sale: $119.88
Save: 85% off

Off-White striped print biker jacket
MINT WHITE Women Clothing
Jackets
$799.20
Sale: $119.88
Save: 85% off

About Us | Shipping Policy | Return Policy | Privacy Policy | FAQ | Contact Us | Site Map |

Copyright © 2023 OFF WHITE. Powered by fivefingersshoes.us

E-commerce Store

flightkickz.club

Second pair for only $99, offer valid today only!

FKZ

Home    Jordan 1    Jordan 3    Jordan 4    jordan 5    jordan 6    Jordan 11    Jordan 12    Jordan 13    Yeezy    USD



JORDAN 4 COLLECTION

Air Jordan 4 'Black Cat'    Air Jordan 4 'Red Thunder'    Air Jordan 4 Retro 'Military Black'    Air Jordan 4 Retro 'University Blue'

SHOP ALL

## Hot Sale









AIR JORDAN 4 RETRO "Military Blue"
$ 108.00  $685.00

Air Jordan 4 Black Canvas
$ 115.00
 (4.8)

Air Jordan 1 Retro High OG"Next Chapter"
$ 125.00  $685.00

Yeezy Slides
$ 49.00  $149.00









Air Jordan 4 "Black Cat"
$ 128.00
★★★★★ (5.0)

Air Jordan 4 Retro 'Thunder' 2023
$ 129.00  $685.00

Air Jordan 4 Retro Red Thunder CT8527 016
$ 146.00

Air Jordan 4 Winter Loyal Blue CQ9597-401
$ 146.00





TRUSTED STORE








## Air Jordan 4

Classic and versatile, great as a gift for someone



**AIR JORDAN 4 RETRO "Military Blue"**
$ 108.00  $~685.00~



**Air Jordan 4 Black Canvas**
$ 115.00
★★★★★ (4.8)



**Air Jordan 4 "Black Cat"**
$ 128.00
★★★★★ (5.0)



**Air Jordan 4 Retro "Thunder" 2023**
$ 129.00  $~685.00~



**Air Jordan 4 Retro GS DIY DC4101-100**
$ 146.00



**Air Jordan 4 Retro Red Metallic CT8527-H2**
$ 146.00



**Air Jordan 4 Retro AND PS Wide 2019 BQ7669-060**
$ 146.00



**Air Jordan 4 Retro SE Sashiko CW0898-400**
$ 146.00



**Air Jordan 4 Retro Fire Red 2012 308497-110**
$ 146.00



**Levis x Air Jordan 4 Retro Denim AO2571-401**
$ 146.00



**Air Jordan 4 Retro Red Thunder CT8527-016**
$ 146.00



**Air Jordan 4 Retro LS Oreo 2015 314254-003**
$ 146.00



**Levis x Air Jordan 4 Retro White Denim AO2571-100**
$ 146.00



**Air Jordan 4 Retro Mushroom AQ9129-200**
$ 146.00



**Air Jordan 4 Retro White Oreo CT8527-100**
$ 146.00



**Air Jordan 4 Winter Loyal Blue CQ9597-401**
$ 146.00





Union LA x Air Jordan 4 Retro Guava Ice DC9533-800
$ 146.00



Air Jordan 4 Retro SE PS What The 4 BQ7669-146
$ 146.00



Air Jordan 4 Retro LS Lightning 314254-702
$ 146.00
★★★★★ (5.0)



Air Jordan 4 Retro Tattoo BQ0897-006
$ 146.00



Air Jordan 4 Retro Purple Metallic CT8527-115
$ 146.00



Air Jordan 4 Retro PS Pale Citron BQ7669-116
$ 146.00



Air Jordan 4 Retro GS White Oreo DJ4699-100
$ 146.00



Air Jordan 4 Retro SP Pine Green CK6630-100
$ 146.00



Air Jordan 4 Retro Green Metallic CT8527-113
$ 146.00



Paris Saint-Germain x Air Jordan 4 Retro Bordeaux CZ5624-100
$ 146.00



Union LA x Air Jordan 4 Retro Taupe Haze DJ5718-242
$ 146.00



Air Jordan 4 Retro AND PS Fire Red 2020 BQ7669-160
$ 146.00



Air Jordan 4 Retro Motorsports 308497-117
$ 146.00



Air Jordan 4 Retro Green Glow 308497-033
$ 146.00



Air Jordan 11



Air Jordan 11 Retro Low Navy
Snakeskin 2019 CD6846-102
$ 159.00



Air Jordan 11 Retro Legend Blue 2014
378037-117
$ 148.00



Air Jordan 11 Retro Bred 2012 378037-
010
$ 159.00



Air Jordan 11 Retro Low Light Bone
Snakeskin CD6846-002
$ 159.00



Air Jordan 11 Retro Low Concord
528895-153
$ 159.00



Jordan 11 Retro Low Legend Blue
AV2187-117
$ 159.00



Air Jordan 11 Retro Vast Grey AR0715-
100
$ 159.00



Air Jordan 11 Retro Low RE2PECT
AV2187-441
$ 159.00



Air Jordan 11 Retro Win Like 82
378037-123
$ 159.00



Wmns Air Jordan 11 Retro Jubilee /
25th Anniversary AR0715-011
$ 159.00



Air Jordan 11 Retro Low Concord-Bred
AV2187-160
$ 159.00



Air Jordan 11 Retro Concord 2011
378037-107
$ 148.00



Air Jordan 11 Retro Low Infrared 23
528895-023
$ 148.00



Air Jordan 11 Retro Cool Grey 2021
CT8012-005
$ 148.00



Air Jordan 11 Retro Low UNC 528895-
106
$ 159.00



Air Jordan 11 Retro Bred 2019 378037-
061
$ 159.00



Air Jordan 11 Retro Platinum Tint
378037-016
$ 159.00



Air Jordan 11 Retro Gamma Blue
378037-006
$ 159.00



Air Jordan 11 Retro Low Concord
Sketch AH7860-100
$ 159.00



Wmns Air Jordan 11 Retro Low Pink
Snakeskin AH7860-106
$ 159.00



Air Jordan 11 Retro Space Jam 2000
136046-041
$ 148.00



Air Jordan 11 Retro Low Concord-Bred
528896-160
$ 159.00



Wmns Air Jordan 11 Retro Animal
Instinct AR0715-010
$ 159.00



Air Jordan 11 Retro Space Jam 2016
378037-003
$ 159.00



Air Jordan 11 Retro Low Barons
528895-010
$ 159.00



Air Jordan 11 Retro 25th Anniversary
CT8012-011
$ 159.00



Air Jordan 11 Retro GS Jubilee / 25th
Anniversary 378038-011
$ 159.00






Air Jordan 11 Retro Low Emerald
528895-145
$ 159.00

CERTIFIED SECURE

Jordan 11 Retro Low Bright Citrus (W)
AH7860-139
$ 159.00

Air Jordan 11 Retro Cap and Gown
378037-005
$ 159.00

## Check out the customer reviews! 

Due to store upgrade, if you need to purchase the item pictured search for the name



★★★★★

 Aar******ens

It's so beautiful, I've bought many pairs here

Air Jordan 4 Retro LS Lightning 314254-702



★★★★★

Se*****ok

The first purchase, much better than expected, wearing also very comfortable is worthy of Jordan 4



Air Jordan 4 Retro OG Wide 2019 308497-...



★★★★☆

Nath********auer

Loved them they look great

 Air Jordan 4 military black



★★★★★

And****.

These shoes came 100% as advertised. Very happy with this purchase.

 Dior x Air Jordan 1 High



★★★★★

We*****R.

Super clean an so accurate love this place!!

 Dior x Air Jordan 1 High



★★★★★

Ketc******** N.

Bro I'm in love with these shoes

 Air Jordan 4 "Black Cat"



★★★★★

Lo****T.

Shipping was good sent a confirmation email and updates on shoes website 100 percent real

 Air Jordan 4 "Black Cat"



★★★★★

Pat******us

This fit me so good, and really really good to wear it when you are playing basketball. Say sure will come back and shop again.

 Nike Air Jordan 4 Retro Infrared



★★★★★

I*****R

There a gift to my boyfriend but he loves them and they fit perfectly

TRUSTED STORE



★★★★★

 geor********* my cheeks

100% legit gray company 100% authenticity everything completely good gray shoe it was brand new just like they said still on the box very well taken care of him very well shipped and packaged a highly highly recommend using these people quick fast delivery quicker than I expected

Air Jordan 4 Black Canvas



★★★★★

 Mic********ans

Got my 2nd pair of Jordan 4's through this vendor. It's good to have another pair to compare them to. Both came in the same box, both looked spotless and both were exactly the same. This color-way is one of my favorites so grabbing a second pair was essential. The tongue hangs out higher than the shoe. The back sticks out allowing for your feet to be comfy. The colors are the same on both pairs and both pairs fit properly. The package came on time, was in good condition and I'd order from this seller again.

Air Jordan 4 Black Canvas



★★★★★

 Jul******ght

I got my sneakers earlier than expected. I was tracking it online and it was already in my doorstep almost a week in advance. Would definitely use them again if they have the products I need.

Nike Air Jordan 4 Retro Infrared

CERTIFIED SECURE



★★★★★

 I*****T.

I bought multiple pairs from you guys honestly you guys have always hooked me up I appreciate it always keeping me laced up the Quality is top tier

Travis Scott x Air Jordan 1 Low Reverse Mocha



★★★★★

 DAV*******BURG

my son loved them

Air Jordan 4 Black Canvas



★★★★★

 He****F.

Great shoe almost impossible to point out a flaw unless your really inspecting the shoe

 Air Jordan 4 military black



★★★★★

 Sco********enot

I love emﾟa. I have a few pair and the black go with anything and look amazing. I just designed my own colors and had them make them for me. Jordan 4 the most comfy Inhqve ever owned. Would recommendð

Air Jordan 4 Black Canvas

View More



## Why Choose Us

TRUSTED STORE


**200**
Fast Shipping to over 200+ countries, Package Location Tracking Online.


**100k**
We have over 100,000+ members


**7day**
7-day Satisfaction Guarantee, Full Refund if dont receive orders.

CERTIFIED SECURE



Search | SEARCH

## Subscribe to our newsletter

Join our Friends and Family Mailing List

Email | Subscribe


flightkickz

ETERNALVE

INFO

LEGAL

**User Center**

FAQS

About Us

FKZ

Email: tiksneakers@163.com
Office : 1530 96th Drive Southeast, Lake Stevens, Washington, United States
Support time: From Monday to Friday: 9.00 am - 5.00 pm (GMT -7)



TRUSTED STORE

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY

CERTIFIED SECURE





TRUSTED STORE



Second pair for only $99, offer valid today only!

Home    Jordan 1    Jordan 3    Jordan 4    jordan 5    jordan 6    Jordan 11    Jordan 12    Jordan 13    Yeezy

# All Yeezy

181 Products                                                                    Sort by  Price, low to high



Adidas Yeezy Foam Runner "MX Sand Grey"

$ 100.00



Adidas Yeezy 500 GS

$ 140.00



Adidas Yeezy 500 Blush GS

$ 140.00



Yeezy Boost 700 Hi-Res Blue GS

$ 140.00



Adidas Yeezy 500 High "Slate" GS

$ 140.00



Yeezy Boost 350 V2 GS

$ 140.00



YEEZY BOOST 700 V2 GS

$ 140.00



Yeezy Boost 700 V3 GS

$ 140.00



Adidas YEEZY 500 Taupe Light GS

$ 140.00



Adidas Yeezy 700 Runner Boost GS

$ 140.00

Adidas Yeezy Boost 350V2 GS

$ 140.00



Adidas Yeezy 500 "Stone GS

$ 140.00

‹  1  2  3  4  5  ...  16  ›

## flightkickz

ETERNALVE

INFO

LEGAL

## User Center

FAQS

About Us



Email: tiksneakers@163.com

Office : 1530 96th Drive Southeast, Lake Stevens, Washington, United States

Support time: From Monday to Friday: 9.00 am - 5.00 pm (GMT -7)

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY


TRUSTED STORE

























Second pair for only $99, offer valid today only!

FKZ

USD

Home Jordan 1 Jordan 3 Jordan 4 jordan 5 jordan 6 Jordan 11 Jordan 12 Jordan 13 Yeezy

Home / All Yeezy / Adidas Yeezy 700 Runner Boost GS

# Adidas Yeezy 700 Runner Boost GS

$ 140.00

411 people has purchased this in 14 days

Get it between August 09 ~ August 11

size

US 4/UK 3.5/ EUR 36

Quantity

– 1 +

ADD TO CART

BUY IT NOW

Ships to India

USPS : $ 0.00

Free Shipping

Enjoy free shipping on all US/CA/UK/AU orders over $100

TRUSTED STORE | flightkickz.club

99% Issue-Free | Secure Checkout | $10K ID Protect

GUARANTEED SAFE CHECKOUT

PayPal VISA mastercard AMERICAN EXPRESS Diners Club JCB DISCOVER 100% Satisfaction Guarantee FAST SHIPPING McAfee norton

Tip: If you need to buy smaller sizes, you can search for GS, if the search can not contact customer service in the lower right corner to ask

Detail

Customer Reviews

## You May Like

DEAL

Air Jordan 1 Retro High OG NRG G...

$ 149.00 ~~$ 220.00~~

Quick shop

DEAL

Adidas YEEZY BOOST 700 "Hi-Res...

$ 150.00

Quick shop

DEAL

Off-White x Air Jordan 2 Retro Lo...

$ 140.99

Quick shop

DEAL

Air Jordan 6 Retro SP Reflections ...

$ 155.00

Quick shop

flightkickz

ETERNALVE
INFO
LEGAL

User Center

FAQS
About Us

FKZ

Email: tiksneakers@163.com
Office : 1530 96th Drive Southeast, Lake Stevens, Washington, United States
Support time: From Monday to Friday: 9.00 am - 5.00 pm (GMT -7)

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY

TRUSTED STORE

Second pair for only $99, offer valid today only!



Home    Jordan 1    Jordan 3    Jordan 4    jordan 5    jordan 6    Jordan 11    Jordan 12    Jordan 13    Yeezy

# Your Cart

< Continue Shopping

| Product | Quantity | Total |
|---------|----------|-------|
| Adidas Yeezy 700 Runner Boost GS<br>size: US 4/UK 3.5/ EUR 36 | − 1 + | $ 140.00 |

Coupon Code    APPLY

Subtotal                                    $ 140.00
Shipping                        calculated at checkout
Total                                       $ 140.00

CHECKOUT

< Continue Shopping

GUARANTEED SAFE CHECKOUT



### flightkickz

ETERNALVE

INFO

LEGAL

### User Center

FAQS

About Us



Email: tiksneakers@163.com
Office : 1530 96th Drive Southeast, Lake Stevens, Washington, United States
Support time: From Monday to Friday: 9.00 am - 5.00 pm (GMT -7)

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY



TRUSTED STORE



# AIR JORDAN

Email                                                    Already have an account? Log in

Email

☐ Email me with news and offers

## Shipping Address

First name     Last name

Address

Apartment, suite, etc. (Optional)

United States     Florida     Postal code
33065

City
Coral Springs

Phone                                                        ?

## Shipping Method

◉ USPS                                                      $ 0.00

☑ Insurance  ?                                           $ 4.20

## Tip

☑ Show your support for our team

| 2% $ 2.80 | 3% $ 4.20 | 5% $ 7.00 |

$  Add a custom tip                    Add Tip

Thank you, we appreciate it

## Payment Method

◉ Paypal                                              PayPal

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

PayPal

○ Credit Card         AMEX  Mastercard  VISA  Apple Pay  JCB

○ cashapp                                          Cash App

○ Venmo

## Billing Address

Select the address that matches your card or payment method.

◉ Same as shipping address

○ Use a different billing address

‹ Return to cart                    **Continue to Payment**



Adidas Yeezy 700 Runner Boost GS        $ 140.00
size: US 4/UK 3.5/ EUR 36

Coupon Code                                    APPLY

Subtotal                                          $ 140.00
Shipping Cost                                    $ 0.00
Insurance                                         $ 4.20

Total Price                                     $ 144.20

### GUARANTEED SAFE CHECKOUT

| PayPal | VISA | mastercard | AMERICAN EXPRESS |
| Diners Club | JCB | DISC/VER | |
| 100% Satisfaction Guarantee | FAST SHIPPING | McAfee | norton |

G

✓ TRUSTED STORE
SECURE PAYMENT



# AIR JORDAN

Cart > One-page checkout > **Payment**

| Order | wz2023080410275722 | |
|---|---|---|
| Payment | Paypal | Change |

This page will expire in 02:59:53. Please complete the payment before it.

Amount: USD **144.2**

| Company | heredoorde |
|---|---|
| Merchant Order ID | T885086087632 912384 |
| Order ID | 1000171021210 681765893 |

Pay with **PayPal**







| Adidas Yeezy 700 Runner Boost GS | $ 140.00 |
|---|---|
| size: US 4/UK 3.5/ EUR 36 | |

| Subtotal | $ 140.00 |
|---|---|
| Shipping Cost | $ 0.00 |
| Insurance | $ 4.20 |
| **Total Price** | **$ 144.20** |

**GUARANTEED SAFE CHECKOUT**

✓ **TRUSTED STORE**
SECURE PAYMENT







Pay with PayPal

With a PayPal account, you're eligible for Purchase Protection and Rewards.

Email or mobile number

Password

**Forgot password?**

Log In

or

Create an Account

English  Français  Español  中文

```
YWJsZS1mdW5kaW5nPXZlbm1vJm1lcmNoYW50LWlkPUdMQlpaN0ZVS1RVVzIiLCJhdHRycyI6eyJkYXRhLXBhcnRuZXItYXR0cmlidXRpb24taWQiOiJDaXRjb25QUENQIiwiZGF0YS
11aWQiOiJ1aWRfdXlnd2FrZXNtZGhmdmFrd3dyYmpsdWl1eWNtYnJvIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691187553636%26rcache%3D1%26user
action%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QVNoMjk1Tk4yR
GJSbmR1b3lYT2REVGNWX19XazFYZXVpWjREMlhkRkJsNUFucXhYVmlXVkVXM2xuU1ZNbnJ3QVdoSm1yZ051YWZwdVh2TEwmaW50ZW50PWNhcHR1cmUmY3VycmVuY3k9VVNEJmVuYWJ
sZS1mdW5kaW5nPXZlbm1vJm1lcmNoYW50LWlkPUdMQlpaN0ZVS1RVVzIiLCJhdHRycyI6eyJkYXRhLXBhcnRuZXItYXR0cmlidXRpb24taWQiOiJDaXRjb25QUENQIiwiZGF0YS11a
WQiOiJ1aWRfdXlnd2FrZXNtZGhmdmFrd3dyYmpsdWl1eWNtYnJvIn19&amp;flowId=aa135422331411eeae98e55529fe7402&amp;country.x=US&amp;locale.x=es_XC&langTgl=es
"  lang="es" data-locale="es_XC" >Español</a></li><li><a class=" scTrack:unifiedlogin-footer-language_zh_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_7V163340047913532&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_04676f5333_mji6mtm6ntg%26buttonSessionID%3Duid_50078c1a0c_mji6mtc6mty%26stickinessID%3Duid_ad2c4bba3
6_mtq6ndm6ntu%26smokeHash%3D%26token%3D7V163340047913532%26fundingSource%3Dpaypal%26buyerCountry%3DIN%26locale.x%3Den_US%26commit%3Dtrue%2
6enableFunding.0%3Dvenmo%26standaloneFundingSource%3Dpaypal%26branded%3Dtrue%26clientID%3DASh295NN2DbRnduoyXOdDTcV__Wk1XeuiZ4D2XdFBl5AnqxX
ViWVEW3lnSVMnrwAWhJmrgNuafpuXvLL%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QVNoMjk1Tk
4yRGJSbmR1b3lYT2REVGNWX19XazFYZXVpWjREMlhkRkJsNUFucXhYVmlXVkVXM2xuU1ZNbnJ3QVdoSm1yZ051YWZwdVh2TEwmaW50ZW50PWNhcHR1cmUmY3VycmVuY3k9VVNEJmVu
YWJsZS1mdW5kaW5nPXZlbm1vJm1lcmNoYW50LWlkPUdMQlpaN0ZVS1RVVzIiLCJhdHRycyI6eyJkYXRhLXBhcnRuZXItYXR0cmlidXRpb24taWQiOiJDaXRjb25QUENQIiwiZGF0YS
11aWQiOiJ1aWRfdXlnd2FrZXNtZGhmdmFrd3dyYmpsdWl1eWNtYnJvIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691187553636%26rcache%3D1%26user
action%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QVNoMjk1Tk4yR
GJSbmR1b3lYT2REVGNWX19XazFYZXVpWjREMlhkRkJsNUFucXhYVmlXVkVXM2xuU1ZNbnJ3QVdoSm1yZ051YWZwdVh2TEwmaW50ZW50PWNhcHR1cmUmY3VycmVuY3k9VVNEJmVuYWJ
sZS1mdW5kaW5nPXZlbm1vJm1lcmNoYW50LWlkPUdMQlpaN0ZVS1RVVzIiLCJhdHRycyI6eyJkYXRhLXBhcnRuZXItYXR0cmlidXRpb24taWQiOiJDaXRjb25QUENQIiwiZGF0YS11a
WQiOiJ1aWRfdXlnd2FrZXNtZGhmdmFrd3dyYmpsdWl1eWNtYnJvIn19&amp;flowId=aa135422331411eeae98e55529fe7402&amp;country.x=US&amp;locale.x=zh_XC&langTgl=zh
"  lang="zh" data-locale="zh_XC" >中文</a></li></ul></div></div></div></div><div id="tryAnotherWayModal" class="tryAnotherWayModal hide">
<div class="modal-content"><div class='modal-content-header'><div class='modal-header-text'>Try another way</div><div><button
id="closeModal" type="button" class="dialog-close" aria-label="dialog-close-btn"></button></div></div><ul class='modal-content-body'><li
class="hide"><a aria-label="Login with Touch ID or Face ID" id='loginWithWebauthn' href='#'><div>Log in with face, fingerprint or
PIN</div><button class="chevron-right" aria-label="webauthn-chevron"></button></a></li><li class="hide"><a aria-label="Login with phone
one-time code"  id='loginWithOtp' href='#'><div>Text a one-time code</div><button class="chevron-right" aria-label="phone-otc-chevron">
</button></a></li><li class='hide'><a aria-label="Login with email one-time code" id='loginWithEmailOtp'  href='#'><div>Email a one-time
code</div><button class="chevron-right" aria-label="email-otc-chevron"></button></a></li><li class=''><a aria-label="Login with password"
id='loginWithPassword' href='#'><div>Log in with your password</div><button class="chevron-right" aria-label="pwd-chevron"></button></a>
</li></ul></div></div></section><section id="verification" class="verification hide" data-role="page" data-title="Login Confirmation -
PayPal"><div class="corral"><div class="contentContainer contentContainerLean"><div id="pending" class="verificationSubSection"><h1
class="headerText">Open the PayPal app</h1><p id="uncookiedMessage" class="verification-message hide">Open the PayPal app, tap Yes on the
prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-
message hide">Open the PayPal app and tap Yes on the prompt to log in.</p><div  class="notifications"></div><div class="accountArea"><span
class="account"></span><span class="verificationNotYou"><a data-href="#" href="#" class="scTrack:unifiedlogin-verification-click-notYou"
id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p class="pin"></p><div class="mobileScreen"><img
src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div></div><p class="tryAnotherMsg"><a
id="tryPasswordLink" data-href="#" href="" class="inlineLink scTrack:try-password">Use password instead</a></p><p class="resendMsg"><a
class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="" id="resend">Resend</a><span class="sentMessage
hide">Sent</span></p></div><div id="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal Logo"
class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1>
<p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button
actionsSpaced">Try Again</button></div><div id="denied" class="denied hide verificationSubSection"><img alt=""
src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we
couldn't confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can
help</a>.</p></div></div></div></section><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a
target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-
full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-
worldwide">Worldwide</a></li></ul></div></footer></div><div class="transitioning  hide "><p class="welcomeMessage hide">Welcome, !</p><p
class="checkingInfo hide">Checking your info…</p><p class="oneSecond hide">Just a second…</p><p class="secureMessage hide">Securely
logging you in...</p><p class="oneTouchMessage hide"></p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs
hide">This may take a few seconds...</p><p class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we’re securely
logging you in.</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need to enter your password for
this purchase.</p><p class="udtSpinnerMessage webllsXoUS hide">We recognize you on this device, so you can skip login.<br><br>Manage this
setting in your profile.</p><p class="udtSpinnerMessage webllsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p
class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your login settings...</p><p class="webAuthnLogin
hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div><script
nonce="BpE/5pvaQmYzut6sAxgAIWByuSF/u/Lld2WpE2cgva995Tf4">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb.js",fnSessionId: "aa135422331411eeae98e55529fe7402",sourceId: "" || "UL_CHECKOUT_INPUT_PASSWORD",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD1hYTEzNTQyMjMzMTQxMWVlYWU5OGU1NTUyOWZlNzQwMiZpPTQ5LjQzLjk2LjQ2JnQ9MTY5MTE4NzU3Ny4yMiZhPTIxJnM9VU5JRklFRF9MT0dJTiLKB47O_VfDdiuLsY5-
iojGgVoO",enableSpeedTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl:
"",preloadScriptDownloadLength: 0,fingerprintProceed: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?
f=aa135422331411eeae98e55529fe7402&s=UL_CHECKOUT_INPUT_PASSWORD&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0">
</noscript><script nonce="BpE/5pvaQmYzut6sAxgAIWByuSF/u/Lld2WpE2cgva995Tf4" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync =
{fnSessionId: 'aa135422331411eeae98e55529fe7402',sourceId: 'UL_CHECKOUT_INPUT_PASSWORD',fname: 'fn_sync_data'};</script><!-- build:js
inline --><!-- build:[src] js/lib/ --><script nonce="BpE/5pvaQmYzut6sAxgAIWByuSF/u/Lld2WpE2cgva995Tf4"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!--
/build --><script nonce="BpE/5pvaQmYzut6sAxgAIWByuSF/u/Lld2WpE2cgva995Tf4">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {"version": "5.0.390","noBridge": "","env": "production","icstage": "","targetCancelUrl":
"","paymentAction": "sale","paymentToken": "7V163340047913532","merchantID": "GLBZZ7FUKTUW2"};</script><!-- build:js inline --><!-- build:
[src] js/ --><script nonce="BpE/5pvaQmYzut6sAxgAIWByuSF/u/Lld2WpE2cgva995Tf4"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/checkout-split.js"></script><!-- /build --><!-- /build -->
<script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="BpE/5pvaQmYzut6sAxgAIWByuSF/u/Lld2WpE2cgva995Tf4">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1691187577174&calc=f159189ac38ce&nsid=0
pmmrZdSMgw1HZwThhhJVusQcUfr7ONA&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=4b2dbcc6036c45d1897c1ed789698763&comp=unifiedloginnodewe
b&tsrce=unifiedloginnodeweb&cu=1&gacook=592249623.1690321005&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transit
ion_name=ss_prepare_pwd&userRedirected=true&fltk=aa135422331411eeae98e55529fe7402&flid=aa135422331411eeae98e55529fe7402&xe=101090%2C101736
%2C101216%2C101270%2C104200%2C100644%2C106057%2C102208&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C108106&ctx_login_
ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_c
txid_fetch=success%7Cparse-
success&ctx_login_lang_footer=shown&forced_signup_offered=1&ctx_login_signup_btn=shown%7CcreateAccount&context_id=aa135422331411eeae98e555
29fe7402&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri
&ret_url=%2Fwebapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions =
{...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core
= PAYPAL.core || {};     PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);          }}());</script><noscript><img
src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1691187577174&calc=f159189ac38ce&nsid=0
pmmrZdSMgw1HZwThhhJVusQcUfr7ONA&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=4b2dbcc6036c45d1897c1ed789698763&comp=unifiedloginnodewe
```

b&tsrce=unifiedloginnodeweb&cu=1&gacook=592249623.1690321005&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_pwd&userRedirected=true&fltk=aa135422331411eeae98e55529fe7402&flid=aa135422331411eeae98e55529fe7402&xe=101090%2C101736%2C101216%2C101270%2C104200%2C100644%2C106057%2C102208&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C108106&ctx_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_lang_footer=shown&forced_signup_offered=1&ctx_login_signup_btn=shown%7CcreateAccount&context_id=aa135422331411eeae98e55529fe7402&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="BpE&#x2F;5pvaQmYzut6sAxgAIWByuSF&#x2F;u&#x2F;Lld2WpE2cgva995Tf4" src="https:&#x2F;&#x2F;www.paypal.com&#x2F;sdk&#x2F;js?client-id=ASh295NN2DbRnduoyXOdDTcV__Wk1Xeui24D2XdFBl5AngxXViWVEW3lnSVMnrwAWhJmrgNuafpuXvLL&amp;intent=capture&amp;currency=USD&amp;enable-funding=venmo&amp;merchant-id=GLBZZ7FUKTUW2" data-partner-attribution-id="CitconPPCP" data-uid="uid_uygwakesmdhfvakwwrbjluiuycmbro"></script><script async id="grcv3enterpriseframetag" data-key=6LdCCOUUAAAAAHTE-Snr6hi4HJGtJk_d1_ce-gWB data-action=unifiedloginnodeweb data-sessionId=_sessionID=0pmmrZdSMgw1HZwThhhJVusQcUfr7ONA data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-submitURL=/auth/verifygrcenterprise data-csrf=7PzS1dfsDoQQvYP1lgdvbT2UeiK3Ybl3kcWYY= data-f="aa135422331411eeae98e55529fe7402" src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.js></script></body></html>



Second pair for only $99, offer valid today only!

FKZ

Home    Jordan 1    Jordan 3    Jordan 4    jordan 5    jordan 6    Jordan 11    Jordan 12    Jordan 13    Yeezy

USD

# About Us



Welcome to **Eternalve**!

We always aim to give our customers a great online shopping experience. The customers are at the core of the business model and have been the driving force behind our growth since our founding. Therefore, customer satisfaction and interests are always our top priority.

Day by day, we are dedicated to providing quality products we know the value of fashion and how difficult it is for our customers to own the hottest items.



We have put all our heart into creating **Eternalve** with the desire to help everyone own the items they want, regardless of brand, price, style, size, and function to create unique pieces and build your perfect style. The Eternalve collection is designed to put creativity in your hands!





TRUSTED STORE

We constantly search and hunt for the rarest pieces from top brands to bring to our customers. Each item will go through a rigorous testing process to ensure authenticity for the customer.

CERTIFIED SECURE

Life is too short to live in chaos, take it easy, and make it fun by using great stuff from Eternalve!

------------------------

If you have any questions, please do not hesitate to contact us!

Happy Shopping!

## flightkickz

### User Center

FKZ

ETERNALVE

FAQS

About Us

Email: tiksneakers@163.com
Office : 1530 96th Drive Southeast, Lake Stevens, Washington, United States
Support time: From Monday to Friday: 9.00 am - 5.00 pm (GMT -7)

INFO

LEGAL

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY





TRUSTED STORE

E-commerce Store

kicksplug.shop



Second pair for only $99, offer valid today only!

Home    Jordan 1    Jordan 3    Jordan 4    Jordan 5    Jordan 6    Jordan 11

More link

USD ▾



JORDAN 4 COLLECTION

Air Jordan 4 'Black Cat'    Air Jordan 4 'Red Thunder'    Air Jordan 4 Retro 'Military Black'    Air Jordan 4 Retro 'University Blue'

SHOP ALL

## Hot Sales





79% OFF    81% OFF    74% OFF    78% OFF

Air Jordan 4 Retro PS Pale Citron BQ7669-116
$ 146.00  $ 699.00

Air Jordan 4 Retro AND PS Fire Red 2020 BQ7669-160
$ 146.00  $ 799.00

Air Jordan 4 Retro AND PS Wide 2019 BQ7669-060
$ 145.00  $ 569.00

Air Jordan 4 Retro SE PS What The 4 BQ7669-146
$ 143.00  $ 650.00

79% OFF    79% OFF








Wmns Air Jordan 4 Retro NRG Hot
Punch AQ128-600
$ 145.00  $699.00

Air Jordan 4 Retro Splatter
AQ9129-601
$ 145.00  $699.00

Union LA x Air Jordan 4 Retro
Desert Moss DJ5718-300
$ 146.00

KAWS x Air Jordan 4 Retro Cool
Grey 930155-003
$ 146.00

## Ari Jordan 4







## Ari Jordan 4













Air Jordan 4 Retro PS Pale Citron
BQ7669-116
$ 146.00  $699.00

Air Jordan 4 Retro AND PS Fire
Red 2020 BQ7669-160
$ 146.00  $799.00

Air Jordan 4 Retro AND PS Wide
2019 BQ7669-060
$ 145.00  $569.00

Air Jordan 4 Retro SE PS What
The 4 BQ7669-146
$ 143.00  $650.00












Wmns Air Jordan 4 Retro NRG Hot
Punch AQ9128-600
$ 145.00  $699.00

Air Jordan 4 Retro Splatter
AQ9129-601
$ 145.00  $699.00

Union LA x Air Jordan 4 Retro
Desert Moss DJ5718-300
$ 146.00

KAWS x Air Jordan 4 Retro Cool
Grey 930155-003
$ 146.00






Air Jordan 4 Infrared DH6927-061
$ 146.00

Air Jordan 4 Retro LS Oreo 2015
314254-003
$ 146.00

Levis x Air Jordan 4 Retro Denim
AO2571-401
$ 146.00

Air Jordan 4 Retro Mushroom
AQ9129-200
$ 146.00






Air Jordan 4 Retro LS Lightning
314254-702
$ 146.00
★★★★★ (5.0)

Air Jordan 4 Retro SE Sashiko
CW0898-400
$ 146.00

Union LA x Air Jordan 4 Retro
Guava Ice DC9533-800
$ 146.00

Union LA x Air Jordan 4 Retro
Taupe Haze DJ5718-242
$ 146.00












Air Jordan 4 Retro Taupe Haze
DB0732-200
$ 146.00

Air Jordan 4 Retro Starfish
CW7183-100
$ 146.00

Air Jordan 4 GG Pearl 742639-045
$ 147.00

Air Jordan 4 Retro Tattoo BQ0897-006
$ 146.00









Air Jordan 4 Retro PS Wild Things
DH0573-264
$ 146.00

Levis x Air Jordan 4 Retro White
Denim AO2571-100
$ 146.00

Air Jordan 4 Retro GS DIY
DC4101-100
$ 146.00

Air Jordan 4 Winter Loyal Blue
CQ9597-401
$ 146.00









Air Jordan 4 Retro GS Wild Things
DH0572-264
$ 147.00

Union LA x Air Jordan 4 Retro Off
Noir DC9533-001
$ 146.00

Paris Saint-Germain x Air Jordan 4
Retro Bordeaux CZ5624-100
$ 146.00

Levis x Air Jordan 4 Retro Black
Denim AO2571-001
$ 146.00





Air Jordan 4 Retro Alternate 89
308497-106
$ 147.00

Air Jordan 4 Retro Thunder 2012
308497-008
$ 147.00





Air Jordan

View More

# Air Jordan 4

Classic and versatile, great as a gift for someone











Air Jordan 4 Retro PS Pale Citron BQ7669-116
**$ 146.00**  ~~$ 699.00~~

Air Jordan 4 Retro AND PS Fire Red 2020 BQ7669-160
**$ 146.00**  ~~$ 799.00~~

Air Jordan 4 Retro AND PS Wide 2019 BQ7669-060
**$ 145.00**  ~~$ 569.00~~

Air Jordan 4 Retro SE PS What The 4 BQ7669-146
**$ 143.00**  ~~$ 650.00~~











Wmns Air Jordan 4 Retro NRG Hot Punch AQ9128-600
**$ 145.00**  ~~$ 699.00~~

Air Jordan 4 Retro Splatter AQ9129-601
**$ 145.00**  ~~$ 699.00~~

Union LA x Air Jordan 4 Retro Desert Moss DJ5718-300
**$ 146.00**

KAWS x Air Jordan 4 Retro Cool Grey 930155-003
**$ 146.00**

# Check out the customer reviews! 👇

Due to store upgrade, if you need to purchase the item pictured search for the name







★★★★★

 Aar\*\*\*\*\*\*ens

It's so beautiful, I've bought many pairs here

Air Jordan 4 Retro LS Lightning 314254-702



★★★★★

 Se\*\*\*\*\*ok

The first purchase, much better than expected, wearing also very comfortable is worthy of Jordan 4

Air Jordan 4 Retro OG Wide 2019 308497-...



★★★★☆

 Nath\*\*\*\*\*\*\*\*auer

Loved them they look great

Air Jordan 4 military black



★★★★★

 And\*\*\*\*.

These shoes came 100% as advertised. Very happy with this purchase.

Dior x Air Jordan 1 High



★★★★★

 We\*\*\*\*\*R.

Super clean an so accurate love this place!!

Dior x Air Jordan 1 High



★★★★★

 Ketc\*\*\*\*\*\*\*\* N.

Bro I'm in love with these shoes

Air Jordan 4 "Black Cat"



★★★★★

 Lo\*\*\*\*T.

Shipping was good sent a confirmation email and updates on shoes website 100 percent real

Air Jordan 4 "Black Cat"



★★★★★

 Pat\*\*\*\*\*\*us

This fit me so good, and really really good to wear it when you are playing basketball. Say sure will come back and shop again.

Nike Air Jordan 4 Retro Infrared



★★★★★

 I\*\*\*\*\*t R

There a gift to my boyfriend but he loves them and they fit perfectly

Air Jordan 4 "Black Cat"



★★★★★

Mic\*\*\*\*\*\*\*ans

Got my 2nd pair of Jordan 4's through this vendor. It's good to have another pair to compare them to. Both came in the same box, both looked spotless and both were exactly the same. This color-way is one of my favorites so grabbing a second pair was essential. The tongue hangs out higher than the shoe. The back sticks out allowing for your feet



★★★★★

 I\*\*\*\*\*T.

I bought multiple pairs from you guys honestly you guys have always hooked me up I appreciate it always keeping me laced up the Quality is top tier



★★★★★

He\*\*\*\*F.

Great shoe almost impossible to point out a flaw unless your really inspecting the shoe

Air Jordan 4 military black





★★★★★

geor\*\*\*\*\*\*\*\* my cheeks

100% legit gray company 100% authenticity everything

completely good gray shoe it was brand new just like they said still on the box very well taken care of him very well shipped and packaged a highly highly recommend using these people quick fast delivery quicker than I expected



Air Jordan 4 Black Canvas

to be comfy. The colors are the same on both pairs and both pairs fit properly. The package came on time, was in good condition and I'd order from this seller again.



Air Jordan 4 Black Canvas



★★★★★

 DAV********BURG

my son loved them



Air Jordan 4 Black Canvas



Travis Scott x Air Jordan 1 Low Reverse Mocha



★★★★★

 Sco*******enot

I love emálp. I have a few pair and the black go with anything and look amazing. I just designed my own colors and had them make them for me. Jordan 4 the most comfy Inhqve ever owned. Would recommendâ□□˜

Air Jordan 4 Black Canvas



 Jul******ght

I got my sneakers earlier than expected. I was tracking it online and it was already in my doorstep almost a week in advance. Would definitely use them again if they have the products I need.

Nike Air Jordan 4 Retro Infrared

View More

## Why Choose Us



### 200
Fast Shipping to over 200+ countries, Package Location Tracking Online.



### 100k
We have over 100,000+ members



### 7day
7-day Satisfaction Guarantee, Full Refund if dont receive orders.



## Subscribe to our newsletter

Join our Friends and Family Mailing List





| Email | Subscribe |

**ETERNALVE**

Email: food0806@outlook.com

Office : 2936 Goosetown Drive, Asheville, NC (28801)

9AM to 8PM EST-Please email to Us - We will reply within 2h.

**INFO**

FAQ

About Us

Contact Us

**LEGAL**

Shipping Policy

Return/Exchange Policy

Terms of service

Payment Options

Privacy policy

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY





Second pair for only $99, offer valid today only!

Home    Jordan 1    Jordan 3    Jordan 4    Jordan 5    Jordan 6    Jordan 11

More link

USD ▾

# Search

[search]    SEARCH

181 results found for "**yeezy**"

Sort by    Price, low to high ▾



Adidas Yeezy Foam Runner "MX Sand Grey"
$ 100.00



Adidas Yeezy Boost 700 SUN GS
$ 140.00



Adidas Yeezy 500 High "Slate"
$ 140.00



Adidas Yeezy 500 "Stone GS"
$ 140.00



YEEZY BOOST 700 V2 VANTA GS
$ 140.00



Adidas Yeezy Boost 700 V2 GS
$ 140.00









Adidas Yeezy 500 GS

$ 140.00

Adidas Yeezy 500 Blush GS

$ 140.00

Adidas Yeezy 500 High "Slate" GS

$ 140.00





Yeezy Boost 700 Hi-Res Blue GS

$ 140.00

Yeezy Boost 350 V2 GS

$ 140.00

YEEZY BOOST 700 V2 GS

$ 140.00

‹   1   2   3   4   5   ...   16   ›

## You May Like





DEAL

DEAL

DEAL

DEAL

Air Jordan 4 Retro Red Thunder CT...

$ 146.00

Air Jordan 4 military black

$ 119.00  $ 680.00

Air Jordan 1 Retro High OG"Next C...

$ 138.00  $ 685.00

Air Jordan 4 Retro SP F...

$ 146.00

| Quick shop | Quick shop | Quick shop | Quick shop |

---

**ETERNALVE**

Email: food0806@outlook.com

Office : 2936 Goosetown Drive, Asheville, NC (28801)

9AM to 8PM EST-Please email to Us - We will reply within 2h.

**INFO**

FAQ

About Us

Contact Us

**LEGAL**

Shipping Policy

Return/Exchange Policy

Terms of service

Payment Options

Privacy policy





Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY



Second pair for only $99, offer valid today only!

Home    Jordan 1    Jordan 3    Jordan 4    Jordan 5    Jordan 6    Jordan 11

More link

USD

Home / Adidas Yeezy Boost 700 SUN GS



# Adidas Yeezy Boost 700 SUN GS

**$ 140.00**

size

US 4/UK 3.5/ EUR 36

Quantity

−    1    +

| ADD TO CART | BUY IT NOW |

Tip: If the product shows no smaller size, you can search GS, or contact the customer service staff in the lower right corner to ask

**Detail**    Customer Reviews

## You May Like



| DEAL | DEAL | DEAL | DEAL |
|------|------|------|------|
| Air Jordan 4 military black | Air Jordan 1 Retro High OG"Next C... | Air Jordan 4 Retro SP Pine Green C... | Air Jordan 4 Retro 'Thunder' 2023 |
| $ 119.00  $ 688.00 | $ 138.00  $ 685.00 | $ 146.00 | $ 146.00  $ 685.00 |
| Quick shop | Quick shop | Quick shop | Quick shop |



ETERNALVE

Email: food0806@outlook.com

INFO

FAQ

LEGAL

Shipping Policy



Office : 2936 Goosetown Drive, Asheville, NC (28801)

9AM to 8PM EST-Please email to Us - We will reply within 2h.

About Us

Contact Us

Return/Exchange Policy

Terms of service

Payment Options

Privacy policy

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY

















Second pair for only $99, offer valid today only!

Home    Jordan 1    Jordan 3    Jordan 4    Jordan 5    Jordan 6    Jordan 11

More link

USD ▾        1

# Your Cart

< Continue Shopping                                                               🗑

| Product | Quantity | Total |
|---|---|---|
| Adidas Yeezy Boost 700 SUN GS<br>size: US 4/UK 3.5/ EUR 36 | − 1 + | $ 140.00 |

Coupon Code                          APPLY

Subtotal                                        $ 140.00
Shipping                        calculated at checkout
Total                                           $ 140.00

**CHECKOUT**

< Continue Shopping

## You May Like



**DEAL**
Air Jordan 4 military black
$ 119.00   $ 680.00
Quick shop

**DEAL**
Air Jordan 1 Retro High OG"Next C...
$ 138.00   $ 685.00
Quick shop

**DEAL**
Air Jordan 4 Retro SP Pine Green C...
$ 146.00
Quick shop

**DEAL**
Air Jordan 4 Retro 'Thu...
$ 146.00   $ 685.00
Quick shop

ETERNALVE

Email: food0806@outlook.com

Office : 2936 Goosetown Drive, Asheville, NC (28801)

9AM to 8PM EST-Please email to Us - We will reply within 2h.

INFO

FAQ

About Us

Contact Us

LEGAL

Shipping Policy

Return/Exchange Policy

Terms of service

Payment Options

Privacy policy

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY







# JORDAN

## Email

Already have an account? Log in

Email

☑ Email me with news and offers

## Shipping Address

First name

Last name

Address 📍

Apartment, suite, etc. (Optional)

United States | Florida | Postal code 33065

City Coral Springs

Phone ❓

## Shipping Method

⊙ USPS  $ 0.00

## Payment Method

⊙ Paypal  **PayPal**

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

**PayPal**

○ Credit Card  AMEX MasterCard VISA ApplePay JCB

○ cashapp  Cash App

○ Venmo

## Billing Address

Select the address that matches your card or payment method.

⊙ Same as shipping address

○ Use a different billing address

‹ Return to cart  **Continue to Payment**

Terms of service  Shipping policy  Return policy  Privacy policy



Adidas Yeezy Boost 700 SUN GS  $ 140.00
size: US 4/UK 3.5/ EUR 36

Coupon Code  **APPLY**

Subtotal  $ 140.00
Shipping Cost  $ 0.00

Total Price  **$ 140.00**




JORDAN

Cart > One-page checkout > **Payment**

| Order | CZJ2023080410275727 | |
|---|---|---|
| Payment | Paypal | Change |

This page will expire in 02:59:48. Please complete the payment before it.

Amount:
USD **140**

**Company**          heredoorde

**Merchant Order ID**   T885086171770
650624

**Order ID**         1000171021295
712890885

Pay with **PayPal**

**PayPal**

Terms of service    Shipping policy    Return policy    Privacy policy

Adidas Yeezy Boost 700 SUN GS          $ 140.00
size: US 4/UK 3.5/ EUR 36

| Subtotal | $ 140.00 |
|---|---|
| Shipping Cost | $ 0.00 |
| Total Price | $ 140.00 |





4yRGJSbmR1b3lYT2REVGNWX19XazFYZXVpWjREMlhkRkJsNUFucXhYVm1XVkVXM2xuU1ZNbnJ3QVdoSm1yZ051YWZwdVh2TEwmaW50ZW50PWNhcHR1cmUmY3VycmVuY3k3k9VVNEJmVuYWJsZS1mdW5kaW5nPXZlbm1vJm11cm9oYW50PXJ4ZC1...

[source HTML/JavaScript continues]

id="tryAnotherWayModal" class="tryAnotherWayModal hide"><div class="modal-content"><div class="modal-content-header"><div class="modal-header-text">Try another way</div></div><button id="closeModal" type="button" class="dialog-close" aria-label="dialog-close-btn"></button></div><div class="modal-content-body"><li class="hide"><a aria-label="Login with Touch ID or Face ID" href="#" id="loginWithWebauthn"></a></li><div>Log in with face, fingerprint or PIN</div><button class="chevron-right" aria-label="webauthn-chevron"></button></li><li class="hide"><a aria-label="Login with phone one-time code" id="loginWithOtp" href="#"></a></li><div>Text a one-time code</div><button class="chevron-right" aria-label="phone-otc-chevron"></button></li><li class="hide"><a aria-label="Login with email one-time code" id="loginWithEmailOtp" href="#"></a></li><div>Email a one-time code</div><button class="chevron-right" aria-label="email-otc-chevron"></button></li>

[content continues with PayPal login page markup]

var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/a/fb.js",fnSessionId: "b627fae2331411ee8429a9bd27d4ff31",sourceId: "UL_CHECKOUT_INPUT_PASSWORD",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD1iNjI3ZmF1MjMzMTQxMWVlODQyOWE5YmQyN2Q0ZmYzMSZPTQ5Lj2jQ2JnQ9MTY5MTE4NzYzMC45NTkmY2Q9ZUJRURfTE9HSU7aHylS822nMMILg4AZFuKQ
dU_m0A",enableSpeedTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl:
"",preloadScriptDownloadLength: 0,fingerprintProceed: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?
f=b627fae2331411ee8429a9bd27d4ff31&s=UL_CHECKOUT_INPUT_PASSWORD&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0">
</noscript><script nonce="Gv+E7zecMxef8QPxWZDEDubM9Zlbyx4pSs3Hp3IiuE7wWQcY">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {};PAYPAL.ulSync =
{fnSessionId: 'b627fae2331411ee8429a9bd27d4ff31',sourceId: 'UL_CHECKOUT_INPUT_PASSWORD',fname: 'fn_sync_data'};</script><!-- build:js
inline --><!-- build:[src] js/lib/ --><script nonce="Gv+E7zecMxef8QPxWZDEDubM9Zlbyx4pSs3Hp3IiuE7wWQcY"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/unified-login-telemetry-min.js"></script><!-- /build --><!--
/build --><script nonce="Gv+E7zecMxef8QPxWZDEDubM9Zlbyx4pSs3Hp3IiuE7wWQcY">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {version: "5.0.390",noBridge: "",env: "production",icstage: "",targetCancelUrl:
"",paymentAction: "sale",paymentToken: "4H014678YE349213J",merchantID: "GLBZZ7FUKTUW2"};</script><!-- build:js inline --><!-- build:
[src] js/ --><script nonce="Gv+E7zecMxef8QPxWZDEDubM9Zlbyx4pSs3Hp3IiuE7wWQcY">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {};</script><!-- /build --><!-- /build --><script nonce="Gv+E7zecMxef8QPxWZDEDubM9Zlbyx4pSs3Hp3IiuE7wWQcY"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/checkout-split.js"></script><!-- /build --><!-- /build -->
<script nonce="Gv+E7zecMxef8QPxWZDEDubM9Zlbyx4pSs3Hp3IiuE7wWQcY">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin&pgst=1691187630930&calc=1f49539f99b3f&nsid=0
pmmr2dSMgw1HZwThhh2VusQcUfr7ONA&rsta=en_US&gpf=Node:js&env=live&s=ci&cgp=c&sci=ef5bd9f4d4274622bd8102e9681ba0&cmp=unifiedloginnode
&btsrce=authchallengenodeweb&cu=1&gacook=592249623.1690321005&ef_policy=ccpa&c_prefs=T%3DI%3CP%3N1%2CF%3DI%2Ctype%3Dexplicit_banner&trans
tion_name=ss_prepare_pwd&userRedirected=true&fltk=b627fae2331411ee8429a9bd27d4ff31&flid=b627fae2331411ee8429a9bd27d4ff31&ae=1010902Cd173
6%2C101216%2C101074%2C104200%2C106445%2C106057%2C102208&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127651%2C108106&tx_login
_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success%2C_login
ctxid_fetch=success%7Cparse-
success&ctx_login_lang_footer=shown&forced_signup_offered=1&ctx_login_signup_btn=shown%7CcreateAccount&context_id=b627fae2331411ee8429a9bd
27d4ff31&ctx_login_intent=checkout&ctx_login_flow=Express%3Dcheckout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri
&ret_url=%2Fwebapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions =
{...fptiOptions,trackLazyData:true,lazyDataId:'UnifiedLoginNodeWeb'};}function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core
= PAYPAL.core || {};    PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);           }})();</script><noscript><img
src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin&pgst=1691187630930&calc=1f49539f99b3f&nsid=0

pmmrZdSMgw1HZwThhhJVusQcUfr7ONA&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&scsci=ef5bd9f4d42746228d81023e9681ba07&comp=unifiedloginnodewe
b&tsrce=authchallengenodeweb&cu=1&gacook=592249623.1690321005&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transi
tion_name=ss_prepare_pwd&userRedirected=true&fltk=b627fae2331411ee8429a9bd27d4ff31&flid=b627fae2331411ee8429a9bd27d4ff31&xe=101090%2C10173
6%2C101216%2C101270%2C104200%2C100644%2C106057%2C102208&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C108106&ctx_login
_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_
ctxid_fetch=success%7Cparse-
success&ctx_login_lang_footer=shown&forced_signup_offered=1&ctx_login_signup_btn=shown%7CcreateAccount&context_id=b627fae2331411ee8429a9bd
27d4ff31&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri
&ret_url=%2Fwebapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script
nonce="Gv+E7zecMxef8QPxWZDEDubM9Z1byX4pSs3Hp3IiuE7wWQcY" src="https:&#x2F;&#x2F;www.paypal.com&#x2F;sdk&#x2F;js?client-
id=ASh295NN2DbRnduoyXOdDTcV__Wk1XeuiZ4D2XdFB15AngxXViWVEW3lnSVMnrwAWhJmrgNuafpuXvLL&amp;intent=capture&amp;currency=USD&amp;enable-
funding=venmo&amp;merchant-id=GLBZZ7FUKTUW2" data-partner-attribution-id="CitconPPCP" data-uid="uid_uygwakesmdhfvakwwrbjluiuycmbro">
</script><script async id="grcv3enterpriseframetag" data-key=6LdCCOUUAAAAAHTE-Snr6hi4HJGtJk_d1_ce-gWB data-action=unifiedloginnodeweb
data-sessionId=_sessionID=0pmmrZdSMgw1HZwThhhJVusQcUfr7ONA data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html
data-submitURL=/auth/verifygrcenterprise data-csrf=5tiJppYXCXjmPI84RuHMLO875v3X2kU+z6bQk= data-f="b627fae2331411ee8429a9bd27d4ff31"
src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.js></script></body></html>



Second pair for only $99, offer valid today only!



Home    Jordan 1    Jordan 3    Jordan 4    Jordan 5    Jordan 6    Jordan 11

USD    More link

# Contact Us

ETERNALVE

**Email : chrismerry168@gmail.com**

Office : 2936 Goosetown Drive, Asheville, NC (28801)

Support time: From Monday to Friday: 9.00 am - 5.00 pm (GMT -7)

## ETERNALVE

Email: food0806@outlook.com

Office : 2936 Goosetown Drive, Asheville, NC (28801)

9AM to 8PM EST-Please email to Us - We will reply within 2h.

## INFO

FAQ

About Us

Contact Us

## LEGAL

Shipping Policy

Return/Exchange Policy

Terms of service

Payment Options

Privacy policy

Copyright © 2006-2023 SHOP INC. All Rights Reserved.REFUND POLICY





E-commerce Store

giftexpress.store



Free shipping for all orders from 100$+

GIFTSEXPRESS     Size Chart   Contact Us   Policies   Order Tracking

## GET INSPIRED WITH APPAREL & BAGS COLLECTIONS

Take your style with you wherever you go

## FEATURED CATEGORY






HOME & GARDEN          FACE MASK          APPAREL          MOBILE ACCESSORIES

## NEW ARRIVALS






400ml Creative Cactus Bronzing Ceramic Mug     Bohemia Style Edge Lace Table     Bohemian Hand Woven Wall     Cartoon gold rabbit ceramic mug with spoon

$8.99 $14.99     $24.99 $38.99     $23.99 $33.99     $9.99 $16.99






Creative gold edge Mermaid mug with spoon lid     High quality Gold enamel Mug     New Nordic Style Washable Carpet Rug     New Tassels Wall Hanging Handmade

$9.99 $17.99     $8.99 $15.99     $28.99 $36.99     $17.99 $27.99

VIEW MORE



GET INSPIRED WITH TABLETOP COLLECTIONS
Your kitchen decor can be both functional and stylish with our lineup of cutting boards, coasters, mugs and more

SHOP NOW



CREATE YOUR GALLERY WALL
Art-less walls are sad walls. Fortunately for you, our top art picks collection is just the cure for your wall-related blues

SHOP NOW

## BEST SELLERS

     

400ml Creative Cactus Bronzing Ceramic Mug
$8.95 $14.99

Bohemia Style Edge Lace Table
$24.99 $38.99

Bohemian Hand Woven Wall
$23.99 $33.99

Cartoon gold rabbit ceramic mug with spoon
$9.99 $16.99

Creative gold edge Mermaid mug with spoon lid
$9.99 $17.99

High quality
$8.99 $15.99

VIEW MORE

## GORGEOUS FEEDBACKS

21st in April. In lockdown. Bought this ...re could I ask for? 10/10.

Such a great item!
Instant piece of history and family heirloom!
Can't wait to present this to my brother and sister in law!!

Bryan Cooper

### CONTACT INFO

8 Hill Ave, Endicott, NY 13760, United States
+1-919-666-888
support@giftexpress.store

### POLICIES

Privacy policy
Terms of Service
Shipping policy
Refund policy

### SUPPORT

Contact us
FAQs
Sizing

### SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your email        SIGN UP

© 2023 GIFTEXPRESS.

Free shipping for all orders from 100$+

 GIFTSEXPRESS

Size Chart    Contact Us    Policies    Order Tracking

Home / All Blacks Maori

# ALL BLACKS MAORI

Featured



Rugby World Cup 2023 New Zealand All Black | Hoodie, T Shirt, Zip Hoodie,...

**$34.95** $56.50



All Blacks Maori Hoodies Limited Edition

**$45.95** $262.00



All Blacks Maori Hoodies Limited Edition 02

**$45.95** $262.00



ALL BLACKS MAORI CAP

**$35.95** $48.95



Personalized New Zealand Rugby All Black Hawaiian Shirt

**$38.95** $49.99



Personalized New Zealand Rugby All Black POLO Shirt

**$37.95** $45.00



Personalized New Zealand Rugby All Black Crocs

**$45.99** $94.00



Personalized New Zealand Rugby All Black | Oodie, Flanket, Blanket Hoodie,...

**$89.95** $162.99



New Zealand Rugby All Blacks | Ladies Leather Handbag

**$54.99** $95.00

## CONTACT INFO

8 Hill Ave, Endicott, NY 13760, United States

+1 919-666-888

support@giftexpress.store

## POLICIES

Privacy policy

Terms of Service

Shipping policy

Refund policy

## SUPPORT

Contact us

FAQs

Sizing

## SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your email    SIGN UP

© 2023 GIFTSEXPRESS.

DMCA REPORT    USD | EN







Free shipping for all orders from 100$+

GIFTSEXPRESS    Size Chart    Contact Us    Policies    Order Tracking

# ALL BLACKS MAORI HOODIES LIMITED EDITION

$45.95 ~~$262.00~~

Type: **Hoodies**

HOODIES | ZIP HOODIE | UNISEX TEE | SWEARSHIRT | HOODIES AND PANTS | SHORT PANT | LONG PANT

Size: **S**

S | M | L | XL | 2XL | 3XL | 4XL | 5XL | 6XL

Quantity

1    ADD TO CART

**Buy More Save More!**

2 items get 5% OFF on each product    Add
3 items get 8% OFF on each product    Add
4 items get 10% OFF on each product    Add
5 items get 15% OFF on each product    Add

**Frequently bought together**

- THIS ITEM All Blacks Maori Hoo... $45.95    Hoodies / S
- ALL BLACKS MAORI CAP $35.95
- All Blacks Maori Hoodies Limited ... $45.95    Hoodies / S

TOTAL PRICE: $112.51 ~~$127.85~~

ADD ALL TO CART

stripe  VISA  PayPal

Categories: all blacks maori

Share  Tweet  Pin it

DESCRIPTION

RETURN & WARRANTY

- **100% Secure payment** with SSL Encryption.
- If you're not **100% satisfied**, let us know and we'll make it right.

SHIPPING POLICIES

- Production time: **1-7 business days** after purchase
- Shipping time:
  - US: **3-10 business days**
  - International: **1-3 weeks**
- **Tip:** Buying 2 products or more at the same time will save you quite a lot on shipping fees.

## More from All Blacks Maori

| Product | Price | |
|---|---|---|
| Rugby World Cup 2023 New Zealand... | $34.95 ~~$56.50~~ | ADD TO CART |
| All Blacks Maori Hoodies Limited... | $45.95 ~~$262.00~~ | ADD TO CART |
| ALL BLACKS MAORI CAP | $35.95 ~~$48.95~~ | ADD TO CART |
| Personalized New Zealand Rugby All... | $38.95 ~~$49.99~~ | ADD TO CART |
| Personalized New Zealand Rugby All... | $37.95 ~~$45.00~~ | ADD TO CART |
| Personalized New Zealand Rugby All... | $45.99 ~~$94.00~~ | ADD TO CART |
| Personalized New Zealand Rugby All... | $89.95 ~~$162.99~~ | ADD TO CART |
| New Zealand Rugby All Blacks \| Ladies... | $54.99 ~~$95.00~~ | ADD TO CART |

**Overall rating: 5/5**
See all reviews (12)

| Stars | | |
|---|---|---|
| 5 ★ | | 100% |
| 4 ★ | | 0% |
| 3 ★ | | 0% |
| 2 ★ | | 0% |
| 1 ★ | | 0% |

Write a review

Product reviews (0)    Store reviews (11)    With photos    Most recent

**ICT QUALITY**

TOPS AND GREAT CUSTOMER SERVICE G...
satisfied with the quality of their sleeveles...
mer service! Chloe helped me a lot when I...
e helped me to upgrade the shipping plan I...

**Magnus**
★★★★★ 11/24/2022

My brother is an officer in the navy and i bought this as a g...
present for him. Being a military man, he is really fit and as...
great on him. However, this shirt fits particularly well if you...

...d me, in the best way possible, about th...

**Connie B**
★★★★★ 11/26/2022

I husband loved this. The best thing is i found it at here for 50.00 cheaper
them other places..,

**David M**
★★★★★ 11/28/2022

These shirts are by far the best quality cotton shirts I have bought in a
long time and the graphics are actually more vibrate and higher quality
than what the pictures show. I have bought 6 of these shirts so far and
they have not disappointed me yet. No matter what color I buy, the make
and fit are the same on them all for me. I wear a 3XL and the quality
control and fit is excellent, as I have bought shirts from other places in
the past with the same exact size, in the same colors even, and they
each fit differently where there was no quality control there (so I have
thrown away or donated most of those shirts after getting these). With
Erazor Bits, the company that produces these shirts, I have not had to
worry about that at all. Highly recommend.



## Who Bought This Also Bought



| All Blacks Maori Hoodies Limited Edition 02 | ALL BLACKS MAORI CAP | New Zealand Rugby All Blacks \| Ladies Leather Handbag | Personalized New Zealand Rugby All Black Hawaiian Shirt | Personalized New Zealand Rugby All Black Crocs | Personalized New All Black POLO SI |
|---|---|---|---|---|---|
| $45.95 $262.00 | $35.95 $48.95 | $54.99 $95.00 | $38.55 $49.99 | $45.99 $94.00 | $37.95 $45.00 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART | ADD T |











# GIFTSEXPRESS

Cart > Checkout

## Shipping address

Email
[redacted]

First name (optional)
[redacted]

Last name
[redacted]

Address
[redacted]

Apartment, suite, etc. (optional)

Zip Code
33426

City
Boynton Beach

State
Florida

Country
United States

Phone number
[redacted]

Notes about your order, e.g. special notes for delivery (optional)

0 / 255

- [x] Keep me up-to-date on the order progress and exclusive offers via text messages

## Billing address

- (•) Same as shipping address
- ( ) Use a different billing address

## Shipping

Calculated based on your address.

Standard Shipping — $6.95

## Add a tip to support us

We greatly appreciate your generosity, even the tiniest amount help us continue what we're doing

| 3% | 5% | 7% | No tip |
|---|---|---|---|
| $1.38 | $2.30 | $3.22 | |

Custom Tip | Add Tip

## Payment

Norton SECURED | SSL SECURED

( ) **Card**
Use your Credit or Debit card

(•) **PayPal**
Use your PayPal account, Debit or Credit card

After clicking "Place Your Order", you will be redirected to Paypal to complete your purchase securely.

**Place Your Order**
Total: $52.90

1

All Blacks Maori Hoodies Limited Edition — $45.95
Hoodies / L

Discount code | Apply

| | |
|---|---|
| Subtotal | $45.95 |
| Shipping | $6.95 |
| Total: | $52.90 |

Why choose us?

**60-day Satisfaction Guarantee**
If you're not satisfied with our products we will rectify the situation immediately, no questions asked. Your satisfaction is very important to us.

**Over 34,245 successfully shipped orders**
We made as many happy customers as many orders we shipped. You simply have to join our big family.

★★★★★

Reçu le maillot assez rapidement. Il est de bonne qualité

David · 02/26/2023

Cancel and return to lovelystyles

🇺🇸 ∨ English | Français | Español | 中文

to enter your password for this purchase.</p><p class="udtSpinnerMessage weblisXoUS hide">We recognize you on this device, so you can skip login.<br><br>Manage this setting in your profile.</p><p class="udtSpinnerMessage weblisSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your profile login settings...</p><p class="webAuthnLogin hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq">var PAYPAL = PAYPAL || {};PAYPAL.uiData = {fnUrl: "" || "https://c.paypal.com/da/r/fb.js",fnSessionId: "5NY50188K7409203W",sourceId: "" || UL_CHECKOUT_INPUT_EMAIL",beaconUrl: "https://b.stats.paypal.com/v1/counter.cgi?r=C001Tik1MDE4OEs3NDA5MjAzVy&pPTcwLjE2Mi45Mi4y&pPTcwLjE2Mi45Mi4y&enableSpeedTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUrl: "",preloadScriptUrl: "",preloadScriptDownloadLength: 0,fingerprintProceed: ""};</script><img src="https://c.paypal.com/v1/r/d/b/ns?f=5NY50188K7409203W&s=UL_CHECKOUT_INPUT_EMAIL&js=0&v=1" title="ppFniframe" alt="" height="1" width="1" border="0"></noscript><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq" id="ui-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.uiSync = {fnSessionId: "5NY50188K7409203W",sourceId: "UL_CHECKOUT_INPUT_EMAIL",fname: "fn_sync_data"};</script><script src="https://www.paypalobjects.com/web/res/255/c1608d8e22cf1684908bfeada643d2/js/lib/fn-sync-telemetry-min.js"></script><!-- build:js inline --></-- build:[src] js/lib --><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq" src="https://www.giftexpress.store/api/checkout/pre/8606a1757a87427a91a77186972699b5/provider-confirmed.json?src="https://www.paypalobjects.com/web/res/255/c1608d8e22cf1684908bfeada643d2/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!-- /build --><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq" src="https://www.paypalobjects.com/web/res/255/c1608d8e22cf1684908bfeada643d2/js/checkout-split.js"></script><!-- build:[src] js/ --><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq" src="https://www.paypalobjects.com/web/res/255/c1608d8e22cf1684908bfeada643d2/js/checkout-split.js"></script><!-- /build --><!-- build --><script src="https://www.paypalobjects.com/pa/fs/min/oa.js"></script><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq">var fptiOptions = {data:'pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A3A%3A&qual=input_email&gpst=1692133276464&calc=f801153e00fcf8nsid=V_wx0364tXrrVGDPbKt7-hQ57uSFz21y&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=84863b2bd4d4a069bf679c1e9d25fc1&comp=unifiedloginnodeweb&tsrce=authchallengenodeweb&cu=1&ef_policy=ccpa&c_prefs=TK3DM%2CP%3D1%2CF%3D1%2Ctype%3D3Dimplicit&transition_names=prepare_email&userRedirected=true&f1tk=5NY50188K7409203W&ae=1012163%2C108076&xt=103864%2C113512%2C1145559%2C127485%2C112756%2C138090&cte_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_lang_footer=show&ctx_login_cancel_url=show&ctx_login_signup_btn=show%7CpayWithCard&context_id=5NY50188K7409203W&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=return&retUrl&ret_url=%2Fwebapps%2Fhermes%2Fhermes' alt="" height="1" width="1" border="0"></noscript><script nonce="euwVm9Nm5a4HEu+65ETwRAKa+2Ow2i4f9FRL+dNVk8sRYEOq">

```javascript
(function() {
    function loadScript(url, attributes) {
        var scriptTag = '<scr' + 'ipt src="' + url + '" ' + (attributes || '') + '></scr' + 'ipt>';
        document.write(scriptTag);
    }

    function loadV4() {
        if (!window.name || window.name.indexOf('xcomponent') !== 0) {
            return;
        }

        var version = window.name.split('__')[2].replace(/_/g, '.');

        if (!version.match(/^[0-9a-zA-Z.]+$/)) {
            return;
        }

        if (version === '4' || version === 'latest') {
            version = '';
        }

        var url = 'https://www.paypalobjects.com/api/checkout' + (version ? ('.' + version) : '') + '.js';
        var attributes = 'data-paypal-checkout data-no-bridge';

        loadScript(url, attributes);
    }

    function loadV5() {
        var ancestor = (window.parent && window.parent !== window)
            ? window.parent
            : window.opener;

        if (!ancestor || !ancestor.document) {
            return;
        }

        var v5script = ancestor.document.querySelector('script[src*="/sdk/js"]');

        if (!v5script || !v5script.src) {
            return;
        }

        loadScript(v5script.src);
    }

    try {
        if (window.paypal && window.paypal.version) {
            return;
        }

        loadV4();
        loadV5();
    } catch (err) {
        return;
    }
})();
```

</script><script async id="grcv3enterpriseframetag" data-key=ALGCCOUUAAAAAHTE-5nr6hi4H3Gt3k_d1_ce-gWB data-action=unifiedloginnodeweb data-sessionId=_sessionID=V_wx0364tXrrVGDPbKt7-hQ57uSFz21y data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-submitURL=/auth/verifygrcenterprise data-csrf=qxuvoNHXSTv35W/Ue89PbsyIgtDjVNs9xmNU= data-f="5NY50188K7409203W" src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.js></script></body></html>









# GIFTSEXPRESS

Order #[redacted]

Thank you!

1 Order placed — 2 On production — 3 Shipped

## Information

**Contact information**

[redacted]

**Payment**

PayPal

**Shipping address**

[redacted] Boynton Beach
33426
Florida
United States
[redacted]

**Billing address**

[redacted]

**Shipping**

Standard Shipping

## Customer Settings

Receive text messages for all your orders' updates, news and exclusive offers from GIFTSEXPRESS. Unsubscribe.

Need help? Contact us | Continue shopping

All Blacks Maori Hoodies Limited Edition — $45.95
Hoodies / L

| | |
|---|---|
| Subtotal | $45.95 |
| Shipping | $6.95 |
| Total: | $52.90 |

Why choose us?

**60-day Satisfaction Guarantee**
If you're not satisfied with our products we will rectify the situation immediately, no questions asked. Your satisfaction is very important to us.

**Over 34,245 successfully shipped orders**
We made as many happy customers as many orders we shipped. You simply have to join our big family.

★★★★★

Reçu le maillot assez rapidement. Il est de bonne qualité

David · 02/26/2023

Refund policy Shipping policy Terms of service DMCA

I consent to receive recurring automated marketing by text message through an automatic telephone dialing system. Consent is not a condition to purchase. STOP to cancel, HELP for help. Message and Data rates apply. View Privacy Policy & ToS.

Free shipping for all orders from 100$+

GIFTSEXPRESS          Size Chart    Contact Us    Policies    Order Tracking

# CONTACT US

If you have a question about your receiving, your tracking number, please be sure it has been 2-5 days after you've ordered as that is the general processing time.

If you have a question about switching items, please provide us with an order number and message us.

Thank you

Name

Your name

Email *

your@email.com

Phone

Your phone number

Issue type

Issue type

Product/Collection link

Product/Collection link

Order number

Order number

Message *

What information should we know? Please provide as much detail as possible.

SEND



---

CONTACT INFO

8 Hill Ave, Endicott, NY 13760, United States

+1 919-666-888

support@giftexpress.store

POLICIES

Privacy policy

Terms of Service

Shipping policy

Refund policy

SUPPORT

Contact us

FAQs

Sizing

SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your email    SIGN UP

© 2023 GIFTSEXPRESS.

DMCA REPORT    USD | EN

VISA  mastercard  AMERICAN EXPRESS  PayPal

Free shipping for all orders from 100$+

GIFTSEXPRESS          Size Chart    Contact Us    Policies    Order Tracking

# Privacy Policy

This Privacy Policy describes how your personal information is collected, used, and shared when you visit or make a purchase from GIFTSEXPRESS (the "Site").

----

PERSONAL INFORMATION WE COLLECT

When you visit the Site, we automatically collect certain information about your device, including information about your web browser, IP address, time zone, and some of the cookies that are installed on your device. Additionally, as you browse the Site, we collect information about the individual web pages or products that you view, what websites or search terms referred you to the Site, and information about how you interact with the Site. We refer to this automatically-collected information as "Device Information".

We collect Device Information using the following technologies:

- "Cookies" are data files that are placed on your device or computer and often include an anonymous unique identifier. For more information about cookies, and how to disable cookies, visit http://www.allaboutcookies.org.
- "Log files" track actions occurring on the Site, and collect data including your IP address, browser type, Internet service provider, referring/exit pages, and date/time stamps.
- "Web beacons", "tags", and "pixels" are electronic files used to record information about how you browse the Site.

Additionally when you make a purchase or attempt to make a purchase through the Site, we collect certain information from you, including your name, billing address, shipping address, payment information (including credit card numbers), email address, and phone number. We refer to this information as "Order Information".

When we talk about "Personal Information" in this Privacy Policy, we are talking both about Device Information and Order Information.

----

HOW DO WE USE YOUR PERSONAL INFORMATION?

We use the Order Information that we collect generally to fulfill any orders placed through the Site (including processing your payment information, arranging for shipping, and providing you with invoices and/or order confirmations). Additionally, we use this Order Information to:

- Communicate with you;
- Screen our orders for potential risk or fraud; and
- When in line with the preferences you have shared with us, provide you with information or advertising relating to our products or services.

We use the Device Information that we collect to help us screen for potential risk and fraud (in particular, your IP address), and more generally to improve and optimize our Site (for example, by generating analytics about how our customers browse and interact with the Site, and to assess the success of our marketing and advertising campaigns).

----

SHARING YOUR PERSONAL INFORMATION

We share your Personal Information with third parties to help us use your Personal Information, as described above. For example, we also use Google Analytics to help us understand how our customers use the Site – you can read more about how Google uses your Personal Information here: https://www.google.com/intl/en/policies/privacy/. You can also opt-out of Google Analytics here: https://tools.google.com/dlpage/gaoptout.

Finally, we may also share your Personal Information to comply with applicable laws and regulations, to respond to a subpoena, search warrant or other lawful requests for information we receive, or to otherwise protect our rights.

----

BEHAVIORAL ADVERTISING

As described above, we use your Personal Information to provide you with targeted advertisements or marketing communications we believe may be of interest to you. For more information about how targeted advertising works, you can visit the Network Advertising Initiative's ("NAI") educational page at http://www.networkadvertising.org/understanding-online-advertising/how-does-it-work.

You can opt-out of targeted advertising by using the links below:

- Facebook: https://www.facebook.com/settings/?tab=ads
- Google: https://www.google.com/settings/ads/anonymous

- Bing: https://advertise.bingads.microsoft.com/en-us/resources/policies/personalized-ads

Additionally, you can opt-out of some of these services by visiting the Digital Advertising Alliance's opt-out portal at http://optout.aboutads.info/.

---

DO NOT TRACK

Please note that we do not alter our Site's data collection and use practices when we see a Do Not Track signal from your browser.

---

YOUR RIGHTS

If you are a European resident, you have the right to access personal information we hold about you and to ask that your personal information be corrected, updated, or deleted. If you would like to exercise this right, please contact us through the contact information below.
Additionally, if you are a European resident we note that we are processing your information in order to fulfill contracts we might have with you (for example if you make an order through the Site), or otherwise to pursue our legitimate business interests listed above. Additionally, please note that your information will be transferred outside of Europe, including to Canada and the United States.

---

DATA RETENTION

When you place an order through the Site, we will maintain your Order Information for our records unless and until you ask us to delete this information.

---

CHANGES

We may update this privacy policy from time to time in order to reflect, for example, changes to our practices or for other operational, legal or regulatory reasons.

---

CONTACT US

For more information about our privacy practices, if you have questions, or if you would like to make a complaint, please contact us by e-mail at tungtuntrinh66@gmail.com

GIFTSEXPRESS
[Re: Privacy Compliance Officer]

CONTACT INFO

8 Hill Ave, Endicott, NY 13760, United States
+1 919-666-888
support@giftexpress.store

POLICIES

Privacy policy
Terms of Service
Shipping policy
Refund policy

SUPPORT

Contact us
FAQs
Sizing

SUBSCRIBE

Sign up to get the latest on sales, new releases and more ...

Your email            SIGN UP

© 2023 GIFTSEXPRESS.

DMCA REPORT        🌐 USD | EN

VISA  mastercard  AMEX  PayPal



---

**Order # ████ confirmed**

From: "GIFTSEXPRESS" <tunguntrinh66@gmail.com>
To: ████████████
Date: Aug 15, 2023 2:04:52 PM

---



**GIFTSEXPRESS**

ORDER # ████

## Thank you for your purchase!

Hi Emma, we're getting your order ready to be shipped. We will notify you when it has been sent.

| View your order |
|:---:|

Or Visit our store

---

## Order summary

| | | |
|---|---|---:|
| [All Blacks Maori Hoodies Limited Edition] | **All Blacks Maori Hoodies Limited Edition x 1**<br>Hoodies / L | **$45.95** |

| | |
|---|---:|
| Subtotal | **$45.95** |
| Shipping | **$6.95** |
| Tipping | **$0.00** |
| Tax | **$0.00** |

| | |
|---|---:|
| Total | **$52.90** |
| PayPal | **$52.90** |

---

## Customer information

**Shipping address**

████████
████████████

Boynton Beach
Florida
33426
United States

**Billing address**

████████
████████████

████████
████████
███
████████

**Shipping method**

Standard Shipping
$6.95

**Payment method**

PayPal - $52.90

---

If you have any questions, reply to this email or contact us at
tunguntrinh66@gmail.com



Transaction details

August 15, 2023 at 2:04:54 PM PDT  |  Transaction ID: ██████████

Payment sent to QT media                                                    Gross amount

Payment Status: **Completed**                                              -$52.90 USD

Payment Type: Checkout

**Shipping address**

████████████

██████████████

Boynton Beach, FL 33426

UNITED STATES

Confirmed

**Tracking Information**

Add the tracking info for your physical packages to keep things organized and help you benefit from seller protection. It is a win-win.

| Transaction Activity | | Gross amount | Fee amount | Net amount |
|---|---|---|---|---|
| ● Aug 15, 2023 | Authorization to QT media | -$52.90 USD | $0.00 USD | -$52.90 USD |

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| ████████████████████ | 1 | $45.95 USD | $45.95 USD |
| | | Purchase Total | $45.95 USD |

| Your Payment | |
|---|---|
| Purchase Total | -$45.95 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | -$6.95 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$52.90 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$52.90 USD |
| Invoice ID | ████████████ |
| Contact info | QT media |
| | The receiver of this payment is **Non-US - Verified** |
| | anhtungntth@gmail.com |
| Payment Sent to | anhtungntth@gmail.com |
| Funding details | Funding Type: Credit Card |
| | Funding Source: -$52.90 USD - VISA ending in x-██ |
| | This transaction will appear on your bill as PAYPAL *QT MEDIA GIFTEX |

Need help?

Go to the **Resolution Center** for help with this transaction, to settle a dispute or to open a claim.

E-commerce Store


localityi.com



🇺🇸 USD   🌐 English

Localityi

⭐ Monthly Specials ⭐    🏠 Home&Garden 🏠    💄 Cosmetic 💄    ⚙️ Sports 🏀    🔧 Tools🔧    🔥 Hot Sale 🔥    🍂 Order Tracking 🍂    Contact Us    FAQs

## Collection



☀️ Monthly Specials ☀️            🔥 Hot Sale

💄 Cosmetic 💄

## Store best sellers

5/4/23, 3:11 PM LOCAL YI Excellent service and high-quality products - Localityi

**Localityi**

🇺🇸 USD   🌐 English                                    🔍 👤 🛒

🌟 Monthly Specials 🌟    🏡 Home&Garden 🏡    💄 Cosmetic 💄    ⚽ Sports 🏀    🛠 Tools 🔧    🔥 Hot Sale 🔥    🎁 Order Tracking 🎁    Contact Us    FAQs



🔥 LAST DAY-50%OFF 🔥 Localityi™-Heavy...
⭐⭐⭐⭐⭐ (39)
$38.69  $89.98

Localityi™-Foldable Large Capacity Travel Bag
⭐⭐⭐⭐⭐ (36)
$36.99  $69.00

🔥 LAST DAY-50%OFF 🔥 Localityi™ Clean Earwax-Wi-Fi Visible Wax Removal Spoon, USB...
⭐⭐⭐⭐⭐ (46)
$36.99  $70.98

Localityi™-The Casual Golf Game Set
☆☆☆☆☆ (0)
$39.99  $79.00
**SAVE $39.01**

Localityi™-Mirror projection alarm clock
⭐⭐⭐⭐⭐ (24)
$29.98  $55.00
**SAVE $25.02**



Localityi™-Unisex Outdoor Waterproof Drawstring Backpack
☆☆☆☆☆ (0)
$30.98  $66.98
**SAVE $36.00**



localityi™-Metal Snaps Buttons With Fasten...
⭐⭐⭐⭐⭐ (25)
$15.88  $29.00
**SAVE $13.12**



Super Absorbent Cute Cartoon Soft Carpet
⭐⭐⭐⭐⭐ (10)
$29.68  $59.00
**SAVE $29.32**




🔥 Last Day 50% OFF 🔥 Localityi™-2023 Ne...
⭐⭐⭐⭐⭐ (31)
$34.89  $69.98
**SAVE $35.09**

Localityi™ 2 In 1 Electric Milk Frother And Eg...
⭐⭐⭐⭐⭐ (7)
$30.88  $59.00
**SAVE $28.12**

Case 0:23-cv-62185-RS   Document 3-5   Entered on FLSD Docket 11/27/2023   Page 166 of 356

 

**Localityi**

USD    🌐 English

🔍  👤  🛒

✨ Monthly Specials ✨ | 🏡 Home&Garden 🌿 | 💄 Cosmetic 💄 | ⚽ Sports 🏀 | 🔧 Tools🪛 | 🔥 Hot Sale 🔥 | 📦 Order Tracking 📦 | Contact Us | FAQs





Localityi™-2023 New Design USB Charging...
⭐⭐⭐⭐⭐ (6)
$48.50   $89.00



⚡ [2023 Special Deals] ⚡ -Portable Pocket...
⭐⭐⭐⭐⭐ (14)
$9.99   $18.90

Localityi™-2023 New Design Multifunction Backpack (Limited Edition - Last Day 50% OFF)
⭐⭐⭐⭐⭐ (19)
$32.98   $89.98



SAVE $7.25

💕The most usefull product in 2023-All-in-...
⭐⭐⭐⭐⭐ (18)
$15.25   $22.50



SAVE $29.32

Multi-Function 3-in-1 Pliers
⭐⭐⭐⭐⭐ (10)
$29.68   $59.00





SAVE $33.45

Multi-tool Claw Hammer
⭐⭐⭐⭐⭐ (15)
$36.50   $69.95



SAVE $9.99

180° Rotating Fast Charge Cable
⭐⭐⭐⭐⭐ (10)
$19.99   $29.98

Leather Multiple Glasses Storage Case
⭐⭐⭐⭐⭐ (19)
$19.58   $32.98



SAVE $11.99

✨ 2023 creative products ✨ -8 in 1 Laptop...
☆☆☆☆☆ (0)
$14.99   $26.98



SAVE $29.99

🔥 LAST WEEK 50% OFF 🔥 2023 Special...
⭐⭐⭐⭐⭐ (13)
$29.99   $59.98





USD English

Localityi

Monthly Specials Home&Garden Cosmetic Sports Tools Hot Sale Order Tracking Contact Us FAQs

## 100% Satisfaction Guarantee

We stand by delivering untapped and useful products that are unique and innovative.

Sec

We offer a
security for p

Our company is an innovative UK E-com merce company that specializes in offeri ng retail products that are unique and ra re. We've scoured the internet to bring y ou the hottest new gadgets that are just waiting to be discovered by you, so you c an be the first to know about all the cool new stuff.

support@localityi.com

QUICK LINKS

- About Us
- Privacy Policy
- Secure Shopping Safeguards
- Cookie Policy
- Payment Method
- Shipping Method
- Return/Refund Policy

NEED HELP?

- FAQs
- Contact Us
- TERMS OF SERVICE

BE THE FIRST TO KNOW!

Sign up to receive insider information on exclusive offers and new arrivals

Email address Subscribe

DMCA report © 2023 Localityi

OUR PAYING METHOD





USD  English

**Localityi**

☀️ Monthly Specials ☀️  🏡 Home&Garden 🏡  💄 Cosmetic 💄  🌀 Sports  🔧 Tools🔧  🔥 Hot Sale 🔥  🎁 Order Tracking 🎁  Contact Us  FAQs

## Sports

SORT ⌄



🔥 Last Day 50% OFF 🔥 Localityi™-2023...
★★★★★ (31)
$34.89  $69.98

SAVE $35.09



Localityi™-2023 New Design Multifunction...
★★★★★ (19)
$32.98  $89.98

SAVE $57.00



🔥 LAST DAY-50%OFF 🔥 Localityi™ Clean...
★★★★★ (46)
$36.99  $70.98

SAVE $33.99



🏃 LAST DAY-60%OFF 🏃 Localityi™- Slide...
☆☆☆☆☆ (0)
$35.68  $69.00

SAVE $33.32



Localityi™-Unisex Outdoor Waterproof...
☆☆☆☆☆ (0)
$30.98  $66.98

SAVE $36.00



( 🔥 Last Day Promotion 35% OFF )  New...
★★★★★ (26)
$36.95  $55.95

SAVE $19.00



Localityi™-Foldable Large Capacity Travel...
★★★★★ (36)
$36.99  $69.00

SAVE $32.01



Localityi™-A perfect bike seat cushion
☆☆☆☆☆ (0)
$36.99



QUICK LINKS

About Us
Privacy Policy
Secure Shopping Safeguards
Cookie Policy
Payment Method
Shipping Method
Return/Refund Policy

NEED HELP?

FAQs
Contact Us
TERMS OF SERVICE

BE THE FIRST TO KNOW!

Sign up to receive insider information on exclusive offers and new arrivals

Email address   Subscribe

Our company is an innovative UK E-commerce company that specializes in offering retail products that are unique and rare. We've scoured the internet to bring you the hottest new gadgets that are just waiting to be discovered by you, so you can be the first to know about all the cool new stuff.

support@localityi.com

DMCA report © 2023 Localityi

OUR PAYING METHOD



✓Free d

USD English

Localityi

🌟Monthly Specials🌟 🌱Home&Garden🌱 💄Cosmetic💄 ⚽Sports🏀 🛠Tools🛠 🔥Hot Sale🔥 📦Order Tracking📦 Contact Us FAQs

# 🔥Last Day 50% OFF🔥Localityi™-2023 New Design Sports Backpacks

★★★★★ 31 Reviews

**$ 34.89** ~~$ 69.98~~

Buy 2 save 10% Buy 3 save 15% View more

Color

Black | Deep Blue | Gray | Blue | Yellow | Orange | Purple

Quantity

– 1 +

238 visitors currently looking at this product

It's been recommended by 9.98K people on Facebook, Twitter and Instagram

8.97K Sold

Only 178 items left in stock

✓Free delivery in the UK

ADD TO CART - $ 34.89

Pay with PayPal

Pay Later

More payment options

👇Localityi™2023 New Design Sports Backpacks 🔥THIS PRODUCT IS A LIMITED PRODUCTION AND IS NOT OFFLINE SALES. WILL SELL OUT FAST!🔥

**Light & Large Capacity**: The size of the backpack is **"16.9*13.4"inch**, which can accommodate most sports and daily items, such as basketball, gym clothes, swimming gear, sports towels, textbooks, shoes, etc.; the weight is only 0.83 lbs ( 0.38kg), very light.



**Multi-Pocket Design**: Side mesh pockets with elastic straps on both sides of the sports bag backpack can accommodate water bottles, umbrellas; front pocket can store tissues and toiletries; the bottom is an independent shoe compartment;There is also an extra interior zippered pocket inside the rope bag, which is big enough to hold small valuables like sports watch, wallet, etc. to avoid the pickpockets

**Waterproof and Durable Materials**: Our drawstring backpack bag is mainly made of high-density and durable material, and the inner lining is polyester, which is waterproof, can withstand daily wear and tear

**Widened Shoulder Straps and Adjustable Design**: Our backpack shoulder straps are wider than ordinary drawstring shoulder straps, which can reduce the burden on your shoulders; in addition, the shoulder straps are adjustable and can be adjusted according to the length you need

**Great Helper for Going Out**: The backpack is perfect for gym, sports, yoga, dance, travel, luggage, camping, hiking, teamwork, training, etc. It is a great gift for women, men and children

**Feature:**

The shoulder straps are padded and can be adjustable with loops,Grab top handle,Wearable and Durable.

Movement: Gym/swimming/outdoor sports

Gender: Men and Women

Material: Oxford

Size: L34*W15*H43CM  L13.38INCH*W5.9*H16.9INCH

Color: Orange, Black, Deep Blue, Yellow, Gray, Purple

Note 1: There might be slightly difference in color, because of the computer monitor settings.

Note 2: With the difference in the measurement method, please allow 1-3 cm in size deviation.

Note 3: New bag just come out from factory, therefore it will be a little smell

✅ Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers, please identify our products!

- 😊 If you are not satisfied within **30 days** of receiving the item, you can contact us to return it.
- 💰 **Fast refund Guarantee>>** Partial or full refund depend on the situation.
- 🚚 **Shipping**>>Worldwide **Express** Shipping Available.
- ⏱ **Handling time**>> Priority is given to delivery after payment

🔵 Worldwide Shipping ✈

OUR GUARANTEE

Please do note that shipping is insured. Tracking Numbers will ALWAYS be sent so you can track it every step of the way! Cool things are worth waiting for! 😊



📦 **Insured Worldwide Shipping:** Each order includes real-time tracking details and insurance coverage in the unlikely event that a package gets lost or stolen in transit.

👍 **Money-Back Guarantee:** If your items arrive damaged or become defective within 15 days of normal usage, we will gladly issue out a replacement or refund.

✉️ **24/7 Customer Support:** We have a team of live reps ready to help and answer any questions you have within a 24-hour time frame, 7 days a week. Email: **support@localityi.com**

🔒 **Safe & Secure Checkouts:** We use state-of-the-art SSL Secure encryption to keep your personal and financial information 100% protected.

OUR WAREHOUSE-AFTER SALE SERVICE

- We have 24/7/365 Facebook Messenger and email support.
- We strive to make our customers 100% satisfied with the product you have purchased. Please don't hesitate to email us with any questions or problems and we will help you right away.



YOU MIGHT ALSO LIKE

*Don't Like These?*







**$42.99**  $89.98
★★★★★ (36)

**$18.98**  $49.98
★★★★★ (11)

**$38.69**  $89.98
★★★★★ (39)

## Customer Reviews

WRITE A REVIEW

| 5 |
| 3 |
| 4 |

**M****d** 🇺🇸 US

★★★★★

Good bag. A lot of bocket's. Made good.

helpful

Report as Inappropriate

**R****o** 🇬🇧 GB

★★★★★

The backpack is good.

helpful

Report as Inappropriate

**W****o** 🇺🇸 US

★★★★★

Great detailed. You can store size 43 shoes with a bit compression

helpful

Report as Inappropriate

**D****d** 🇦🇺 AU

★★★★☆

He arrived very quickly and as it is in the description

helpful

Report as Inappropriate



A****s 🇦🇺 AU

★★★★★

Cool. Bag looks stylish. Fits in one 1x usual sneaker 42 size. Shoe size might be longer too. Shoe Top part must be lower, like skate rubber sneakers. Or summer Flip Flops. I will try do extra photos for that.

helpful

Report as Inappropriate

L****r 🇺🇸 US

★★★★★

Very good product, same as picture, good quality. I recommend 100%

helpful

Report as Inappropriate

A****a 🇦🇺 AU

★★★★★

Very good material.

helpful

Report as Inappropriate

T****g 🇺🇸 US

★★★★★

amazing!

helpful

Report as Inappropriate

‹  **1**  2  3  4  ›



QUICK LINKS

About Us

Privacy Policy

Secure Shopping Safeguards

Cookie Policy

Payment Method

Shipping Method

Return/Refund Policy

NEED HELP?

FAQs

Contact Us

TERMS OF SERVICE

BE THE FIRST TO KNOW!

Sign up to receive insider information on exclusive offers and new arrivals

Email address    Subscribe

Our company is an innovative UK E-commerce company that specializes in offering retail products that are unique and rare. We've scoured the internet to bring you the hottest new gadgets that are just waiting to be discovered by you, so you can be the first to know about all the cool new stuff.

support@localityi.com

DMCA report © 2023 Localityi

OUR PAYING METHOD





**Localityi**

Express checkout

PayPal | Pay Later

OR

## Contact information

Already have an account? Log in

Email
███████████

☑ Email me with news and offers

## Shipping address

Country/Region
United States (US)

First name
███

Last name
███

Address
█████████

Apartment, suite, etc. (optional)

City
Parkland

State
Florida

ZIP code
33067

+1 | Phone
███████

☑ Save this information for next time

## Shipping method

◉ Standard Shipping — $ 7.99

○ VIP-Fast Shipping — $ 12.99

☑ Add Shipping Insurance to your order $ 0.70 ❓

## Payment method

All transactions are secure and encrypted.

◉ PayPal

After clicking "Complete order", you will be redirected to PayPal to complete your purchase securely

○ Credit card — VISA American MasterCard Diners Club Discover

‹ Return to cart

**Complete order**

### Order summary

🔥 Last Day 50% OFF 🔥 Localityi™-2023 New Design Sports Backpacks — $ 34.89
Black

Coupon code — Apply

| | |
|---|---|
| Subtotal | $34.89 |
| Shipping Insurance | $0.70 |
| Shipping | $7.99 |
| **Total** | USD **$43.58** |

Refund policy  Privacy policy  Terms of service  Shipping policy  Contact us  About us
All rights reserved Localityi
localityi®UK









Line wrap ☑

```
<!DOCTYPE html><!--[if lt IE 9]><html lang="en" class="no-js lower-than-ie9 ie desktop"><![endif]--><!--[if lt IE 10]><html lang="en" class="no-js lower-than-ie10 ie desktop"><![endif]--><!--[if !IE]>-
-><html lang="en" class="no-js desktop"><!--<![endif]--><head><script async src="https://www.paypalobjects.com/webcaptcha/ngrlCaptcha.min.js"></script><!--Script info: script: node, template:  , date:
May 4, 2023 13:52:16 -07:00, country: US, language: en web version:  content version:  hostname : rZJvnqaaQhLn/nmWT8cSUjOx898qoYZ0biQlNiCHKWWofITjyrTvoB1/P3Rjvn6q rlogid :
rZJvnqaaQhLn%2FnmWT8cSUotSylMGOTGkRUMDpmUTvbXdvevuMMFAfVpgPHQO3DS15Q%2Bs90pd04ixT6NDYUDsjQnOdcAFvX%2BY_187e8897b7e --><meta charset="utf-8" /><title>Log in to your PayPal account</title><meta http-
equiv="content-type" content="text/html; charset=UTF-8" /><meta name="application-name" content="PayPal" /><meta name="msapplication-task" content="name=My Account;action-
uri=https://www.paypal.com/us/cgi-bin/webscr?cmd=_account;icon-uri=https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><meta name="msapplication-task" content="name=Send Money;action-
uri=https://www.paypal.com/us/cgi-bin/webscr?cmd=_send-money-transfer&amp;send_method=domestic;icon-uri=https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><meta name="keywords"
content="transfer money, email money transfer, international money transfer " /><meta name="description" content="Transfer money online in seconds with PayPal money transfer. All you need is an email
address." /><link rel="shortcut icon" href="https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><link rel="apple-touch-icon" href="https://www.paypalobjects.com/webstatic/icon/pp64.png" />
<link rel="canonical" href="https://www.paypal.com/us/signin" /><meta name="viewport" content="width=device-width, height=device-height, initial-scale=1.0, maximum-scale=2, user-scalable=yes" /><meta
property="og:image" content="https://www.paypalobjects.com/webstatic/icon/pp258.png" /><link rel="stylesheet"
href="https://www.paypalobjects.com/web/res/3a0/75ed6e218ddd60b2915906c92f6dc/css/contextualLoginElementalUIv2.css" /><!--[if lte IE 9]><link rel="stylesheet"
href="https://www.paypalobjects.com/web/res/3a0/75ed6e218ddd60b2915906c92f6dc/css/ie9.css" /><![endif]--><!-- build:js inline --><!-- build:[src] js/lib/ --><script
nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM" src="https://www.paypalobjects.com/web/res/3a0/75ed6e218ddd60b2915906c92f6dc/js/lib/modernizr-2.6.1.js"></script><!-- /build --><!-- /build -->
<style id="antiClickjack">body {display: none !important;}</style><script nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM">/* Special integration eligibility check */function
isEligibleIntegration() {var sxf = "true";return sxf === 'true' || window.name === 'PPFrameRedirect';}/* Don't bust the frame if this is top window */if (self === top || isEligibleIntegration()) {var
antiClickjack = document.getElementById("antiClickjack");if (antiClickjack) {antiClickjack.parentNode.removeChild(antiClickjack);}} else {top.location = self.location;}</script></head><body
class="desktop"data-rlogid="rZJvnqaaQhLn%2FnmWT8cSUotSylMGOTGkRUMDpmUTvbXdvevuMMFAfVpgPHQO3DS15Q%2Bs90pd04ixT6NDYUDsjQnOdcAFvX%2BY_187e8897b7e"data-
hostname="rZJvnqaaQhLn/nmWT8cSUjOx898qoYZ0biQlNiCHKWWofITjyrTvoB1/P3Rjvn6q"data-production="true"data-enable-ads-captcha="true"data-ads-challenge-
url="/auth/createchallenge/6cdb0f4430853296/challenge.js"data-enable-client-cal-logging="true"data-correlation-id="0a381023a824b"data-enable-fn-beacon-on-web-views="true"data-phone-password-
enabled="true"data-is-hybrid-login-experience="true"data-is-hybrid-editable-on-cookied="true"data-phone-code="US +1"data-csrf-token="bg4boYX0PKk0EKsVBqDN82FAFz9kDo3tTjfTY="data-
nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM"data-lazy-load-country-codes="true"data-cookie-banner-enabled="true"data-party-id-
hash="35c6e811257477c792c1b2445d3ab7be67d43bfd056dddaa1cbaa4f97c314a38"data-show-country-drop-down="true"data-otp-login-on-pwd-page-enabled="true"data-otp-login-eligible="true"data-otp-login-
integration-type="via_button"data-email-label="Email" data-xhr-timeout-limit="20000"data-load-start-time="1683233536894"data-is-cookied-user="true"data-xhr-timeout-ineligible-list="MSIE 10|Windows NT
10"data-cookie-banner-variant="hidden"data-otp-variant="secondaryOtp"><noscript><p class="nonjsAlert" role="alert">NOTE: Many features on the PayPal Web site require Javascript and cookies.</p>
</noscript><div id="main" class="main" role="main"><section id="login" class="login   " data-role="page" data-title="Log in to your PayPal account"><div class="corral"><div id="content"
class="contentContainer   activeContent contentContainerBordered"><header id= "header" ><p role="img" aria-label="PayPal Logo" class="paypal-logo paypal-logo-long"></p></header><h1 id="headerText"
class="headerText  ">Pay with PayPal</h1><p id="emailSubTagLine" class="subHeaderText hide">Enter your email address to get started.</p><p id="phoneSubTagLine" class="subHeaderText hide">Already set up
to use your mobile number to log in? Type it below. Otherwise, click the link to log in with email.</p><p id="subTagLineConnectOtp" class="subHeaderText hide">Forgot your email address? Go to the
PayPal website to recover it.</p><p id="pwdSubTagLine" class="subHeaderText ">With a PayPal account, you're eligible for Purchase Protection and Rewards.</p><div  class="notifications"></div><div
id="keychainErrorMessage" class="hide"><p class="notification notification-warning blocked-on-8ball hide">PayPal One Touch&trade; only works for checkout. Please login with your email.</p><p
class="notification notification-warning blocked-on-risky-login hide">Please login with your email and password.</p><p class="notification notification-critical keychain-activation-failure
hide">Something went wrong on our end. Please login with your email and password.</p></div><form action="/signin?
intent=checkout&amp;ctxId=xo_ctx_4KG18633VK131943R&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4KG18633VK131943R%26ssrt%3D1683233536565%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;locale.x=en_US&amp;country.x=US&amp;flowId=4KG18633VK13194
3R" method="post" class="proceed maskable" autocomplete="off" name="login"autocomplete="off" novalidate><input type="hidden" id="token" name="_csrf" value="bg4boYX0PKk0EKsVBqDN82FAFz9kDo3tTjfTY=">
<input type="hidden" id="session" name="_sessionID" value="8yeRZLELeYMqcc3Dod58MMlLy-oBhe7Y"><input type="hidden" name="locale.x" value="en_US"><input type="hidden" name="processSignin" value="main">
<input type="hidden" name="legalCountry" value="US"><input type="hidden" name="fn_sync_data" value="fn_sync_data"><input type="hidden" name="otpMayflyKey"
value="2b1b94c28e884483abab19e386990785otpChlg"><input type="hidden" name="intent" value="checkout" /><input type="hidden" name="ads-client-context" value="checkout" /><input type="hidden"
name="flowId" value="4KG18633VK131943R" /><input type="hidden" name="ads-client-context-data" value="{&quot;context_id&quot;:
{&quot;context_id&quot;:&quot;4KG18633VK131943R&quot;,&quot;channel&quot;:0,&quot;flow_type&quot;:&quot;checkout&quot;}}" /><input type="hidden" name="ctxId" value="xo_ctx_4KG18633VK131943R" /><input
type="hidden" name="isValidCtxId" value="true" /><input type="hidden" name="coBrand" value="us" /><input type="hidden" name="signUpEndPoint" value="/webapps/mpp/account-selection" /><input
type="hidden" name="showCountryDropDown" value="true" /><input type="hidden" name="hideOtpLoginCredentials" value="true" /><input type="hidden" name="requestUrl" value="/signin?
intent=checkout&amp;ctxId=xo_ctx_4KG18633VK131943R&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4KG18633VK131943R%26ssrt%3D1683233536565%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;locale.x=en_US&amp;country.x=US&amp;flowId=4KG18633VK13194
3R" /><input type="hidden" name="forcePhonePasswordOptIn" value="" /><input type="hidden" name="returnUri" value="/webapps/hermes" /><input type="hidden" name="state" value="?flow=1-
P&amp;ulReturn=true&amp;token=4KG18633VK131943R&amp;ssrt=1683233536565&amp;rcache=1&amp;useraction=CONTINUE&amp;cookieBannerVariant=hidden" /><div id="passwordSection" class="clearfix splitEmail"><div
id="splitEmailSection" class="splitPhoneSection splitEmailSection"><div class="countryPhoneSelectWrapper hide"><label class="accessAid"for="phoneCode">Choose your phone country code</label><select
name="phoneCode" id="phoneCode" class="countryPhoneSelect"><option selected="selected"value="US +1" data-code="+1"data-country="US">United States (+1)</option></select><div
class="countryPhoneSelectChoice"><span class="countryCode">US</span><span class="phoneCode">+1</span></div></div><div class="textInput " id="login_emaildiv"><div class="fieldWrapper"><input
id="email"name="login_email"type="email"class="hasHelp  validate validateEmpty   "required="required"value="[redacted]"     autocomplete=    "username"          placeholder=    "Email or
mobile number"      aria-describedby="emailErrorMessage"/><label for="email" class="fieldLabel">Email or mobile number</label></div><div class="errorMessage"id="emailErrorMessage" ><p class="emptyError
hide">Required</p><p class="invalidError hide">That email or mobile number format isn’t right</p></div></div></div><div id="passwordSection" class="clearfix showHideButtonForEligibleBrowser"><div
class="textInput " id="login_passworddiv"><div class="fieldWrapper"><input id="password"name="login_password"type="password"class="hasHelp  validateEmpty   pin-password"required="required"value=""
placeholder=    "Password"      aria-describedby="passwordErrorMessage"/><label for="password" class="fieldLabel">Password</label><label for="Show password" class="fieldLabel">Show password</label>
<button type="button" class="showPassword hide show-hide-password scTrack:unifiedlogin-show-password" id="Show password">Show</button><label for="Hide" class="fieldLabel">Hide</label><button
type="button" class="hidePassword hide show-hide-password scTrack:unifiedlogin-hide-password" id="Hide">Hide</button></div><div class="errorMessage"id="passwordErrorMessage" ><p class="emptyError
hide">Required</p></div></div><a href="/authflow/password-recovery/?
contextId=4KG18633VK131943R&amp;redirectUri=%252Fsignin%253Fintent%253Dcheckout%2526ctxId%253Dxo_ctx_4KG18633VK131943R%2526returnUri%253D%25252Fwebapps%25252Fhermes%2526state%253D%25253Fflow%25253D1-
P%252526ulReturn%25253Dtrue%252526token%25253D4KG18633VK131943R%252526ssrt%25253D1683233536565%252526rcache%25253D1%252526useraction%25253DCONTINUE%252526cookieBannerVariant%25253Dhidden%2526locale.x%2
53Den_US%2526country.x%253DUS%2526flowId%253D4KG18633VK131943R%2526sso%253Dtrue&amp;country.x=US&amp;locale.x=en_US" id="forgotPassword" class="recoveryOption forgotPassword" data-client-log-action-
type="clickForgotPasswordLink">Forgot password?</a></div></div><input type="hidden" id="phone" name="login_phone" class="validate" /><div class="actions"><button class="button actionContinue
scTrack:unifiedlogin-login-submit"type="submit"id="btnLogin"name="btnLogin"value="Login">Log In</button></div><input type="hidden" name="splitLoginContext" value="inputPassword" /><input type="hidden"
name="isCookiedHybridEmail" value="true"></form><div id="beginOtpLogin" class="otpLoginViaButton hidden"><button class="button" href="#">Log in with a one-time code</button></div><div
id="tryAnotherWayLinkContainer" class="tryAnotherWayLinkContainer hide hide" data-hide-on-pass=""><a href='#' id="tryAnotherWayLink">Try another way</a></div><div id="signupContainer"
class="signupContainer " data-hide-on-email="" data-hide-on-pass=""><div class="loginSignUpSeparator "><span class="textInSeparator">or</span></div><button type="button" href="/webapps/hermes?
token=4KG18633VK131943R&amp;ssrt=1683233536565&amp;rcache=1&amp;useraction=CONTINUE&amp;cookieBannerVariant=hidden&amp;country.x=US&amp;locale.x=en_US&amp;ulOnboardRedirect=true" class="button
secondary scTrack:unifiedlogin-click-signup-button" id="createAccount">Pay with Debit or Credit Card</button></div><div id="tpdButtonContainer" class="signupContainer hide"><div
class="loginSignUpSeparator"><span class="textInSeparator">or</span></div><div class="actions"><button class="button secondary" id= "tpdButton" type="submit" value="Approve login using mobile
device">Approve login using mobile device</button></div></div><div class="intentFooter "><div class="cancelUrl "><a href="https://www.localityi.com/checkouts/df833cbd5b9f629f0af01f9a0e596559?
token=4KG18633VK131943R" data-url="https://www.localityi.com/checkouts/df833cbd5b9f629f0af01f9a0e596559?token=4KG18633VK131943R" class="scTrack:unifiedlogin-click-cancel-and-return cancelLink"
id="cancelLink" aria-hidden="false">Cancel and return to Localityi</a></div><div class="localeSelector  "><span class="picker country-selector hide"><span class="hide" id="countryPickerLink">United
States</span><button type="button" aria-labelledby="countryPickerLink" class="country US"></button></span><ul class="localeLink"><li><a class="selected scTrack:unifiedlogin-footer-language_en_US"
href="/signin?intent=checkout&amp;ctxId=xo_ctx_4KG18633VK131943R&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4KG18633VK131943R%26ssrt%3D1683233536565%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;flowId=4KG18633VK131943R&country.x=US&locale.x=en_US&langT
gl=en"  lang="en" data-locale="en_US" aria-current=”true”>English</a></li><li><a class=" scTrack:unifiedlogin-footer-language_fr_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_4KG18633VK131943R&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4KG18633VK131943R%26ssrt%3D1683233536565%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;flowId=4KG18633VK131943R&country.x=US&locale.x=fr_XC&langT
gl=fr"  lang="fr" data-locale="fr_XC" >Français</a></li><li><a class=" scTrack:unifiedlogin-footer-language_es_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_4KG18633VK131943R&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4KG18633VK131943R%26ssrt%3D1683233536565%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;flowId=4KG18633VK131943R&country.x=US&locale.x=es_XC&langT
gl=es"  lang="es" data-locale="es_XC" >Español</a></li><li><a class=" scTrack:unifiedlogin-footer-language_zh_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_4KG18633VK131943R&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D4KG18633VK131943R%26ssrt%3D1683233536565%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;flowId=4KG18633VK131943R&country.x=US&locale.x=zh_XC&langT
gl=zh"  lang="zh" data-locale="zh_XC" >中文</a></li></ul></div></div></div></div><div id="tryAnotherWayModal" class="tryAnotherWayModal hide"><div class="modal-content"><div class='modal-content-
header'><div class='modal-header-text'>Try another way</div><div><button id="closeModal" type="button" class="dialog-close" aria-label="dialog-close-btn"></button></div></div><ul class='modal-content-
body'><li class="hide"><a aria-label="Login with Touch ID or Face ID" id='loginWithWebauthn' href='#'><div>Log in with face, fingerprint or PIN</div><button class="chevron-right" aria-label="webauthn-
chevron"></button></a></li><li class="hide"><a aria-label="Login with phone one-time code"  id='loginWithOtp' href='#'><div>Text a one-time code</div><button class="chevron-right" aria-label="phone-
otc-chevron"></button></a></li><li class='hide'><a aria-label="Login with email one-time code" id='loginWithEmailOtp'  href='#'><div>Email a one-time code</div><button class="chevron-right" aria-
label="email-otc-chevron"></button></a></li><li class=''><a aria-label="Login with password" id='loginWithPassword' href='#'><div>Log in with your password</div><button class="chevron-right" aria-
label="pwd-chevron"></button></a></li></ul></div></div></section><section id="verification" class="verification hide" data-role="page" data-title="Login Confirmation - PayPal"><div class="corral"><div
class="contentContainer contentContainerLean"><div id="pending" class="verificationSubSection"><h1 class="headerText">Open the PayPal app</h1><p id="uncookiedMessage" class="verification-message
hide">Open the PayPal app, tap Yes on the prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the
PayPal app and tap Yes on the prompt to log in.</p><div  class="notifications"></div><div class="accountArea"><span class="account"></span><span class="verificationNotYou"><a data-href="#" href="#"
class="scTrack:unifiedlogin-verification-click-notYou" id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p class="pin"></p><div class="mobileScreen"><img
src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div></div><p class="tryAnotherMsg"><a id="tryPasswordLink" data-href="#" href="" class="inlineLink scTrack:try-
password">Use password instead</a></p><p class="resendMsg"><a class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="" id="resend">Resend</a><span class="sentMessage
hide">Sent</span></p></div><div id="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal Logo" class="paypal-logo paypal-logo-long">PayPal</p></header><h1
class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1><p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton"
class="button actionsSpaced">Try Again</button></div><div id="denied" class="denied hide verificationSubSection"><img alt="" src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-
2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we couldn't confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can
help</a>.</p></div></div></div></section><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a target="_blank" href="/us/smarthelp/contact-us">Contact Us</a>
</li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-worldwide">Worldwide</a></li></ul></div></footer></div><div
class="transitioning  hide "><p class="welcomeMessage hide">Welcome, !</p><p class="checkingInfo hide">Checking your info…</p><p class="oneSecond hide">Just a second…</p><p class="secureMessage
hide">Securely logging you in...</p><p class="oneTouchMessage hide"></p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs hide">This may take a few seconds...</p><p
class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we’re securely logging you in.</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need
to enter your password for this purchase.</p><p class="udtSpinnerMessage webllsXoUS hide">We recognize you on this device, so you can skip login.<br><br>Manage this setting in your profile.</p><p
class="udtSpinnerMessage webllsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your login
settings...</p><p class="webAuthnLogin hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div><script nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM">var
PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "https://c.paypal.com/da/r/fb.js",fnSessionId: "4KG18633VK131943R",sourceId: "UL_CHECKOUT_INPUT_PASSWORD",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?r=cD00S0cxODYzM1ZLMTMxOTQzUiZpPTcwLjE2Mi45Mi4yMTQmdD0xNjgzMjMzNTM2LjkyNSZhPTIxJnM9VU5JRklFRF9MT0dJTjxU6mIq80hh_j7lBOb9-Lppqyw2",enableSpeedTyping:
"true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength: 0,fingerprintProceed: ""};</script><noscript><img
src="https://c.paypal.com/v1/r/d/b/ns?f=4KG18633VK131943R&s=UL_CHECKOUT_INPUT_PASSWORD&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script
nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId: '4KG18633VK131943R',sourceId: 'UL_CHECKOUT_INPUT_PASSWORD',fname:
'fn_sync_data'};</script><!-- build:js inline --><!-- build:[src] js/lib/ --><script nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM"
src="https://www.paypalobjects.com/web/res/3a0/75ed6e218ddd60b2915906c92f6dc/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!-- /build --><script
nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData || {};PAYPAL.ulData.incontextData = {"version": "","noBridge": "","env": "","icstage":
"","targetCancelUrl": "https://www.localityi.com/checkouts/df833cbd5b9f629f0af01f9a0e596559?token=4KG18633VK131943R","paymentAction": "sale","paymentToken": "4KG18633VK131943R","merchantID":
"C4N3CC4EDRK84"};</script><!-- build:js inline --><!-- build:[src] js/ --><script nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM"
src="https://www.paypalobjects.com/web/res/3a0/75ed6e218ddd60b2915906c92f6dc/js/checkout-split.js"></script><!-- /build --><!-- /build --><script src="https://www.paypalobjects.com/pa/js/min/pa.js">
</script><script nonce="k9+KGuoELLBR7UGgJOixNFnCwsjhHISp0EJ2U04zjM6jxZfM">var fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1683233536894&calc=0a381023a824b&nsid=8yeRZLELeYMqcc3Dod58MMlLy-
oBhe7Y&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=2b1b94c28e884483abab19e386990785&comp=unifiedloginnodeweb&tsrce=unifiedloginnodeweb&cu=1&ef_policy=ccpa&c_prefs=T%3D0%2CP%3D1%2CF%3D1%2Ctype%3Di
mplicit&transition_name=ss_prepare_pwd&userRedirected=true&fltk=4KG18633VK131943R&flid=4KG18633VK131943R&xe=101090%2C101736%2C101216%2C101270%2C104200%2C100644%2C106275%2C102208%2C101817&xt=103240%2C10
5858%2C103864%2C106407%2C127485%2C101702%2C128706%2C108106%2C112756&ctx_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=succ
ess&ctx_login_ctxid_fetch=success%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=4KG18633VK131943R&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_logi
n_state_transition=login_loaded&securityContext_status=success&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" ===
```

🔥 Last Day 50% OFF 🔥 Localityi™-2023
New Design Sports Backpacks          $ 34.89
Black

| | |
|---|---|
| Subtotal | $34.89 |
| Shipping | $7.99 |
| **Total** | USD **$42.88** |

✔ Thank you ▇▇▇
Order ▇▇▇▇▇▇▇

**Your order is confirmed**
You'll receive an email when your order is ready.

**Customer information**

**Contact information**
jose.sandavol@mail.com

**Payment method**
PayPal - $42.88

**Shipping address**
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇
33067 Florida
United States (US)
▇▇▇▇▇▇

**Billing address**
▇▇▇▇ ▇▇▇▇
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇
▇▇▇▇▇

**Shipping method**
Standard Shipping

⊘ Need help ? Contact us

**Continue shopping**

Refund policy    Privacy policy    Terms of service    Shipping policy    Contact us    About us
All rights reserved Localityi
localityi®UK



## Contact Us

### Customer Service – Available for all questions:

- Send us an email
  Message us directly and we aim to respond within 24hours. Our e-mail address is support@localityi.com

We will get back to you as soon as possible.

**QUICK LINKS**

About Us

Privacy Policy

Secure Shopping Safeguards

Cookie Policy

Payment Method

Shipping Method

Return/Refund Policy

**NEED HELP?**

FAQs

Contact Us

TERMS OF SERVICE

**BE THE FIRST TO KNOW!**

Sign up to receive insider information on exclusive offers and new arrivals

Email address    Subscribe

Our company is an innovative UK E-commerce company that specializes in offering retail products that are unique and rare. We've scoured the internet to bring you the hottest new gadgets that are just waiting to be discovered by you, so you can be the first to know about all the cool new stuff.

support@localityi.com

DMCA report © 2023 Localityi

**OUR PAYING METHOD**



---

**Order Confirm**

| | |
|---|---|
| **From:** | "Localityi" <support@localityi.com> |
| **To:** | ▓▓▓▓▓▓▓▓ |
| **Date:** | May 4, 2023 1:55:49 PM |

---



ORDER # ▓▓▓▓▓▓▓

**Thank you for your purchase!**

Hi Sandovallose, we are getting your order ready to be shipped. We will notify you when it has been sent.

[ **View your order** ]   or   *Visit our store*

---

### Order summary

🔥 **Last Day 50% OFF** 🔥 **Localityi™-2023 New Design Sports Backpacks × 1**    **$34.89**
Black

| | |
|---|---|
| Subtotal | $34.89 |
| Shipping | $7.99 |

| | |
|---|---|
| Total | **$42.88USD** |
| | You saved $0.00 |

---

### Customer information

| Shipping address | Billing address |
|---|---|
| ▓▓▓▓▓▓▓▓▓ Parkland Florida 33067 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| US ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓ |

| Shipping method | Payment method |
|---|---|
| Standard Shipping | PayPal — **$42.88** |

---

If you have any questions, reply to this email or contact us at
support@localityi.com

## Transaction details

May 4, 2023 at 1:55:47 PM PDT    |    Transaction ID: ███████

Payment sent to Boocezawni  Technology Co.Ltd                                  **Gross amount**

Payment Status: **Completed**                                                   **-$53.60 USD**

**Shipping address**

███████

███████ ███████
Parkland, FL 33067
UNITED STATES
Confirmed

**Tracking Information**

Add the tracking info for your physical packages to keep things organized and
help you benefit from seller protection. It is a win-win.

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| Item #███████  🔥 Last Day 50% OFF 🔥 Localityi™-2023 New Design Sports Backpacks - Black | 1 | $34.89 USD | $34.89 USD |
|  |  | Purchase Total | $34.89 USD |

| Your Payment | |
|---|---|
| Purchase Total | -$34.89 USD |
| Sales Tax | -$10.72 USD |
| Shipping Amount | -$7.99 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$53.60 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$53.60 USD |
| Invoice ID | ███████ |
| Contact info | Boocezawni  Technology Co.Ltd  The receiver of this payment is **Non-US - Unverified**  paypal@inquiry-24h.com |
| Funding details | Funding Type: Credit Card  Funding Source: -$53.60 USD - VISA ending in x-███  This transaction will appear on your bill as PAYPAL *BOOCEZAWNIT |

**Need help?**

Go to the **Resolution Center** for help with this transaction, to settle a dispute or to open a claim.

E-commerce Store

lxsneakers.com



Up to 40% OFF first order.

HOME    MAN ⌄    LADY ⌄    KIDS ⌄    ALL PRODUCTS ⌄    ABOUT US    CONTACT US    BAGS    WISH LIST

# Easy order

Click the Get Started button below to order your first pair of shoes

Start

**Buy it now for men**

**Buy it now for lady**

Get for free

## Don't worry about your first order

25% OFF coupon for first order

Share the website with your friends, you can get another 5% discount

 Facebook     Twitter     WhatsApp     Telegram

# Recommend

Up to date

 Buy it now     Buy it now     Buy it now    Buy it now

## FREE


Bottega Veneta Puddle Sandals
661269V00P09031
$0.00
✓


Bottega Veneta Puddle Sandals
661269V00P01000
$0.00
✓


Bottega Veneta Puddle Sandals
658767V00P03492
$0.00
✓


Bottega Veneta Puddle Sandals
661269V00P07607
$0.00
✓

## AIR JORDAN


Nike Air Jordan 1 Low SE"Barely
Grape" DC0774-501
$105.00
✓


Nike Air Jordan 1 Zoom CMFT"Stadium
Green" CT0978-300
$135.00
✓


Nike Air Jordan 3 Retro"Wizards"
CT8532-148
$141.00
✓


Nike Air Jordan 3 Retro"Pine Green"
CT8532-030
$140.00
✓



### All sneakers

NIKE.ADIDAS…..

Grab The Deal Now

# 25 %

25% off coupon for first order

# NIKE



**Louis Vuitton X Nike Air Force 1 07 LV8"White/Khaki/LV Monogram" CV0670-100**

$152.00



**UNDEFEATED X Nike Air Force 1´07 Low"Beige/Grey" UN1988-666**

$130.00



**Nike Air Force 1'07 Low"Beige White/Dark Green/Reflective" LS0216-028**

$141.00



**Nike Air Force 1'07 Low"Khaki/White/Black" DV7186-700**

$118.00

# ADIDAS



**SHUKYU X E-WAX X Adidas Originals Handball Spezial"Brown" HP6694**

$100.00



**Adidas Clover EQUIPMENT+ Boost EQT+ HP2631**

$111.00



**Atmos X Adidas Originals Superstar"Denim Pack/Grey' GW3470**

$82.00



**Adidas Gazelle Indoor Trainers H06259**

$88.00

# Best selling products



**NIKE ACG Mountain Fly 2 Low"Black/White/Gold"ACG DV7903-113 NEW**

$130.00



**Tiffany & Co. X Nike Air Force 1 Low SP"1837"DZ1382-001**

$160.00



**Nike Air Max 90 Futura"Valentine's Day"FD4615-111**

$100.00



**KITH X Adidas Originals Samba OG"Classics Program" GY2544**

$76.00



**Adidas Originals Forum 84 Low GZ5046**

$130.00

✓

**Gucci GG Matelasse Leather Slide Sandal 694714 PKO60 1000**

$0.00

✓

**Gucci GG Matelasse Leather Slide Sanda 694714 GNO60 1000**

$0.00

✓

**Nike Air Jordan 1 Low SE"Black Lilac" DV1309-051**

$105.00

✓

Load More

# Latest Release

Posts

- Hello world!

# Sold all over the world

You can buy our products anywhere

Our R&D team and design team and headquarters



**Hongkong**
Headquarter

We can deliver to all valid addresses, don't worry about that

**worldwide**
Sales worldwide





Up to 40% OFF first order. ×

M

HOME MAN LADY KIDS ALL PRODUCTS ABOUT US CONTACT US BAGS WISH LIST

# ADIDAS(m)

SHOWING 1–12 OF 22 RESULTS

Sort by popularity

KITH X Adidas Originals Samba OG"Classics Program" GY2544

**$76.00**

Select options

Adidas Originals Forum 84 Low GZ5046

**$130.00**

Select options

SHUKYU X E-WAX X Adidas Originals Handball Spezial"Brown" HP6694

**$100.00**

Select options

Adidas Clover EQUIPMENT+ Boost EQT+ HP2631

**$111.00**

Select options

Atmos X Adidas Originals Superstar"Denim Pack/Grey' GW3470

**$82.00**

Select options

Adidas Gazelle Indoor Trainers H06259

**$88.00**

Select options

☆ ☆ ☆ ☆ ☆

Adidas Gazelle Indoor Trainers IG9979

$100.00

**Select options**

☆ ☆ ☆ ☆ ☆

Adidas Originals Samba ADV"Cardboard Black" HP9085

$82.00

**Select options**

☆ ☆ ☆ ☆ ☆

KITH X Clarks X Adidas Originals 8th Street Samba"Savannah" ID7298

$123.00

**Select options**

☆ ☆ ☆ ☆ ☆

Adidas Pure Boost 2023 Light"Triple Black" GZ5159

$123.00

**Select options**

☆ ☆ ☆ ☆ ☆

Adidas Originals Forum 84 Low FZ6342

$118.00

**Select options**

☆ ☆ ☆ ☆ ☆

Adidas Originals Samba Classic 034563

$88.00

**Select options**

**1** 2

NEXT →













Up to 40% OFF first order.

M

# KITH x Adidas Originals Samba OG"Classics Program" GY2544

**$76.00**

Size Chart

Size Chart

Originals Samba Series Gentleman Moral Training Football All-Match Leather Sneakers "Co-branded White Light Gray Red Tail Bronzing"

AD-SIZE

EURO36⅔(w)

Clear

– 1 + Add to cart

**SKU:** N/A

**CATEGORIES:** LADY, ADIDAS, ADIDAS(M), MAN, ORIGINALS, ORIGINALS (M) , SAMBA, SAMBA(M)

Share your love

DESCRIPTION ADDITIONAL INFORMATION REVIEWS (0)

## Description

Originals Recently, KITH and Adidas once again exposed the latest cooperation plan. Four pairs of joint shoes are on sale, namely FORUM LOW, POWERPHASE, HANDBALL, and Samba. We can see from the picture that not only the design is very simple this time, but also the color matching is quite low-key. The Vintage wind is directly full. It's crafted from panels of suede and leather throughout. Although it doesn't look conspicuous from the eye, the texture can be said to be quite high-end when you look closely. The absolute all-match king, a must-have item on sale!google

## Related products

Supreme X Nike SB Dunk Low"Rammellzee"FD8778-001

**$188.00**

Select options

Adidas Originals Forum 84 Exhibit Low GX4587

**$105.00**

Select options

Adidas Originals Forum 84 Exhibit Low GX4548

**$105.00**

Select options

Nike Air Jordan 4 Retro PE"Oregon Ducks Duckman"257-255275

**$195.00**

Select options

@2023 wechatp, Inc. copyright

# Cart

🔔 Please log into avail $1.14 cashback from this order.

🔔 Coupon code applied successfully.

| Product | | Quantity | Subtotal |
|---|---|---|---|
| | KITH x Adidas Originals Samba OG"Classics Program" GY2544 - EURO36½(w) $76.00 | − 1 + | $76.00 🗑 |

Coupon code    [Apply coupon]

Update cart

**25%** Cart discount
mfdguq9q

### Cart totals

| Subtotal | $76.00 |
|---|---|
| Coupon: mfdguq9q | -$19.00 [Remove] |
| Shipping | Flat rate: $0.10 |
| | Shipping to **KOWLOON**. |
| | Change address |
| Total | $57.10 |

Have a gift card?

Gift card number    [Apply]

Proceed to checkout

@2023 wechatp, Inc. copyright



Up to 40% OFF first order.

M

HOME MAN LADY KIDS ALL PRODUCTS ABOUT US CONTACT US BAGS WISH LIST

# Checkout

Pleaselog into avail$1.14cashback from this order.

**25%** Cart discount
mfdguq9q

Continue with **Google**

Continue with **TikTok**

OR

## Billing details

First name * [redacted]

Last name * [redacted]

Country / Region * United States (US)

Street address * [redacted]

[redacted]

Town / City * Parkland

State * Florida

ZIP Code * 33067

Phone * [redacted]

Email address * [redacted]

## Your order

| Product | Subtotal |
| --- | --- |
| KITH x Adidas Originals Samba OG"Classics Program" GY2544 - EURO36⅔(w) **× 1** | $76.00 |
| **Subtotal** | **$76.00** |
| **Coupon: mfdguq9q** | **-$19.00** [Remove] |
| **Shipping** | Flat rate: $0.10 |
| **Total** | **$57.10** |

- **USDT,BTC,ETH,Binance Pay**
- **Cryptomus**
- **PayPal**

Please do not remark any transaction commodity information. Give a gift like a friend. If you have any questions, please contact us on whatsapp!

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

Have a gift card?

Gift card number

Account username *

███████

Create account password *

••••••

Weak - Please enter a stronger password.

Hint: The password should be at least twelve characters long. To make it stronger, use upper and lower case letters, numbers, and symbols like ! " ? $ % ^ & ).

☐  **Ship to a different address?**

Order notes (optional)

Notes about your order, e.g. special notes for delivery.

Apply Gift Card

Place order



Report this link



New Business 

You've sent $57.10 USD to 郭 进兴

We'll let 郭 进兴 know you've sent it.

**Tell us how this transaction went**

Send More Money

Help    Contact    Fees    Security

About    Developers    Partners

English    Français    Español    中文



**Your Sneaker Mall order has been received!**

| | |
|---|---|
| **From:** | "My WordPress" <wechatp990@gmail.com> |
| **To:** | ███████████ |
| **Date:** | Aug 8, 2023 12:23:44 PM |



## Transaction details

August 8, 2023 at 12:25:36 PM PDT  |  Transaction ID: ███████████████

| | |
|---|---|
| Payment sent to 进兴 郭 | Gross amount |
| Payment Status: **Completed** | -$57.10 USD |
| Payment Type: Goods and Services | |

**Shipping address**

████████████
██████ ███████████
███
Parkland, FL 33067
UNITED STATES
Unconfirmed

**Tracking Information**

Add the tracking info for your physical packages to keep things
organized and help you benefit from seller protection. It is a win-win.

| Your Payment | |
|---|---|
| Gross Amount | -$57.10 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$57.10 USD |
| Contact info | 进兴 郭 |
| | The receiver of this payment is **Non-US - Verified** |
| | 2416557038@qq.com |
| Payment Sent to | 2416557038@qq.com |
| Funding details | Funding Type: Credit Card |
| | Funding Source: -$57.10 USD - VISA ending in x-███ |
| | This transaction will appear on your bill as PAYPAL *241655LVD6 |

Need help?

Go to the **Resolution Center** for help with this transaction, to settle a dispute or to open a claim.



Up to 40% OFF first order.

HOME      MAN ⌄      LADY ⌄      KIDS ⌄      ALL PRODUCTS ⌄      ABOUT US      CONTACT US      BAGS      WISH LIST

# Contact Us

Contact information and purchase tutorial

## How to register and buy USDT on Binance

How to Buy USDT on Binance 2021



Watch on ▶ YouTube

## How to transfer USDT

How to Transfer usdt from Binance to another wallet (



Watch on ▶ YouTube



### Physical Address

Kowloon, Hong Kong

### China Work Hours

Monday to Friday: 11am - 24pm Weekend: 11am - 24pm



### Email Address

wechatp990@gmail.com



### Phone Numbers

whtatsapp



# We'd love To Hear From You!

**First & Last Name** *

**Email Address** *

**Subject**

**Comment or Message** *

Send Message

E-commerce Store

mediumspots.com

Mediumspots | Extensive store for all high-quality products | Mediumspots

🌼Monthly Specials🌼    🎁Gifts&Toys    🔋Electronic    ⚽Sports🏀    🔨Tools🔨    🐾Pet Supplies    🚗Order Tracking





**🔥LAST DAY-50%OFF🔥Clean Earwax-Wi-Fi Visible Wax Removal Spoon, USB 1296P...**
⭐⭐⭐⭐⭐ (46)
$28.99   $59.98



**Lifelike Green Dragon Eye Dice**
⭐⭐⭐⭐⭐ (9)
$16.87   $48.99



**(New Year's Sale - 48% OFF🔥)Thickene...**
⭐⭐⭐⭐⭐ (5)
$6.98   $13.50



**Electric tooth cleaning instrument -Teet...**
⭐⭐⭐⭐⭐ (49)
$29.99   $49.99



**🎁 LAST DAY - 50% OFF🎁 Wireless Ear...**
⭐⭐⭐⭐⭐ (13)
$29.96   $69.99







❤️ Last Day Promotion 49% OFF🎀Casu...

⭐⭐⭐⭐⭐ (100)

$28.98  $49.99

🔥 LAST DAY 49% OFF🎲LED Flash Dice...

⭐⭐⭐⭐⭐ (0)

$49.98  $65.89

🎄 Christmas Promotion🎅Bodysuit Shapewear-Buy 3 Free Shipping

⭐⭐⭐⭐⭐ (0)

$23.99  $42.99





⚽FOOTBALL TABLE INTERACTIVE GAM...

⭐⭐⭐⭐⭐ (18)

$29.98  $41.96

CHRISTMAS PRE-SALE🎄Christmas...

⭐⭐⭐⭐⭐ (8)

$9.99  $16.99

## Subscribe to our news and get 10% off

Pay attention to our FACEBOOK homepage, we will update it regularly.

| email@example.com | SUBSCRIBE |



UNDERSTAND US

ABOUT US

CONTACT US

FAQS

PRIVACY POLICY

RETURN POLICY

SHIPPING INFORMATION

TERMS OF SERVICE

✅ www.mediumspots.com

**MEDIUMSPOTS**

✉ :  support@mediumspots.com

DMCA report © 2023 Mediumspots

OUR PAYING METHOD



# SEARCH

| Mediumspots™-2023 | FEATURED ▾ |

1 Product



Mediumspots™-2023 New Design Sport...
★★★★★ (31)
$34.98  $69.98

## UNDERSTAND US

ABOUT US

CONTACT US

FAQS

PRIVACY POLICY

RETURN POLICY

SHIPPING INFORMATION

TERMS OF SERVICE

DMCA report © 2023 Mediumspots

✅ www.mediumspots.com

✉ :  support@mediumspots.com

**OUR PAYING METHOD**

🇺🇸 USD    🌐 English                    **MEDIUMSPOTS**                    🔍 👤 🛒

🎃 Monthly Specials 🎃    🎁 Gifts&Toys    📗 Electronic    ⚙️ Sports 🔴    🔧 Tools 🔧    Pet Supplies    📦 Order Tracking



### Mediumspots™-2023 New Design Sports Backpacks

**$34.98**  $69.98

Buy 2 save 10%    Buy 3 save 15%    View more

**Color**

Black    Deep Blue    Gray    Blue    Yellow    Orange    Purple

**Quantity**

−  1  +

⭐ 167 visitors currently looking at this product

🔖 It's been recommended by 15.95K people on Facebook, Twitter and Instagram

🗒 12.95K Sold

🕑 Only 233 items left in stock

📦 🚚 Worldwide Free Shipping Over $45.99

🛒 ADD TO CART   -   $34.98

Pay with **PayPal**

*More payment options*

Guaranteed **SAFE** Checkout

🅿️ PayPal  VISA  MasterCard  DISCOVER  AMEX

• 😊 If you are not satisfied with the goods received, please contact us within 15 days after receipt, we will give you the best help!Please don't worry!
• 🔍 Fast refund Guarantee>> Partial or full refund depend on the situation.
• 🚚 Shipping>>Worldwide Express Shipping Available.
• ⏱ Handling time>> Priority is given to delivery after payment.



• Light & Large Capacity: The size of the backpack is 16.9"*13.4", which can accommodate most sports and daily items, such as basketball, gym clothes, swimming gear, sports towels, textbooks, shoes, etc.; the weight is only 0.83 lbs ( 0.38kg), very light.





- Multi-Pocket Design: Side mesh pockets with elastic straps on both sides of the sports bag backpack can accommodate water bottles, umbrellas; front pocket can store tissues and toiletries; the bottom is an independent shoe compartment;There is also an extra interior zippered pocket inside the rope bag, which is big enough to hold small valuables like sports watch, wallet, etc. to avoid the pickpockets





- Waterproof and Durable Materials: Our drawstring backpack bag is mainly made of high-density and durable material, and the inner lining is polyester, which is waterproof, can withstand daily wear and tear

**Lightweight and Waterproof**



• Widened Shoulder Straps and Adjustable Design: Our backpack shoulder straps are wider than ordinary drawstring shoulder straps, which can reduce the burden on your shoulders; in addition, the shoulder straps are adjustable and can be adjusted according to the length you need



**Waterproof and durable materials**
High quality materials to better protect the contents of your bag



**With Zipper Pulls**
Very easy to pull and saves you time in reaching for things



**Adjustable shoulder strap**

It can be adapted to the needs of different
people and you can adjust it to the length you
find comfortable



Drawstring Closure Design



Smooth zipper            Adjustable Shoulder Straps       High Density Oxford

- Great Helper for Going Out: The backpack is perfect for gym, sports, yoga, dance, travel, luggage,
  camping, hiking, teamwork, training, etc. It is a great gift for women, men and children

## Can be Used in a Variety of Scenarios



Feature:
The shoulder straps are padded and can be adjustable with loops,Grab top handle,Wearable and Durable.
Movement: Gym/swimming/outdoor sports
Gender: Men and Women
Material: Oxford
Size: L34*W15*H43CM  L13.38INCH*W5.9*H6.9INCH
Color: Orange, Black, Deep Blue, Yellow, Gray, Purple

Note 1: There might be slightly difference in color, because of the computer monitor settings.
Note 2: With the difference in the measurement method, please allow 1-3 cm in size deviation.
Note 3: New bag just come out from factory, therefore it will be a little smell



## Plenty of Space for What You Need



✅ Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers, please identify our products!



CLICK *ADD TO CART* TO ORDER YOURS NOW!

- We work **directly with manufacturers** all over the world to ensure **the best quality** of our products. We have a **Quality Control department** which helps us to keep our promise!
- **Price** is always **competitive.**
- **Awesome Customer Service**
- **Amazing products** along with **High Quality**
- Read **reviews** from our lovely customers

🌐 Worldwide Shipping +



## OUR GUARANTEE

📦 **Insured Worldwide Shipping:** Each order includes real-time tracking details and insurance coverage in the unlikely event that a package gets lost or stolen in transit.

💰 **Money-Back Guarantee:** If your items arrive damaged or become defective within 15 days of normal usage, we will gladly issue a replacement or refund.

✉️ **24/7 Customer Support:** We have a team of live reps ready to help and answer any questions you have within a 24-hour time frame, 7 days a week. Email: **support@localityi.com**

🔒 **Safe & Secure Checkouts:** We use state-of-the-art SSL Secure encryption to keep your personal and financial information 100% protected.



## AFTER SALE SERVICE

- We have 24/7/365 Facebook Messenger and email support.
- We strive to make our customers 100% satisfied with the product they buy. If you have any questions, please don't hesitate to email us, and we'll help you immediately.



**YOU MIGHT ALSO LIKE**

Don't Like These? ⌄



| BLACK | BUY 1 PC | White / Basic / BUY 1 |
| $28.99 $59.98 | $6.98 $13.50 | $29.99 $49.99 |
| ★★★★★ (46) | ★★★★★ (5) | ★★★★★ (49) |
| 🛒 ADD TO CART | 🛒 ADD TO CART | 🛒 ADD TO CART |

**Customer Reviews**

**4.94**
★★★★★
Based on 31 Reviews

| 5 ★ | ████████ | (29) |
| 4 ★ | | (2) |
| 3 ★ | | (0) |
| 2 ★ | | (0) |
| 1 ★ | | (0) |

WRITE A REVIEW



Localityi Shopper 🇨🇦 CA
★★★★☆
Exactly like the picture, good quality
helpful

S***y 🇮🇱 IL
★★★★★
The goods arrived quickly! The quality is great!
All as described! :)
helpful

Localityi Shopper 🇲🇽 MX
★★★★★
Very practical. Excellent quality.
helpful

Localityi Shopper 🇺🇦 UA
★★★★★
The package arrived earlier than two weeks.
The quality is excellent, very roomy. Buy, will
not regret. Ordered in three colors. Seller
Thank you so much‼
helpful

A***a 🇨🇱 CL
★★★★★
Very good material.
helpful

**L***e** ⬤ BR

★★★★★

I liked it very much. Spacious and very good material even

helpful



**T***g** ⚞ IL

★★★★★

amazing!

helpful

**F***i** 🇸🇬 SG

★★★★★

Good quality, as per product description. I like it. Just one feedback that it's not easy to put a pair of men's shoes into the shoe section at the bottom of the bag. But that's ok, I still like it and use it as a compact gym bag. Ships very fast too!

helpful

‹  **1**  2  3  4  ...  5  ›



**UNDERSTAND US**

ABOUT US

CONTACT US

FAQS

PRIVACY POLICY

RETURN POLICY

SHIPPING INFORMATION

TERMS OF SERVICE

DMCA report © 2023 Mediumspots

✅ www.mediumspots.com

**MEDIUMSPOTS**

✉ :  support@mediumspots.com

**OUR PAYING METHOD**





Main Pocket

Side Mesh Pockets

Internal Pocket

Front Pocket













USD English

MEDIUMSPOTS

Monthly Specials | Gifts&Toys | Electronic | Sports | Tools | Pet Supplies | Order Tracking

## SHOPPING CART

| PRODUCT | QUANTITY | PRICE |
|---|---|---|
|  Mediumspots™-2023 New Design Sports Backpacks<br>Black | – 1 +<br>REMOVE | $34.98 |

Total $34.98

Taxes and shipping calculated at checkout

CHECK OUT

PayPal

## YOU MIGHT ALSO LIKE

Don't Like These?

BLACK

$28.99 ~~$59.98~~

★★★★★(46)

ADD TO CART

BUY 1 PC

$6.98 ~~$13.50~~

★★★★★(5)

ADD TO CART

White / Basic / BUY 1

$29.99 ~~$49.99~~

★★★★★(49)

ADD TO CART

UNDERSTAND US

- ABOUT US
- CONTACT US
- FAQS
- PRIVACY POLICY
- RETURN POLICY
- SHIPPING INFORMATION
- TERMS OF SERVICE

www.mediumspots.com

MEDIUMSPOTS

support@mediumspots.com

DMCA report © 2023 Mediumspots

OUR PAYING METHOD

# Mediumspots



Express checkout

**PayPal**

OR

## Contact information
Already have an account? Log in

Email
☐ Email me with news and offers

## Shipping address

Country/Region
United States (US)

First name

Last name

Address

Apartment, suite, etc. (optional)

City
Miami

State
Florida

ZIP code
33162

+1  Phone

☑ Save this information for next time

## Shipping method

◉ Standard Shipping    $ 8.99

◯ VIP-Fast Shipping    $ 14.99

☑ Add Shipping Insurance to your order $ 1.05 ⓘ

## Payment method
All transactions are secure and encrypted.

◉ **PayPal**

After clicking "Complete order", you will be redirected to PayPal to complete your purchase securely.

◯ Credit card    JCB  VISA  AMEX  Mastercard  Diners  Discover

‹ Return to cart    **Complete order**



Mediumspots™-2023 New Design
Sports Backpacks        $ 34.98
Black

Coupon code    Apply

Subtotal              $ 34.98
Shipping Insurance    $ 1.05
Shipping              $ 8.99

Total        USD  $ 45.02

All rights reserved Mediumspots
mediumspots*UK



"https://www.mediumspots.com/checkouts/7a7cb95de58a7fde7915c0ad8427942d?token=0UG12416U5161372C","paymentAction": "sale","paymentToken":
"0UG12416U5161372C","merchantID": "CG9NAJS5W6GUY"};</script><!-- build:js inline --><!-- build:[src] js/ --><script
nonce="MEtW8B9d1bndIE6FxVAfnaftvayjhLdMhsMqYp7uD44MgNfP"
src="https://www.paypalobjects.com/web/res/ef6/734cc252203c47a6b40f489ffa52d/js/checkout-split.js"></script><!-- /build --><!-- /build -->
<script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="MEtW8B9d1bndIE6FxVAfnaftvayjhLdMhsMqYp7uD44MgNfP">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3A3A%3A%3Alogin&page=main3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1692390861111&calc=f1787804047fc&nsid=7
rVLXEJ7TaJ8Cg8XI11DHf6f-
sXW8SJ6&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=a76c3cbcd7f64e5189d940bb7d204b80&comp=unifiedloginnodeweb&tsrce=unifiedloginnode
web&cu=1&gacook=1329898816.1687810725&ef_policy=global&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_p
wd&userRedirected=true&fltk=0UG12416U5161372C&flid=0UG12416U5161372C&xe=101090%2C101736%2C101216%2C101270%2C104200%2C100644%2C106057%2C108
141%2C102208%2C108076&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C138360%2C108106%2C138090&ctx_login_ot_content=0&ob
ex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=succ
ess%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=0UG12416U5161372C&ctx_l
ogin_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2Fhermes',url:'https:\/\/t.paypal.com/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions =
{...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core
= PAYPAL.core || {};    PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);                }}());</script><noscript><img
src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3A3A%3A%3Alogin&page=main3Aunifiedlogin%3A%3A%3Alogin%3A%3A%3A&pgst=1692390861111&calc=f1787804047fc&nsid=7
rVLXEJ7TaJ8Cg8XI11DHf6f-
sXW8SJ6&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=a76c3cbcd7f64e5189d940bb7d204b80&comp=unifiedloginnodeweb&tsrce=unifiedloginnode
web&cu=1&gacook=1329898816.1687810725&ef_policy=global&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_p
wd&userRedirected=true&fltk=0UG12416U5161372C&flid=0UG12416U5161372C&xe=101090%2C101736%2C101216%2C101270%2C104200%2C100644%2C106057%2C108
141%2C102208%2C108076&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C138360%2C108106%2C138090&ctx_login_content_fetch=0&ob
ex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=succ
ess%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=0UG12416U5161372C&ctx_l
ogin_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="MEtW8B9d1bndIE6FxVAfnaftvayjhLdMhsMqYp7uD44MgNfP">

```
  (function() {
      function loadScript(url, attributes) {
          var scriptTag = '<scr' + 'ipt src="' + url + '" ' + (attributes || '') + '></scr' + 'ipt>';
          document.write(scriptTag);
      }

      function loadV4() {
          if (!window.name || window.name.indexOf('xcomponent') !== 0) {
              return;
          }

          var version = window.name.split('__')[2].replace(/_/g, '.');

          if (!version.match(/^[0-9a-zA-Z.]+$/)) {
              return;
          }

          if (version === '4' || version === 'latest') {
              version = '';
          }

          var url = 'https://www.paypalobjects.com/api/checkout' + (version ? ('.' + version) : '') + '.js';
          var attributes = 'data-paypal-checkout data-no-bridge';

          loadScript(url, attributes);
      }

      function loadV5() {
          var ancestor = (window.parent && window.parent !== window)
              ? window.parent
              : window.opener;

          if (!ancestor || !ancestor.document) {
              return;
          }

          var v5script = ancestor.document.querySelector('script[src*="/sdk/js"]');

          if (!v5script || !v5script.src) {
              return;
          }

          loadScript(v5script.src);
      }

      try {
          if (window.paypal && window.paypal.version) {
              return;
          }

          loadV4();
          loadV5();
      } catch (err) {
          return;
      }
  })();
```

      </script><script async id="grcv3enterpriseframetag" data-key=6LdCCOUUAAAAAHTE-Snr6hi4HJGtJk_d1_ce-gwB data-
action=unifiedloginnodeweb data-sessionId=_sessionId=7rVLXEJ7TaJ8Cg8XI11DHf6f-sXW8SJ6 data-
src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-submitURL=/auth/verifygrcenterprise data-

 USD    🌐 English     MEDIUMSPOTS    🔍 👤 🛒

✳️Monthly Specials✳️    🎁Gifts&Toys    📱Electronic    ⚙️Sports🏀    🔧Tools🔧    🐾Pet Supplies    🧭Order Tracking

## CONTACT US

If you have any inquiries, be sure to check our FAQ page to see if your questions

have already been answered!

Hit us up with any comments or suggestions to help us improve our services!

We're always happy to help!

Thanks for your visit! If you have any problem, please contact us!

Our email address is:
support@mediumspots.com

Our office hours are 9:00 a.m. to 5:00 p.m. – we reply to most emails within one working day, but if you don't get a response from us, please check your spam bin!

The address:

Email: support@mediumspots.com

NOTE:

If you need to return please contact our customer service FIRST: support@mediumspots.com. Please DO NOT send your item directly to this address. This will cause the return to fail.



**UNDERSTAND US**

ABOUT US

CONTACT US

FAQS

PRIVACY POLICY

RETURN POLICY

SHIPPING INFORMATION

TERMS OF SERVICE

✅ www.mediumspots.com

MEDIUMSPOTS

✉ :  support@mediumspots.com

DMCA report © 2023 Mediumspots

**OUR PAYING METHOD**

E-commerce Store


oneshop2.top

Great sale of UP to 70% OFF

**SPORTJERSEY**    Search

Home    Add WhatsApp and there are great offers waiting for you! !    Vapor Limited    Football Jerseys ⌄    Baseball Jerseys ⌄

More link



# Please add WhatsApp below to get buy 2 get 1 free discount



## TOP SELLERS                                                View all



CERTIFIED SECURE







**Men's New York Mets Max Scherzer White Home Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

**Men's New York Mets Daniel Vogelbach White Home Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

**Men's New York Mets Starling Marte Royal Alternate Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

**Men's New York Mets Max Scherzer Royal Alternate Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45







**Men's New York Mets Starling Marte White Home Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

**Men's New York Mets Daniel Vogelbach Royal Alternate Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

**Men's New York Mets Eduardo Escobar White Home Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

**Men's New York Mets Eduardo Escobar Royal Alternate Replica Player Jersey**

$ 35.68  $ 106.13

Save $ 70.45

## HOT SALES

View all









**Custom San Diego Padres Brown Replica Jersey**

$ 34.45  $ 115.41

Save $ 80.96

**Custom San Diego Padres White Home Replica Player Jersey**

$ 34.45  $ 115.41

Save $ 80.96

**Custom San Diego Padres Tan Alternate Jersey**

$ 34.45  $ 115.41

Save $ 80.96

**Custom Atlanta Falcons Black Vapor Limited Jersey**

$ 33.82  $ 123.35

Save $ 89.53

## SUPPER DEALS

View all







**Men's New York Jets Sauce Gardner Gotham Green Vapor Limited Jersey**

$ 35.80  $ 129.98

Save $ 94.18

**New York Jets Sauce Gardner Stealth Black Vapor Limited Jersey**

$ 35.80  $ 129.98

Save $ 94.18

**Men's Kansas City Chiefs Kadarius Toney Red Vapor Limited Jersey**

$ 35.80  $ 129.98

Save $ 94.18

**Men's Indianapolis Colts Jonathan Taylor Black RFLCTV Limited Jersey**

$ 40.56  $ 145.93

Save $ 105.37



TRUSTED STORE



**Worldwide Delivery**

Fast Shipping to over 200+
countries, Package Location
Tracking Online.

**Safe Payment**

Secure Payment VIA Paypal,
Don't keep any cards information.

**Buyer Protection**

7-day Satisfaction Guarantee,
Full Refund if dont receive
orders.

**CHAT WITH US**

We offer 24-hour chat support.

Sign up now, great discounts are waiting for you !

Email    subscription

**Company Policies**

PRIVACY POLICY

SHIPPING POLICY

RETURN POLICY

TERM OF SERVICE

**Company info**

ABOUT US

CONTACT US

PAYMENT METHODS

**Customer Service**

WhatsApp: +086 186 4971 9141

WhatsApp : +086 181 5902 8710

sportjerseysale@outlook.com

USD ▾

Copyright © 20006-2022 Shop INC. All Right Reserved.



Great sale of UP to 70% OFF

SPORTJERSEY Search

Home | Add WhatsApp and there are great offers waiting for you! ! | Vapor Limited | Football Jerseys | Baseball Jerseys

More link

# Search

adidas SEARCH

44 results found for "adidas"

Sort by Price, low to high

Men's Vegas Golden Knights 71 William Karlsson adidas Gold Alternate Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Vegas Golden Knights 71 William Karlsson adidas White Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Washington Capitals 77 TJ Oshie adidas Red Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Toronto Maple Leafs 34 Auston Matthews adidas Blue Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Louis Blues 91 Vladimir Tarasenko adidas Royal Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 88 Brent Burns adidas Teal Home Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Ottawa Senators adidas Black Home Authentic Custom Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 88 Brent Burns adidas Black Alternate Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 65 Erik Karlsson adidas Black Alternate Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Nashville Predators 9 Filip Forsberg adidas Gold Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 65 Erik Karlsson adidas Teal Home Authentic Team Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Nashville Predators 59 Roman Josi adidas Gold Home Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

1 2 3 4

TRUSTED STORE

CERTIFIED SECURE

## You May Like



**DEAL**

**Men's Arizona Diamondback...**
$ 35.68  ~~$ 106.13~~

Quick shop

**DEAL**

**Men's Toronto Blue Jays 11 ...**
$ 35.68  ~~$ 106.13~~

Quick shop

**DEAL**

**Men's Carolina Panthers Jer...**
$ 35.64  ~~$ 119.30~~

Quick shop

**DEAL**

**Women's Dallas Co...**
$ 34.05  ~~$ 114.07~~

Quick sho

**Sign up now, great discounts are waiting for you !**

Email    subscription

**Company Policies**

PRIVACY POLICY

SHIPPING POLICY

RETURN POLICY

TERM OF SERVICE

**Company info**

ABOUT US

CONTACT US

PAYMENT METHODS

**Customer Service**

WhatsApp: +086 186 6071 9141

WhatsApp: +086 181 5902 8710

sportjerseysale@outlook.com

USD  ▾

Copyright © 2006-2022 Shop INC. All Right Reserved.

TRUSTED STORE





Great sale of UP to 70% OFF

**SPORTJERSEY** Search

Home | Add WhatsApp and there are great offers waiting for you! ! | Vapor Limited | Football Jerseys | Baseball Jerseys | More link

Home / Men's Toronto Maple Leafs 34 Auston Matthews adidas Blue Authentic Player Jersey

Hurry up! Sale ends in 00 hrs 35 mins 00 secs

# Men's Toronto Maple Leafs 34 Auston Matthews adidas Blue Authentic Player Jersey

$ 47.68 ~~$ 156.88~~ Save $ 109.20

-$ 10.00 GET

only 17 left in stock

37 people are viewing this right now

353 people has purchased this in 7 days

Size

44

Customize the product

Customized

please input ...

Quantity

– 1 +

ADD TO CART | BUY IT NOW

Inquiry

Add 2 items to get 1 free gift(s)
View the gift offer >>

Men's Detroit Pistons Jaden Ivey Blue 2022...
$ 0.00 ~~$ 34.49~~

Men's Washington Nationals White Replica...
$ 0.00 ~~$ 35.88~~

Men's Washington Nationals Gray 2022 City...

Show More

TRUSTED STORE | oneshop2.top

99% Issue-Free | Secure Checkout | $10K ID Protect

GUARANTEED SAFE CHECKOUT

PayPal | VISA | mastercard | AMERICAN EXPRESS | Diners Club | JCB | DISCOVER | 100% Satisfaction Guarantee | FAST SHIPPING | McAfee | norton

**Detail** | Customer Reviews

Material: 100% Polyester
adizero technology is lightweight for breathability and mobility
Team logo on center chest
Features adidas Clima® technology to deliver breathability and enhanced performance
NHL® Shield patch sewn to bottom of front-collar fabric insert
adidas brand logo at bottom left
Ventilated mesh panel inserts
Tagless collar for added comfort
Embroidered adidas applique on center back neck

TRUSTED STORE

## You May Like



| DEAL | DEAL | DEAL | DEAL |
|---|---|---|---|
| Men's Washington Capitals ... | Men's Los Angeles Lakers L... | Men's Cincinnati Reds Gray ... | Men's Seattle Mariners Ken ... |
| $ 47.68  $156.88 | $ 34.49  $102.14 | $ 34.48  $149.99 | $ 35.68  $195.13 |
| Quick shop | Quick shop | Quick shop | Quick shop |

← BACK

Sign up now, great discounts are waiting for you !    Email    subscription

| Company Policies | Company info | Customer Service |
|---|---|---|
| PRIVACY POLICY | ABOUT US | WhatsApp: +086 180 4071 9141 |
| SHIPPING POLICY | CONTACT US | WhatsApp: +086 181 5902 8710 |
| RETURN POLICY | PAYMENT METHODS | sportjerseysale@outlook.com |
| TERM OF SERVICE | | |

USD ▾

Copyright © 20006-2022 Shop INC. All Right Reserved.

oneshop2.top/products/men-s-toronto-maple-leafs-34-auston-matthews-adidas-blue-authentic-player-jersey?data_from=search_detail

Case 0:23-cv-62185-RS   Document 8-5   Entered on FLSD Docket 11/27/2023   Page 237 of 356

Great sale of UP TO 70% OFF

SPORTJERS

Home     Add Wha

More link

Home / Men's Toro









SPORTJERSEY

Your cart is reserved for **02:48** minutes!

Email

Already have an account? Log in

Email
[redacted]

Email me with news and offers

Shipping Address

First name
[redacted]

Last name
[redacted]

Address
[redacted]

Apartment, suite, etc. (Optional)

United States

Florida

Postal code
33411

City
West Palm Beach

Phone
[redacted]

Shipping Method

| | |
|---|---|
| USPS/DHL | $ 15.00 |
| Fedex (6-10 days ) 6-10 days delivery | $ 40.00 |

Payment Method

Credit Card

PayPal

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

Other Information

Remark

Billing Address

Select the address that matches your card or payment method.

Same as shipping address

Use a different billing address

Return to cart

Continue to Payment

TRUSTED STORE

SECURE PAYMENT

Terms of service Shipping policy Return policy Privacy policy

Men's Toronto Maple Leafs 34 Auston Matthews adidas Blue Authentic Player... $ 47.68

Size: 44

Coupon Code APPLY

| | |
|---|---|
| Subtotal | $ 47.68 |
| Shipping Cost | $ 15.00 |
| Total Price | $ 62.68 |

GUARANTEED SAFE CHECKOUT

吴 嘉滢
@wjy1993

$ 62.68

USD

Send

Report this link

HELP    CONTACT US    SECURITY    FEES

©1999-2022 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? Learn more and manage your cookies

Yes, Accept Cookies



**SPORTJERSEY**

Search

Home    Add WhatsApp and there are great offers waiting for you! !    Vapor Limited    Football Jerseys ⌄    Baseball Jerseys ⌄

More link

# Contact Us

Mail Address: sportsjerseysale@outlook.com

Welcome to have any inquiry at any time! we also accept bulk orders. If anyone have a large order of the jerseys, please feel free to contact us by email, we will give a satisfactory price.

**Sign up now, great discounts are waiting for you !**

Email

subscription

### Company Policies

PRIVACY POLICY

SHIPPING POLICY

RETURN POLICY

TERM OF SERVICE

### Company info

ABOUT US

CONTACT US

PAYMENT METHODS

### Customer Service

WhatsApp: +086 186 4971 9141

WhatsApp : +086 181 5902 8710

sportjerseysale@outlook.com

USD ⌄

Copyright © 20006-2022 Shop INC. All Right Reserved.



E-commerce Store

ympickshoes.top

Holiday Sale Offers: More than 60% OFF

## YMSNEAKERS

Search

AJSneakers ⌄   YEE·ZY ⌄   DUNK ⌄   OFF WHITE   Bag   Jersey



High-quality sneakers factory-made

Copy link



Watch on ▶ YouTube

## Please add WhatsApp below to get buy 2 get 1 free discount



Click to join YMsneakrs
**Discord**
Discuss with everyone



Tik Tok
Click to join



Instagram
Click to join







## Recommended to buy

View all



**SB x Air Jordan 4 Retro SP Pine Green**

$ 109.00 ~~$ 270.00~~



**Jordan 4 Retro Military Black**

$ 99.00 ~~$ 354.25~~



**JORDAN 4 RETRO Black Cat 2020**

$ 99.00 ~~$ 450.65~~



**JORDAN 4 RETRO Metallic Pack Purple**

$ 122.55 ~~$ 430.79~~



**JORDAN 4 RETRO Metallic Pack Orange**

$ 122.33 ~~$ 430.07~~



**JORDAN 4 RETRO AND White Cement**

$ 122.33 ~~$ 397.57~~



**JORDAN 4 RETRO Fire Red 2020**

$ 124.25 ~~$ 430.31~~



**Jordan 4 Red Thunder**

$ 122.22 ~~$ 429.72~~

---

**Worldwide Delivery**

Fast Shipping to over 200+ countries, Package Location Tracking Online.

**Security Payment**

Secure Payment VIA Paypal, Don't keep any cards information.

**Buyer Protection**

7-day Satisfaction Guarantee, Full Refund if dont receive orders.

**Chat With Us**

We offer 24-hour chat support.

---

Sign up now, great discounts are waiting for you !

Email | subscription

**Service Center**

Shipping policy

Return policy

Privacy policy

Terms of service

**Company Info**

About Us

Contact Us

Customer Reviews

**USD ▾**

© 2023 SHIEN BR





Holiday Sale Offers: More than 60% OFF

YMSNEAKERS    Search

AJSneakers ⌄    YEE-ZY ⌄    DUNK ⌄    OFF WHITE    Bag    Jersey

# YEEZY 350

**59 Products**    Sort by    Best selling ⌄



YEEZY BOOST 350 V2 Beluga
$ 100.00   $ 325.00

YEEZY BOOST 350 V2 2017 Release
$ 103.00   $ 334.75

YEEZY BOOST 350 V2 Bred
$ 100.00   $ 325.00

YEEZY BOOST 350 V2 REFLECTIVE Yeezreel
$ 122.22   $ 307.22

YEEZY BOOST 350 V2 Butter
$ 122.50   $ 308.13

YEEZY BOOST 350 V2 ASH BLUE SNEAKERS
$ 120.56   $ 301.82

YEEZY BOOST 350 V2 Copper
$ 122.12   $ 306.00

YEEZY BOOST 350 V2 REFLECTIVE Lundmark
$ 122.22   $ 307.22

YEEZY BOOST 350 V2 Cloud White
$ 123.33   $ 400.02

Yeezy Boost 350 V2 Core Black Red
$ 124.02   $ 403.07

YEEZY BOOST 350 V2 Ash Stone
$ 122.42   $ 307.07

YEEZY BOOST 350 V2 Tail Light
$ 121.23   $ 304.00

‹  1  2  3  4  5  ›

## You May Like



DEAL
Jordan 12 Retro Black C...
$ 125.00   $ 438.75
Quick shop

DEAL
JORDAN 1 MID SE Lakers
$ 121.88   $ 306.11
Quick shop

DEAL
NIKE SB DUNK LOW 7 Ei...
$ 120.48   $ 391.56
Quick shop

DEAL
NIKE WMNS DUN...
$ 125.00   $ 406.25
Quick shop

Sign up now, great discounts are waiting for you !   Email   subscription

**Service Center**    **Company Info**

Shipping policy    About Us

Return policy    Contact Us

Privacy policy    Customer Reviews

Terms of service

USD ⌄

© 2023 SHIEN BR







**Holiday Sale Offers: More than 60% OFF**

YMSNEAKERS Search

Home AJSneakers YEE-ZY DUNK OFF WHITE Bag Jersey

Home / YEEZY 500 / YEEZY 500 Bone White

K*****l bought this item

Hurry up! Sale ends in 00 hrs 00 mins 25 secs

# YEEZY 500 Bone White

**Brand: Adidas The adidas Yeezy 500 ??Bone White?? is a refreshingly minimal take on the early-aughts basketball-inspired sneaker from adidas and Kanye West. The adidas Yeezy 500 is one of the more popular designs under the Yeezy umbrella thanks to it**

**$ 116.89** ~~$ 379.89~~

-$ 30.00 GET

Click to get the coupon codes, buy 2 get 1 free jersey

-$ 30.00
Buy 3+ items
ymsneakers12

How to Use

Size

US M 7= US W 8=EUR40

Quantity

– 1 +

ADD TO CART BUY IT NOW

TRUSTED STORE | www.ympickshoes.top

99% Issue-Free | Secure Checkout | $10K ID Protect

GUARANTEED SAFE CHECKOUT

PayPal VISA mastercard AMERICAN EXPRESS Diners Club JCB DISCOVER 100% Satisfaction Guarantee FAST SHIPPING McAfee norton

## Send your questions

Please fill the form to contact us and we'll get back to you right away!

*Full Name
please input...

*Email
please input...

Post title
please input...

*Message
please input...

*Code
please input...

Submit

## COMMON FAQS

What Should I do after payment?

When will my purchased shoes deli vered

How can I track my package?

TRUSTED STORE

Do I need to pay tax on my goods?

My area is a remote place.can u deliver it normally?

I need expedited delivery of my goods

How to pay?

Is my payment at risk?

What items included in my purchased package?

**Detail**    Customer Reviews



CERTIFIED SECURE





## You May Like



DEAL | DEAL | DEAL | DEAL

JORDAN 1 RETRO HIGH ...    NIKE BLAZER MID Sacai...    Nike Kobe 10 Elite Low ...    YEEZY BOOST 350 V2 M...

$ 123.99  $ 402.97       $ 148.00  $ 481.00       $ 154.00  $ 500.50       $ 123.23  $ 400.50

Quick shop | Quick shop | Quick shop | Quick shop

Sign up now, great discounts are waiting for you !    Email    subscription

**Service Center**    **Company Info**

Shipping policy    About Us

Return policy    Contact Us

Privacy policy    Customer Reviews

Terms of service

USD ·

© 2023 SHIEN BR



ympickshoes.top/collections/yeezy-500/products/yeezy-500-bone-white?data_from=collection_detail

Holiday Sale Offers: More than 60% OFF



ympickshoes.top/collections/yeezy-500/products/yeezy-500-bone-white?data_from=collection_detail

Holiday Sale Offers: More than 60% OFF



ympickshoes.top/collections/yeezy-500/products/yeezy-500-bone-white?data_from=collection_detail

Holiday Sale Offers: More than 60% OFF



# SNEAKERS



🔒 Your cart is reserved for **04:23** minutes!

🛍 Got **$ 5.00** OFF already! Add **$ 83.11** to get **$ 10.00** OFF

0          $ 100.00          $ 200.00          $ 300.00

🎁 Click to get the coupon codes，buy 2 get 1 free jersey

**-$ 30.00**
Buy 3+ items

ymsneakers12

How to Use

If you have any questions, you can add WhatsApp to contact us
WhatsApp：+86 18159028710
Buy 2 get 1 nba jerseys, sneakers buy 6 get 1

## Email

Already have an account? Log in

Email

☑ Email me with news and offers

## Shipping Address

First name

Last name

Address

Apartment, suite, etc. (Optional)

United States

Florida

Postal code
33411

City
West Palm Beach

Phone

## Shipping Method

⊙ USPS(8-15Days)          $ 20.00

## Tip

☐ Show your support for our team

## Payment Method

⊙ PayPal          AMEX  MasterCard  VISA  ⋯

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

AMEX  MasterCard  VISA  Apple Pay

○ Credit Card          AMEX  MasterCard  VISA  ⋯



ℹ YEEZY 500 Bone White          $ 116.89
Size: US M 7= US W 8=EUR40

Coupon Code          APPLY

Subtotal                    $ 116.89
Promotion Discount          $ -5.00
Shipping Cost               $ 20.00

Total Price                 $ 131.89

If you have any questions, you can add WhatsApp to contact us
WhatsApp：+86 18159028710
Buy 2 get 1 nba jerseys, sneakers buy 6 get 1

**GUARANTEED SAFE CHECKOUT**

PayPal  VISA  mastercard  AMERICAN EXPRESS
Diners Club  JCB  DISCOVER  
100% Satisfaction Guarantee  FAST SHIPPING  McAfee  norton





### Billing Address

Select the address that matches your card or payment method.

- ◉ Same as shipping address
- ○ Use a different billing address

‹ Return to cart                    **Continue to Payment**



✅ **TRUSTED STORE**

SECURE PAYMENT

TERMS & CONDITIONS    Shipping policy    RETURN POLICY    PRIVACY POLICY    Terms of service
Shipping policy    Return policy    Privacy policy    Terms of service    Shipping policy    Return policy
Privacy policy    Terms of service    Shipping policy    Return policy    Privacy policy

Powered by SalesSmartly

# SNEAKERS

Cart > One-page checkout > **Payment**

⏳ Your cart is reserved for **03:58** minutes!

If you have any questions, you can add WhatsApp to contact us

WhatsApp: +86 18159028710

Buy 2 get 1 nba jerseys, sneakers buy 6 get 1

| Order | ▇▇▇▇▇▇ | |
|-------|--------|--|
| Payment | PayPal | Change |



✅ **TRUSTED STORE**
SECURE PAYMENT

TERMS & CONDITIONS    RETURN POLICY    PRIVACY POLICY    Terms of service
Shipping policy    Return policy    Privacy policy    Shipping policy    Return policy
Privacy policy    Terms of service    Shipping policy    Return policy    Privacy policy



| YEEZY 500 Bone White | $ 116.89 |
|---|---|
| Size: US M 7= US W 8=EUR40 | |

| Subtotal | $ 116.89 |
|---|---|
| Promotion Discount | $ -5.00 |
| Shipping Cost | $ 20.00 |
| **Total Price** | **$ 131.89** |

If you have any questions, you can add WhatsApp to contact us

WhatsApp: +86 18159028710

Buy 2 get 1 nba jerseys, sneakers buy 6 get 1

**GUARANTEED SAFE CHECKOUT**







Log in

吴 嘉滢
@wjy1993

$ 131.89

USD

Send

Report this link

HELP    CONTACT US    SECURITY    FEES

©1999-2022 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads?

Learn more and manage your cookies

Yes, Accept Cookies

https://www.paypal.com/paypalme/wjy1993/131.89USD



Holiday Sale Offers: More than 60% OFF

YMSNEAKERS

Search

Home    AJSneakers ⌄    YEE-ZY ⌄    DUNK ⌄    OFF WHITE    Bag    Jersey

# Contact Us

**If you have any questions or concerns, please do not hesitate to contact us.**
**We would love to hear from you, contact us on:**
**Email:buynewsneaker@outlook.com**
**WhatsApp：+86 18159028710**

**Sign up now, great discounts are waiting for you！**

Email

subscription

**Service Center**          **Company Info**

Shipping policy          About Us

Return policy          Contact Us

Privacy policy          Customer Reviews

Terms of service

**USD** ⌄
**© 2023 SHIEN BR**





LV Trainer Black White
J*****k from 🇺🇸 United States
bought this item
May 10, 07:11





**Complete Your Purchase**
1 message

**sneakers** <buynewsneakers@outlook.com>                                                          Wed, May 10, 2023 at 11:54 AM
Reply-To: sneakers <buynewsneakers@outlook.com>
To: ▌▌▌▌▌▌▌▌



# SNEAKERS                                                  2023-05-10 13:54:08

## Complete Your Purchase

Hi ▌▌▌▌▌▌
You added items to your shopping cart and haven't completed your purchase. You can complete it now while they're still available.

[ View Your Order ]    OR    Visit Our Store

**Order Number.** ▌▌▌▌▌▌

**YEEZY 500 Bone White**
Size: US M 7= US W 8=EUR40
$ 116.89 * 1 = $ 116.89

| | |
|---|---|
| Subtotal: | $ 116.89 |
| Promotion Discount: | $ -5.00 |
| Shipping Cost: | $ 20.00 |
| Total Price: | $ 131.89 |

## Customer information

**Shipping method**
USPS(8-15Days)

**Payment method**
PayPal

**Shipping address**
▌▌▌▌▌▌
West Palm Beach Florida 33411
United States
▌▌▌

**Billing address**
▌▌▌▌▌▌
▌▌▌▌▌▌
▌▌▌▌
▌▌

If you have any questions, reply to this email contact us at buynewsneakers@outlook.com.

©2023 sneakers

E-commerce Store

ymsport.top

Great sale of UP to 70% OFF

**SPORTJERSEY**

Search

Home      Add WhatsApp and there are great offers waiting for you! !      Vapor Limited      Football Jerseys      Baseball Jerseys

More link



# Please add WhatsApp below to get buy 2 get 1 free discount



## TOP SELLERS

View all



TRUSTED STORE

CERTIFIED SECURE





**Men's New York Mets Max Scherzer White Home Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

**Men's New York Mets Daniel Vogelbach White Home Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

**Men's New York Mets Starling Marte Royal Alternate Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

**Men's New York Mets Max Scherzer Royal Alternate Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45




**Men's New York Mets Starling Marte White Home Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

**Men's New York Mets Daniel Vogelbach Royal Alternate Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

**Men's New York Mets Eduardo Escobar White Home Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

**Men's New York Mets Eduardo Escobar Royal Alternate Replica Player Jersey**
**$ 35.68** $ 106.13
Save $ 70.45

## HOT SALES

View all






**Custom San Diego Padres Brown Replica Jersey**
**$ 34.45** $ 115.41
Save $ 80.96

**Custom San Diego Padres White Home Replica Player Jersey**
**$ 34.45** $ 115.41
Save $ 80.96

**Custom San Diego Padres Tan Alternate Jersey**
**$ 34.45** $ 115.41
Save $ 80.96

**Custom Atlanta Falcons Black Vapor Limited Jersey**
**$ 33.82** $ 123.35
Save $ 89.53

## SUPPER DEALS

View all






**Men's New York Jets Sauce Gardner Gotham Green Vapor Limited Jersey**
**$ 35.80** $ 129.98
Save $ 94.18

**New York Jets Sauce Gardner Stealth Black Vapor Limited Jersey**
**$ 35.80** $ 129.98
Save $ 94.18

**Men's Kansas City Chiefs Kadarius Toney Red Vapor Limited Jersey**
**$ 35.80** $ 129.98
Save $ 94.18

**Men's Indianapolis Colts Jonathan Taylor Black RFLCTV Limited Jersey**
**$ 40.56** $ 145.93
Save $ 105.37



TRUSTED STORE



**Worldwide Delivery**

Fast Shipping to over 200+ countries, Package Location Tracking Online.

**Safe Payment**

Secure Payment VIA Paypal, Don't keep any cards information.

**Buyer Protection**

7-day Satisfaction Guarantee, Full Refund if dont receive orders.

**CHAT WITH US**

We offer 24-hour chat support.

CERTIFIED SECURE

Sign up now, great discounts are waiting for you !

| Email | subscription |

**Company Policies**

PRIVACY POLICY

SHIPPING POLICY

RETURN POLICY

TERM OF SERVICE

**Company info**

ABOUT US

CONTACT US

PAYMENT METHODS

**Customer Service**

WhatsApp: +086 186 4971 9141

WhatsApp : +086 181 5902 8710

sportjerseysale@outlook.com

USD ▾

Copyright © 20006-2022 Shop INC. All Right Reserved.

TRUSTED STORE





Great sale of UP to 70% OFF

**SPORTJERSEY** Search

Home | Add WhatsApp and there are great offers waiting for you! ! | Vapor Limited | Football Jerseys | Baseball Jerseys

More link

# Search

adidas SEARCH

44 results found for "adidas"

Sort by Price, low to high

Men's Vegas Golden Knights 71 William Karlsson adidas Gold Alternate Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Vegas Golden Knights 71 William Karlsson adidas White Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Washington Capitals 77 TJ Oshie adidas Red Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Toronto Maple Leafs 34 Auston Matthews adidas Blue Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Louis Blues 91 Vladimir Tarasenko adidas Royal Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 88 Brent Burns adidas Teal Home Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Ottawa Senators adidas Black Home Authentic Custom Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 88 Brent Burns adidas Black Alternate Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 65 Erik Karlsson adidas Black Alternate Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Nashville Predators 9 Filip Forsberg adidas Gold Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's San Jose Sharks 65 Erik Karlsson adidas Teal Home Authentic Team Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

Men's Nashville Predators 59 Roman Josi adidas Gold Home Authentic Player Jersey
$ 47.68 ~~$ 156.88~~
Save $ 109.20

< 1 2 3 4 >

# You May Like

TRUSTED STORE

**Kansas City Chiefs Creed H...**
$ 35.80   $ 129.00

Quick shop

**Youth Texas Rangers Cream...**
$ 34.68   $ 74.00

Quick shop

**Houston Astros Jose Altuve ...**
$ 35.68   $ 100.13

Quick shop

**Men's Los Angeles ...**
$ 34.49   $ 102.14

Quick sho

**Sign up now, great discounts are waiting for you !**

subscription

**Company Policies**

PRIVACY POLICY

SHIPPING POLICY

RETURN POLICY

TERM OF SERVICE

**Company info**

ABOUT US

CONTACT US

PAYMENT METHODS

**Customer Service**

WhatsApp: +086 186 4871 9141

WhatsApp : +086 181 5902 8710

sportjerseysale@outlook.com

USD

Copyright © 20006-2022 Shop INC. All Right Reserved.





Great sale of UP to 70% OFF

**SPORTJERSEY** Search

Home | Add WhatsApp and there are great offers waiting for you! ! | Vapor Limited | Football Jerseys | Baseball Jerseys | More link

Home / Men's San Jose Sharks 88 Brent Burns adidas Black Alternate Authentic Player Jersey

B*****y bought this item

Hurry up! Sale ends in 00 hrs 04 mins 06 secs

# Men's San Jose Sharks 88 Brent Burns adidas Black Alternate Authentic Player Jersey

$ 47.68 ~~$ 156.88~~ Save $ 109.20

-$ 10.00 GET

only 14 left in stock

38 people are viewing this right now

370 people has purchased this in 7 days

Size

50

Customize the product

Customized

please input ...

Quantity

– 1 +

ADD TO CART | BUY IT NOW

Inquiry

Add 2 items to get 1 free gift(s)
View the gift offer >>

Men's Detroit Pistons Jaden Ivey Blue 2022...
$ 0.00 ~~$ 34.49~~

Men's Washington Nationals White Replica...
$ 0.00 ~~$ 35.88~~

Men's Washington Nationals Gray 2022 City...

Show More

TRUSTED STORE | ymsport.top

99% Issue-Free | Secure Checkout | $10K ID Protect

GUARANTEED SAFE CHECKOUT

PayPal, VISA, mastercard, AMERICAN EXPRESS, Diners Club, JCB, DISCOVER, 100% Satisfaction Guarantee, FAST SHIPPING, McAfee, norton

**Detail** | Customer Reviews

Material: 100% Polyester
climalite ® technology conducts sweat and heat away from the body
Team logo on center chest
adidas brand logo at bottom left
Embroidered adidas applique on center back neck
Ventilated mesh panel inserts
Features adidas Clima® technology to deliver breathability and enhanced performance
NHL® Shield patch sewn to bottom of front-collar fabric insert
Tagless collar for added comfort
Machine wash

TRUSTED STORE

## You May Like

| Men's Los Angeles Angels 1... | Men's Golden State Warrior... | Men's Cincinnati Reds John... | Men's Atlanta Braves Ronal... |
| $ 34.05  $114.07 | $ 24.72  $82.80 | $ 35.68  $106.13 | $ 35.68  $106.13 |
| Quick shop | Quick shop | Quick shop | Quick shop |

🇺🇸 B*****y bought this item

Sign up now, great discounts are waiting for you !

[Email]  subscription

**Company Policies**
PRIVACY POLICY
SHIPPING POLICY
RETURN POLICY
TERM OF SERVICE

**Company info**
ABOUT US
CONTACT US
PAYMENT METHODS

**Customer Service**
WhatsApp: +086 186 4071 0141
WhatsApp: +086 181 5902 8710
sportjerseysale@outlook.com

USD ▾

Copyright © 20006-2022 Shop INC. All Right Reserved.

ymsport.top/products/men-s-san-jose-sharks-88-brent-burns-adidas-black-alternate-authentic-player-jersey?data_from=search_detail













SPORTJERSEY

Your cart is reserved for **01:13** minutes!

Email

Already have an account? Log in

Email
[redacted]

Email me with news and offers

Shipping Address

First name
[redacted]

Last name
[redacted]

Address
[redacted]

Apartment, suite, etc. (Optional)

United States

Florida

Postal code
33426

City
Boynton Beach

Phone
[redacted]

Shipping Method

| | |
|---|---|
| USPS/DHL | $ 15.00 |
| Fedex (6-10 days )<br>6-10 days delivery | $ 40.00 |

Payment Method

Credit Card

PayPal

After clicking "Continue to Payment", you will be redirected to next step to complete your purchase securely.

Other Information

Remark

Billing Address

Select the address that matches your card or payment method.

Same as shipping address

Use a different billing address

Return to cart

Continue to Payment

TRUSTED STORE

SECURE PAYMENT

Terms of service Shipping policy Return policy Privacy policy

Men's San Jose Sharks 88 Brent Burns adidas Black Alternate Authentic Player... $ 47.68

Size: 50

Coupon Code APPLY

| | |
|---|---|
| Subtotal | $ 47.68 |
| Shipping Cost | $ 15.00 |
| Total Price | $ 62.68 |

GUARANTEED SAFE CHECKOUT

Report this link

HELP    CONTACT US    SECURITY    FEES

©1999-2022 PayPal, Inc. All rights reserved.    Privacy    Legal    Policy updates

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? Learn more and manage your cookies

Yes, Accept Cookies



**Great sale of UP to 70% OFF**

SPORTJERSEY

Home    Add WhatsApp and there are great offers waiting for you! !    Vapor Limited    Football Jerseys ⌄    Baseball Jerseys ⌄

More link

# Contact Us

Mail Address: **sportsjerseysale@outlook.com**

   Welcome to have any inquiry at any time! we also accept bulk orders. If anyone have a large order of the jerseys, please feel free to contact us by email, we will give a satisfactory price.

**Sign up now, great discounts are waiting for you !**

Email    subscription

**Company Policies**

PRIVACY POLICY

SHIPPING POLICY

RETURN POLICY

TERM OF SERVICE

**Company info**

ABOUT US

CONTACT US

PAYMENT METHODS

**Customer Service**

WhatsApp: +086 186 4971 9141

WhatsApp：+086 181 5902 8710

sportjerseysale@outlook.com

USD ⌄

Copyright © 20006-2022 Shop INC. All Right Reserved.



TRUSTED STORE

E-commerce Store

t-shirtat.com





t-shirt@.com | Search for Anything... | CONTACT | +1 (302) 803 5456 | CART / $0.00 0

HOME | TRACK MY ORDER | VALENTINE'S DAY | WOMEN'S DAY | ST. PATRICK'S DAY | EASTER DAY | MOTHER'S DAY | FATHER'S DAY | PATRIOT DAY | COUSIN'S DAY | BIRTH DAY | INDEPENDENCE DAY | HALLOWEEN | CHRISTMAS | BLOGS

## BLOGS

05 Jun

SUMMER IS COMING – ALL THINGS YOU NEED WHEN SUMMER COMES.

When summer comes, we should equip ourselves with accessories to avoid the summer heat. Summer [...]

30 Mar

HOW TO CHOOSE A DRESS FOR EASTER 2023 AT T-SHIRT AT FASHION LLC

Easter Sunday is approaching quickly. It's fun and also healthy and balanced to have something [...]

13 Mar

TOP 5 IDEA SWEATSHIRT FOR GIFT AT THE ST PATRICK'S DAY AT T-SHIRT AT FASHION LLC

How many times have you thought of what to get your brothers, best friends, or [...]

## MOTHER'S DAY

More...

Sale!

It cannot be inherited nor can it ever be Purchased I have earned it with my blood sweat and tears Mother's Day T-shirt
~~$24.99~~ $22.99

Sale!

Mother's Day hustler t-shirt
~~$24.99~~ $22.99

Sale!

Proud mom of the cutest T-ball player of the field T-Shirt
~~$24.99~~ $22.99

Sale!

Vintage Retro 3 Kids Mamasaurus Dinosaur Lover Gift T-Shirt
~~$24.99~~ $22.99

## INTERNATIONAL WOMEN'S DAY

More...

Sale!

Women's Day Not your Cindrella T-Shirt
~~$24.99~~ $22.99

Sale!

Women's Day girl babe Feminist T-Shirt
~~$24.99~~ $22.99

Sale!

Women's Day celebration we rule T-Shirt
~~$24.99~~ $22.99

Sale!

Women's Day celebration never perfect alway beautiful T-Shirt
~~$24.99~~ $22.99

## HALLOWEEN

More...

Sale!

Spooky Season Cute cat as ghost T-shirt
~~$24.99~~ $22.99

Sale!

Soft demon warm demon little ball of hate the dark cat T-shirt
~~$24.99~~ $22.99

Sale!

Scary Old Dude T-shirt
~~$24.99~~ $22.99

Sale!

Halloween you say witch like it is a bad thing T-shirt
~~$24.99~~ $22.99

## FEATURED ITEMS

Sale!

### Halloween Trick or Tequila Blue Pumpkin T-Shirt

~~$24.99~~ $22.99

Categories: HLW Day, T-shirt

READ MORE

## FATHER'S DAY

More...

Worlds Best Biker And Dad Fathers Day T-shirt
$24.99 $22.99

This Dad Loves Cricket And His Children Fathers Day shirt
$24.99 $22.99

This Dad Loves Cider And His Children shirt
$24.99 $22.99

Proud Father Has The Best Wife In The World T-shirt
$24.99 $22.99

🛒 CHRISTMAS                                    More... ›



Why is the carpet all wet told Merry Christmas 2022 T-shirt
$24.99 $22.99

Unicorn funny Merry Christmas 2022 T-shirt
$24.99 $22.99

Ugly Welsh Corgi dog Merry Christmas 2022 T-shirt
$24.99 $22.99

Ugly Us Army aircraft Merry Christmas 2022 T-shirt
$24.99 $22.99

**SOME FEATURES**

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

**STORE INFORMATION**

**T-shirt AT Fashion Store**

E: support@t-shirtat.com

P: +1 (302) 803 5456

A: 909 County Rd 2216 Cleveland, TX 77327 US

**HELP & INFORMATION**

About us

TRACK MY ORDER

Contact Us

FAQ

DCMA

**TERM & CONDITIONS**

TERMS OF SERVICE

Size Guide

Shipping

Privacy Statement

Returns & Exchanges

DMCA PROTECTED  Copyright 2023 © T-Shirt AT Fashion LLC

VISA  PayPal  stripe



**Kansas Jayhawks adidas new chapter shirt**

~~$24.99~~ **$22.99**

🔍 View Size Chart

Style*

| Classic Mens Shirt |

Color*

White

Size*
S  M  L  XL  2XL  3XL  4XL
5XL

− 1 +    ADD TO CART

INFORMATION   PRODUCT REVIEWS   DESCRIPTION

This Kansas Jayhawks adidas new chapter shirt, hoodie, sweater, tank top, long sleeve, and V-neck t-shirt is a made-to-order product. It is designed by T-shirt AT Fashion LLC. This is a limited edition product was made in the USA.

**Brand: T-shirt AT Fashion LLC, Inc. - An online fashion company in the USA**

At T-shirt AT Fashion LLC, we have provided quality T-shirts that are sure to make you feel comfortable and cool even in the scorching heat or cold weather. We also seek to provide our customers with the highest level of customer service possible by adhering to customer satisfaction policies and an open communication style.

**Product Description:**

We only use high-quality 100% cotton t-shirts that are made with a durable and soft finish for both men and women. Our shirts always come in large sizes, so you can be sure that your t-shirts will fit the way you like and you'll look great wearing it! The fabric material of the Kansas Jayhawks adidas new chapter shirt, hoodie, sweater, tank top, long sleeve, and V-neck t-shirt:

- **CLASSIC MEN T-SHIRT:** Solid colors are 100% cotton; Heather colors are 50% cotton, 50% polyester (Sport Grey is 90% cotton, 10% polyester); Antique colors are 60% cotton, 40% polyester.
- **WOMEN T-SHIRT:** Solid colors are 100% cotton, heather colors are 52% cotton, 48% polyester (Black Heather is 90% cotton, 10% polyester)
- **UNISEX HOODIE AND SWEATSHIRT:** 50% cotton, 50% polyester. Made from specially spun fibers that make very strong and smooth fabric, perfect for printing. Polyester fibers are extremely strong, resistant to most chemicals, stretching, and shrinking.
- **LONG SLEEVES:** 100% Airlume combed and ringspun cotton (fiber content may vary for different colors). Solid colors are 100% cotton, heather colors are 52% cotton, 48% polyester (Athletic Heather is 90% cotton, 10% polyester).
- **TANK TOPS:** Solid Colors are 100% cotton, heather colors are 52% cotton, 48% polyester (Athletic Heather is 90% cotton, 10% polyester), tri-blend colors are 50% polyester, 25% cotton, 25% rayon.

Notice

- Size may slightly differ from the actual product due to different fabric stretches. Please check the size chart before purchasing.
- Item color displayed in photos may be showing slight difference due to lighting effect during photo shooting or possibly different monitor display settings.

**Principle of "exchange or return" on T-shirt AT Fashion LLC regulations that guarantee customer satisfaction.**

At T-shirt AT Fashion LLC, we are passionate about bringing our customers high-quality clothing with creative designs that stay true to our company values of accessibility and affordability. We are committed to providing quality products within a reasonable price range. The Kansas Jayhawks adidas new chapter shirt, hoodie, sweater, tank top, long sleeve, and V-neck t-shirt will be delivered to all the countries we provide shipping and delivery services. The item will be delivered from 5-8 business days in the US and 10-15 business days for EU customers. We are truly grateful and appreciate that you have taken your time reading our item description, and hope you will find it useful and enough information for an informed purchase. If there is anything left unclear or questions, please do not hesitate to contact us at: support@t-shirtat.com. Have a great day!



**CUSTOMER REVIEWS & FEEDBACK**

Buyers are raving! Multiple people gave 5-star reviews to this shop in the past 7 days.

Based on 902 reviews

Write a Store Review

Most Recent

Product Reviews (876)   Shop Reviews (26)





The wiener hole grab a frank with a friend funny T-shirt

Dan
(Hamilton, US)
Verified
05/20/2023
★★★★★
Great shirt!
Awesome

Donald Trump Jr Love All Body Types Shirt

Allyson Lovell
(Fort Worth, US)
Verified
05/18/2023
★★★★★
Love it
Looks great and tells the world what I am.

I'm Born In September Which Means I'm Fat Retard Shirt

Max Brault
(Orleans, CA)
Verified
05/18/2023
★★★★★
Love it

Atlanta Braves sign language deaf awareness logo T-shirt

Abel Acosta
(Houston, US)
Verified
05/15/2023
★★★★★
Great looking shirt!
Very nice looking shirt!... great quality and fit perfectly!

George Clooney casamigos tequila T-shirt

Kyle McCabe
(Aurora, US)
Verified
05/12/2023
★★★★★
Love my new shirt.
Can't wait to bust it out at the show.

Jarrod Walker deer funny 2023 T-shirt

Gilda Mangold
(Sunnyvale, US)
Verified
05/09/2023
★★★★☆
Hawaiian Fun - GoA's!
The logo is quite large, but I still love the Hawaiian print on the yellow/gold shirt. Runs a little wide and long, but I'll alter that. Good Quality material; well made.

Florals Oakland Athletics 47 X Hurley everyday logo shirt

Stéphanie Defert
(Sucy-en-Brie, FR)
Verified
05/06/2023
★★★★★
Tee shirt who is Harry...
Just perfect.
Recive early than plane.
Thank you very much.
I recommand.

Who is Harry and why are we going to his house funny T-shirt

Jill Bryant
Verified
05/05/2023
★★★★★
Great shirt
Shirt is awesome

Colorado Avalanche 2023 Metropolitan Division Champions Stanley Cup Playoffs 2023 shirt

joseph maglothin
(Orange, US)
Verified
05/04/2023
★★★★★
tshirt
Pefect fit I. The shirt is thin but i like them like that!!

How Can I Be So Thirsty This Morning When I Drank So Much Last Night T-Shirt

Bernard Henry
Verified
04/29/2023

Verified
05/23/2023
★★★★★
LOVE
Ok, I wasn't sure if this was going to be legit or not but it 100% was! The sweater turned out perfectly, is so soft, and got here quicker than I expected! It's exactly what I was looking for!

Cowboy Teddy Bear God grant me the serenity to accept the vibes that aren't rootin tootin shirt

Craig Skog
Verified
05/18/2023
★★★★★
Great

Mulligan Ship 'Em All shirt

Cheryl Perrault
(Derry, US)
Verified
05/18/2023
★★★★★
Yasper shirt
Arrived quickly and looks great!

Yasper The Afterparty 90s Style T-Shirt

Deniessa
(Milwaukee, US)
Verified
05/16/2023
★★★★☆
Nice

Kem Kemistry Classic T-shirt

Steve Krumm (Cypresspoint)
(Potterville, US)
Verified
05/15/2023
★★★★★
Great shirt!
Very nice shirt. Recipient of this gift was very pleased.

1707 Carol Hutchins Michigan Wolverines Softball 1983 2022 thank you for the memories shirt

John Sheehan
(Chicago, US)
Verified
05/12/2023
★★★★★
Happy
My sweatshirt far exceeded my expectation. I'm considering purchasing two more NJ Devils Vinyard Vines sweatshirts in other colors.

New Jersey Devils Vineyard Vines St. Patrick's Day shirt

John Thomason
(Indianapolis, US)
Verified
05/08/2023
★★★★★
Mothers Day Gift
Received exactly as it appeared online. Great detail, color, and quality.

Tadej Pogacar Hope Classic T-shirt

Benny Alvarado
(Orlando, US)
Verified
05/05/2023
★★★★★
Very good choice 👍
I'm looking for others like it

Puerto Rico Flag keep calm I'm Legal shirt

Marek Alozie
(Washington, US)
Verified
05/04/2023
★★★★★
Love the shirt, thanks again
Thank you!

Gear up breaks release take off shirt

Ken Brown
(Columbus, US)
Verified
05/03/2023
★★★★★
Awesome
I love the shirt!

Breaking Bricks Walter White Lego shirt

Stephen Baughn
(Indialantic, US)
Verified
05/20/2023
★★★☆☆
Size runs very small
Ordered a large and it fits more like a medium and that's before washing it.

The bases are loaded and I wish I was too Skip Caray 2023 T-shirt

Wyvette Dillard
(Martinsville, US)
Verified
05/18/2023
★★★★★
My grandson love the shirt & color.

Ctop simple Chris shirt

Cathy Lannon
(Tallahassee, US)
Verified
05/17/2023
★★★★★
Area 51 Tshirt a Winner!
It is special because it is a colorful and "active" depiction of Michaela.

Michaela Edenfield Area 51 shirt

Elizabeth McLean
(Washington, US)
Verified
05/15/2023
★★★★★
The shirt was a birthday gift. It was great and as advertised. Would buy from them again.

Baltimore Orioles Mustard shirt

thomas white
(Shreveport, US)
Verified
05/12/2023
★★★★★
skull hoodie
awesome product

Skull Standard weights on my mind shirt

Tessa McElroy
(DeSoto, US)
Verified
05/08/2023
★★★★★
Amazing product!
My product arrived so quickly and is excellent quality! I wear it all the time! It even shipped much faster than I thought it would! Just in time for the Stars game the next day!

Dallas Stars Jake Oettinger Otter shirt

K MCLAUGHLIN
(San Antonio, US)
Verified
05/05/2023
★★★★★
Awesome T-shirt!
I got this for my husband. He commented on the high quality comfortable fabric and he LOVES the graphic (BIG Burton fan and knows the pancake story). I can attest to how good it looked on him.

Pancakes Cliff Burton Charlie Benante T-Shirt

Alexis Spisani
(Burlington, CA)
Verified
05/05/2023
★★★★★
A perfect shirt.

OG Anunoby Funny OWL OVO Drawing shirt

Elton Guardia TRI
(Panama City, PA)
Verified
05/03/2023
★★★★★
just grate
as expected, fit perfect

Hello Kitty and Jaws shirt

Wendy McKay
(Riverview, US)
Verified
05/02/2023

★★★★★
A good product
I like the shirt and love the band. 🎸🤘
50 years 1971-2021 Earth Wind and Fire signature t-shirt

**Suzanne Hanson** 🇺🇸
(Theodore, US)
Verified
04/23/2023
★★★★★
Beautiful shirt!
This shirt was SO nice! It had everything — the Bobcat mascot, name of the school, great color, whole bracket and championship all on it! Highly recommended!

Quinnipiac Bobcats 2023 NCAA Men's Ice Hockey National Champions Frozen Four shirt

**Lisa Tissari** 🇺🇸
(Eskhippen, US)
Verified
04/20/2023
★★★★★
I Get A Lot of Comments—and Even More Stink Eye :)
I love this shirt! When I saw Nut wearing it in his video, I said to myself "F$&king A! I've GOTTA HAVE THIS!" I got a lot of dirty looks, but I also get a ton of laughs 😂😂

Nat'S What I Reckon swearing is cool shirt

**Michael Bodkins** 🇺🇸
(Cleveland, US)
Verified
04/19/2023
★★★★★
Grandaughter
Grandaughter absolutely loved it.

Caitlin Clark From The Logo 22 Shirt

**Jaime Arrieta** 🇺🇸
(El Paso, US)
Verified
04/17/2023
★★★★★
Mechón
It's ok

Sergio Romo El Mechón shirt

**Alexandra Schommartz** 🇩🇪
(Cologne, DE)
Verified
04/14/2023
★★★★★
Great

Respect The Neck Corpsegrinder Tribute shirt

**Daniel Shelton** 🇺🇸
(Reidsville, US)
Verified
04/13/2023
★★★★★
Josh Williams Coolray Racing T-shirt

Josh Williams Coolray Racing T-shirt

**Lauren Marshall** 🇺🇸
(Washington, US)
Verified
04/13/2023
★★★★★
Funny shirt
Good shirt, good quality

Certified Racist shirt

**Jodi Leisy** 🇺🇸
(Manhattan, US)
Verified
04/13/2023
★★★★☆
Came as expected
I love the shirt, but it is not very soft at all.

Markquis Nowell heart ova height 2022 shirt

**Dawn Kotalik** 🇺🇸
(Cleveland, US)
Verified
04/12/2023
★★★★★
Vegan shirt
Shirt was as described

Adidas Vegan shirt

---

What happened to your hard-base shirt

**Terry Hoff** 🇺🇸
(York Springs, US)
Verified
04/27/2023
★★★★★
Perfect
Shirt is great and is so politically correct!!!

This shirt is allowed to say nigger because it's black shirt

**serge petiot** 🇫🇷
(Albertville, FR)
Verified
04/25/2023
★★★★★
perfect
Good quality, Great T-Shirt. You have to be patient for shipping, but it eventually arrives.

Some of us grew up listening to Ozzy Osbourne the cool ones still do shirt

**Bunny Anderson**
(Townsend, US)
Verified
04/23/2023
★★★★★
So Happy.
True to size, well made and FAST delivery

Savannah Ghost Pirates Hockey Men's T-shirt

**Stanley sutton** 🇺🇸
(Lorain, US)
Verified
04/22/2023
★★★★★
Funky
Real bright real funky thanks

Funkadelic George Knit ugly shirt

**John Saghy** 🇺🇸
(Parma Heights, US)
Verified
04/15/2023
★★★★★
I finally got the first one that I ordered I did order another one still waiting for a verification on that hopefully I get it you guys did take the money out I do like the shirt that's what I was looking for I'm hoping to get the two XL that I ordered

Kill all pedophiles shirt

**L.** 🇺🇸
(Auburn, US)
Verified
04/14/2023
★★★★★
Great quality
Fit is great, has length too

Jesus Revolution 2023 Film Hippie car shirt

**Roxanne Glasgow** 🇺🇸
(Kansas City, US)
Verified
04/13/2023
★★★★★
Burn Victim Awareness Burn Survivor Related Red Ribbon T-shirt

Burn Victim Awareness Burn Survivor Related Red Ribbon T-shirt

**Edward L.** 🇺🇸
(Bangor, US)
Verified
04/13/2023
★★★★★
Excellent shirt!
I love the pattern and springing for the premium quality made all the difference. It feels like it was made to last.

Just Monika Doki Doki literature club futuristic 80s shirt

**Julio Ruiz** 🇲🇽
(Kelowna, CA)
Verified
04/10/2023
★★★★★
i got called a racist when i wore this t shirt
not sure why people didn't like the shirt. i thought it was a pretty cool design

Certified Racist shirt

**William Dovey** 🇺🇸
(Myrtle Beach, US)

---

★★★★★
Great shirt
I ordered this for my husband for his birthday, so I can't review on how it washed or wore yet, but the shirt itself is good quality.

Kansas City Chiefs Patrick Mahomes smokin and beer shirt

**Shawna McDonald** 🇺🇸
(Cheyenne, US)
Verified
04/26/2023
★★★★★
Shirt
A present for a friend. I'm sure she'll love it.

Madonna pride heart eyes 2022 T-shirt



**Troy Welty** 🇺🇸
(Phoenix, US)
Verified
04/15/2023
★★★★★
I love it can't wait to order some more I need one for every day of the week!

Best biden fucks kids shirt

**Christina McCarver** 🇺🇸
(The Colony, US)
Verified
04/18/2023
★★★★★
Great T
Love this pic of RM and the design. Great quality Tshirt that fits perfectly!!

Rm Bts The President 2022 T-shirt

**Andrew Lake** 🇺🇸
(Ashburn, US)
Verified
04/15/2023
★★★★★
Awesome
Love it!

Men's Swing for the retarded June 6th 1982 committee member shirt

**Troy Broadbent** 🇺🇸
(Syracuse, US)
Verified
04/13/2023
★★★★★
Big worm.
Love the shirt. Had some great laughs when I wore it to the bar.

I drink Bud Light like fat kids eat cake shirt

**ann** 🇺🇸
(Clay Center, US)
Verified
04/11/2023
★★★★★
Crazy Faith
Crazy comfort - would buy this t-shirt in another graphic in a heartbeat

Kansas State Wildcats crazy faith 12 shirt

**Rocky Blabey** 🇺🇸
(Rockledge, US)
Verified
04/11/2023
★★★★★
Great shirt
Great fitting shirt and delivery was pretty quick!

Florida Gators House Divided Florida State Seminoles shirt

**Paul Enos** 🇺🇸
(Chesapeake, US)
Verified
04/10/2023
★★★★★
Good

Gary Galbraith
(Petaluma, US)
Verified
★★★★★
Josh Williams color Tee
Sizings and fit are good , nice quality
print.
Glad to Support all involved.
Gary G

Josh Williams Coolray Racing T-shirt



Fabien de Serres
(Oslo, NICK)
Verified
★★★★★
Very satisfied
Good quality, accurate sizing, reasonable
delivery time. My only (small) complaint
is about the scratchy label on the neck. It
would be nicer with no label on the neck
(either print it inside the neck, or place
the label at the bottom above the hip).

Sons of Gygax Greyhawk Original shirt

G. O.
(Ghislome, GB)
Verified
★★★★★
Top Quality product
Vibrant colours with outstanding print
quality. I'll most certainly be purchasing
more!
Cheers guys...

Fuct funny Ford logo shirt

Janice Newby
(Phoenix, US)
Verified
★★★★★
Too big
The tshirt I received is the wrong size. It
should have been a size large,I bought it
for my son and it is way to big. Can I
exchange it for a size large or a medium?

Wwe Wrestlemania 37 Ribbon Hollywood
2023 shirt

Mark
(Lawton, US)
Verified
★★★★★
Great hoodie
My friend loved it he didn't get one while
we were at the arnold classic thanks
much appreciated

2023 Official Arnold Classic shirt

Tracy Diller
(Berrien Springs, US)
Verified
★★★★★
Snapon Tee Shirt
Great shirt for the Price.Description was
spot on.

Snap-on T-shirt

Rick S
(US)
Verified
★★★★★
Great shirt! Great Attitude!!
The shirt is great! The comment was
great! And it was awesome that Kolek
(and Marquette) backed it up by
WINNING the Big East regular season
AND tournament!! Here's to a better
NCAA next year!

Tyler Kolek Fuck 'Em 2022 T-shirt

Jason Kirtland
(Vancouver, US)
Verified
★★★★★
Steal your base Padres T
The print on the shirt is flawless. Wish it
was a higher quality t shirt though. All in

Best Dead shirt ever
This shirt is awsome, I'll be wearing it to
the upcoming shows and im sure I'll be
the envy of the crowd.

Grateful Dead international brotherhood of
groovy motherfuckers T-shirt

Christian Diaz
(El Paso, US)
Verified
★★★★★
10/10
Wore this amazing shirt and missed my
very first jumpsuit, therefore, this is my
last goodbye to the world 😭😭😭

Nike If I Miss This Jumpshot I'll Kill Myself
Shirt

Marilyn C
(Marlow, US)
Verified
★★★★★
One of my favorite songs
The fit is accurate and I love the long
sleeve T-shirt. I'm about to order another
one but in short sleeves. Thanks for
making my day

Rolling Stones you can't always get what you
want shirt

Joseph Dulski
(Springfield, US)
Verified
★★★★★
Muppets are AWESOME!
Love the shirt! Fits my personality.

Animal Muppet I'm just one big freaking ray of
sunshine aren't I shirt

Lori Mccabe
(Seattle, US)
Verified
★★★★★
Never Underestimate A Woman Who
Understands Basketball And Loves
Gonzaga Signatures Shirt

Never Underestimate A Woman Who
Understands Basketball And Loves Gonzaga
Signatures Shirt

Michael Marsolek
(Toronto, US)
Verified
★★★★☆
Great Star Wars shirt
I love the SW picture. I have a fan
since day 1. I wish the material of the
shirt was thicker. I hope it will hold up
after a few washes.

Star Wars 45th anniversary 1977 2022 thank
you for the memories T-shirt

Chayne Fisher
(US)
Verified
★★★★★
Tshirt
Very good quality. Fast service

Liverpool FC 7-0 Man United Liverpool
Magnificent Seven shirt

Holly Beckner
(Claremont, US)
Verified
★★★★★
Somos Los Clippers
Great design; good, heavy cotton (which
is important); and good sizing. It's a high
quality t-shirt.

LA Clippers Somos Los Clippers Noches Ene
be A 2023 shirt

Gary J Clark
(Naperville, US)
Verified
★★★★★
Men's Iowa Hawkeyes 2022 NCAA Big
Ten Women's Basketball Champions T-
shirt

Men's Iowa Hawkeyes 2022 NCAA Big Ten
Women's Basketball Champions T-shirt

Good customer service

FAU Owls 2023 NCAA Division I Men's
Basketball Championship Tournament March
Madness Sweet 16 shirt

Janie Hawk
(Altoona, US)
Verified
★★★★★
Nice graphics
I bought this a gift for my mom. Grandpa
Pidgeons store was in the town she grew
up in. The tee is well made and the
graphics are clear and bright.

GrandPa Pidgeon's Junction St Charles and
Natural Bridge shirt

Glenn Washington
(US)
Verified
★★★★★
Good
Size is perfect, but I was expecting the
black shirt, I ordered charcoal by mistake.

The Damned Live At Cbgb's 45th Anniversary
shirt

Tina
(Elkton, US)
Verified
★★★★★
Style
Great quality and the design is awesome

Adidas native shirt

Owen Salius
(Rosenhaur, US)
Verified
★★★★★
Everything checks out here!
I got this shirt here cause I couldn't find it
on Amazon and everything shipped good
and it was pretty timely for postal
service.

Legalize Marinara Gordos Pizzeria Pizza shirt

Angie Thomas
(Grand Prairie, US)
Verified
★★★★★
Tree frogs
This shirt was a gift for my mom. She had
this same shirt in the 90's and loved it.
She was so happy to get this new shirt.

Toland Tree Frog Friends In High Places Shirt

Kevin Fluke
(Hawkesbury, CA)
Verified
★★★★★
Lynyrd Skynyrd simple man shirt

Lynyrd Skynyrd simple man shirt

Christin Bishop
(Columbia, US)
Verified
★★★★★
Perfect
Shirt looked great and fit great for my
wife! Win in my book.

Dawn Staley Wbb vs everybody shirt

Ike Hall
(New Mountain, US)
Verified
★★★★★
I'm very satisfied with my purchase and it
was a gift for my younger brother

Family Guy Stewie Griffin Scarface shirt

Eric Gerson
(Salt Lake City, US)
Verified
★★★★★
The Whale Will be Hailed
Love the shirt! It came out perfectly and
fits great

Robin Goodman All Hail The Whale T-shirt



all I'm happy. With summer coming I'll get good use out of the thinner material

San Diego Padres Grateful Dead Steal Your Base Shirt

Marta F
(Budapest, HU)
Verified
03/26/2023
Love it!
Exactly as in the photos, I ordered a men's size S (I am usually EU medium women's and I wanted a looser, not fitted, more casual look) and I love how it looks on me, but if you are the same size and want an even looser fit, size up. The print is cool and fun, the T-shirt material/quality is nice, just what you expect from Gildan.

I love salt shirt

James B
(Nolensville, US)
Verified
03/23/2023
Great shirts
Great fit and quality. Have ordered several times. Had issues only once and promptly received a free replacement . Highly recommend.

Us Marshal Fugitive Task Force Gildan shirt

Sheri Corrie
(Surrey, CA)
Verified
03/23/2023
P!nk Hoodie
Awesome

Pink Summer Carnival 2023 Trust Fall shirt

Jason Biaza
(La Porte, US)
Verified
03/22/2023
5 Stars
Great Shirt!

USBDT U.S. Beer Drinking Team logo shirt

Jon G.
(Minneapolis, US)
Verified
03/19/2023
Mallory Swanson T-shirt
Comfortable cotton. Fits great. Received expeditiously. Best of all? It features a dazzling, rising star in women's soccer – a red-hot, goal scoring machine. And it's a world cup year! :)

The Mallory Swanson Era 2023 T-shirt

Lucas Erwin
(Walters, US)
Verified
03/18/2023
Favorite
Love this shirt, it's my favorite bar shirt been telling people where I got it hoping it'll bring y'all some business

If drunk driving is so bad why am I so good at it shirt

Bridie Adamiec
(Buffalo, US)
Verified
03/17/2023
Love it
Great quality, great fit, love it. Go Bills 🏈
🏈🏈💙❤️💙❤️

Buffalo Bills dandelion flower shirt

CRAIG BREWSTER
(Philadelphia, US)
Verified
03/16/2023
Great quality
Proud to were it. Any more go to his family charity?

Police Officer Christopher Fitzgerald shirt

Dawn Irizarry
(Brooklyn, US)
Verified
03/14/2023

Rod Swigert Jr
(Mount Vernon, US)
Verified
03/26/2023
Nationwise Rod Shop Speed Shop 1970s T-Shirt

Nationwise Rod Shop Speed Shop 1970s T-Shirt

Tim Hart
(Ashland, US)
Verified
03/26/2023
T shirt
Proper sizing excellent print. Very satisfied!

Nationwise Rod Shop Speed Shop 1970s T-Shirt

Brent Louis
(New Roads, US)
Verified
03/25/2023
Great
It's A Great Tank Top I Love It

Vintage 1998 Stone Cold Steve Austin Whoop Ass signature shirt

John McCarty
(Greenville, US)
Verified
03/23/2023
Great looking T shirt
Better than expected!

ECU Pirates Welcome to the jungle shirt

Scott Farley
(Portland, US)
Verified
03/22/2023
Perfect shirt
My wife is an avid follower of the program and she loves the shirt.

Trust Me I Watch On Patrol Live I'm Basically A Cop Addy Perez Shirt

Michele Trim
(Langley, CA)
Verified
03/20/2023
Great shirt!
The size is perfect and the graphic is great!

Kansas City Chiefs Chiefin weed smoke shirt

David Stubbs
(Dover, US)
Verified
03/19/2023
Great job

Kansas City Chiefs World Champions Parade shirt

Chris Reed
Verified
03/17/2023
Awesome look, great fit
I love this hoodie it's so stylish and comfy

Brain vs heart round 2 shirt

ERIC GOLDWASSER
(Pottstown, US)
Verified
03/16/2023
Quick Shipment

The Miami Dolphins Abbey Road signatures shirt

Noah Sims
(Athens, US)
Verified
03/16/2023
I Got My Ass Ate At Trader Joe's T-Shirt

I Got My Ass Ate At Trader Joe's T-Shirt

STEVEN SINGLETON
(Randolph, US)

Annabelle Dumont
(Paris, FR)
Verified
03/26/2023
Beau t-shirt.

The Smashing Pumpkins 1979 Boyfriend Fit Girls shirt

Ferdinand Humer
(Sparta, US)
Verified
03/26/2023
Nightmare at 20,000 feet shirt

Nightmare at 20,000 feet shirt

Robert R
(Sacramento, US)
Verified
03/25/2023
Amazing!!!
The quality of the shirt I ordered is really nice. Customer service has been absolutely amazing. I'm very happy I found this company. I will definitely be ordering more shirts in the future.

The Miz Awesome 2022 T-shirt

JOHN JOLLIFF
(Marysville, US)
Verified
03/23/2023
Great T Shirt
Absolutely the best, color is outstanding very comfortable to wear beautiful TShirt

Ryan Newman 2023 Season S&S Racing shirt

Dino Carpenello
Verified
03/21/2023
Metallica
Great to tshirt high quality love it

Metallica Las Vegas 2 25 22 shirt

Allison Crowe
(Corner Brook, CA)
Verified
03/20/2023
Adele Dazeem
Excellent

Adele Dazeem Ravioli Master shirt

James Lee
(State College, US)
Verified
03/19/2023
Great fit and coloring
Great fit and coloring

Men's Ukrainian lover I stand with Ukraine T-shirt

Sarah Slattery
(Hilton Head Island, US)
Verified
03/17/2023
Men's System Of A Down X My Little Pony shirt

Men's System Of A Down X My Little Pony shirt

Angelo Rampino
(Tonawanda, US)
Verified
03/16/2023
Fits perfectly quality is great

Snap-on T-shirt

Marcus Mccormick
(Atlanta, US)
Verified
03/14/2023
Cool shirt

Muhammad Ali and Michael Jackson funny T-shirt

A: 909 County Rd 2216
Cleveland, TX 77327 US

FAQ
DCMA

Privacy Statement
Returns & Exchanges

DMCA PROTECTED Copyright 2023 © T-Shirt AT Fashion LLC

VISA PayPal stripe







**t-shirt@.com**

Search for Anything...

✉ CONTACT    📞 +1 (302) 803 5456    👤    🛒 CART / $22.99  [1]

| HOME | TRACK MY ORDER | VALENTINE'S DAY | WOMEN'S DAY | ST. PATRICK'S DAY | EASTER DAY | MOTHER'S DAY |
| FATHER'S DAY | PATRIOT DAY | COUSIN'S DAY | BIRTH DAY | INDEPENDENCE DAY | HALLOWEEN | CHRISTMAS | BLOGS |

## SHOPPING CART  ›  CHECKOUT DETAILS  ›  ORDER COMPLETE



| PRODUCT | | PRICE | QUANTITY | SUBTOTAL |
|---|---|---|---|---|
| ⊗ | Kansas Jayhawks adidas new chapter shirt<br>STYLE: CLASSIC MENS SHIRT ($0.00)<br>COLOR:<br>■ BLACK<br>SIZE: L ($0.00) | $22.99 | − 1 + | $22.99 |

← CONTINUE SHOPPING    UPDATE CART

**CART TOTALS**

| Subtotal | | $22.99 |
|---|---|---|
| Shipping | Standard Shipping: $5.99<br>Shipping options will be updated during checkout.<br>Calculate shipping | |
| Total | | $28.98 |

**PROCEED TO CHECKOUT**

🎟 Coupon

Coupon code

Apply coupon



**SOME FEATURES**

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

**STORE INFORMATION**

**T-shirt AT Fashion Store**

E: support@t-shirtat.com

P: +1 (302) 803 5456

A: 909 County Rd 2216
Cleveland, TX 77327 US

**HELP & INFORMATION**

About us

TRACK MY ORDER

Contact Us

FAQ

DCMA

**TERM & CONDITIONS**

TERMS OF SERVICE

Size Guide

Shipping

Privacy Statement

Returns & Exchanges

DMCA PROTECTED  Copyright 2023 © T-Shirt AT Fashion LLC

VISA   PayPal   stripe   MasterCard   CASH ON DELIVERY





t-shirt@.com

Search for Anything...

CONTACT | +1 (302) 803 5456 | CART / $22.99 1

HOME | TRACK MY ORDER | VALENTINE'S DAY | WOMEN'S DAY | ST. PATRICK'S DAY | EASTER DAY | MOTHER'S DAY | FATHER'S DAY | PATRIOT DAY | COUSIN'S DAY | BIRTH DAY | INDEPENDENCE DAY | HALLOWEEN | CHRISTMAS | BLOGS

SHOPPING CART > CHECKOUT DETAILS > ORDER COMPLETE

Returning customer? Click here to login

Have a coupon? Click here to enter your code

## BILLING DETAILS

Email address *

[redacted]

First name *

Michelle

Last name *

Evans

Country / Region *

United States (US)

Street address *

[redacted]

Apartment, suite, unit, etc. (optional)

Town / City *

Davie

State *

Florida

ZIP Code *

33325

Phone (optional)

[redacted]

☐ Create an account?

☐ Ship to a different address?

Order notes (optional)

Notes about your order, e.g. special notes for delivery.

## YOUR ORDER

| PRODUCT | SUBTOTAL |
|---|---|
| Kansas Jayhawks adidas new chapter shirt × 1<br>STYLE: CLASSIC MENS SHIRT ($0.00)<br>COLOR: BLACK<br>SIZE: L ($0.00) | $22.99 |
| Subtotal | $22.99 |
| Shipping | Standard Shipping: $5.99 |
| FL State Tax | $1.38 |
| Total | $30.36 |

PayPal

☑ I have read and agree to the website terms and conditions *

PayPal

Pay Later

Debit or Credit Car

id="uncookiedMessage" class="verification-message hide">Open the PayPal app, tap Yes on the prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the PayPal app and tap Yes on the prompt to log in.</p></div><div class="notifications"></div></div><div class="accountArea"><span class="account"></span><span class="verificationNotYou" data-href="#" data-href="#"><a class="notifications mobileLogin-verification-click-notYou" id="pendingNotYouLink">Not you?</a></p><span class="mobileNotification"><p class="pin"></div><div class="mobileScreen"><img src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"/><span class="tryAnotherMsg"></p></div><a id="tryPasswordLink" data-href="#" href=""<span class="inlineLink scTrack:try-password">Use password instead</a></p><p class="resendMsg"><a class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="#resend"><span class="sentMessage hide">Sent</span></p></div></div><a id="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal Logo" class="paypal-logo paypal-logo-full"></p></header><h1 class="headerTextWarning">Sorry, we couldn't confirm it's you</h1><p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button actionSpaced">Try Again</button></div><a id="denied" class="denied hide verificationSubSection"><img alt="" src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we couldn't confirm it's you</h1></div></div></section><footer class="footer" role="contentinfo"><ul class="legalFooter"><li class="footerGroup"><a target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li class="footerGroup"><a target="_blank" href="/us/webapps/mpp/ua/privacy-full">Privacy</a></li><li class="footerGroup"><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li class="footerGroup"><a target="_blank" href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li class="footerGroup"><a target="_blank" href="/us/webapps/mpp/country-worldwide">Worldwide</a></li></ul></div><div class="transitioning hide"><p class="welcomeMessage hide">Welcome, !</p><p class="checkingInfo hide">Checking your info...</p><p class="oneSecond hide">Just a second...</p><p class="secureMessage hide">Securely logging you in...</p><p class="oneTouchMessage hide">Retrieving your info...</p><p class="waitFewSecs hide">This may take a few seconds...</p><p class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we're securely logging you in.</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so you need not enter your password for this purchase.</p><p class="udtSpinnerMessage weblsXoUS hide">We recognize you on this device, so you can skip login.<br/><br/>Manage this setting in your profile.</p><p class="udtSpinnerMessage weblsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your login settings...</p><p class="webAuthnLogin hide">Logging you in...</p></div><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "https://c.paypal.com/da/r/fb.js",fnSessionId: "0BF687306C631045D",sourceId: 'UL_CHECKOUT_INPUT_EMAIL',beaconUrl: "https://b.stats.paypal.com/v1/counter.cgi?r=CD0wQkY2ODc.zMDZDNjMxMDQ1RCZpPTcwLjE2Mi45Mi4yMDkzNPTIxJnM9VS1LrRF9MTBd3Tv6FPy3c0rW5Wii18oLAqBOIChem",enableSpeedTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength: 0,fingerprintProceed: "");</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?f=0BF687306C631045D&s=UL_CHECKOUT_INPUT_EMAIL&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi" id="ul-sync-data"> var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId: '0BF687306C631045D',sourceId: 'UL_CHECKOUT_INPUT_EMAIL',fname: 'fn_sync_data'};</script><!-- build:[src] js/lib --><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi" src="https://www.paypalobjects.com/web/res/9a3/a19e535f325c17251cc7d8cd5706f/js/lib/fn-sync-telemetry.min.js"></script><!-- /build --><!-- /build --><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData || {};PAYPAL.ulData.incontextData = {"version": "5.0.377","noBridge": "","env": "production","icstage": "","targetCancelUrl": "","paymentAction": "sale","paymentToken": "0BF687306C631045D",merchantID: "2QTE94BQRUBZ3"};</script><!-- build:[src] js/ --><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi" src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><!-- build --><!-- /build --><script src="https://www.paypalobjects.com/web/res/9a3/a19e535f325c17251cc7d8cd5706f/js/checkout-split.js"></script><!-- build --><!-- /build --><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi">var fptiOptions = {data: 'pgrp=main%3Aunifiedlogin%3A%3Aemail&page=main%3Aunifiedlogin%3A%3Aemail%3A%3A%3A%3A&qual=input_email&pgst=1686095046843&calc=f505457147911&nsid=2pJ_-l2u5LQb5K6t75d-_aKigW5BupQn&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=6dc70eb93c274c9c8b81f0fce49018c838&ccpm=unifiedloginnodeweb&tsrce=cspreportnodeweb&uc=1&gaco=ok=1871283601.1685992448&ef_policy=ccpa&c_pref=T%3D1%2CF%3D1%2CC%3D30%1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_email&userRedirected=true&fltk=0BF687306C631045D&flid=0BF687306C631045D&xe=101216%2C100942%2C103648%2C104200%2C101817&xt=103864%2C113529%2C114559%2C127485%2C112756&ctx_login_of_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_tag_footer=shown&ctx_login_signup_btn=shown%7CpayWithCard&content_intent=checkout&ctx_login_flow=Express%20Checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes',url:'https:\/\/t.paypal.com/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions = {...fptiOptions,trackLazyData: true,lazyData:id: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core = PAYPAL.core || {};    PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);}})();</script><noscript><img src="https://t.paypal.com/ts?nojs=1&pgrp=main%3Aunifiedlogin%3A%3Aemail&page=main%3Aunifiedlogin%3A%3Aemail%3A%3A%3A%3A&qual=input_email&pgst=1686095046843&calc=f505457147911&nsid=2pJ_-l2u5LQb5K6t75d-_aKigW5BupQn&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=6dc70eb93c274c9c8b81f0fce49018c838&ccpm=unifiedloginnodeweb&tsrce=csreportnodeweb&uc=1&gaco=ok=1871283601.1685992448&ef_policy=ccpa&c_pref=T%3D1%2CF%3D1%2CC%3D30%1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_email&userRedirected=true&fltk=0BF687306C631045D&flid=0BF687306C631045D&xe=101216%2C100942%2C103648%2C104200%2C101817&xt=103864%2C113529%2C114559%2C127485%2C112756&ctx_login_of_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_tag_footer=shown&ctx_login_signup_btn=shown%7CpayWithCard&content_intent=checkout&ctx_login_flow=Express%20Checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="Uj8jXvg7n5tmd5WcmjNMrO02MOjFyHYD/+IgwoYleBfEkmmi" src="https:&#x2F;&#x2F;www.paypal.com&#x2F;sdk&#x2F;js?client-id=AXGXuRrlyepwCfqrjwpcCCTJOGBuJvlsmjCtenfunbVX05ZGLtsEGoUo_Ewdadw_z13ZSY_sxbp4g4sj&amp;currency=USD&amp;intent=capture" data-uid="uid_maoznqkznmsrzpnismaignhiqewfi"></script><script async id="preenterprisenametag" data-key=6LdCCOUUAAAAATE-Snr6hi4HJGtJk_d1_ce-gwB data-action=unifiedloginnodeweb data-contextid=_sessionID=2pJ_-l2u5LQb5K6t75d-_aKigW5BupQn data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-submitURL=/auth/verifygrcenterprise data-csrf=Fh5yTEw2brO5UQv+O6zCEJ/tIoHsWgtxid7f8= data-f='0BF687306C631045D' src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.js></script>
</body></html>





[redacted] $30.36

Ship to [redacted]
[redacted] Davie, FL 33325
Change

Make this my preferred shipping address

Pay with

Split

Visa
Credit •••• [redacted] PREFERRED
$30.36

[redacted]
Checking [redacted]

[redacted]
Credit •••• [redacted]

PayPal Credit
Get $20 off your purchase of $30.36 for a limited time. Subject to credit approval. See terms

+ Add debit or credit card

Pay Later

Pay in 4
4 interest-free payments of $7.59. No late fees. Learn more

Complete Purchase

Payment method rights

Cancel and return to merchant

## t-shirt@.com

Search for Anything...

CONTACT | +1 (302) 803 5456 | CART / $0.00 **0**

| HOME | TRACK MY ORDER | VALENTINE'S DAY | WOMEN'S DAY | ST. PATRICK'S DAY | EASTER DAY | MOTHER'S DAY |
| FATHER'S DAY | PATRIOT DAY | COUSIN'S DAY | BIRTH DAY | INDEPENDENCE DAY | HALLOWEEN | CHRISTMAS | BLOGS |

SHOPPING CART  ›  CHECKOUT DETAILS  ›  **ORDER COMPLETE**

## Order details



| PRODUCT | TOTAL |
|---|---|
| Kansas Jayhawks adidas new chapter shirt × 1 | |
| Style: Classic Mens Shirt ($0.00) | |
| Color: ■ Black | $22.99 |
| Size: L ($0.00) | |
| Subtotal: | $22.99 |
| Shipping: | $5.99 via Standard Shipping |
| FL State Tax: | $1.38 |
| Payment method: | PayPal |
| Total: | $30.36 |

**Thank you. Your order has been received.**

- Order number: ▉
- Date: **June 7, 2023**
- Total: **$30.36**
- Payment method: **PayPal**



### SOME FEATURES

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

### STORE INFORMATION

**T-shirt AT Fashion Store**

E: support@t-shirtat.com
P: +1 (302) 803 5456
A: 909 County Rd 2216
Cleveland, TX 77327 US

### HELP & INFORMATION

About us
TRACK MY ORDER
Contact Us
FAQ
DCMA

### TERM & CONDITIONS

TERMS OF SERVICE
Size Guide
Shipping
Privacy Statement
Returns & Exchanges

DMCA PROTECTED Copyright 2023 © T-Shirt AT Fashion LLC

VISA  PayPal  stripe  MasterCard  CASH ON DELIVERY

https://t-shirtat.com/checkout/order-received. ▉

1/1



< Back

## Transaction details

🖨 Print

Payment sent to Dao Bich Tram

June 6, 2023 at 4:45:35 PM PDT

| Transaction ID: ███████████

Gross amount

**-$30.36 USD**

Payment Status: COMPLETED

Payment Type: Checkout

**Shipping address**

███████████

███████████████

Davie, FL 33325
UNITED STATES

Confirmed ❓

**Tracking Information**

Add the tracking info for your physical packages to keep things
organized and help you benefit from seller protection. It is a win-win.

| Order details | | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # 1 | Shirtat- | 1 | $22.99 USD | $22.99 USD |
| | | | Purchase Total | $22.99 USD |

| Your Payment | |
|---|---|
| Purchase Total | -$22.99 USD |
| Sales Tax | -$1.38 USD |
| Shipping Amount | -$5.99 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$30.36 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$30.36 USD |

| Invoice ID | ███████████ |
|---|---|

| Contact info | Dao Bich Tram |
|---|---|
| | The receiver of this payment is **Non-US - Verified** |
| | https://prestor.shop |
| | support@prestor.shop |

| Funding details | Funding Type: Credit Card |
|---|---|
| | Funding Source: -$30.36 USD - VISA ending i ██████ |
| | This transaction will appear on your bill as PAYPAL *DAOBICHTRAM |

**Need help?**

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.

Help    Contact    Fees    Security

Your T-Shirt AT Fashion LLC order has been received!

From:   T-Shirt AT Fashion LLC (support@t-shirtat.com)
To:     ▮▮▮▮▮▮
Date:   Tuesday, June 6, 2023 at 04:45 PM MST



## Thank you for your order

▮▮▮▮

Just to let you know — we've received your order ▮▮▮▮, and it is now being processed:

**[Order ▮▮▮▮] (June 7, 2023)**

| Product | Quantity | Price |
|---|---|---|
| Kansas Jayhawks adidas new chapter shirt<br>**Style:** Classic Mens Shirt ($0.00)<br>**Color:** ▮Black<br>**Size:** L ($0.00) | 1 | $22.99 |
| **Subtotal:** | | $22.99 |
| **Shipping:** | | $5.99 via Standard Shipping |
| **FL State Tax:** | | $1.38 |
| **Payment method:** | | PayPal |
| **Total:** | | $30.36 |

**Billing address**

▮▮▮▮▮▮
*Davie, FL 33324*
▮▮▮▮▮▮

**Shipping address**

▮▮▮▮▮▮
*Davie, FL 33324*

NOTICE: Orders after Dec 12th aren't guaranteed to arrive by Christmas eve! But we will try our best to process your order as soon as possible. We will send an update when the order is completed. Thank you!

T-shirt AT Clothing Fashion Store – Powered by WooCommerce





t-shirt@.com

Search for Anything...

CONTACT | +1 (302) 803 5456 | CART / $0.00 0

HOME | TRACK MY ORDER | VALENTINE'S DAY | WOMEN'S DAY | ST. PATRICK'S DAY | EASTER DAY | MOTHER'S DAY | FATHER'S DAY | PATRIOT DAY | COUSIN'S DAY | BIRTH DAY | INDEPENDENCE DAY | HALLOWEEN | CHRISTMAS | BLOGS

MERRY ST.PATRICK'S DAY

## CUSTOMER SUPPORT

Need more information on a specific product, or want an update on your order? Just let us know by filling the contact form below. Our support team always try to reply to all inquiries as fast as we can.

## CONTACT US

No matter how big or small your question is, we'll make sure to get back to you.

Support Email: support@t-shirtat.com

HOME | ABOUT US

TRICK OR TREAT

**SOME FEATURES**

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

**STORE INFORMATION**

**T-shirt AT Fashion Store**

E: support@t-shirtat.com

P: +1 (302) 803 5456

A: 909 County Rd 2216
Cleveland, TX 77327 US

**HELP & INFORMATION**

About us

TRACK MY ORDER

Contact Us

FAQ

DCMA

**TERM & CONDITIONS**

TERMS OF SERVICE

Size Guide

Shipping

Privacy Statement

Returns & Exchanges

**DMCA PROTECTED** Copyright 2023 © T-Shirt AT Fashion LLC

VISA    PayPal    stripe    MasterCard    AMERICAN EXPRESS



### Kansas Jayhawks adidas new chapter shirt

~~$24.99~~ **$22.99**

✏️ View Size Chart

**Style\***

Classic Mens Shirt

**Color\***  White

Black  White  Navy  Purple  Royal  Red  Green  Sport Grey

**Size\***

○ S    ○ M    ○ L    ○ XL    ○ 2XL    ○ 3XL    ○ 4XL
○ 5XL

−  1  +      ADD TO CART

---

**INFORMATION**    PRODUCT REVIEWS    DESCRIPTION

This **Kansas Jayhawks adidas new chapter** shirt, hoodie, sweater, tank top, long sleeve, and V-neck t-shirt is a made-to-order product. It is designed by **T-shirt AT Fashion LLC**. This is a limited edition product was made in the USA.

### Brand: T-shirt AT Fashion LLC, Inc. - An online fashion company in the USA

At **T-shirt AT Fashion LLC**, we have provided quality T-shirts that are sure to make you feel comfortable and cool even in the scorching heat or cold weather. We also seek to provide our customers with the highest level of customer service possible by adhering to customer satisfaction policies and an open communication style.

### Product Description:

We only use high-quality 100% cotton t-shirts that are made with a durable and soft finish for both men and women. Our shirts always come in large sizes, so you can be sure that your t-shirts will fit the way you like and you'll look great wearing it! The fabric material of the **Kansas Jayhawks adidas new chapter shirt, hoodie, sweater, tank top, long sleeve, and V-neck t-shirt**:

- **CLASSIC MEN T-SHIRT:** Solid colors are 100% cotton; Heather colors are 50% cotton, 50% polyester (Sport Grey is 90% cotton, 10% polyester); Antique colors are 60% cotton, 40% polyester.
- **WOMEN T-SHIRT:** Solid colors are 100% cotton, heather colors are 52% cotton, 48% polyester (Black Heather is 90% cotton, 10% polyester)
- **UNISEX HOODIE AND SWEATSHIRT:** 50% cotton, 50% polyester. Made from specially spun fibers that make very strong and smooth fabric, perfect for printing. Polyester fibers are extremely strong, resistant to most chemicals, stretching, and shrinking.
- **LONG SLEEVES:** 100% Airlume combed and ringspun cotton (fiber content may vary for different colors). Solid colors are 100% cotton, heather colors are 52% cotton, 48% polyester (Athletic Heather is 90% cotton, 10% polyester).
- **TANK TOPS:** Solid Colors are 100% cotton, heather colors are 52% cotton, 48% polyester (Athletic Heather is 90% cotton, 10% polyester), tri-blend colors are 50% polyester, 25% cotton, 25% rayon.

Notice:

- Size may differ slightly from the actual product due to different fabric stretches. Please check the size chart before purchasing.
- Item color displayed in photos may be showing slight difference due to lighting effect during photo shooting or possibly different monitor display settings.

### Principle of "exchange or return" on T-shirt AT Fashion LLC regulations that guarantee customer satisfaction.

At **T-shirt AT Fashion LLC**, we are passionate about bringing our customers high-quality clothing with creative designs that stay true to our company values of accessibility and affordability. We are committed to providing quality products within a reasonable price range. The **Kansas Jayhawks adidas new chapter shirt, hoodie, sweater, tank top, long sleeve, and V-neck t-shirt** will be delivered to all the countries we provide shipping and delivery services. The item will be delivered from 5-8 business days in the US and 10-15 business days for EU customers. We are truly grateful and appreciate that you have taken your time reading our item description, and hope you will find it useful and enough information for an informed purchase. If there is anything left unclear or questions, please do not hesitate to contact us at: **support@t-shirtat.com**. Have a great day!



**SOME FEATURES**

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

**STORE INFORMATION**

**T-shirt AT Fashion Store**

E: support@t-shirtat.com

P: +1 (302) 803 5456

A: 909 County Rd 2216
Cleveland, TX 77327 US

**HELP & INFORMATION**

About us

TRACK MY ORDER

Contact Us

FAQ

DCMA

**TERM & CONDITIONS**

TERMS OF SERVICE

Size Guide

Shipping

Privacy Statement

Returns & Exchanges

DMCA PROTECTED  Copyright 2023 © T-Shirt AT Fashion LLC











**SHOPPING CART** › CHECKOUT DETAILS › ORDER COMPLETE



✔ Cart updated.

| PRODUCT | | PRICE | QUANTITY | SUBTOTAL |
|---|---|---|---|---|
| | Kansas Jayhawks adidas new chapter shirt STYLE: CLASSIC MENS SHIRT ($0.00) COLOR: ■ BLACK SIZE: S ($0.00) | $22.99 | − 1 + | $22.99 |

← CONTINUE SHOPPING   UPDATE CART

**CART TOTALS**

| | |
|---|---|
| Subtotal | $22.99 |
| Shipping | Standard Shipping: $5.99 Shipping to 12901 NE 13th Ave, Miami, FL 33162. Change address |
| FL State Tax | $1.38 |
| Total | $30.36 |

PROCEED TO CHECKOUT

Coupon

Coupon code

Apply coupon



**SOME FEATURES**

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

**STORE INFORMATION**

**T-shirt AT Fashion Store**

E: support@t-shirtat.com

P: +1 (302) 803 5456

A: 909 County Rd 2216
Cleveland, TX 77327 US

**HELP & INFORMATION**

About us

TRACK MY ORDER

Contact Us

FAQ

DCMA

**TERM & CONDITIONS**

TERMS OF SERVICE

Size Guide

Shipping

Privacy Statement

Returns & Exchanges

DMCA PROTECTED Copyright 2023 © T-Shirt AT Fashion LLC



SHOPPING CART  >  **CHECKOUT DETAILS**  >  ORDER COMPLETE

Returning customer? **Click here to login**
Have a coupon? **Click here to enter your code**

**BILLING DETAILS**

Email address *

First name *                    Last name *

Country / Region *

United States (US)

Street address *

▮▮▮▮▮▮▮                   Apartment, suite, unit, etc. (optional)

Town / City *

Miami

State *

Florida

ZIP Code *

33162

Phone (optional)

☐ Create an account?
☐ Ship to a different address?

Order notes (optional)

Notes about your order, e.g. special notes for delivery.

**YOUR ORDER**

| PRODUCT | SUBTOTAL |
|---|---|
| Kansas Jayhawks adidas new chapter shirt × 1 STYLE: CLASSIC MENS SHIRT ($0.00) COLOR: ▪ BLACK SIZE: S ($0.00) | $22.99 |
| Subtotal | $22.99 |
| Shipping | Standard Shipping: $5.99 |
| FL State Tax | $1.38 |
| Total | $30.36 |

PayPal

**PayPal**

Debit or Credit Card

Powered by **PayPal**





UVVAynRZc%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qc2 9jbGllbnQtaW09QVkxZDJmY3h2RWFEanltX3ItdGdIJdXpwUE1SYlkyWGctcFNFVXU1ZGv0VhZMc3Vic3VlZSFXT3BDY1ZEUS1VV1ZBeW5SWmMmY3VycmVuY3k9VVNEJmlud2Vud2ZtJ1yXB8dXJ1IwiYXR0cmlNssiZGF0YS11aW0iOiJ1aWRfbGFvem5sZm1yenpuaXNhaWdnaHFxd1ic
mFlZuWRfbWFvem5sZmlyenpuaXNhaWdnaHFxd1ic3wYXWQgYXN0YW5kYXJkJmNvbXBvbmVudHM9bWVzc2FnZXMmc2RrTWV0YT1leUoxY213aU9pSnBZXJwWXdfY29xTDNrYXkvZ3Mvb3hrbGllbnQtaW09 QVkxZDJmY3h2
iOiJ1aWRfbWFvem5sa3pubXhYW0mY3cmZnIn19JGnvObNkco2ZhqxZfDQz3VEVTYyZ2J3c3VpZE1RBUj5mT2FuZXBNSSRTc6qwq5VZEsr
n%3DCONTINUE%26cookieBannerVariant%3D0&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qc 9jbGllbnQtaW09QVkxZDJmY3h2RWFEanltX3I
tdGdIJdXpwUE1SYlkyWGctcFNFVXU1ZGv0VhZMc3Vic3VlZSFXT3BDY1ZEUS1VV1ZBeW5SWmMmY3VycmVuY3k9VVNEJmlud2Vud2ZtJ1yXB8dXJ1IwiYXR0cmlNsiZGF0YS11aW0iOiJ1aWdfXrGctcH1Onsi
GF0YS11aW0iOiJ1aWRfbWFvem5sa3pubXhYW0mY3cmZnIn19&flowId=4AL23667CN691413A&country_x=US&locale_x=zh_XC&langTg1=zh"
lang="zh" data-locale="zh_XC"   中文</a></li></div></div><div id="tryAnotherWayModal" class="tryAnotherWayModal"><div
class="modal-content"><div class="modal-content-header"><div class="modal-header-text">Try another way</div></div><button id="closeModal"
type="button" class="dialog-close" aria-label="dialog-close"><button class="chevron"></button></div></button></div></div><li class="hide"><a
aria-label="Login with Touch ID or Face ID" id="loginWithWebauthn" href="#"><svg id="win face, fingerprint or PIN</div><button
class="chevron-right" aria-label="webauthn-chevron"></button></a></li><li class="hide"><a aria-label="Login with phone one-time code"
id="loginWithOtp" href="#">Text a time code</div></button><button class="chevron-right" aria-label="phone-otc-chevron"></button></li>
<li class="hide"><a aria-label="Login with email one-time code" id="loginWithEmailOtp" href="#">Email a one-time code</div><button
class="chevron-right" aria-label="email-otc-chevron"></button></li></li><a aria-label="Login with password"
id="loginWithPassword" href="#">Log in with your password</div><button class="chevron-right" aria-label="pwd-chevron"></button></a>
</li></ul></div></section><section id="verification" class="verification hide" data-role="page" data-title="Login Confirmation -
PayPal"><div class="corral"><div class="contentContainer contentContainerLean"><div id="pending" class="verificationSubSection
hide"><div class="headerText">Open the PayPal app</h1><p id="uncookiedMessage" class="verification-message hide">Open the PayPal app, tap Yes on the
prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> in the app.</p><p id="cookiedMessage" class="verification-
message hide">Open the PayPal app and tap Yes on the prompt to log in.</p></div><div id="notifications"></div><div class="accountArea"><span
class="account"></span><span class="verificationNotYou"><a class="" href="#" href="#" class="scTrack:unifiedlogin-verification-click-notYou"
id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p class="pin"></p><div class="mobileScreen"><img
src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div></div><div class="tryAnotherMsg"><p
id="tryPasswordLink" data-href="#" href="">< inlineLink scTrack:try-password">Use password instead</p></div><p class="resendMsg"><a
class="inlineLink scTrack:resend hide" role="button" data-href="#resend" id="resend" class="" to="resend">Resend</a><span class="sentMessage
hide">Sent</span></p></div><div id="expired" class="hide verificationSubSection"><div role="img" aria-label="PayPal Logo"
class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1>
<p class="slimP">We didn't receive a response so we were unable confirm your identity.</p></div><div id="expiredTryAgainButton" button
actionsSpaced">Try Again</button></div><div id="denied" class="denied">denied these verificationSubSection"><img alt=""
src="https://www.paypalobjects.com/images/shared/alert_critical_big-2x.png" class="deniedLocation"></h1><h1 class="headerText">Sorry, we
couldn't confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can
help</a></p></div></div><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a
target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li></a><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-
full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-
worldwide">Worldwide</a></li></ul></div><div class="transitioning  hide" class="welcomeMessage hide">Welcome, !</p></div>
class="checkingInfo hide">Checking your info...</p></div><p class="oneSecond hide">Just a second...</p></div><p class="secureMessage hide">Securely
logging you in...</p></p><p class="oneTouchMessage hide">Retrieving your info...</p>Retrieving your info...</p><p class="waitFewSecs
hide">This may take a few seconds...</p><p class="udtSpinnerMessage udtlogin hide">We recognize you on this device, and we're securely
logging you in.</p></p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need to enter your password for
this purchase.</p><p class="udtSpinnerMessage weblsXoUS hide">We recognize you on this device, so you can skip login.<br><br>Manage this
setting in your profile.</p><p class="udtSpinnerMessage webllsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p
class="qrcMessage hide">Redirecting...</p><p class="webAuthnLogin hide">Updating your login settings...</p></p><p class="webAuthnLogin
hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div></section><script nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb.js",fnSessionId: "4AL23667CN691413A",sourceId: "" || "UL_CHECKOUT_INPUT_PASSWORD",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD80QuwyMrZZN0NON3JxkNDEzQS2pPTQ5LjQzLjk5LjU1JnQ9MTY5MjM3NjJMzNy44NDYmNT0yMSZzPVVOSUZJRURFT8VHSU644MysBMtD47Zhx_ElFrFISGm0Ng",enableSpeedT
yping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",preloadScriptUrl: "",preloadScriptDownloadLength:
0,fingerprintProceed: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?
f=4AL23667CN691413A&s=UL_CHECKOUT_INPUT_PASSWORD&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script
nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId:
'4AL23667CN691413A',sourceId: 'UL_CHECKOUT_INPUT_PASSWORD',fname: 'fn_sync_data'};</script><!-- build:js inline --><!-- build:[src]
js/lib/ --><script nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA"
src="https://www.paypalobjects.com/web/res/ef6/734cc252203c47a6b40f489ffa52d/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!-- build --
/build --><script nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {"version": "5.0.393","noBridge": "","env": "production","icstage": "","targetCancelUrl":
"","paymentAction": "sale","paymentToken": "4AL23667CN691413A","merchantID": "WT633DTVP39PQ"};</script><!-- build:js inline --><!-- build:
[src] js/ --><script nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA"
src="https://www.paypalobjects.com/web/res/ef6/734cc252203c47a6b40f489ffa52d/js/checkout-split.js"></script><!-- /build --><!-- /build --
<script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3A&pgst=1692386337804&calc=f423196ac7a6b&nsid=7
rVLXEJ7TaJ8Cg8XI11DHf6f-
sXW8SJ6&rst=en_US&sgrf=Nodejs&env=live&s=ci&ccpg=US&csci=513120c8a1334727abe56130e51a4bdb&comp=unifiedloginnodeweb&tsrce=loggernodeweb&cu
=1&gacook=1329898816.1687810725&ef_policy=global&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2CX%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_pwd&use
nRedirected=true&fltk=4AL23667CN691413A&flid=4AL23667CN691413A&xe=101090%2C101736%2C101216%2C101270%2C104200%2C106057%2C108141%2C
102208%2C108076&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C138360%2C108106%2C138090&tx_login_ot_content=0&obex=che
ckout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_intent_fetch=success&ctx_login_ctxid_fetch=success%7C
parse-
success&ctx_login_lang_footer=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=4AL23667CN691413A&ctx_login_intent=checkout&ctx_lo
gin_flow=Express%7Ocheckout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes',url:'https:
\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions = {...fptiOptions,trackLazyData:
true,lazyDataId: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics !== "undefined"){PAYPAL.core = PAYPAL.core || {};
PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);        }})();</script><noscript><img src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3A%3A%3Alogin&page=main%3Aunifiedlogin%3A%3A%3A&pgst=1692386337804&calc=f423196ac7a6b&nsid=7
rVLXEJ7TaJ8Cg8XI11DHf6f-
sXW8SJ6&rst=en_US&sgrf=Nodejs&env=live&s=ci&ccpg=US&csci=513120c8a1334727abe56130e51a4bdb&comp=unifiedloginnodeweb&cu
=1&gacook=1329898816.1687810725&ef_policy=global&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2CX%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_pwd&use
nRedirected=true&fltk=4AL23667CN691413A&flid=4AL23667CN691413A&xe=101090%2C101736%2C101216%2C101270%2C104200%2C106057%2C108141%2C
102208%2C108076&xt=104050%2C105858%2C103864%2C106410%2C127485%2C101702%2C127561%2C138360%2C108106%2C138090&tx_login_ot_content=0&obex=che
ckout&landing_page=login&browser_client_type=Browser&state_name=begin_pwd&ctx_login_intent_fetch=success&ctx_login_ctxid_fetch=success%7C
parse-
success&ctx_login_lang_footer=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=4AL23667CN691413A&ctx_login_intent=checkout&ctx_lo
gin_flow=Express%7Ocheckout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes" alt=""
height="1" width="1" border="0"></noscript><script nonce="gU3bglema+kmuSE2MhWX/f4Z92Rv0jl0iTpGXbwWAq4bL2NA"
src="https://#x2F;&#x2F;www.paypal.com&#x2F;sdk&#x2F;js?client-id=AY1d2fcxvEaDjym_r-tgIuznPPMRbY2Xg-p5_Uu9WzUE5bdjo9xqAHMzI3oUBHAWQpCcVDO-
UVVAynRZc&env=production&currency=USD&amp;intent=capture" data-uid="maocndrknms rzpnismaignhiqewrfl"></script><script async
src="grcv3enterpriseframetag" data-key=6LdCCOUUAAAAAHfE-Snr6hi4HJGtJk_d21_ce-gWB data-action=unifiedloginnodeweb data-
sessionId=_sessionID=7rVLXEJ7TaJ8Cg8XI11DHf6f-sXW8SJ6 data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-





t-shirt@.com

Search for Anything...

CONTACT | +1 (302) 803 5456 | CART / $0.00 0

HOME | TRACK MY ORDER | VALENTINE'S DAY | WOMEN'S DAY | ST. PATRICK'S DAY | EASTER DAY | MOTHER'S DAY
FATHER'S DAY | PATRIOT DAY | COUSIN'S DAY | BIRTH DAY | INDEPENDENCE DAY | HALLOWEEN | CHRISTMAS | BLOGS

## CUSTOMER SUPPORT

Need more information on a specific product, or want an update on your order? Just let us know by filling the contact form below. Our support team always try to reply to all inquiries as fast as we can.

## CONTACT US

No matter how big or small your question is, we'll make sure to get back to you.

Support Email: support@t-shirtat.com

HOME | ABOUT US

**SOME FEATURES**

- Printed in the USA.
- 100% Satisfaction guarantee.
- Quality you can trust.
- Fastest shipping.

**STORE INFORMATION**

**T-shirt AT Fashion Store**

E: support@t-shirtat.com

P: +1 (302) 803 5456

A: 909 County Rd 2216
Cleveland, TX 77327 US

**HELP & INFORMATION**

About us

TRACK MY ORDER

Contact Us

FAQ

DCMA

**TERM & CONDITIONS**

TERMS OF SERVICE

Size Guide

Shipping

Privacy Statement

Returns & Exchanges

DMCA PROTECTED Copyright 2023 © T-Shirt AT Fashion LLC

E-commerce Store

usbestyle.com

LIMITED TIME! ALL SALE. EVERYTHING. 30% OFF! FREE SHIPPING FOR ORDER OVER 60$.

USBestyle

Home    Shop    LV Bags    GG Bags    Dior Bags    YSL Bags    Checkout

What are you looking for?

$110.00



## Hot Sales



HOT SALE
New Arrival LV Bag 4300
$70.00



LV BAGS
New Arrival LV Bag 4331
$130.00



LV BAGS
New Arrival LV Bag 4319
$130.00



GG BAGS
New Arrival GG Bag 4432
$130.00



LV BAGS
New Arrival LV Bag 4332
$130.00



LV BAGS
New Arrival LV Bag 4307
$130.00



LV BAGS
New Arrival LV Bag 4370
$130.00



LV BAGS
New Arrival LV Bag 4055
$130.00



LV BAGS
New Arrival LV Bag 4299
$130.00



GG BAGS
New Arrival GG Bag4172
$130.00



DO BAGS
New Arrival Dior Bag 4072
$140.00



DO BAGS
New Arrival Dior Bag 4107
$130.00

## Louis Vuitton Bags






LV BAGS
New Arrival LV Bag 4402
$125.00

LV BAGS
New Arrival LV Bag 4086
$125.00

LV BAGS
New Arrival LV Bag 4190
$130.00

LV BAGS
New Arrival LV Bag 4148
$130.00






LV BAGS
New Arrival LV Bag 4143
$130.00

LV BAGS
New Arrival LV Bag 4377
$130.00

LV BAGS
New Arrival LV Bag 4069
$125.00

LV BAGS
New Arrival LV Bag 4118
$130.00

## Gucci Bags






GG BAGS
New Arrival GG Bag 4359
$120.00

GG BAGS
New Arrival GG Bag 4381
$130.00

GG BAGS
New Arrival GG Bag4161
$130.00

GG BAGS
New Arrival GG Bag 4384
$130.00






GG BAGS
New Arrival GG Bag4253
$135.00

GG BAGS
New Arrival GG Bag 4434
$130.00

GG BAGS
New Arrival GG Bag4155
$130.00

GG BAGS
New Arrival GG Bag 4366
$130.00



**100% Satisfaction**

If you are not 100% satisfied, just let us know and we will
do our best to find a solution.



**Secure Payment**

We use encrypted SSL security to ensure that your credit
card information is 100% protected.



**Worldwide Shipping**

Available as Standard or Express delivery.

Shipping Policy

| ABOUT US | CUSTOMER SERVICE | HELP & INFORMATION |
| --- | --- | --- |

You are welcome to **USBestyle**, We're trying our best to bring customers the sneakers are made of high quality materials for maximum comfort in whatever you do.

For assistance, please contact us:

Phone: (312) 940-7142
(SMS Messaging Available Only)
**Email:** support@usbestyle.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

Privacy Policy
Shipping Policy
Refund and Returns Policy
Terms of Service
Payment Help

About Us
FAQs
DMCA
Track Order
Contact Us

TERMS OF SERVICE    REFUND POLICY    PRIVACY POLICY

© 2023 Usbestyle Store. All rights reserved.

VISA    PayPal    stripe    MasterCard    CASH ON DELIVERY

LIMITED TIME! ALL SALE. EVERYTHING. 30% OFF! FREE SHIPPING FOR ORDER OVER 60$.

USBestyle    Home    Shop    LV Bags    GG Bags    Dior Bags    YSL Bags    Checkout

What are you looking for?

$0.00

Showing 1–20 of 465 results          Sort by popularity



GG BAGS
New Arrival GG Bag4201
$130.00



GG BAGS
New Arrival GG Bag 4044
$130.00



GG BAGS
New Arrival GG Bag 4043
$130.00



GG BAGS
New Arrival GG Bag 4045
$130.00



GG BAGS
New Arrival GG Bag 4041
$130.00



GG BAGS
New Arrival GG Bag 4042
$130.00



GG BAGS
New Arrival GG Bag 4040
$130.00



GG BAGS
New Arrival GG Bag 4036
$130.00



GG BAGS
New Arrival GG Bag 4038
$130.00



GG BAGS
New Arrival GG Bag 4037
$130.00



GG BAGS
New Arrival GG Bag 4035
$130.00



GG BAGS
New Arrival GG Bag 4039
$130.00



GG BAGS
New Arrival GG Bag 4025
$125.00



GG BAGS
New Arrival GG Bag 4029
$125.00



GG BAGS
New Arrival GG Bag 4030
$125.00



GG BAGS
New Arrival GG Bag 4032
$125.00









| GG BAGS | GG BAGS | GG BAGS | GG BAGS |
|---|---|---|---|
| New Arrival GG Bag 4026 | New Arrival GG Bag 4027 | New Arrival GG Bag 4034 | New Arrival GG Bag 4028 |
| $125.00 | $125.00 | $125.00 | $125.00 |

1  2  3  4  …  22  23  24  ›

## ABOUT US

You are welcome to **USbestyle**, We're trying our best to bring customers the sneakers are made of high quality materials for maximum comfort in whatever you do.

For assistance, please contact us:

Phone: (312) 940-7142
(SMS Messaging Available Only)
**Email:** support@usbestyle.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

## CUSTOMER SERVICE

Privacy Policy
Shipping Policy
Refund and Returns Policy
Terms of Service
Payment Help

## HELP & INFORMATION

About Us
FAQs
DMCA
Track Order
Contact Us

TERMS OF SERVICE    REFUND POLICY    PRIVACY POLICY

© 2023 Usbestyle Store. All rights reserved.



LIMITED TIME! ALL SALE. EVERYTHING. 30% OFF! FREE SHIPPING FOR ORDER OVER 60S.

USBestyle

Home    Shop    LV Bags    GG Bags    Dior Bags    YSL Bags    Checkout

What are you looking for?

$110.00



   

## New Arrival GG Bag4201

$130.00

Hurry up! Just 8 items left in stock

| 00 | 01 | 15 | 48 |
|----|----|----|----|
| days | hrs | mins | secs |

Prices go up when the timer hits zero.

CLEAR

**SIZE**

24.5/16.5/9.5cm

8 in stock

**Quantity**

−  1  +

**ADD TO CART**

- OR -








### Return & Warranty

🛡 100% Secure payment with SSL Encryption.

✅ If you're not 100% satisfied, let us know and we'll make it right.

### Product Details

New Arrival GG Bag4201
24.5/16.5/9.5cm

### Shipping Info

- Worldwide shipping available. Shipping fees and delivery time depends on the country and total weight of items in your order.
- Tip: Buying 2 products or more at the same time will save you quite a lot on shipping fees.
- View our full return & refund policy here.

---

**ABOUT US**

You are welcome to **USBestyle**, We're trying our best to bring customers the sneakers are made of high quality materials for maximum comfort in whatever you do.

For assistance, please contact us:

Phone: (312) 940-7142
(SMS Messaging Available Only)
**Email:** support@usbestyle.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

**CUSTOMER SERVICE**

Privacy Policy
Shipping Policy
Refund and Returns Policy
Terms of Service
Payment Help

**HELP & INFORMATION**

About Us
FAQs
DMCA
Track Order
Contact Us

TERMS OF SERVICE    REFUND POLICY    PRIVACY POLICY

© 2023 Usbestyle Store. All rights reserved.

  

















USBestyle

Express Checkout

PayPal

Pay Later

Debit or Credit Card

- OR -

CUSTOMER INFORMATION

Email address *
[redacted]

Full name *
[redacted]

Phone *
[redacted]

Street address *
[redacted]

Town / City *
Parkland

Country / Region *
United States (US)

State *
Florida

ZIP Code *
33067

☐ Ship to a different address?

PayPal

PayPal

Pay Later

Debit or Credit Card

Powered by PayPal

SECURE SSL ENCRYPTION  Norton by Symantec

YOUR ORDER

| | |
|---|---|
| 1 New Arrival LV Bag 4501 - 25x13x4cm | $110.00 |
| 1 New Arrival GG Bag4201 - 24.5/16.5/9.5cm | $130.00 |
| 1 New Arrival YSL Bag 0001 - 20x17x6cm | $125.00 |

Have a coupon? Click here to enter your code

| | |
|---|---|
| Subtotal | $365.00 |
| Shipping | |
| ◉ Free shipping | |
| ○ Express Shipping: $14.99 | |
| Total | $365.00 |

TERMS OF SERVICE  REFUND POLICY  PRIVACY POLICY

© 2023 Usbestyle Store. All rights reserved.

VISA PayPal stripe MasterCard CASH ON DELIVERY

class="modal-content-body"><li class="hide"><a aria-label="Login with Touch ID or Face ID" id="loginWithWebauthn" href="#"><div>Log in with face, fingerprint or PIN</div><button class="chevron-right" aria-label="webauthn-chevron"></button></a></li><li class="hide"><a aria-label="Login with phone one-time code" id="loginWithOtp" href="#"><div>Log in with a one-time code</div></a></li><li class="hide" aria-label="phone-otc-chevron"></button></a></li><li class="hide"><a aria-label="Login with email one-time code" id="loginWithEmailOtp" href="#"><div>Log in with a one-time code</div></a></li><li class="hide" aria-label="email-otc-chevron"></button></a></li><li class="hide"><a aria-label="Login with password" id="loginWithPassword" href="#"><div>Log in with your password</div></a></li><li class="hide" aria-label="pwd-chevron"></button></a></li></ul><div class="button-bar"><button data-title="Login Confirmation - PayPal"><div class="coral"><div class="contentContainer contentContainerlean"><div id="pending" class="verificationSubSection"><li class="headerText">Open the PayPal App</li><div class="verification-message hide">Open the PayPal app and tap Yes on the prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</div><p id="cookieMessage" class="verification-message hide">Open the PayPal app and tap Yes on the prompt to log in.</p><div class="notifications"><span class="account"></span></div></div><div id="verificationNotYou"><a data-href="#" href="#" class="scTrack:unifiedlogin-verification-click-notYou" id="pendingNotYouLink">Not you</a></div><div class="mobileNotification"><span class="pin"></span></div><div class="mobileScreen"><img src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div><div class="tryAnotherMsg"><a id="tryPasswordLink" data-href="#" href="" class="inlineLink scTrack:try-password">Use password instead</a></div><p class="resendMsg"><a id="resendLink" class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="#resend">Resend</a></p><div class="expired"><p class="expired">This login verification request has expired</p><div class="verificationSubSection"></header><p role="img" aria-label="PayPal logo" class="paypal-logo-long">PayPal</p></div><div class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</div><p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button actionsSpaced">Try Again</button></div><div id="denied" class="denied"><span class="headerText">Sorry, we couldn't confirm it's you</p><h3>Need a hand</h3><a class="inlineLink scTrack:help">We can help</a></div></div><div class="footerGroup"><li><a target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank" href="/us/webapps/mpp/country-worldwide">Worldwide</a></li></div></div></div></footer></div></section><div class="transitioning hide"><p class="welcomeMessage hide">Welcome, !</p><p class="checkingInfo hide">Checking your info...</p><p class="oneSecond hide">Just a second...</p><p class="secureMessage hide">Securely logging you in...</p><p class="oneTouchMessage hide"></p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs hide">This may take a few seconds...</p>...







[redacted] $365.00

Ship to [redacted] Change
[redacted], Parkland, FL 33076

Make this my preferred shipping address

Pay with Split

[redacted] $365.00

[redacted]

[redacted]

PayPal Credit
Get $20 off your purchase of $365.00 for a limited time. Plus, No Interest if paid in full in 6 months. Subject to credit approval. See terms

+ Add debit or credit card

Pay Later

Pay in 4
4 interest-free payments of $91.25. No late fees. Learn more

Complete Purchase

Payment method rights

Cancel and return to merchant

We're glad to hear from you! At Usbestyle, we are committed to providing excellent customer service, and we are always here to help. Here's how you can get in touch with us:

Email: support@usbestyle.com.

We strive to respond to all inquiries within 24-48 hours. Thank you for choosing Usbestyle!

**Your name**

**Your email**

**Subject**

**Your message (optional)**

SUBMIT

**ABOUT US**

You are welcome to **USBestyle**, We're trying our best to bring customers the sneakers are made of high quality materials for maximum comfort in whatever you do.

For assistance, please contact us:

Phone: (312) 940-7142
(SMS Messaging Available Only)
**Email:** support@usbestyle.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

**CUSTOMER SERVICE**

Privacy Policy
Shipping Policy
Refund and Returns Policy
Terms of Service
Payment Help

**HELP & INFORMATION**

About Us
FAQs
DMCA
Track Order
Contact Us

TERMS OF SERVICE    REFUND POLICY    PRIVACY POLICY

© 2023 Usbestyle Store. All rights reserved.

Your Usbestyle order has been received!

From: Usbestyle (support@usbestyle.com)

To: ███████████

Date: Tuesday, May 9, 2023 at 11:50 AM MST

## Thank you for your order

Hi ███

Your order has been processed and is now being prepared for dispatch. We would like to confirm that your order will be dispatched within 3 working days, and the shipping time usually takes 10-14 business days for an order to arrive. We will also provide you with the tracking number once the order has been dispatched, so that you can track your order during the delivery process.

**[Order ███████ (May 9, 2023)**

| Product | Quantity | Price |
|---|---|---|
| New Arrival LV Bag 4501 - 25x13x4cm<br>**Size:** 25x13x4cm | 1 | $110.00 |
| New Arrival YSL Bag 0001 - 20x17x6cm<br>**Size:** 20x17x6cm | 1 | $125.00 |
| New Arrival GG Bag4201 - 24.5/16.5/9.5cm<br>**Size:** 24.5/16.5/9.5cm | 1 | $130.00 |
| **Subtotal:** | | $365.00 |
| **Shipping:** | | Free shipping |
| **Payment method:** | | PayPal |
| **Total:** | | $365.00 |

**Billing address**

██████████
_Parkland, FL 33076_

**Shipping address**

███████
_Parkland, FL 33076_

Thanks for using usbestyle.com!

Usbestyle —

Transaction details                                              May 9, 2023 at 11:50:10 AM PDT  |  Transaction ID: ██████████

Payment sent to CAO TRUNG TIEN                                                          Gross amount
Payment Status: **Completed**                                                         **-$365.00 USD**
Payment Type: Checkout

**Shipping address**

██████████
██████████
Parkland, FL 33076
UNITED STATES
Confirmed

**Tracking Information**

Add the tracking info for your physical packages to keep things organized and help you benefit
from seller protection. It is a win-win.

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| Item # 1 | 25x13x4cm | 1 | $110.00 USD | $110.00 USD |
| Item # 2 | 20x17x6cm | 1 | $125.00 USD | $125.00 USD |
| Item # 3 | 24.5/16.5/9.5cm | 1 | $130.00 USD | $130.00 USD |
| | | | Purchase Total | $365.00 USD |

**Your Payment**

| | |
|---|---|
| Purchase Total | -$365.00 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | $0.00 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$365.00 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$365.00 USD |

**Have you received your order?**

You can confirm the receipt of this order 48 hours after your payment.

| Invoice ID | ██████████ |
|---|---|
| Contact info | **CAO TRUNG TIEN** |
| | The receiver of this payment is **Non-US - Verified** |
| | http://ticastyle.com |
| | caotrungtien0201@gmail.com |
| Payment Sent to | caotrungtien0201@gmail.com |
| Funding details | Funding Type: Credit Card |
| | Funding Source: -$365.00 USD -██████████ |
| | This transaction will appear on your bill as PAYPAL *CAOTRUNGTIE |

**Need help?**

Go to the **Resolution Center** for help with this transaction, to settle a dispute or to open a claim.

# E-commerce Store

yajerseyclub.com



English

We Worldwide Free shipping!!! need help? support@yajerseyclub.com *Dismiss*

Store    Soccer Jersey ⌄    Windbreaker Jacket    Tracksuit Set    Hoodies    Winter Range ⌄    🛒 0 items - $0.00

products...    🔍

## World Cup Jersey 2022 New Arrival

## FIFA World cup jersey 2022 on sale

  

2022 FIFA World Cup Jersey
**Netherlands World Cup 2022 FIFA Soccer Jersey Away kit buy online on sale football Shirt**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**England World Cup 2022 FIFA Soccer Jersey Away kit buy online on sale football Shirt**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**Uruguay World Cup 2022 FIFA Soccer Jersey Home kit buy online on sale football Shirt**
$24.99 – $29.99

Select options

  

2022 FIFA World Cup Jersey
**France World Cup 2022 FIFA Soccer Jersey Away kit buy online on sale football Shirt**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**Belgium World Cup 2022 Soccer Jersey Away kit buy online on sale**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**Finland World Cup 2022 Soccer Jersey Away kit buy online on sale**
$24.99 – $29.99

Select options

  

2022 FIFA World Cup Jersey
**Switzerland World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**Finland World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**Senegal World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options

  

2022 FIFA World Cup Jersey
**Argentina World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

2022 FIFA World Cup Jersey
**Portugal World Cup 2022 Soccer Jersey Home kit buy online on sale**
$59.99 $29.99

2022 FIFA World Cup Jersey
**Croatia World Cup 2022 Soccer Jersey Home kit buy online on sale Player Edition**
$59.99 $29.99

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss


Sale!


Sale!


Sale!

2022 FIFA World Cup Jersey

**Portugal World Cup 2022 Soccer Jersey Home kit buy online on sale**
$59.99 $29.99

2022 FIFA World Cup Jersey

**Mexico World Cup 2022 Soccer Jersey Home kit buy online on sale**
$59.99 $29.99

2022 FIFA World Cup Jersey

**Brazil World Cup 2022 Soccer Jersey Away kit buy online on sale**
$24.99 – $29.99

Select options

Select options

Select options


Sale!


Sale!


Sale!

2022 FIFA World Cup Jersey

**Brazil World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Czech Home World Cup 2022/23 Women Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Northern Ireland Home World Cup 2022/23 Women Soccer Jersey**
$24.99 – $29.99

Select options

Select options

Select options


Sale!


Sale!


Sale!

2022 FIFA World Cup Jersey

**Mexico Home World Cup 2022-23 Women Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Belgium Black World Cup 2022/23 Women Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Germany Home World Cup 2022/23 Women Soccer Jersey**
$24.99 – $59.99

Select options

Select options

Select options


Sale!


Sale!


Sale!

2022 FIFA World Cup Jersey

**Netherlands National Team Home 2022/23 world Cup Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Germany Home World Cup 2022/23 Women Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Mexico National Team Black Gold 2022-23 world Cup Soccer Jersey**
$24.99 – $29.99

Select options

Select options

Select options


Sale!



2022 FIFA World Cup Jersey

**England Home World Cup 2022/23 Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Germany National Team Home World Cup 2014 Retro Soccer Jersey**
$24.99 – $29.99

2022 FIFA World Cup Jersey

**Argentina Home World Cup 2022/23 Soccer Jersey**
$24.99 – $29.99

Select options

Select options

Select options

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss



2022 FIFA World Cup Jersey

**Portugal Home World Cup 2022/23 Soccer Jersey**
$24.99 – $29.99

Select options

## Soccer team windbreaker jacket on sale



Sale!

Adidas
**Flamengo soccer Windbreaker black blue 2022/23**
$128.98 $78.98

Select options



Sale!

Adidas
**Flamengo Windbreaker Black White Blue 2022/23**
$128.98 $78.98

Select options



Sale!

Nike
**Brazil Football Team White 2022/23 Windbreaker**
$128.98 $78.98

Select options



Sale!

Nike
**FC Barcelona black windbreaker jacket Nike 2022-23**
$128.98 $78.98

Select options

Sale!

Nike
**Atlético de Madrid black windbreaker jacket Nike 2022-23**
$128.98 $78.98

Select options



Sale!

Nike
**Paris Saint Germain black windbreaker jacket Nike 2022-23**
$128.98 $78.98

Select options



Sale!

Nike
**Liverpool black windbreaker jacket Nike 2022-23**
$128.98 $78.98

Select options



Sale!

Nike
**Inter Milan black windbreaker jacket Nike 2022-23**
$128.98 $78.98

Select options



Sale!

Nike
**Brazil black windbreaker jacket Nike 2022-23**
$128.98 $78.98

Select options



Sale!

Jordan
**Jordan PSG black windbreaker jacket 2022-23**
$128.98 $78.98

Select options



Sale!

Nike
**Nike Chelsea black windbreaker jacket 2022-23**
$128.98 $78.98

Select options



Sale!

Nike
**Nike French soccer windbreaker jacket 2022-23**
$128.98 $78.98

Select options

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

**Football Tracksuits on sale**





Adidas
**flamenco yellow football tracksuit set Adidas kit 2022-23**
$128.98 $78.98

Nike
**Corinthians football tracksuit set Nike kit 2022-23**
$128.98 $78.98

Nike
**Sao Paulo Red football tracksuit set Adidas kit 2022-23**
$128.98 $78.98

Select options   Select options   Select options





Adidas
**Juventus Black football tracksuit set Adidas kit 2022-23**
$128.98 $78.98

Nike
**Netherlands blue football tracksuit set Nike kit 2022-23**
$128.98 $78.98

Nike
**France blue football tracksuit set Nike kit 2022-23**
$128.98 $78.98

Select options   Select options   Select options





Nike
**France dark blue football tracksuit set Nike kit 2022-23**
$128.98 $78.98

Nike
**France white football tracksuit set Nike kit 2022-23**
$128.98 $78.98

Adidas
**Real Madrid white football tracksuit set Adidas kit 2022-23**
$128.98 $78.98

Select options   Select options   Select options





Puma
**Marseille Blue football tracksuit set Puma kit 2022-23**
$128.98 $78.98

Puma
**Palmeiras dark green football tracksuit set Puma kit 2022-23**
$128.98 $78.98

Puma
**Dortmund football tracksuit set Puma kit 2022-23**
$128.98 $78.98

Select options   Select options   Select options





Adidas
**Juventus green football tracksuit set Adidas kit 2022-23**
$128.98 $78.98

Puma
**AC Milan football tracksuit set Puma kit 2022-23**
$128.98 $78.98

Adidas
**Arsenal football tracksuit set Adidas kit 2022-23**
$128.98 $78.98

Select options   Select options   Select options

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss



Puma
**Marseille football tracksuit set Puma kit 2022-23**
$128.98 $75.98

[Select options]

## Blogs



**Iceland National Team 2022-23 Away Shirt**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**Senegal National Team 2022 World Cup Away Shirt**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**Czech National Team 2022-23 Away Shirt**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**Ghana National Team 2022 World Cup Away Shirt**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**Serbia National Team 2022 World Cup Away Shirt**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**Switzerland National Team 2022 World Cup Away Shirt**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**PUMA releases 2022 away jerseys for its 13 national teams**

29/08/2022 /// No Comments

The world's leading sports brand PUMA officially released 2022 away jersey series of its 13 national teams today. This national team-away jersey series reinterprets the

Read More »



**Japan National Team 2022 World Cup Home and Away Jerseys**

29/08/2022 /// No Comments

Adidas and the Japan Football Association (JFA) jointly released the new home and away jersey of the Japanese national team today, which will be unveiled

Read More »



**Mexico National Team 2022 World Cup Away Shirt**

29/08/2022 /// No Comments

Adidas and the Mexican Football Federation (FMF) jointly released the new away jersey of the Mexican national team today, which will be unveiled by Mexican

Read More »

« Previous    1    2    3    Next »

About

Services

Contact

Email: support@yajerseyclub.com

Products...

Copyright © 2023 Ya Jersey Club



We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

Store    Soccer Jersey    Windbeaker Jacket    Tracksuit Set    Hoodies    Winter Range    🛒 0 items - $0.00



Adidas
flamenco yellow football tracksuit set Adidas kit 2022-23
$129.98 $78.98

Select options

Nike
Corinthians football tracksuit set Nike kit 2022-23
$129.98 $78.98

Select options

Adidas
Sao Paulo Red football tracksuit set Adidas kit 2022-23
$128.98 $78.98

Select options

Adidas
Juventus Black football tracksuit set Adidas kit 2022-23
$129.98 $78.98

Select options

Nike
Netherlands blue football tracksuit set Nike kit 2022-23
$129.98 $78.98

Select options

Nike
France blue football tracksuit set Nike kit 2022-23
$129.98 $78.98

Select options

Nike
France dark blue football tracksuit set Nike kit 2022-23
$128.98 $78.98

Select options

Nike
France white football tracksuit set Nike kit 2022-23
$129.98 $78.98

Select options



English

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

Adidas

**Real Madrid white football tracksuit set Adidas kit 2022-23**

~~$128.98~~ $78.98

Select options

Puma

**Marseille Blue football tracksuit set Puma kit 2022-23**

~~$128.98~~ $78.98

Select options

Puma

**Palmeiras dark green football tracksuit set Puma kit 2022-23**

~~$128.98~~ $78.98

Select options

Puma

**Dortmund football tracksuit set Puma kit 2022-23**

~~$128.98~~ $78.98

Select options

Adidas

**Juventus green football tracksuit set Adidas kit 2022-23**

~~$128.98~~ $78.98

Select options

Puma

**AC Milan football tracksuit set Puma kit 2022-23**

~~$128.98~~ $78.98

Select options

Adidas

**Arsenal football tracksuit set Adidas kit 2022-23**

~~$128.98~~ $78.98

Select options

Puma

**Marseille football tracksuit set Puma kit 2022-23**

~~$128.98~~ $78.98

Select options

1 2 3 →

Products...

Email: support@yajerseyclub.com

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

YA | JERSEY | CLUB

Store    Soccer Jersey ⌄    Windbeaker Jacket    Tracksuit Set    Hoodies    Winter Range ⌄    🛒 0 items - $0.00

Search...    🔍



2022 FIFA World Cup Jersey
**Netherlands World Cup 2022 FIFA Soccer Jersey Away kit buy online on sale football Shirt**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**England World Cup 2022 FIFA Soccer Jersey Away kit buy online on sale football Shirt**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**Uruguay World Cup 2022 FIFA Soccer Jersey Home kit buy online on sale football Shirt**
$24.99 – $29.99

Select options

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss



2022 FIFA World Cup Jersey
**France World Cup 2022 FIFA Soccer Jersey Away kit buy online on sale football Shirt**
$24.99 – $29.99

Select options

2022 FIFA World Cup Jersey
**Belgium World Cup 2022 Soccer Jersey Away kit buy online on sale**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**Finland World Cup 2022 Soccer Jersey Away kit buy online on sale**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**Switzerland World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**Finland World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**Senegal World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options



2022 FIFA World Cup Jersey
**Argentina World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

2022 FIFA World Cup Jersey
**Portugal World Cup 2022 Soccer Jersey Home kit buy online on sale**
$59.99 $29.99

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

English



Sale!

2022 FIFA World Cup Jersey
**Croatia World Cup 2022 Soccer Jersey Home kit buy online on sale Player Edition**
$59.99 $29.99

Select options

Sale!

2022 FIFA World Cup Jersey
**Portugal World Cup 2022 Soccer Jersey Home kit buy online on sale**
$59.99 $29.99

Select options



Sale!



2022 FIFA World Cup Jersey
**Mexico World Cup 2022 Soccer Jersey Home kit buy online on sale**
$59.99 $29.99

Select options

Sale!

2022 FIFA World Cup Jersey
**Brazil World Cup 2022 Soccer Jersey Away kit buy online on sale**
$24.99 – $29.99

Select options



Sale!



2022 FIFA World Cup Jersey
**Tottenham Hotspur Home 2022/23 Soccer Jersey**
$49.99 – $59.99

Select options

2022 FIFA World Cup Jersey
**Brazil World Cup 2022 Soccer Jersey Home kit buy online on sale**
$24.99 – $29.99

Select options







2022 FIFA World Cup Jersey
**Chelsea Home 2022/23 Soccer Jersey**
$49.99 – $59.99

Select options

2022 FIFA World Cup Jersey
**M. United Home 2022/23 Soccer Jersey**
$49.99 – $59.99

Select options

2022 FIFA World Cup Jersey
**Juventus Home 2022/23 Soccer Jersey**
$49.99 – $59.99

Select options



2022 FIFA World Cup Jersey

**England White Blue 2022/23 Soccer Jersey**

$49.99 – $59.99

Select options

2022 FIFA World Cup Jersey

**Germany Home World Cup 2022/23 Women Soccer Jersey**

$49.99 – $59.99

Select options

2022 FIFA World Cup Jersey

**Corinthians Away Women 2022/23 Soccer Jersey**

$49.99 – $59.99

Select options

2022 FIFA World Cup Jersey

**Liverpool white green 2022/23 Soccer Jersey**

$49.99 – $59.99

Select options

1  2  →

Email: support@yajerseyclub.com

Copyright © 2023 Ya Jersey Club









English

We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

YA | JERSEY | CLUB

Store Soccer Jersey Windbeaker Jacket Tracksuit Set Hoodies Winter Range 0 items - $0.00

Search...

Adidas

**Real Madrid Home Kids Kit 2022/23 Soccer Jersey**

$49.99 – $59.99

Select options

Kids Kit

**Kids Kit Barcelona Home Soccer Jersey 2022/23**

$49.99 – $59.99

Select options

Kids Kit

**Manchester City Kids Kit Soccer Jersey 2022-23**

$49.99 – $59.99

Select options

Kids Kit

**Dortmund Home Kids Kit 2022-23 Soccer Jersey**

$49.99 – $59.99

Select options

Kids Kit

**Vasco da Gama Away Kids Kit 2022-23 Soccer Jersey**

$49.99 – $59.99

Select options

Adidas

**Kids Kit Argentina Football Team Home 2022 World Cup Soccer Jersey**

$29.99 – $39.99

Select options

Products...

Email: support@yajerseyclub.com

Copyright © 2023 Ya Jersey Club

English
We Worldwide Free shipping!!! need help? support@yajerseyclub.com Dismiss

YA | JERSEY | CLUB

Sort by Brand

- Puma
- Adidas
- Nike
- Jordan

Home / soccer Jersey / M. United Home 2022/23 Soccer Jersey

2022 FIFA World Cup Jersey, Adidas, soccer Jersey

**$49.99 – $59.99** Free Shipping

**Size**

M

**Customize**

No

CLEAR

**$49.99**

1 **Add to cart**

SKU: N/A

Categories: 2022 FIFA World Cup Jersey, Adidas, soccer Jersey

Tags: 2022-2023, home

**Guaranteed Safe Checkout**

PayPal Pay Later

Two easy ways to pay

**Description** **Additional information** **Size Chart**

M. United Home 2022/23 Soccer Jersey

## Related products

soccer Jersey

**West Ham Home 2022-23 Soccer Jersey**

$49.99 – $59.99

Select options

soccer Jersey

**Monaco Home 2022-23 Soccer Jersey**

$49.99 – $59.99

Select options

Adidas

**Player Edition Bayern Munich Home 2022-23 Soccer Jersey**

$49.99 – $59.99

Select options

Nike

**Rennais Home 2022-23 Soccer Jersey**

$49.99 – $59.99

Select options

About

Services

Products...

Contact

Email: support@yajerseyclub.com

We Worldwide Free shipping!!! need help? support@yajerseyclub.com. Dismiss

English

Store    Soccer Jersey ⌄    Windbeaker Jacket    Tracksuit Set    Hoodies    Winter Range ⌄    🛒 1 item - $49.99

# CHECKOUT

🏷 Have a coupon? Click here to enter your code

## Billing details

First name *

Last name *

Company name (optional)

Country / Region *

United States (US)

Street address *

Apartment, suite, unit, etc. (optional)

Town / City *

Pompano Beach

State *

Florida

ZIP Code *

33062

Phone *

Email address *

☐ Ship to a different address?

Order notes (optional)

Notes about your order, e.g. special notes for delivery.

## Subscribe to Newsletter

☐ Yes, please subscribe me to the newsletter.

### Your order

| Product | Subtotal |
| --- | --- |
| M. United Home 2022/23 Soccer Jersey - No × 1 | $49.99 |
|  | Size: M |
| Subtotal | $49.99 |
| Shipping | Free shipping |
| Total | $49.99 |

Paypal

Pay via PayPal.

☐ I would like to receive exclusive emails with discounts and product information (optional)

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

☑ I have read and agree to the website terms and conditions *

**PayPal**

**P** Pay Later

Debit or Credit Card

Powered by **PayPal**

About

Services



Pay with PayPal

Enter your email address to get started.

Email or mobile number

**Forgot email?**

Next

— or —

Pay with Debit or Credit Card

**Cancel and return to Ya Jersey Club-a professional jerseys manufacturing**

🇺🇸 ∨  English | Français | Español | 中文

Line wrap

```
<!DOCTYPE html><!--[if lt IE 9]><html lang="en" class="no-js lower-than-ie9 ie desktop"><![endif]--><!--[if lt IE 10]><html lang="en" class="no-js lower-than-ie10 ie desktop"><!
[endif]--><!--[if !IE]>--><html lang="en" class="no-js desktop"><!--<![endif]--><head><script async src="https://www.paypalobjects.com/webcaptcha/ngrlCaptcha.min.js"></script><!--
Script info: script: node, template:  , date: Aug 4, 2023 11:35:43 -07:00, country: US, language: en web version:  content version:  hostname :
rZJvnqaaQhLn/nmWT8cSUjOx898qoYZ0biQlNiCHKWWofITjyrTvoKSUWj8glkhA rlogid :
rZJvnqaaQhLn%2FnmWT8cSUotSylMGOTGkRUMDpmUTvbXdvevuMMFAfVpgPHQO3DS15Q%2Bs90pd04ixT6NDYUDsjSffiWNniXFd_189c1d5856e --><meta charset="utf-8" /><title>Log in to your PayPal
account</title><meta http-equiv="content-type" content="text/html; charset=UTF-8" /><meta name="application-name" content="PayPal" /><meta name="msapplication-task" content="name=My
Account;action-uri=https://www.paypal.com/us/cgi-bin/webscr?cmd=_account;icon-uri=https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><meta name="msapplication-task"
content="name=Send Money;action-uri=https://www.paypal.com/us/cgi-bin/webscr?cmd=_send-money-transfer&amp;send_method=domestic;icon-
uri=https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><meta name="keywords" content="transfer money, email money transfer, international money transfer " /><meta
name="description" content="Transfer money online in seconds with PayPal money transfer. All you need is an email address." /><link rel="shortcut icon"
href="https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><link rel="apple-touch-icon" href="https://www.paypalobjects.com/webstatic/icon/pp64.png" /><link rel="canonical"
href="https://www.paypal.com/us/signin" /><meta name="viewport" content="width=device-width, height=device-height, initial-scale=1.0, maximum-scale=2, user-scalable=yes" /><meta
property="og:image" content="https://www.paypalobjects.com/webstatic/icon/pp258.png" /><link rel="stylesheet"
href="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/css/contextualLoginElementalUIv2.css" /><!--[if lte IE 9]><link rel="stylesheet"
href="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/css/ie9.css" /><![endif]--><!-- build:js inline --><!-- build:[src] js/lib/ --><script
nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP" src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/lib/modernizr-2.6.1.js"></script><!-- /build
--><!-- /build --><style id="antiClickjack">body {display: none !important;}</style><script nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP">/* Special integration
eligibility check */function isEligibleIntegration() {var sxf = "true";return sxf === 'true' || window.name === 'PPFrameRedirect';}/* Don't bust the frame if this is top window */if
(self === top || isEligibleIntegration()) {var antiClickjack = document.getElementById("antiClickjack");if (antiClickjack) {antiClickjack.parentNode.removeChild(antiClickjack);}}
else {top.location = self.location;}</script></head><body class="desktop"data-
rlogid="rZJvnqaaQhLn%2FnmWT8cSUotSylMGOTGkRUMDpmUTvbXdvevuMMFAfVpgPHQO3DS15Q%2Bs90pd04ixT6NDYUDsjSffiWNniXFd_189c1d5856e"data-
hostname="rZJvnqaaQhLn/nmWT8cSUjOx898qoYZ0biQlNiCHKWWofITjyrTvoKSUWj8glkhA"data-production="true"data-enable-ads-captcha="true"data-ads-challenge-
url="/auth/createchallenge/39d031cc731ae8c8/challenge.js"data-enable-client-cal-logging="true"data-correlation-id="0a6285a1a7894"data-enable-fn-beacon-on-web-views="true"data-phone-
password-enabled="true"data-is-hybrid-login-experience="true"data-phone-code="US +1"data-csrf-token="zZsXMnBs5b7wA54+pzNgZZwKg9Lc1rHVDQjRg="data-
nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP"data-lazy-load-country-codes="true"data-cookie-banner-enabled="true"data-show-country-drop-down="true"data-otp-login-
integration-type="via_button"data-email-label="Email" data-xhr-timeout-limit="20000"data-load-start-time="1691174143342"data-xhr-timeout-ineligible-list="MSIE 10|Windows NT 10"data-
cookie-banner-variant="hidden"><noscript><p class="nonjsAlert" role="alert">NOTE: Many features on the PayPal Web site require Javascript and cookies.</p></noscript><div id="main"
class="main" role="main"><section id="login" class="login   " data-role="page" data-title="Log in to your PayPal account"><div class="corral"><div id="content"
class="contentContainer   activeContent contentContainerBordered"><header id= "header" ><p role="img" aria-label="PayPal Logo" class="paypal-logo paypal-logo-long"></p></header><h1
id="headerText" class="headerText  ">Pay with PayPal</h1><p id="emailSubTagLine" class="subHeaderText ">Enter your email address to get started.</p><p id="phoneSubTagLine"
class="subHeaderText hide">Already set up to use your mobile number to log in? Type it below. Otherwise, click the link to log in with email.</p><p id="subTagLineConnectOtp"
class="subHeaderText hide">Forgot your email address? Go to the PayPal website to recover it.</p><p id="pwdSubTagLine" class="subHeaderText hide">With a PayPal account, you're
eligible for Purchase Protection and Rewards.</p><p id="eligiblePurchaseSubTagLine" class="subHeaderText hide">Your eligible purchases are covered by PayPal's Buyer Protection
program. <a href="/us/webapps/mpp/ua/buyer-protection?locale.x=en_US">See terms</a></p><div  class="notifications"></div><div id="keychainErrorMessage" class="hide"><p
class="notification notification-warning blocked-on-8ball hide">PayPal One Touch&trade; only works for checkout. Please login with your email.</p><p class="notification notification-
warning blocked-on-risky-login hide">Please login with your email and password.</p><p class="notification notification-critical keychain-activation-failure hide">Something went wrong
on our end. Please login with your email and password.</p></div><form action="/signin?
intent=checkout&amp;ctxId=xo_ctx_56D80756NN455434J&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_bc3e8323e1_mtg6mjy6ntc%26buttonSessionID%3Duid_664bfd3c92_mtg6mzm6mdq%26stickinessID%3Duid_0904735325_mtc6ntk6mte%26smokeHash%3D%26token%3D56D80
756NN455434J%26fundingSource%3Dpaypal%26buyerCountry%3DUS%26locale.x%3Den_US%26commit%3Dtrue%26enableFunding.0%3Dvenmo%26enableFunding.1%3Dpaylater%26clientID%3DAcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691174143091%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwY
WwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjA
yMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFyd
G5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19&amp;locale.x=en_US&amp;country.x=US&amp;flowId=56D80756NN455434J"
method="post" class="proceed maskable" autocomplete="off" name="login"autocomplete="off" novalidate><input type="hidden" id="token" name="_csrf"
value="zZsXMnBs5b7wA54+pzNgZZwKg9Lc1rHVDQjRg="><input type="hidden" id="session" name="_sessionID" value="yu8XNteVxHS_EC3N2MkIe4Y2qGCKGtzr"><input type="hidden" name="locale.x"
value="en_US"><input type="hidden" name="processSignin" value="main"><input type="hidden" name="fn_sync_data" value="fn_sync_data"><input type="hidden" name="intent" value="checkout"
/><input type="hidden" name="ads-client-context" value="checkout" /><input type="hidden" name="flowId" value="56D80756NN455434J" /><input type="hidden" name="ads-client-context-data"
value="{&quot;context_id&quot;:{&quot;context_id&quot;:&quot;56D80756NN455434J&quot;,&quot;channel&quot;:0,&quot;flow_type&quot;:&quot;checkout&quot;}}" /><input type="hidden"
name="ctxId" value="xo_ctx_56D80756NN455434J" /><input type="hidden" name="isValidCtxId" value="true" /><input type="hidden" name="coBrand" value="us" /><input type="hidden"
name="signUpEndPoint" value="/webapps/mpp/account-selection" /><input type="hidden" name="showCountryDropDown" value="true" /><input type="hidden" name="isSplitLoginVariant"
value="true" /><input type="hidden" name="hideOtpLoginCredentials" value="true" /><input type="hidden" name="tofOptimizationOtpLoginEnabled" value="true" /><input type="hidden"
name="requestUrl" value="/signin?intent=checkout&amp;ctxId=xo_ctx_56D80756NN455434J&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_bc3e8323e1_mtg6mjy6ntc%26buttonSessionID%3Duid_664bfd3c92_mtg6mzm6mdq%26stickinessID%3Duid_0904735325_mtc6ntk6mte%26smokeHash%3D%26token%3D56D80
756NN455434J%26fundingSource%3Dpaypal%26buyerCountry%3DUS%26locale.x%3Den_US%26commit%3Dtrue%26enableFunding.0%3Dvenmo%26enableFunding.1%3Dpaylater%26clientID%3DAcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691174143091%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwY
WwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjA
yMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFyd
G5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19&amp;locale.x=en_US&amp;country.x=US&amp;flowId=56D80756NN455434J" /><input
type="hidden" name="forcePhonePasswordOptIn" value="" /><input type="hidden" name="returnUri" value="/webapps/hermes" /><input type="hidden" name="state" value="?flow=1-
P&amp;ulReturn=true&amp;sessionID=uid_bc3e8323e1_mtg6mjy6ntc&amp;buttonSessionID=uid_664bfd3c92_mtg6mzm6mdq&amp;stickinessID=uid_0904735325_mtc6ntk6mte&amp;smokeHash=&amp;token=56D80
756NN455434J&amp;fundingSource=paypal&amp;buyerCountry=US&amp;locale.x=en_US&amp;commit=true&amp;enableFunding.0=venmo&amp;enableFunding.1=paylater&amp;clientID=AcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq&amp;env=production&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19&amp;xcomponent=1&amp;version=5.0.390&amp;ssrt=1691174143091&amp;rcache=1&amp;useraction=CONTINUE&amp;cookieBannerVariant=hidden" /><div class="profileDisplayName hide">
</div><div class="profileRememberedEmail  hide "><span class="profileDisplayPhoneCode" dir="ltr"></span><span class="profileDisplayEmail notranslate"></span><a href="#"
class="notYouLink scTrack:not-you" id="backToInputEmailLink">Change</a></div><div id="splitEmail" class="splitEmail "><div id="splitEmailSection" class="splitPhoneSection
splitEmailSection adjustSection"><div class="countryPhoneSelectWrapper hide"><label class="accessAid"for="phoneCode">Choose your phone country code</label><select name="phoneCode"
id="phoneCode" class="countryPhoneSelect"><option selected="selected"value="US +1" data-code="+1"data-country="US">United States (+1)</option></select><div
class="countryPhoneSelectChoice"><span class="countryCode">US</span><span class="phoneCode">+1</span></div></div><div class="textInput " id="login_emaildiv"><div
class="fieldWrapper"><input id="email"name="login_email"type="email"class="hasHelp  validate validateEmpty   "required="required"value=""      autocomplete=   "username"
placeholder=    "Email or mobile number"       aria-describedby="emailErrorMessage"/><label for="email" class="fieldLabel">Email or mobile number</label></div><div
class="errorMessage"id="emailErrorMessage" ><p class="emptyError hide">Required</p><p class="invalidError hide">That email or mobile number format isn't right</p></div></div><a
href="/authflow/email-recovery/?
contextId=56D80756NN455434J&amp;redirectUri=%252Fsignin%253Fintent%253Dcheckout%2526ctxId%253Dxo_ctx_56D80756NN455434J%2526returnUri%253D%25252Fwebapps%25252Fhermes%2526state%253D%25
253Fflow%25253D1-
P%252526ulReturn%25253Dtrue%252526sessionID%25253Duid_bc3e8323e1_mtg6mjy6ntc%252526buttonSessionID%25253Duid_664bfd3c92_mtg6mzm6mdq%252526stickinessID%25253Duid_0904735325_mtc6ntk6mt
e%252526smokeHash%25253D%252526token%25253D56D80756NN455434J%252526fundingSource%25253Dpaypal%252526buyerCountry%25253DUS%252526locale.x%25253Den_US%252526commit%25253Dtrue%252526ena
bleFunding.0%25253Dvenmo%252526enableFunding.1%25253Dpaylater%252526clientID%25253DAcvvfyX_-chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%252526env%25253Dproduction%252526sdkMeta%25253DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0y
alpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb2
1taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJm
a2dzaXpqYnB3YWVlanpzIn19%252526xcomponent%25253D1%252526version%25253D5.0.390%252526ssrt%25253D1691174143091%252526rcache%25253D1%252526useraction%25253DCONTINUE%252526cookieBannerVa
riant%25253Dhidden%2526sdkMeta%253DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1
TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZ
SZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19%2526lo
cale.x%253Den_US%2526country.x%253DUS%2526flowId%253D56D80756NN455434J%2526sso%253Dtrue" id="forgotEmail" class="recoveryOption" data-client-log-action-
type="clickForgotEmailLink">Forgot email?</a>   <div class="captcha captcha-container clearfix hide" id="splitHybridCaptcha"><div class="captcha-image"><img src="" alt="" /></div>
<div class="captcha-inputs clearfix"><div class="textInput " ><div class="fieldWrapper"><input id="splitHybridCaptcha"name="captchaCode"type="text"class="hasHelp  validateEmpty
"value=""      autocomplete=   "off"          placeholder=    "Enter code"       aria-describedby="captchaErrorMessage"/><label for="splitHybridCaptcha" class="fieldLabel">
</label></div><div class="errorMessage"id="captchaErrorMessage" ><p class="emptyError hide">Required</p></div></div><div class="refresh"><a href="" class="captchaRefresh buttonLight
onboardingSpritePseudo scTrack:unifiedlogin-click-reload-captcha imageLink"><span class="accessAid">Reload Image</span></a></div><div class="audio"><audio role="application"
id="captchaPlayer" src="" class="hide"></audio><a target="_blank" href="" class="captchaPlay buttonLight onboardingSpritePseudo scTrack:unifiedlogin-click-play-captcha-audio
imageLink"><span class="accessAid">Audio Button</span></a></div></div></div><div class="actions"><button class="button actionContinue scTrack:unifiedlogin-login-click-
next"type="submit"id="btnNext"name="btnNext"value="Next">Next</button></div><div class="tpdDemo hide" id="tpdDemo"><p class="tpdDemoContent">Log in with your email as usual, and then
you&#39;ll be prompted to log in with your phone&#39;s biometrics.</p></div><input type="hidden" id="phone" name="login_phone" value="" class="validate"  /></div><input type="hidden"
name="initialSplitLoginContext" id=initialSplitLoginContext value="inputEmail" /><input type="hidden" name="isTpdOnboarded" id=isTpdOnboarded value="" /><div id="splitPassword"
class="splitPassword  hide"><div id="splitPasswordSection" class="hide "><div id="passwordSection" class="clearfix showHideButtonForEligibleBrowser"><div class="textInput "
id="login_passworddiv"><div class="fieldWrapper"><input id="password"name="login_password"type="password"class="hasHelp  validateEmpty   pin-password"required="required"value=""
placeholder=    "Password"      aria-describedby="passwordErrorMessage"/><label for="password" class="fieldLabel">Password</label><label for="Show password" class="fieldLabel">Show
password</label><button type="button" class="showPassword hide show-hide-password scTrack:unifiedlogin-show-password" id="Show password">Show</button><label for="Hide"
class="fieldLabel">Hide</label><button type="button" class="hidePassword hide show-hide-password scTrack:unifiedlogin-hide-password" id="Hide">Hide</button></div><div
class="errorMessage"id="passwordErrorMessage" ><p class="emptyError hide">Required</p></div></div><a href="/authflow/password-recovery/?
contextId=56D80756NN455434J&amp;redirectUri=%252Fsignin%253Fintent%253Dcheckout%2526ctxId%253Dxo_ctx_56D80756NN455434J%2526returnUri%253D%25252Fwebapps%25252Fhermes%2526state%253D%25
253Fflow%25253D1-
P%252526ulReturn%25253Dtrue%252526sessionID%25253Duid_bc3e8323e1_mtg6mjy6ntc%252526buttonSessionID%25253Duid_664bfd3c92_mtg6mzm6mdq%252526stickinessID%25253Duid_0904735325_mtc6ntk6mt
e%252526smokeHash%25253D%252526token%25253D56D80756NN455434J%252526fundingSource%25253Dpaypal%252526buyerCountry%25253DUS%252526locale.x%25253Den_US%252526commit%25253Dtrue%252526ena
```

```
bleFunding.0%25253Dvenmo%252526enableFunding.1%25253Dpaylater%252526clientID%25253DAcvvfyX_-chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%252526env%25253Dproduction%252526sdkMeta%25253DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0y
alpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb2
1taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJm
a2dzaXpqYnB3YWVlanpzIn19%252526xcomponent%25253D1%252526version%25253D5.0.390%252526ssrt%25253D1691174143091%252526rcache%25253D1%252526useraction%25253DCONTINUE%252526cookieBannerVa
riant%25253Dhidden%2526sdkMeta%253DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1
TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZ
SZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19%2526lo
cale.x%253Den_US%2526country.x%253DUS%2526flowId%253D56D80756NN455434J%2526sso%253Dtrue&amp;country.x=US&amp;locale.x=en_US" id="forgotPassword" class="recoveryOption forgotPassword"
data-client-log-action-type="clickForgotPasswordLink">Forgot password?</a></div></div>  <div class="captcha captcha-container clearfix hide" id="splitPasswordCaptcha"><div
class="captcha-image"><img src="" alt="" /></div><div class="captcha-inputs clearfix"><div class="textInput " ><div class="fieldWrapper"><input
id="splitPasswordCaptcha"name="captcha"type="text"class="hasHelp  validateEmpty   "value=""    autocomplete=   "off"         placeholder=   "Enter code"       aria-
describedby="captchaErrorMessage"/><label for="splitPasswordCaptcha" class="fieldLabel"></label></div><div class="errorMessage"id="captchaErrorMessage" ><p class="emptyError
hide">Required</p></div></div><div class="refresh"><a href="" class="captchaRefresh buttonLight onboardingSpritePseudo scTrack:unifiedlogin-click-reload-captcha imageLink"><span
class="accessAid">Reload Image</span></a></div><div class="audio"><audio role="application" id="captchaPlayer" src="" class="hide"></audio><a target="_blank" href=""
class="captchaPlay buttonLight onboardingSpritePseudo scTrack:unifiedlogin-click-play-captcha-audio imageLink"><span class="accessAid">Audio Button</span></a></div></div></div><div
class="actions"><button class="button actionContinue scTrack:unifiedlogin-login-submit"type="submit"id="btnLogin"name="btnLogin"value="Login">Log In</button></div><div
id="beginOtpLogin" class="otpLoginViaButton hidden"><button class="button" href="#">Log in with a one-time code</button></div></div><input type="hidden" name="splitLoginContext"
value="inputEmail" /></form><div id="beginOtpLogin" class="otpLoginViaButton hidden"><button class="button" href="#">Log in with a one-time code</button></div><div
id="tryAnotherWayLinkContainer" class="tryAnotherWayLinkContainer hide hide" data-hide-on-pass=""><a href='#' id="tryAnotherWayLink">Try another way</a></div><div
id="signupContainer" class="signupContainer " data-hide-on-email="" data-hide-on-pass=""><div class="loginSignUpSeparator "><span class="textInSeparator">or</span></div><button
type="button" id="startGuestOnboardingFlow" href="#" class="button secondary scTrack:unifiedlogin-click-signup-button onboardingFlowContentKey">Pay with Debit or Credit Card</button>
</div><div id="tpdButtonContainer" class="signupContainer hide"><div class="loginSignUpSeparator"><span class="textInSeparator">or</span></div><div class="actions"><button
class="button secondary" id= "tpdButton" type="submit" value="Approve login using mobile device">Approve login using mobile device</button></div></div><div class="intentFooter "><div
class="cancelUrl "><a href="http://yajerseyclub.com/checkout/?token=56D80756NN455434J" data-url="http://yajerseyclub.com/checkout/?token=56D80756NN455434J"
class="scTrack:unifiedlogin-click-cancel-and-return cancelLink" id="cancelLink" aria-hidden="false">Cancel and return to Ya Jersey Club-a professional jerseys manufacturing</a></div>
<div class="localeSelector  "><span class="picker country-selector hide"><span class="hide" id="countryPickerLink">United States</span><button type="button" aria-
labelledby="countryPickerLink" class="country US"></button></span><ul class="localeLink"><li><a class="selected scTrack:unifiedlogin-footer-language_en_US" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_56D80756NN455434J&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_bc3e8323e1_mtg6mjy6ntc%26buttonSessionID%3Duid_664bfd3c92_mtg6mzm6mdq%26stickinessID%3Duid_0904735325_mtc6ntk6mte%26smokeHash%3D%26token%3D56D80
756NN455434J%26fundingSource%3Dpaypal%26buyerCountry%3DUS%26locale.x%3Den_US%26commit%3Dtrue%26enableFunding.0%3Dvenmo%26enableFunding.1%3Dpaylater%26clientID%3DAcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691174143091%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwY
WwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjA
yMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFyd
G5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19&amp;flowId=56D80756NN455434J&country.x=US&locale.x=en_US&langTgl=en"
lang="en" data-locale="en_US" aria-current="true">English</a></li><li><a class=" scTrack:unifiedlogin-footer-language_fr_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_56D80756NN455434J&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_bc3e8323e1_mtg6mjy6ntc%26buttonSessionID%3Duid_664bfd3c92_mtg6mzm6mdq%26stickinessID%3Duid_0904735325_mtc6ntk6mte%26smokeHash%3D%26token%3D56D80
756NN455434J%26fundingSource%3Dpaypal%26buyerCountry%3DUS%26locale.x%3Den_US%26commit%3Dtrue%26enableFunding.0%3Dvenmo%26enableFunding.1%3Dpaylater%26clientID%3DAcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691174143091%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwY
WwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjA
yMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFyd
G5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19&amp;flowId=56D80756NN455434J&country.x=US&locale.x=fr_XC&langTgl=fr"
lang="fr" data-locale="fr_XC" >Français</a></li><li><a class=" scTrack:unifiedlogin-footer-language_es_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_56D80756NN455434J&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_bc3e8323e1_mtg6mjy6ntc%26buttonSessionID%3Duid_664bfd3c92_mtg6mzm6mdq%26stickinessID%3Duid_0904735325_mtc6ntk6mte%26smokeHash%3D%26token%3D56D80
756NN455434J%26fundingSource%3Dpaypal%26buyerCountry%3DUS%26locale.x%3Den_US%26commit%3Dtrue%26enableFunding.0%3Dvenmo%26enableFunding.1%3Dpaylater%26clientID%3DAcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691174143091%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwY
WwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjA
yMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFyd
G5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19&amp;flowId=56D80756NN455434J&country.x=US&locale.x=es_XC&langTgl=es"
lang="es" data-locale="es_XC" >Español</a></li><li><a class=" scTrack:unifiedlogin-footer-language_zh_XC" href="/signin?
intent=checkout&amp;ctxId=xo_ctx_56D80756NN455434J&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26sessionID%3Duid_bc3e8323e1_mtg6mjy6ntc%26buttonSessionID%3Duid_664bfd3c92_mtg6mzm6mdq%26stickinessID%3Duid_0904735325_mtc6ntk6mte%26smokeHash%3D%26token%3D56D80
756NN455434J%26fundingSource%3Dpaypal%26buyerCountry%3DUS%26locale.x%3Den_US%26commit%3Dtrue%26enableFunding.0%3Dvenmo%26enableFunding.1%3Dpaylater%26clientID%3DAcvvfyX_-
chCcGlqjBgOUHolQx3CmwZmLHt7aM2jZUdrDoIZsIe2LHOLrg9Fv-
SCJ35EFDslEBEPLpJq%26env%3Dproduction%26sdkMeta%3DeyJ1cmwiOiJodHRwczovL3d3dy5wYXlwYWwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0ll
MkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjAyMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbn
RlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFydG5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVl
anpzIn19%26xcomponent%3D1%26version%3D5.0.390%26ssrt%3D1691174143091%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden&amp;sdkMeta=eyJ1cmwiOiJodHRwczovL3d3dy5wYXlwY
WwuY29tL3Nkay9qcz9jbGllbnQtaWQ9QWN2dmZ5WF8tY2hDY0dscWpCZ09VSG9sUXgzQ213Wm1MSHQ3YU0yalpVZHJEb0lac0llMkxIT0xyZzlGdi1TQ0ozNUVGRHNsRUJFUExwSnEmY3VycmVuY3k9VVNEJmludGVncmF0aW9uLWRhdGU9MjA
yMy0wMy0yMCZjb21wb25lbnRzPWJ1dHRvbnMsZnVuZGluZy1lbGlnaWJpbGl0eSZ2YXVsdD1mYWxzZSZjb21taXQ9dHJ1ZSZpbnRlbnQ9Y2FwdHVyZSZlbmFibGUtZnVuZGluZz12ZW5tbyxwYXlsYXRlciIsImF0dHJzIjp7ImRhdGEtcGFyd
G5lci1hdHRyaWJ1dGlvbi1pZCI6Ildvb19QUENQIiwiZGF0YS11aWQiOiJ1aWRfZWlnY29taWVjd214aGJma2dzaXpqYnB3YWVlanpzIn19&amp;flowId=56D80756NN455434J&country.x=US&locale.x=zh_XC&langTgl=zh"
lang="zh" data-locale="zh_XC" >中文</a></li></ul></div></div></div></div><div id="tryAnotherWayModal" class="tryAnotherWayModal hide"><div class="modal-content"><div class='modal-
content-header'><div class='modal-header-text'>Try another way</div><div><button id="closeModal" type="button" class="dialog-close" aria-label="dialog-close-btn"></button></div>
</div><ul class='modal-content-body'><li class="hide"><a aria-label="Login with Touch ID or Face ID" id='loginWithWebauthn' href='#'><div>Log in with face, fingerprint or PIN</div>
<button class="chevron-right" aria-label="webauthn-chevron"></button></a></li><li class="hide"><a aria-label="Login with phone one-time code"  id='loginWithOtp' href='#'><div>Text a
one-time code</div><button class="chevron-right" aria-label="phone-otc-chevron"></button></a></li><li class='hide'><a aria-label="Login with email one-time code"
id='loginWithEmailOtp'  href='#'><div>Email a one-time code</div><button class="chevron-right" aria-label="email-otc-chevron"></button></a></li><li class=''><a aria-label="Login with
password" id='loginWithPassword' href='#'><div>Log in with your password</div><button class="chevron-right" aria-label="pwd-chevron"></button></a></li></ul></div></div></section>
<section id="verification" class="verification hide" data-role="page" data-title="Login Confirmation - PayPal"><div class="corral"><div class="contentContainer contentContainerLean">
<div id="pending" class="verificationSubSection"><h1 class="headerText">Open the PayPal app</h1><p id="uncookiedMessage" class="verification-message hide">Open the PayPal app, tap
Yes on the prompt, then tap <span class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the PayPal app
and tap Yes on the prompt to log in.</p><div  class="notifications"></div><div class="accountArea"><span class="account"></span><span class="verificationNotYou"><a data-href="#"
href="#" class="scTrack:unifiedlogin-verification-click-notYou" id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p class="pin"></p><div
class="mobileScreen"><img src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"></div></div><p class="tryAnotherMsg"><a id="tryPasswordLink" data-href="#"
href="" class="inlineLink scTrack:try-password">Use password instead</a></p><p class="resendMsg"><a class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href=""
id="resend">Resend</a><span class="sentMessage hide">Sent</span></p></div><div id="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal Logo"
class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1><p class="slimP">We didn't receive a response
so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button actionsSpaced">Try Again</button></div><div id="denied" class="denied hide
verificationSubSection"><img alt="" src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we couldn't
confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can help</a>.</p></div></div></div></section><footer
class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/privacy-full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-worldwide">Worldwide</a></li></ul></div></footer></div>
<div class="transitioning  hide "><p class="welcomeMessage hide">Welcome, !</p><p class="checkingInfo hide">Checking your info…</p><p class="oneSecond hide">Just a second…</p><p
class="secureMessage hide">Securely logging you in...</p><p class="oneTouchMessage hide"></p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs hide">This
may take a few seconds...</p><p class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we’re securely logging you in.</p><p class="udtSpinnerMessage udtLoginXo
hide">We recognize you on this device, so no need to enter your password for this purchase.</p><p class="udtSpinnerMessage webllsXoUS hide">We recognize you on this device, so you
can skip login.<br><br>Manage this setting in your profile.</p><p class="udtSpinnerMessage webllsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p
class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your login settings...</p><p class="webAuthnLogin hide">Logging you in...</p><div class="keychain
spinner-content uiExp hide"></div></div><script nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb.js",fnSessionId: "56D80756NN455434J",sourceId: "" || "UL_CHECKOUT_INPUT_EMAIL",beaconUrl: "https://b.stats.paypal.com/v1/counter.cgi?
r=cD01NkQ4MDc1Nk5ONDU1NDM0SiZpPTcwLjE2Mi45Mi4yMTQmdD0xNjkxMTc0MTQzLjM4NyZhPTIxJnM9VU5JRklFRF9MT0dJTmV3AwHo-DozJyw4aRgOdw0iqyB3",enableSpeedTyping: "true",aPayAuth:
"",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength: 0,fingerprintProceed: ""};</script><noscript><img
src="https://c.paypal.com/v1/r/d/b/ns?f=56D80756NN455434J&s=UL_CHECKOUT_INPUT_EMAIL&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script
nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId: '56D80756NN455434J',sourceId:
'UL_CHECKOUT_INPUT_EMAIL',fname: 'fn_sync_data'};</script><!-- build:js inline --><!-- build:[src] js/lib/ --><script nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!-- /build --><script
nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData || {};PAYPAL.ulData.incontextData = {"version": "5.0.390","noBridge":
"","env": "production","icstage": "","targetCancelUrl": "http://yajerseyclub.com/checkout/?token=56D80756NN455434J","paymentAction": "sale","paymentToken":
"56D80756NN455434J","merchantID": "8GW8DK9XN52JL"};</script><!-- build:js inline --><!-- build:[src] js/ --><script nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP"
src="https://www.paypalobjects.com/web/res/0a4/f8d65c4baa5f02c4e59e7ccc8f389/js/checkout-split.js"></script><!-- /build --><!-- /build --><script
src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="a+HsQRxi0FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP">var fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A%3A&qual=input_email&pgst=1691174143342&calc=0a6285a1a7894&nsid=yu8XNteV
xHS_EC3N2MkIe4Y2qGCKGtzr&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=6c8f6023a19d4c7c821b89d04ced6df8&comp=unifiedloginnodeweb&tsrce=cspreportnodeweb&cu=1&gacook=865983467.1690
```

824588&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_email&userRedirected=true&fltk=56D80756NN4554343&flid=56D80756NN4554343&xe=101216%2C100942%2C103648%2C104200%2C101817&xt=103864%2C113529%2C114559%2C127485%2C112756&ctx_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_lang_footer=show&ctx_login_cancel_url=show&ctx_login_signup_btn=shown%7CpayWithCard&context_id=56D80756NN4554343&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions = {...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core = PAYPAL.core || {};   PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);                }})();}</script><noscript><img src="https://t.paypal.com/ts?nojs=1&pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A&qual=input_email&pgst=169117414334&calc=0a6285a1a7894&nsid=yu8XNteVxHS_EC3N2MkIe4Y2qGCKGtzr&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&sci=6c8f6023a19d4c7c821b89d04cedd6f8&comp=unifiedloginnodeweb&tsrce=csreportnodeweb&cu=1&gacook=865983467.1690824588&ef_policy=ccpa&c_prefs=T%3D1%2CP%3D1%2CF%3D1%2Ctype%3Dexplicit_banner&transition_name=ss_prepare_email&userRedirected=true&fltk=56D80756NN4554343&flid=56D80756NN4554343&xe=101216%2C100942%2C103648%2C104200%2C101817&xt=103864%2C113529%2C114559%2C127485%2C112756&ctx_login_ot_content=0&obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=success%7Cparse-success&ctx_login_lang_footer=show&ctx_login_cancel_url=show&ctx_login_signup_btn=shown%7CpayWithCard&context_id=56D80756NN4554343&ctx_login_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwebapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="a+HsQRx10FGGWLWoShFehC3gNrZg1IH3j65V6kCn9pGJ9+kP" src="https://x2F;/x2F;www.paypal.com&#x2F;;sdk&#x2E;js?client-id=Acvyfvx_-chCcGlqjBpQUHol0v3Cmw2mLHt7aM2jZUdrDoIZsIe2LH0Lne9Fv-SCJ35EFDsIf8BEPLoJo&amp;currency=USD&amp;integration-date=2023-03-20&amp;components=buttons,funding-eligibility&amp;vault=false&amp;intent=true&amp;enable-funding=venmo,paylater" data-partner-attribution-id="Woo_PPCP" data-uid="uid_eigcomiecwmxhbfkgsizjbpwaeejzs"></script><script async id="grcv3enterpriseframetag" data-key=6LdCCOUUAAAAAHTE-Snr6hi4H3GtJk_d1_ce-gwB data-action=unifiedloginnodeweb data-sessionId=_sessionID=yu8XNteVxHS_EC3N2MkIe4Y2qGCKGtzr data-src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.html data-submitURL=/auth/verifygrcenterprise data-csrf=5eCBtlNX11T83uUksKjtdqQdW/mc/eR3BUZmM= data-f="56D80756NN4554343" src=https://www.paypalobjects.com/webcaptcha/grcenterprise_v3_static.js></script></body></html>



 [redacted] $49.99

Ship to [redacted]

[redacted], Pompano Beach, FL 33062

This is the address provided by Ya Jersey Club-a professional jerseys manufacturing. You can change it on the Ya Jersey Club-a professional jerseys manufacturing site.

Pay with — Split

Visa
Credit •••• [redacted] PREFERRED — $49.99

[redacted]

PayPal Credit
Get $20 off your purchase of $49.99. Subject to credit approval. See terms

+ Add debit or credit card

**Complete Purchase**

Payment method rights

Cancel and return to Ya Jersey Club-a professional jerseys manufacturing

English

Worldwide Free shipping!!! need help? support@yajerseyclub.com    Dismiss

YA | JERSEY | CLUB



# CHECKOUT

Thank you. Your order has been received.

| ORDER NUMBER: | DATE: | TOTAL: | PAYMENT METHOD: |
|---|---|---|---|
| ▮ | **04/08/2023** | **$49.99** | **Paypal** |

## Order details

| Product | Total |
|---|---|
| M. United Home 2022/23 Soccer Jersey - No × **1**<br><br>    Size: M<br>    Customize: No | $49.99 |
| Subtotal: | $49.99 |
| Shipping: | Free shipping |
| Payment method: | Paypal |
| Total: | $49.99 |

### About

We're more than
10 years of
experience in
designing and
manufacturing
jerseys
remains true to
what has made
us a success.

### Services

Privacy Policy

Refund and
Returns Policy

My account

Cart



Products...

Log in



< Back

## Transaction details                                          🖨 Print

Payment sent to Moroyal International Trade Co., Ltd

August 4, 2023 at 11:37:44 AM PDT          | Transaction ID: ███████████████

Payment Status: COMPLETED

Payment Type: Checkout

Gross amount
**-$49.99 USD**

**Shipping address**

███████████
████████████████
Pompano Beach, FL 33062
UNITED STATES
Confirmed ❓

**Tracking Information**

Add the tracking info for your physical packages to keep things organized and help you benefit from seller protection. It is a win-win.

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| M. United Home 2022/23 Soccer Jersey - No | 1 | $49.99 USD | $49.99 USD |
| | | Purchase Total | $49.99 USD |

| Your Payment | |
|---|---|
| Purchase Total | -$49.99 USD |
| Sales Tax | $0.00 USD |
| Shipping Amount | $0.00 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| Gross Amount | -$49.99 USD |
| PayPal Fee | $0.00 USD |
| Net Amount | -$49.99 USD |

| Invoice ID | ████████ |
|---|---|

| Contact info | Moroyal International Trade Co., Ltd |
|---|---|
| | The receiver of this payment is **Non-US - Verified** |
| | https://www.aapokemon.com/ |
| | support@yajerseyclub.com |
| | 519-631-9992 |

| Funding details | Funding Type: Credit Card |
|---|---|
| | Funding Source: -$49.99 USD - VISA ending in ██████ |
| | This transaction will appear on your bill as PAYPAL *YJERSEYCLUB |

**Need help?**

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.

8/4/23, 9:38 AM    Yahoo Mail - Your Ya Jersey Club order has been received!

Case 0:23-cv-62185-RS    Document 8-5    Entered on FLSD Docket 11/27/2023    Page 344 of 356

Your Ya Jersey Club order has been received!

| | |
|---|---|
| **From:** | Yajerseyclub (support@yajerseyclub.com) |
| **To:** | ██████████ |
| **Date:** | Friday, August 4, 2023 at 11:38 AM MST |

## YA | JERSEY | CLUB

## Thank you for your order

██████

Just to let you know — we've received your order ████, and it is now being processed:

### [Order ████] (04/08/2023)

| Product | Quantity | Price |
|---|---|---|
| M. United Home 2022/23 Soccer Jersey - No<br>**Size:** M<br>**Customize:** No | 1 | $49.99 |
| **Subtotal:** | | $49.99 |
| **Shipping:** | | Free shipping |
| **Payment method:** | | Paypal |
| **Total:** | | $49.99 |

**Billing address**

██████
Pompano Beach, FL 33062
United States (US)
██████

**Shipping address**

██████
Pompano Beach, FL 33062
United States (US)

Thanks for using yajerseyclub.com!

Ya Jersey Club —



English ▾

| YA JERSEY CLUB | | Store    Soccer Jersey ▾    Windbeaker Jacket    Tracksuit Set    Hoodies    Winter Range ▾    🛒 0 items - $0.00 |

We Worldwide Free shipping!!! need help? support@yajerseyclub.com    Dismiss

**Search**

[search box]    Search

## Recent Posts

Iceland National Team 2022-23 Away Shirt

Senegal National Team 2022 World Cup Away Shirt

Czech National Team 2022-23 Away Shirt

Ghana National Team 2022 World Cup Away Shirt

Serbia National Team 2022 World Cup Away Shirt

## Recent Comments

No comments to show.

## Archives

August 2022

July 2022

June 2022

## Categories

adidas

puma

Soccer

World cup jersey 2022

# PRIVACY POLICY

We collect information about you during the checkout process on our store.

## What we collect and store

While you visit our site, we'll track:

- Products you've viewed: we'll use this to, for example, show you products you've recently viewed
- Location, IP address and browser type: we'll use this for purposes like estimating taxes and shipping
- Shipping address: we'll ask you to enter this so we can, for instance, estimate shipping before you place an order, and send you the order!

We'll also use cookies to keep track of cart contents while you're browsing our site.

When you purchase from us, we'll ask you to provide information including your name, billing address, shipping address, email address, phone number, credit card/payment details and optional account information like username and password. We'll use this information for purposes, such as, to:

- Send you information about your account and order
- Respond to your requests, including refunds and complaints
- Process payments and prevent fraud
- Set up your account for our store
- Comply with any legal obligations we have, such as calculating taxes
- Improve our store offerings
- Send you marketing messages, if you choose to receive them

If you create an account, we will store your name, address, email and phone number, which will be used to populate the checkout for future orders.

We generally store information about you for as long as we need the information for the purposes for which we collect and use it, and we are not legally required to continue to keep it. For example, we will store order information for XXX years for tax and accounting purposes. This includes your name, email and billing and shipping addresses.

We will also store comments or reviews, if you choose to leave them.

## Who on our team has access

Members of our team have access to the information you provide us. For example, both Administrators and Shop Managers can access:

- Order information like what was purchased, when it was purchased and where it should be sent, and
- Customer information like your name, email address, and billing and shipping information.

Our team members have access to this information to help fulfill orders, process refunds and support you.

## What we share with others

We share information with third parties who help us provide our orders and store services to you; for example —

### Payments

We accept payments through PayPal. When processing payments, some of your data will be passed to PayPal, including information required to process or support the payment, such as the purchase total and billing information.

Please see the PayPal Privacy Policy for more details.

E-commerce Store

kickzac.com









KICKZAC

Search here...

English USD Login Register Wishlist Compare 0 item(s) - $0.00

HOME AIR JORDAN YEEZY NIKE OFF-WHITE

**Clients Love Us** Best service and great prices on high quality products

**Return & Exchange** 30 Day Money-Back Guarantee

**Buyer Protection** Full refund if you don't receive your order

**Shipping Method** All order shipping worldwide

Air Jordan 1 Low 'Light Smoke Grey'
$155.00
ADD TO CART

Travis Scott X Air Jordan 1 Backwards Swoosh Mocha
$185.00
ADD TO CART

Air Jordan 1 Mid SE 'All Star 2021'
$169.00
ADD TO CART

Yeezy Boost 700 Inertia
$200.00
ADD TO CART

Yeezy Boost 350 V2 Zebra
$180.00
ADD TO CART

Off-White x Air Jordan 4 'Sail'
$185.00
ADD TO CART

Nike Dunk Low GS 'Tiffany'
$165.00
ADD TO CART

Les Twins X Air Jordan 1 Retro High OG 'Fearless'
$185.00
ADD TO CART

Fragment Design x Travis Scott x Air Jordan 1 Retro Low
$180.00
ADD TO CART

Air Jordan 4 Retro 'Mushroom'
$185.00
ADD TO CART

Air Jordan 1 Retro High OG 'Pine Green 2.0'
$185.00
ADD TO CART

Air Jordan 1 Mid 'Swoosh Logo - Grey Camo'
$169.00
ADD TO CART

Air Jordan 1 Low 'To My First Coach'
$155.00
ADD TO CART

Air Jordan 1 Low 'Bronze Eclipse'
$150.00
ADD TO CART

Air Jordan 1 High Zoom Comfort Wmns 'Easter'
$180.00
ADD TO CART

adidas Yeezy Boost 350 V2 'Israfil'
$180.00
ADD TO CART

SEE ALL PRODUCTS →

About Us Customer Service Newsletter

KICKZAC

Search here...

English USD Login Register Wishlist Compare 0 item(s) - $0.00

HOME AIR JORDAN YEEZY NIKE OFF-WHITE

**Customer Service**
If you have any enquiries, please don't hesitate to contact with us.

**Message Response time**
Within 24 hours

**Contact Details**
We'd love to hear from you - please use the form to send us your message or ideas.

## Leave Us a Message

Your Name * Your Name

Your Email * Your Email

Message * Message

Please complete the captcha validation below * I'm not a robot reCAPTCHA Privacy - Terms

SUBMIT

### About Us

- About Us
- Shipping
- Privacy Policy
- Refund policy

### Customer Service

- Contact Us
- FAQ
- DMCA Takedown
- Sitemap

### Newsletter

Stay up to date with news and promotions by signing up for our newsletter

Your email Send

I have read and agree to the Privacy Policy

Copyright © 2023, Kickzac.com, All Rights Reserved

VISA PayPal

Case 0:23-cv-62185-RS Document 8-5 Entered on FLSD Docket 11/27/2023 Page 349 of 356

KICKZAC

Search here...

English USD Login Register Wishlist Compare 0 item(s) - $0.00

HOME AIR JORDAN YEEZY NIKE OFF-WHITE

# Yeezy

The collaboration formed between adidas and Kanye West has been nothing short of formidable. Born in 2013, the Yeezy has undoubtedly been one of the most popular sneakers to grace the footwear game and is still massively popular seven years on.

Yeezy 350 | Yeezy 380 | Yeezy 450 | Yeezy 500 | Yeezy 700 | Yeezy Foam Runner | Yeezy Slides

Product Compare Sort By: Default Show: 24

**adidas Yeezy 450 'Dark Slate'**
$200.00
ADD TO CART

**adidas Yeezy 500 'Taupe Light'**
$200.00
ADD TO CART

**adidas Yeezy 700 V3 'Dark Glow'**
$200.00
ADD TO CART

**adidas Yeezy Boost 350 V2 'Mono Ice'**
$200.00
ADD TO CART

**adidas Yeezy Boost 350 V2 'Mono Mist'**
$180.00
ADD TO CART

**adidas Yeezy Boost 700 'Enflame Amber'**
$185.00
ADD TO CART

**adidas Yeezy Boost 700 MNVN 'Bright Cyan'**
$185.00
ADD TO CART

**adidas Yeezy Boost 700 MNVN 'Triple Black'**
$200.00
ADD TO CART

**adidas Yeezy Foam Runner 'Mineral Blue'**
$135.00
ADD TO CART

**adidas Yeezy Foam Runner 'MX Cream Clay'**
$125.00
ADD TO CART

**adidas Yeezy Foam Runner 'Sand'**
$135.00
ADD TO CART

**adidas Yeezy Slides 'Enflame Orange'**
$115.00
ADD TO CART

**Adidas Yeezy 450 'Cloud White'**
$220.00
ADD TO CART

**adidas Yeezy 500 'Ash Grey'**
$195.00
ADD TO CART

**adidas Yeezy 500 'Granite'**
$195.00
ADD TO CART

**adidas Yeezy 500 Enflame**
$220.00
ADD TO CART

**adidas Yeezy 700 V3 'Alvah'**
$200.00
ADD TO CART

**adidas Yeezy 700 V3 'Arzareth'**
$200.00
ADD TO CART

**adidas Yeezy 700 V3 'Clay Brown'**
$200.00
ADD TO CART

**adidas Yeezy 700 V3 'Kyanite'**
$200.00
ADD TO CART

adidas Yeezy 700 V3 'Safflower'
$220.00

adidas Yeezy Boost 350 V2 'Ash Blue'
$180.00

adidas Yeezy Boost 350 V2 'Ash Pearl'
$180.00

adidas Yeezy Boost 350 V2 'Ash Stone'
$180.00

ADD TO CART

Showing 1 to 24 of 117 (5 Pages)

1 2 3 4 5 > >|

**About Us**

About Us

Shipping

Privacy Policy

Refund policy

**Customer Service**

Contact Us

FAQ

DMCA Takedown

Sitemap

**Newsletter**

Stay up to date with news and promotions by signing up for our newsletter

Your email

☑ Send

☐ I have read and agree to the Privacy Policy

Copyright © 2023, Kickzac.com, All Rights Reserved

VISA · Mastercard · AMEX · Discover · PayPal





 Case 0:23-cv-62185-RS Document 8-5 Entered on FLSD Docket 11/27/2023 Page 351 of 356

KICKZAC

Search here...

English USD Login Register Wishlist Compare 0 item(s) - $0.00

HOME AIR JORDAN YEEZY NIKE OFF-WHITE

# adidas Yeezy Boost 350 V2 'Dazzling Blue'

★★★★★ Based on 1 reviews. - Write a review

**$175.00**

IN STOCK
- Model: KZC0428
- UPC: 785787027243
- 789 views

SIZE *
--- Please Select ---

1 ADD TO CART BUY NOW

Add to Wish List Compare this Product

DESCRIPTION

**The adidas Yeezy Boost 350 V2 'Dazzling Blue' delivers a two-tone colorway of Kanye West's popular lifestyle runner. The minimalist upper features flexible Primeknit construction, pitched to a solid black hue with contrasting threads woven throughout. A streak of royal blue cuts through the lateral side, complete with signature SPLY-350 branding. Responsive cushioning is provided by a full-length Boost midsole, entirely wrapped in a semi-translucent TPU cage for added durability.**

STYLE CODE: GY7164

## Product Quality

All our products are of high quality and made of authentic materials, the pictures on our sites are real photos of samples in our warehouses. Due to the conditions of light and background, they might look a little different from what they really do in the real world. The item you will receive will be identical with the item shown on the picture. Each item is inspected before shipment to ensure the highest quality standards. Quality and good service is our primary priority.

Click Here for About Us.

## Guaranteed Secure Transactions

RELATED PRODUCTS

adidas Yeezy 450 'Dark Slate'
$200.00

adidas Yeezy 500 'Taupe Light'
$200.00

adidas Yeezy 700 V3 'Dark Glow'
$200.00

adidas Yeezy Boost 350 V2 'Mono...
$200.00

adidas Yeezy Boost 350 V2 'Mono...
$180.00

SHIPPING & RETURNS

### About Us
- About Us
- Shipping
- Privacy Policy
- Refund policy

### Customer Service
- Contact Us
- FAQ
- DMCA Takedown
- Sitemap

### Newsletter
Stay up to date with news and promotions by signing up for our newsletter

Your email Send

I have read and agree to the Privacy Policy

Copyright © 2023, Kickzac.com, All Rights Reserved

KICKZAC

Search here...

English USD Login Register Wishlist Compare 1 item(s) - $195.00

HOME AIR JORDAN YEEZY NIKE OFF-WHITE

# Quick Checkout

## Login or Register

Login Register Guest

## Your Personal Details

First Name * [redacted]

Last Name * [redacted]

E-Mail * [redacted]

Telephone * [redacted]

## Billing Address

Company: Company

Address 1 * [redacted]

Address 2: Address 2

City * Coral Gables

Post Code * 33146

Country * United States

Region / State * Florida

My delivery and billing addresses are the same.

## Shipping Method

Flat Shipping Rate - $20.00

## Payment Method

Credit Card

## Coupon / Voucher / Reward

Enter your coupon here: Enter your coupon here SUBMIT

Enter your gift certificate code here: Enter your gift certificate code here SUBMIT

## Shopping Cart

| IMAGE | PRODUCT NAME | MODEL | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
|  | adidas Yeezy Boost 350 V2 'Dazzling Blue' SIZE: Mens US7/UK6.5/EUR40 | KZC0428 | 1 | $175.00 | $175.00 |

| | |
|---|---|
| Sub-Total: | $175.00 |
| Flat Shipping Rate: | $20.00 |
| Total: | $195.00 |

## Payment Details

## Confirm Your Order

Add Comments About Your Order

I wish to subscribe to the KickZac newsletter.

I have read and agree to the Privacy Policy

CONFIRM ORDER

## About Us

- About Us
- Shipping
- Privacy Policy
- Refund policy

## Customer Service

- Contact Us
- FAQ
- DMCA Takedown
- Sitemap

## Newsletter

Stay up to date with news and promotions by signing up for our newsletter

Your email Send

I have read and agree to the Privacy Policy

Copyright © 2023, Kickzac.com, All Rights Reserved

VISA PayPal

Novefashion

Order ID:5909

## $195.00

Pay with **link** ⇨

Or pay with card

| Email | ███████████ | Log in |

Card information

| ████████████ | **VISA** |
| ████ | ██ | ⬤⬤ |

Cardholder name

███████

Country or region

United States ⌄

85260

Pay 🔒



KICKZAC

Search here...

English USD Login Register Wishlist Compare 0 item(s) - $0.00

HOME AIR JORDAN YEEZY NIKE OFF-WHITE

# Your order has been placed!

Your order has been successfully processed!

Please direct any questions you have to the store owner.

Thanks for shopping with us online!

CONTINUE

**About Us**

- About Us
- Shipping
- Privacy Policy
- Refund policy

**Customer Service**

- Contact Us
- FAQ
- DMCA Takedown
- Sitemap

**Newsletter**

Stay up to date with news and promotions by signing up for our newsletter

Your email Send

I have read and agree to the Privacy Policy

Copyright © 2023, Kickzac.com, All Rights Reserved

KickZac - Order ▮

From: KickZac (hellosarastudio@gmail.com)

To: ▮

Date: Thursday, October 5, 2023 at 10:51 AM MST



Thank you for your interest in KickZac products. Your order has been received and will be processed once payment has been confirmed.

### Order Details

| | |
|---|---|
| **Order ID:** ▮ | **E-mail:** ▮ |
| **Date Added:** 06/10/2023 | **Telephone:** ▮ |
| **Payment Method:** Credit Card | **IP Address:** 172.70.214.40 |
| **Shipping Method:** Flat Shipping Rate | **Order Status:** Complete |

| Payment Address | Shipping Address |
|---|---|
| ▮ | ▮ |
| | Coral Gables, Florida 33146 |
| | United States |

| Product | Model | Quantity | Price | Total |
|---|---|---|---|---|
| adidas Yeezy Boost 350 V2 'Dazzling Blue'<br> - SIZE: Mens US7/UK6.5/EUR40 | ▮ | 1 | $175.00 | $175.00 |
| | | | Sub-Total: | $175.00 |
| | | | Flat Shipping Rate: | $20.00 |
| | | | Total: | $195.00 |

Please reply to this e-mail if you have any questions.

**CHASE** ◆ for BUSINESS®

Printed from Chase for Business

$195.00

Oct 5, 2023
Transaction date

Pending (typically posts within 1-3
business days)
Posted date

Description   CHENDONGSONG

Category   Merchandise & inventory

Keep in mind

These details may change once we finish processing the transaction—typically within 2–3 business days.

JPMorgan Chase Bank, N.A. Member FDIC                    ©2023 JPMorgan Chase & Co.                    Equal Housing Opportunity