**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:23-cv-62185-SMITH

ADIDAS AG, ADIDAS
INTERNATIONAL MARKETING B.V.,
and ADIDAS AMERICA, INC.,

     Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS
ENTITIES, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

     Defendants.

_____/

**DECALARATION OF ANTHONY SON**

I, Anthony Son, declares as follows under penalty of perjury:

1. My name is Anthony Son and I am one of the attorneys for Defendants localityi.com and mediumspots.com ("Defendants").

2. I have been in negotiations on behalf of Defendants with counsel for Plaintiffs since June 24, 2024.

3. During the course of negotiations, counsel for Plaintiffs have repeatedly stated that if Defendants filed a Rule 60(b) motion, Adidas would likely cease pursuing settlement negotiations.

4. This was repeated several times during the multiple phone conversations I had with opposing counsel during our settlement discussions.

5. To that end, the parties have been diligently discussing the issues of the case and potential settlement up to and including through October 31, 2024, during which time I once again had a phone call with opposing counsel on the issue of potential settlement.

6. While Defendants desire to continue settlement discussions, given the length of time since the parties began discussions and mindful that of the Court's default judgment having been entered on June 24, 2024, Defendants have grown increasingly concerned that in the event the Parties are unable to reach a settlement, the length of discussions

1

    would be used as an argument that Defendants unreasonably delayed seeking to vacate the default judgment.
7. Accordingly, Defendants are proceeding with a Rule 60(b) motion in an abundance of caution to protect Defendants' interests.

Dated:   October 31, 2024                  /s/ Anthony Son
                                                     Anthony Son