UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

CASE NO. 0:23-cv-62185-SMITH

ADIDAS AG, ADIDAS
INTERNATIONAL MARKETING B.V.,
and ADIDAS AMERICA, INC.,

    Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS
ENTITIES, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

**DECALARATION OF LONG ZHANG**

I, Long Zhang, declare as follow:

1. My name is Long Zhang, I am the CMO of Amgo Technology Co., Ltd. (the "Company"). The Company is responsible for the PayPal Account amgo5043@126.com, and maintains the domain name: mediumspots.com (the "Store").

2. I have worked as the CMO for the Company for 4 years, and am familiar with the Company's overall marketing strategy development and implementation, responsible for setting short-term and long-term marketing objectives, analyzing market trends, and increasing market share.

3. The Company is an e-commerce company that engages in the sales of various miscellaneous products to interested buyers around the world.

4. The Company was founded in August 2020. It is headquartered and operates exclusively in Hong Kong, Special Administrative Region China. It has no offices, employees,

sales representatives, registered agents, bank accounts, or real property in Florida.

5. The Company does not target Florida residents with advertisements, nor direct any marketing efforts or materials in Florida.

6. The Store's Operations Team conducted a diligent search of the sales records of the Store, which is maintained in the ordinary course of the Store's business, concluding that the Store has made only one sale of the allegedly infringing products in Florida, for a total revenue of $54.59. Attached as Exhibit A to this declaration are the full and complete sales records we have of each and every sale of the allegedly infringing products.

7. These records were generated by the Store's Operations Team, who accessed the backend data system of the Store. The team performed thorough searches using the plaintiff company's name, and broader category-related terms such as "backpack", "backpacks," "Bag," "Gym," "New Design Sports Backpacks," "New Dry or Wet Separation sports backpack," "outdoor sports," "sports backpacks" "Trefoil". They manually reviewed the search results against images of the allegedly infringing products, pinpointing matches by their appearance or use of similar brand keywords. Each product identified was linked to a unique website address and compiled into a list of landing pages. These addresses facilitated precise backend searches to comprehensively track all allegedly infringing orders and systematically compile them into a spreadsheet.

8. These records are full and complete, and they identify each and every order placed, the date the order was placed, the total revenue generated, and where the orders were delivered. We have modified the records only to omit the personal home address and the names of the buyers to preserve the privacy of the individual customers who are parties to this lawsuit.

9. According to these records, as a summary, the total sale of the alleged products in

the United States was $109.18, and in Florida was $54.59. Consistent with these records, there was no special attempt to target Florida or its residents with marketing, and no special treatment or attention directed at Florida.

10. We have checked these numbers thoroughly and can confirm that they constitute all the orders which were made through the Store.

11. To my knowledge, the Company was not served through the Central Authorities of China as authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 18 day of September 2024, in Shenzhen, Guangdong Province, China.

Dated: September 18, 2024
By: *Long Zhang*

Long Zhang