UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-62185-SMITH

ADIDAS AG, ADIDAS
INTERNATIONAL MARKETING B.V.,
and ADIDAS AMERICA, INC.,

    Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS
ENTITIES, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendants localityi.com and mediumspots.com ("Defendants"), by and through their undersigned attorneys, respectfully appeal to the U.S. Court of Appeals for the Eleventh Circuit this Court's Order Denying Motion To Set Aside Default Judgment, ECF No. 45, Clerk's Default Entry, ECF No. 29, Order Granting Motion for Default Final Judgment, ECF No. 35, and Default Final Judgment and Permanent Injunction, ECF No. 36.

Dated: New York, New York
       July 29, 2025

                                                  Respectfully Submitted,
                                                  By: /s/ Darren Heitner
                                                  Darren Heitner, Esq.
                                                  Heitner Legal, P.L.L.C.
                                                  215 Hendricks Isle
                                                  Fort Lauderdale, FL 33301
                                                  Tel: 954.558.6999
                                                  darren@heitnerlegal.com

                                                  By: /s/ Jacob Chen

Jacob Chen, Esq., *pro hac vice*
Anthony Son, Esq., *pro hac vice*
DGW KRAMER LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Tel: (917) 983-2806
Fax: (917) 633-6183
jchen@dgwllp.com
ason@dgwllp.com
*Attorneys for Defendants*
*localityi.com and mediumspots.com*